UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Agre et al.<br>v.<br>Rain & Hail LLC et al.<br>v.<br>FCIC | ) | 01-CV-1629 (JMR/FLN) |
| Abbas et al.<br>v.<br>IGF Ins. Co.<br>v.<br>FCIC | ) | 01-CV-1630 (PAM/SRN) |
| Aeikens et al.<br>v.<br>Hartford Ins. Co.<br>v.<br>FCIC | ) | 01-CV-1632 (DSD/SRN) |
| Abbas et al.<br>v.<br>Acceptance Ins. Co.<br>v.<br>FCIC | ) | 01-CV-1633 (ADM/AJB) |

| | | |
|---|---|---|
| Holien et al.<br>v.<br>Great American Ins. Co.<br>v.<br>FCIC | ) | 01-CV-1634 (DWF/AJB) |
| Ahrenholz et al.<br>v.<br>Farm Bureau Mut. Ins. Co.<br>v.<br>FCIC | ) | 01-CV-1635 (DSD/JGL) |
| Anderson et al.<br>v.<br>Farmers Alliance Mut. Ins. Co. et al.<br>v.<br>FCIC | ) | 01-CV-1636 (DWF/SRN) |
| Anderson Farms et al.<br>v.<br>Fireman's Fund Ins. Co.<br>v.<br>FCIC | ) | 01-CV-1637 (PAM/JGL) |

National Crop Insurance Services, Inc. et al. )
)
v. ) 01-CV-2242 (MJD/JGL)
)
FCIC )

JMR 4/30/02

~~[PROPOSED]~~ STIPULATED ORDER

The parties having stipulated to the consolidation of the above-captioned actions for purposes of discovery and pretrial motions and, pursuant to Local Rule 16.4(b), having by stipulation requested a Case Management Conference be held in the consolidated actions, it is hereby ordered:

1. All of the above-captioned cases shall be consolidated for purposes of discovery and pretrial motions, including dispositive motions, with the first filed case, No. 01-CV-1629 (JMR/FLN), before Chief District Judge Rosenbaum.

2. In the event that any of the cases remanded by the Court's Order dated April 15, 2002 (Nos. 01-CV-1631 and 01-CV-1688) subsequently are successfully removed by the Federal Crop Insurance Corporation to this Court, such case(s) shall be consolidated with the above-captioned cases under the terms of this Order.

3. Any pretrial scheduling orders in the above-captioned cases under Local Rule 16.2 of the District of Minnesota, and any orders scheduling pretrial conferences are vacated; instead, all pretrial scheduling and case management shall proceed as set forth herein and under Local Rule 16.4.

4. These cases are referred to United States Magistrate Judge Franklin L. Noel for scheduling of a Case Management Conference and the development and implementation of a case management plan pursuant to Local Rule 16.4(a)-(c) and the issuance of a Case

Management Order pursuant to Local Rule 16.4(d). By stipulation of the parties, the parties shall, on or before May 21, 2002, submit a joint case management plan to Magistrate Judge Noel; Magistrate Judge Noel will then schedule a Case Management Conference as soon as practicable, but not earlier than May 28, 2002.

5. All further filings and submissions in these cases shall be made under the caption set forth in Attachment A until further order of the Court; unless indicated otherwise in the caption, all subsequent filings and submissions shall be deemed to relate to all cases now or hereafter consolidated, with any case numbers of subsequently added cases to be added to the form caption.

Dated: April 30th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

Stipulated to:

DORSEY & WHITNEY LLP

By: ______________________
George G. Eck, #025501
Daniel J. Brown, #298992
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

Attorneys for Plaintiffs in Nos. 01-CV-1629, 01-CV-1630, 01-CV-1632, 01-CV-1633, 01-CV-1634, 01-CV-1635, and 01-CV-1636

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

By: ______________________
Mark P. Hodkinson, #113554
Dale M. Wagner, #159189
3500 Multifoods Tower
Minneapolis, Minnesota 55402-3787
Telephone: (612) 333-3000
Facsimile: (612) 333-8829

Attorneys for Plaintiffs in No. 01-CV-1637

WINTHROP & WEINSTINE, P.A.

