UNITED STATES DISTRICT COURT
District of Minnesota

FRANKLIN L. NOEL
Magistrate Judge

9W U.S. COURTHOUSE
300 SOUTH FOURTH ST.
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5110

# NOTICE OF CASE MANAGEMENT CONFERENCE

Re: Abbas et al. v. Acceptance Ins. Co., et al., Civil 01-1629
Ahrenholz et al. v. Farm Bureau Mutual Ins., 01-1635
Anderson et al. v. Farmers Alliance Mutual Ins. 01-1636
Holien et al. v. Great American Ins. Co., 01-1634
Aeikens et al. v. Hartford Ins. Co., 01-1632
Abbas, et al. v. IGF Ins. Co., 01-1630
National Crop Ins. Services, Inc. v. FCIC, 01-2242
Anderson Farms, et al. v. Fireman's Fund Ins. Co., 01-1637
Abbas, et al. v. Acceptance Ins. Co., 01-1633

TO ALL COUNSEL OF RECORD:

A case management conference has been scheduled before the undersigned United States Magistrate Judge for Tuesday, June 4, 2002, at 2:00 p.m. The conference will be held in Courtroom 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Trial counsel must attend this conference.

DATED: May 10, 2002.

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge

MAY 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD