UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | PRETRIAL SCHEDULE<br><br>File Nos. 01-CV-1629 JMR/FLN<br>01-CV-1630 PAM/SRN<br>01-CV-1632 DSD/SRN<br>01-CV-1633 ADM/AJB<br>01-CV-1634 DWF/AJB<br>01-CV-1635 DSD/JGL<br>01-CV-1636 DWF/SRN<br>01-CV-1637 PAM/JGL<br>01-CV-2242 MJD/JGL<br>02-CV-985 JEL/RLE |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by September 1, 2002.

   b. Non-expert discovery shall be commenced in time to be completed by January 1, 2003.

   c. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by March 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be

JUN 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By plaintiff on or before January 1, 2003.

2) By defendant and third-party defendant on or before February 1, 2003.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before January 1, 2003.

2) By defendant and third-party defendant on or before February 1, 2003.

c. Each party may depose no more than 5 expert witnesses as follows on or before March 1, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to May 1, 2003.

b. Chief Judge Rosenbaum's Calendar Clerk, Larry Lewis, (612-664-5053), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. <u>Trial</u>

a. This case shall be ready for trial no later than June 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 2-3 trial weeks.

DATED: June 6, 2002.

FRANKLIN L. NOEL
[redacted] Magistrate Judge