UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Sugar Beet Insurance Litigation | 01-CV-1629 (JMR/FLN) |

| | |
|---|---|
| Ace Property & Casualty Insurance Company, et al.<br>vs.<br>The United States of America et al. | 03-CV-5153 (MJD/JGL) |

ORDER FOR CONSOLIDATION FOR PRETRIAL & DISCOVERY PURPOSES

Case No. 01-CV-1629, having been assigned to the Honorable James M. Rosenbaum, United States Chief District Judge, and Case No. 03-CV-5153, having later been assigned to the Honorable Michael J. Davis, United States District Judge, and said matters being related for pretrial purposes only, IT IS ORDERED that:

1. Case no. 03-CV-5153 be assigned to Chief Judge James M. Rosenbaum and Magistrate Judge Franklin L. Noel for purposes of pretrial and discovery matters only.

2. Court filings pertaining to all cases should be filed in the lead case Case no. 01-CV-1629.

3. Court filings pertaining to an individual case should be filed in the individual court file, together with a copy to the lead case.

4. All further filings & submissions shall be made under the caption: IN RE: SUGAR BEET INSURANCE LITIGATION.

5. A copy of this Order shall be filed in each case.

Dated: February 17,2004

S/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge

Dated: February 17,2004

S/Michael J. Davis
MICHAEL J. DAVIS
United States District Judge