# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| In Re 2000 Sugar Beet Crop Insurance Litigation | ) | Civil Nos. 01-CV-1629<br>01-CV-1630<br>01-CV-1631<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>01-CV-1637<br>01-CV-2242 |

I hereby certify that on June 7, 2004, I caused the following documents:

FCIC Memorandum in Opposition to Motion to Reinstate
Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Thomas H. Boyd | tboyd@winthrop.com |
| George G. Eck | eck.george@dorsey.com |
| P John Owen | johno@ag-risk.org |
| Matthew J. Salzman | msalzman@stinsonmoheck.com |
| Michael J. Davenport | michael.davenport@rainhail.co |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Mark P. Hodkinson, Esq.
Dale M. Wagner, Esq.
Bassford, Lockhart, Truesdell & Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

W. Kurt Henke, Esq.
Henke-Bufkin
P.O. Box 39
Clarksdale, MS 38614

Richard T. Thomson, Esq.
Lapp, Libra, Thomson, Stoebner & Pusch
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402

Daniel N. Rosenstein, Esq.
Levin & Rosenstein
1101 17th Street NW
Suite 603
Washington, D.C. 20036

Dated: June 7, 2004

s/Tina M. Knoll
Tina M. Knoll