# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

In Re: 2000 Sugar Beet Crop Insurance Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-1629 JMR/FLN |
| Date: | June 14, 2004 |
| Tape Number: | 01-966 |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:30 a.m. |
| Time in Court: | 30 Minutes |

APPEARANCES:

For Government: Fred Seakert for Government
For Defendant: Thomas Boyd

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendants' Motion to Reinstate and Stay Third-Party Complaints Against FCIC [#71] is taken under advisement as of: June 14, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Beatriz Menanteau
Signature of Law Clerk