UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: 2000 Sugar Beet Crop Insurance Litigation, 01-1629 JMR/FLN

**ORDER**

---

Fred Siekert, for Government.
Thomas Boyd, for Defendant.

---

**THIS MATTER** came before the undersigned Magistrate Judge on June 14, 2004, on Defendants' Motion to Reinstate and Stay Third-Party Complaints Against Federal Crop Insurance Corporation ("FCIC") [#71].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that Defendants' Motion [#71] is **GRANTED** for the same reasons outlined in the Eighth Circuit Court of Appeals decision in National Crop Ins. Servs., Inc. v. Federal Crop Ins. Corp., 351 F.3d 346 (8th Cir. 2003). Proceedings concerning Defendants' Third-Party Complaints are stayed pending the outcome of the underlying actions.

DATED: June 16, 2004.

S/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge