UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jeffrey Agre, et al.,<br><br>Plaintiffs,<br>vs.<br><br>Rain & Hail LLC, Agri General Insurance Company, and Ace Property & Casualty Insurance Company,<br><br>Defendants and Third-Party Plaintiffs,<br>vs.<br><br>Federal Crop Insurance Corporation,<br><br>Third-Party Defendant. | ) | File No. 01-CV-1629 JMR/FLN<br><br>NOTICE OF ORDER OF LIQUIDATION |

Defendant IGF Insurance Company has been ordered liquidated pursuant to an order entered July 16, 2004, by the Circuit Court of Marion County, Indiana. Counsel for the liquidator are Robert F. Wagner and Theodore L. Nicholas at Lewis & Wagner, 501 Indiana Avenue, Suite 200, Indianapolis, IN 46204. Counsel for the liquidator have asked us to give notice of this action and to provide copies of the Order of Liquidation and Related Relief and of the Order Concerning Liquidation Procedures, Claims, and Notices. Electronic copies of both orders are attached hereto as Exhibits A and B, respectively.

Dated: July 19, 2004

WINTHROP & WEINSTINE, P.A.

s/Thomas H. Boyd
Thomas H. Boyd, #200517
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400/telephone
(612) 604-6800/facsimile

Attorneys for Defendant

2131824v1