UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ***In re 2000 Sugar Beet Crop Insurance Litigation*** | Civil File Nos.<br><br>01-CV-1629<br>01-CV-1630<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>02-CV-0985 |

---

**JOINT NOTICE OF FILING AND REQUEST FOR STATUS CONFERENCE BEFORE THE HONORABLE CHIEF JUDGE JAMES M. ROSENBAUM**

TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA and THE HONORABLE JAMES M. ROSENBAUM, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

The Parties to the above-captioned cases hereby jointly submit this Joint Notice of Filing and Request for Status Conference Before the Honorable Chief Judge James M. Rosenbaum. Enclosed herewith for filing are the Final Findings of Fact of the Arbitration Panel in *In re Matter of 2000 Minnesota Sugar Beet Crop Insurance Coverage Arbitration*, issued by unanimous decision of the duly selected Panel of David F. Fitzgerald, Esq., Robert W. Kettering, Esq. and John W. Mooty, Esq., consistent with this Court's Order, dated September 26, 2002, granting Defendants' motion to compel arbitration in these matters.

The Parties believe that with the filing of the Final Findings of Fact, it is

appropriate to hold a status conference regarding the manner of further proceedings in these consolidated cases, and do hereby jointly request that a status conference be held before the Honorable Chief Judge James M. Rosenbaum at a date and time to be set by the Court.

Dated: August 20, 2004

DORSEY & WHITNEY LLP

By: *s/Daniel J. Brown*
George G. Eck #0025501
Daniel J. Brown #0298992
Theresa M. Bevilacqua #031500X
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiffs

Dated: August 20, 2004

WINTHROP & WEINSTEIN, P.A.

By: *s/Thomas H. Boyd*
Thomas H. Boyd #200517
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

STINSON MORRISON HECKER LLP

Kristin L. Farnen (KS Bar #17517)
2600 Grand Boulevard
Kansas City, MO 64108-4606
Telephone: (816) 691-2600

P. John Owen (Admitted *Pro Hac Vice*)
(KS Bar # 11835; MO Bar #22523)
NATIONAL CROP INSURANCE
SERVICES, INC.
8900 Indian Creek Parkway
Suite 600
Overland Park, KS 66210
Telephone: (913) 685-2767

Attorneys of Defendants