By: ______________________
Thomas H. Boyd, #200517
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400
Fax: (651) 292-9347

Attorneys for All Defendants and Third-Party Plaintiffs in Nos. 01-CV-1629, 01-CV-1630, 01-CV-1632, 01-CV-1633, 01-CV-1634, 01-CV-1635, 01-CV-1636, and 01-CV-1637 and for all Plaintiffs in No. 01-CV-2242

UNITED STATES ATTORNEY

By: ______________________
Gregory G. Brooker
600 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
Phone: (612) 664-5600
Facsimile: (612) 664-5788

Attorney for Third-Party Defendant/Defendant FCIC

**ATTACHMENT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | File Nos. | 01-CV-1629<br>01-CV-1630<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>01-CV-1637<br>01-CV-2242 |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Agre et al.<br>v.<br>Rain & Hail LLC et al.<br>v.<br>FCIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 01-CV-1629 (JMR/FLN) |
| Abbas et al.<br>v.<br>IGF Ins. Co.<br>v.<br>FCIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 01-CV-1630 (PAM/SRN) |
| Aeikens et al.<br>v.<br>Hartford Ins. Co.<br>v.<br>FCIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 01-CV-1632 (DSD/SRN) |
| Abbas et al.<br>v.<br>Acceptance Ins. Co.<br>v.<br>FCIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 01-CV-1633 (ADM/AJB) |

| | | |
|---|---|---|
| Holien et al.<br>v.<br>Great American Ins. Co.<br>v.<br>FCIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 01-CV-1634 (DWF/AJB) |
| Ahrenholz et al.<br>v.<br>Farm Bureau Mut. Ins. Co.<br>v.<br>FCIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 01-CV-1635 (DSD/JGL) |
| Anderson et al.<br>v.<br>Farmers Alliance Mut. Ins. Co. et al.<br>v.<br>FCIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 01-CV-1636 (DWF/SRN) |
| Anderson Farms et al.<br>v.<br>Fireman's Fund Ins. Co.<br>v.<br>FCIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 01-CV-1637 (PAM/JGL) |

National Crop Insurance Services, Inc. et al. )
)
v. ) 01-CV-2242 (MJD/JGL)
)
FCIC )

## STIPULATED REQUEST PURSUANT TO LOCAL RULE 16.4(b) FOR A CASE MANAGEMENT CONFERENCE IN CONSOLIDATED ACTIONS

The above-captioned cases involve the claims of approximately 400 plaintiff-insureds against insurance companies in eight lawsuits, and a ninth lawsuit involving the defendant insurers' trade association against the Federal Crop Insurance Corporation ("FCIC"). The Hon. Chief Judge Rosenbaum, during a telephonic hearing on November 1, 2001, previously ordered that the above-captioned eight cases between the insureds and the insurers (the "Insureds' Actions") (all of the above-captioned cases except Case. No. 01-CV-2242 (MJD/JGL)) be consolidated before Chief Judge Rosenbaum for purposes of discovery and pretrial motions, including dispositive motions. See also Order dated April 15, 2002 at 2 n.1.

Separately from the Court's November 1, 2002 hearing regarding consolidation, the above-captioned Case No. 01-CV-2242 (MJD/JGL) was transferred to this Court from the United States District Court for the District of Kansas (the "Kansas Action"). The parties agree that the Kansas Action is sufficiently related to the third-party actions brought by defendants in the Insureds' Actions such that the Kansas Action should also be consolidated before Chief Judge Rosenbaum for purposes of discovery and pretrial motions, including dispositive motions.

With the consolidation of the above-captioned actions, the parties also stipulate and request that the Court order a Case Management Conference for the nine consolidated actions pursuant to Local Rule 16.4 consistent with the terms of the attached proposed order.[1]

Stipulated to on April 29, 2002 and
Respectfully Submitted,

DORSEY & WHITNEY LLP

By: ______________________
George G. Eck, #025501
Daniel J. Brown, #298992
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

Attorneys for Plaintiffs in Nos. 01-CV-1629, 01-CV-1630, 01-CV-1632, 01-CV-1633, 01-CV-1634, 01-CV-1635, and 01-CV-1636

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

By: ______________________
Mark P. Hodkinson, #113554
Dale M. Wagner, #159189
3500 Multifoods Tower
Minneapolis, Minnesota 55402-3787
Telephone: (612) 333-3000
Facsimile: (612) 333-8829

Attorneys for Plaintiffs in No. 01-CV-1637

WINTHROP & WEINSTINE, P.A.

By: ______________________
Thomas H. Boyd, #200517
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400
Fax: (651) 292-9347

Attorneys for All Defendants and Third-Party Plaintiffs in Nos. 01-CV-1629, 01-CV-1630, 01-CV-1632, 01-CV-1633, 01-CV-1634, 01-CV-1635, 01-CV-1636, and 01-CV-1637 and for all Plaintiffs in No. 01-CV-2242

UNITED STATES ATTORNEY

By: ______________________
Gregory G. Brooker
600 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
Phone: (612) 664-5600
Facsimile: (612) 664-5788

Attorney for Third-Party Defendant/Defendant FCIC

---

1 Following the Court's April 15, 2002 order, several Magistrate Judges for the individual cases have issued separate orders scheduling pre-trial conferences on varying days. Consistent with the Court's earlier consolidation of these cases, the attached order seeks, among other things, that these varying pre-trial conferences be vacated in favor of a consolidated Case Management Conference.

# DORSEY & WHITNEY LLP

MINNEAPOLIS
NEW YORK
SEATTLE
DENVER
WASHINGTON, D.C.
NORTHERN VIRGINIA
DES MOINES
LONDON
ANCHORAGE
SALT LAKE CITY
BRUSSELS

SUITE 1500
50 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402-1498
TELEPHONE: (612) 340-2600
FAX: (612) 340-2868
www.dorseylaw.com

COSTA MESA
BILLINGS
FARGO
HONG KONG
GREAT FALLS
ROCHESTER
TOKYO
MISSOULA
VANCOUVER
TORONTO
SHANGHAI

**DANIEL J. BROWN**
**(612) 343-2183**
**FAX (612) 340-2868**
**brown.daniel@dorseylaw.com**

April 29, 2002

**VIA MESSENGER**

Clerk of Court
United States District Court
300 South Fourth Street, Room 202
Minneapolis, MN 55415

Re: Abbas, et al. v. Acceptance Ins. Co., et al.
Court File No. 01-CV-1629
Ahrenholz, et al. v. Farm Bureau Mut. Ins. Co.
Court File No. 01-CV-1635
Anderson, et al. v. Farmers Alliance Mut. Ins. Co.
Court File No. 01-CV-1636
Holien, et al. v. Great American Ins. Co.
Court File No. 01-CV-1634
Aeikens, et al. v. Hartford Ins. Co.
Court File No. 01-CV-1632
Abbas, et al. v. IGF Ins. Co.
Court File No. 01-CV-1630
Agre, et al. v. Rain & Hail LLC, et al.
Court File No. 01-CV-1629
National Crop Ins. Services, Inc. v. FCIC
Court File No. 01-CV-2242
Anderson Farms, et al. v. Fireman's Fund Ins. Co.
Court File No. 01-1637

Dear Court Administrator:

Enclosed for filing in your office please find the original and two copies of the following:

1. Stipulated Request Pursuant to Local Rule 16.4(b) For A Case Management Conference in Consolidated Actions; and

DORSEY & WHITNEY LLP



2. [Proposed] Stipulated Order.

The Request and Order, in part, memorialize the Honorable Chief Judge Rosenbaum's November 1, 2001 decision to consolidate these cases for the purposes of discovery and pretrial motions. See also Order dated April 15, 2002 at 2 n.1.

Sincerely,

Daniel J. Brown

DJB:ps
Enclosures
cc: The Hon. Judge Ann D. Montgomery (enc. by messenger)
The Hon. Senior Judge David S. Doty (enc. by messenger)
The Hon. Judge Donovan W. Frank (enc. by messenger)
The Hon. Chief Judge Paul A. Magnuson (enc. by messenger)
The Hon. Chief Judge James M. Rosenbaum (enc. by messenger)
The Hon. Judge John R. Tunheim (enc. by messenger)
The Hon. Magistrate Judge Arthur J. Boylan (enc. by messenger)
The Hon. Magistrate Judge Susan Richard Nelson (enc. by messenger)
The Hon. Magistrate Judge Jonathan G. Lebedoff (enc. by messenger)
The Hon. Chief Magistrate Judge Franklin L. Noel (enc. by messenger)
Thomas H. Boyd, Esq. (enc. by messenger)
Mark P. Hodkinson, Esq. (enc. by messenger)
Gregory G. Brooker, Esq. (enc. by messenger)