**Attachment A: Calculated Indemnities For Non-Settled Plaintiffs Under Panel Finding 68**

| Note | Name of Insured | Insurance Company | Scenario 3 Calculated Indemnity Under Panel Finding 68 [1] | | |
|---|---|---|---|---|---|
| | | | Calculated | Paid | Calculated Indemnity Balance Under Finding 68 |
| | ABBAS KENNETH | IGF INSURANCE COMPANY | $37,567 | $0 | $37,567 |
| | ABBAS SCOTT | AMERICAN GROWERS INSURANCE CO. | $18,142 | $0 | $18,142 |
| | AGRE JEFFERY P | RAIN AND HAIL L.L.C.. | $44,402 | $0 | $44,402 |
| | AHLBRECHT JEFF | IGF INSURANCE COMPANY | $72,438 | $0 | $72,438 |
| | AHRENHOLZ JAMES | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $106,207 | $0 | $106,207 |
| | AHRENHOLZ TODD | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $16,984 | $0 | $16,984 |
| | AMMERMANN ROLAN W. | AMERICAN GROWERS INSURANCE CO. | $49,280 | $0 | $49,280 |
| | ANDERSON DARRELL L. | NORTH CENTRAL CROP INSURANCE, INC. | $61,654 | $0 | $61,654 |
| | ANDERSON MICHAEL L. | NORTH CENTRAL CROP INSURANCE, INC. | $21,621 | $0 | $21,621 |
| | ANDRESEN STEVEN R. | AMERICAN GROWERS INSURANCE CO. | $19,857 | $0 | $19,857 |
| | ARNOLD DANIEL | AMERICAN GROWERS INSURANCE CO. | $122,574 | $0 | $122,574 |
| | ARNOLD MARK | AMERICAN GROWERS INSURANCE CO. | $132,072 | $0 | $132,072 |
| | ARNOLD THOMAS | AMERICAN GROWERS INSURANCE CO. | $142,284 | $0 | $142,284 |
| | ASBURY FARMS INC | RAIN AND HAIL L.L.C.. | $100,147 | $0 | $100,147 |
| | BAKKER FARMS | AMERICAN GROWERS INSURANCE CO. | $52,848 | $0 | $52,848 |
| | BAKKER JOEL | AMERICAN GROWERS INSURANCE CO. | $53,943 | $0 | $53,943 |
| | BEMMELS FARM INC | NORTH CENTRAL CROP INSURANCE, INC. | $38,382 | $0 | $38,382 |
| | BERGER BRAD | RAIN AND HAIL L.L.C.. | $0 | $0 | $0 |
| | BLACK BROS FARMS | NORTH CENTRAL CROP INSURANCE, INC. | $136,413 | $0 | $136,413 |
| | BLAD G | IGF INSURANCE COMPANY | $28,338 | $0 | $28,338 |
| | BLAD NATHAN | IGF INSURANCE COMPANY | $28,338 | $0 | $28,338 |
| | BLARCO | IGF INSURANCE COMPANY | $147,880 | $0 | $147,880 |
| | BOHLSEN DARWIN | AMERICAN GROWERS INSURANCE CO. | $41,415 | $0 | $41,415 |
| | BOSCH FARMS PARTNERSHIP | IGF INSURANCE COMPANY | $173,382 | $0 | $173,382 |
| | BRATSCH JEFFREY | AMERICAN GROWERS INSURANCE CO. | $104,195 | $0 | $104,195 |
| | BRATSCH RUSSELL | AMERICAN GROWERS INSURANCE CO. | $104,195 | $0 | $104,195 |
| | BREITKREUTZ FARMS INC | NAU COUNTRY INSURANCE CO. | $10,384 | $0 | $10,384 |
| | BRIAN JOHNSON | AMERICAN GROWERS INSURANCE CO. | $116 | $0 | $116 |
| | BRODERIOUS CORP | IGF INSURANCE COMPANY | $194,931 | $0 | $194,931 |
| | BRODERIUS BRIAN L | RURAL COMMUNITY INSURANCE SERVICES | $51,958 | $12,400 | $39,558 |
| | BRODERIUS JEFF | AMERICAN GROWERS INSURANCE CO. | $24,973 | $0 | $24,973 |
| | BROUWER DAVID | IGF INSURANCE COMPANY | $62,204 | $0 | $62,204 |
| | BROUWER HERMAN | IGF INSURANCE COMPANY | $361,537 | $0 | $361,537 |
| | BROUWER JEFF | NORTH CENTRAL CROP INSURANCE, INC. | $41,901 | $0 | $41,901 |
| | BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $121,182 | $0 | $121,182 |
| | BUBOLTZ RICKY | IGF INSURANCE COMPANY | $54,103 | $0 | $54,103 |
| | BUSCHETTE FARMS INC | RAIN AND HAIL L.L.C.. | $35,558 | $0 | $35,558 |
| | BUSIAHN GERRY | RAIN AND HAIL L.L.C.. | $28,097 | $0 | $28,097 |
| | BUSIAHN ROGER | RAIN AND HAIL L.L.C.. | $48,468 | $0 | $48,468 |
| | C AND P FARMS INC | AMERICAN GROWERS INSURANCE CO. | $44,819 | $0 | $44,819 |
| | C J W FARMS | AMERICAN GROWERS INSURANCE CO. | $298,023 | $0 | $298,023 |
| | CHAN MARK | AMERICAN GROWERS INSURANCE CO. | $23,980 | $0 | $23,980 |
| | CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $73,864 | $0 | $73,864 |
| | COLE TODD W. | NORTH CENTRAL CROP INSURANCE, INC. | $94,460 | $0 | $94,460 |
| | COUNTY LINE FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $31,347 | $0 | $31,347 |
| | CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $180,069 | $25,436 | $154,633 |
| | DAHLAGER SAMUEL | AMERICAN GROWERS INSURANCE CO. | $25,950 | $0 | $25,950 |
| | DAMBROTEN DEAN | RAIN AND HAIL L.L.C.. | $41,780 | $0 | $41,780 |
| | DAMBROTEN JAMES | RAIN AND HAIL L.L.C.. | $41,780 | $0 | $41,780 |
| | DASCHER STEVEN | IGF INSURANCE COMPANY | $50,267 | $0 | $50,267 |
| | DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | $67,089 | $1,383 | $65,706 |
| | DEAN AHLBRECHT FARMS INC | IGF INSURANCE COMPANY | $111,764 | $0 | $111,764 |
| | DOLEZAL MILOYD | IGF INSURANCE COMPANY | $139,871 | $0 | $139,871 |
| | DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | $130,229 | $50,224 | $80,005 |
| | DON HARTUNG FARM INC | IGF INSURANCE COMPANY | $34,051 | $0 | $34,051 |
| | DOUGLAS RANDY HULTGREN PTSHP | IGF INSURANCE COMPANY | $200,859 | $0 | $200,859 |
| | DOVENMUEHLE ALLAN | AMERICAN GROWERS INSURANCE CO. | $34,124 | $0 | $34,124 |
| | DOVENMUEHLE GLEN | AMERICAN GROWERS INSURANCE CO. | $40,835 | $0 | $40,835 |
| | DOVENMUEHLE NEIL | AMERICAN GROWERS INSURANCE CO. | $6,937 | $0 | $6,937 |
| | DUNCAN BRETT | IGF INSURANCE COMPANY | $4,897 | $0 | $4,897 |
| | DYKEMA TODD | AMERICAN GROWERS INSURANCE CO. | $57,277 | $0 | $57,277 |
| | E K FARMS INC | IGF INSURANCE COMPANY | $90,203 | $0 | $90,203 |
| | ENESTVEDT ALAN | IGF INSURANCE COMPANY | $70,221 | $0 | $70,221 |
| | ENESTVEDT DEAN | IGF INSURANCE COMPANY | $58,706 | $0 | $58,706 |

## Attachment A: Calculated Indemnities For Non-Settled Plaintiffs Under Panel Finding 68

| Note | Name of Insured | Insurance Company | Scenario 3 Calculated Indemnity Under Panel Finding 68[1] Calculated | Paid | Calculated Indemnity Balance Under Finding 68 |
|---|---|---|---|---|---|
| | ENESTVEDT STEVE | IGF INSURANCE COMPANY | $57,387 | $0 | $57,387 |
| | ERICKSON DOUGLAS | NORTH CENTRAL CROP INSURANCE, INC. | $295,737 | $0 | $295,737 |
| | ERICKSON TODD | IGF INSURANCE COMPANY | $90,094 | $0 | $90,094 |
| | FAGEN GREG | RURAL COMMUNITY INSURANCE SERVICES | $33,611 | $0 | $33,611 |
| | FAGEN LARRY | NAU COUNTRY INSURANCE CO. | $64,192 | $0 | $64,192 |
| | FAGEN RICHARD A. | NAU COUNTRY INSURANCE CO. | $68,878 | $0 | $68,878 |
| | FAHEY EDWARD J. | NORTH CENTRAL CROP INSURANCE, INC. | $45,476 | $0 | $45,476 |
| | FISCHER CLIFFORD | IGF INSURANCE COMPANY | $29,681 | $0 | $29,681 |
| | FRANK STEVE | IGF INSURANCE COMPANY | $94,427 | $0 | $94,427 |
| | FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | $30,550 | $8,112 | $22,438 |
| | FREESE STEVE | IGF INSURANCE COMPANY | $272,369 | $0 | $272,369 |
| | FREIBORG RANDY | AMERICAN GROWERS INSURANCE CO. | $4,994 | $0 | $4,994 |
| | GASS DAVID | RAIN AND HAIL L.L.C.. | $0 | $0 | $0 |
| | GASS LARRY | RAIN AND HAIL L.L.C.. | $0 | $0 | $0 |
| | GASS LON W | RAIN AND HAIL L.L.C.. | $88,334 | $0 | $88,334 |
| | GORDON FARMS II | IGF INSURANCE COMPANY | $184,367 | $0 | $184,367 |
| | GROOTHUIS TROY | IGF INSURANCE COMPANY | $30,473 | $0 | $30,473 |
| | GRUSSING MARK | IGF INSURANCE COMPANY | $716 | $0 | $716 |
| | GUNTER LAVERNE | AMERICAN GROWERS INSURANCE CO. | $36,328 | $0 | $36,328 |
| | HAGEN DONALD | NAU COUNTRY INSURANCE CO. | $30,412 | $0 | $30,412 |
| | HAGEN FARMS, INC. | AMERICAN GROWERS INSURANCE CO. | $260,146 | $0 | $260,146 |
| | HANSON BROTHERS | RAIN AND HAIL L.L.C.. | $70,608 | $0 | $70,608 |
| | HARMS CALVIN | AMERICAN GROWERS INSURANCE CO. | $79,106 | $0 | $79,106 |
| | HAWK CREEK FARMS,INC | NORTH CENTRAL CROP INSURANCE, INC. | $98,183 | $0 | $98,183 |
| | HELLER ROGER | RAIN AND HAIL L.L.C.. | $130,379 | $0 | $130,379 |
| | HENDRICKSON ERIC J | RURAL COMMUNITY INSURANCE SERVICES | $39,486 | $0 | $39,486 |
| | HERICKHOFF BERNIE | AMERICAN GROWERS INSURANCE CO. | $51,132 | $0 | $51,132 |
| | HERICKHOFF FARMS | IGF INSURANCE COMPANY | $927,533 | $0 | $927,533 |
| | HILBRANDS STEVE | IGF INSURANCE COMPANY | $20,495 | $0 | $20,495 |
| | HINRICHS DAVID | IGF INSURANCE COMPANY | $9,649 | $0 | $9,649 |
| | HINRICHS JAMES | IGF INSURANCE COMPANY | $55,331 | $0 | $55,331 |
| | HOEKSTRA WADE | IGF INSURANCE COMPANY | $26,026 | $0 | $26,026 |
| | HOLIEN MICHAEL D. | GREAT AMERICAN INSURANCE COMPANY | $126,376 | $0 | $126,376 |
| | HULTGREN DUANE | NORTH CENTRAL CROP INSURANCE, INC. | $127,572 | $0 | $127,572 |
| | HULTGREN NATHANIEL | NORTH CENTRAL CROP INSURANCE, INC. | $0 | $0 | $0 |
| | JACOBS DANIEL | IGF INSURANCE COMPANY | $23,500 | $0 | $23,500 |
| | JACOBS MICHAEL | IGF INSURANCE COMPANY | $23,500 | $0 | $23,500 |
| | JACOBS RICHARD | IGF INSURANCE COMPANY | $0 | $0 | $0 |
| | JACOBS THOMAS | IGF INSURANCE COMPANY | $23,549 | $0 | $23,549 |
| | JANSEN BRAD | IGF INSURANCE COMPANY | $320,113 | $0 | $320,113 |
| | JOHNSON DERON M. | AMERICAN GROWERS INSURANCE CO. | $67,946 | $0 | $67,946 |
| | JOHNSON FARMS | AMERICAN GROWERS INSURANCE CO. | $195,549 | $0 | $195,549 |
| | JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | $107,827 | $56,800 | $51,027 |
| | JOHNSON JAY (GAIC) | GREAT AMERICAN INSURANCE COMPANY | $33,766 | $0 | $33,766 |
| | JOHNSON KEITH | RURAL COMMUNITY INSURANCE SERVICES | $12,842 | $0 | $12,842 |
| | JOHNSON SHANNON L. | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $39,847 | $0 | $39,847 |
| | JSF INC | AMERICAN GROWERS INSURANCE CO. | $61,252 | $0 | $61,252 |
| | KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $82,463 | $0 | $82,463 |
| | KAPPING KIM A. | AMERICAN GROWERS INSURANCE CO. | $94,925 | $0 | $94,925 |
| | KARL DAVID DANIEL | IGF INSURANCE COMPANY | $214,761 | $0 | $214,761 |
| | KIECKER GREGRY | AMERICAN GROWERS INSURANCE CO. | $36,025 | $0 | $36,025 |
| | KIECKER MARVIN | RURAL COMMUNITY INSURANCE SERVICES | $185,699 | $81,872 | $103,827 |
| | KIECKER ROBERT | NORTH CENTRAL CROP INSURANCE, INC. | $7,551 | $0 | $7,551 |
| | KIECKER SCOTT | NORTH CENTRAL CROP INSURANCE, INC. | $45,476 | $0 | $45,476 |
| | KIECKER STEPHEN | NORTH CENTRAL CROP INSURANCE, INC. | $45,476 | $0 | $45,476 |
| | KIECKER WARREN | NORTH CENTRAL CROP INSURANCE, INC. | $45,476 | $0 | $45,476 |
| | KITTELSON GRAIN & BEETS | NORTH CENTRAL CROP INSURANCE, INC. | $49,233 | $0 | $49,233 |
| | KITTELSON KENNETH | NORTH CENTRAL CROP INSURANCE, INC. | $44,363 | $0 | $44,363 |
| | KITTELSON WADE | NORTH CENTRAL CROP INSURANCE, INC. | $6,613 | $0 | $6,613 |
| | KJS FARMS | IGF INSURANCE COMPANY | $0 | $0 | $0 |
| | KLEVEN FARMS INC | BLAKELY CROP HAIL, INC. | $120,136 | $0 | $120,136 |
| | KLEVEN HOG FARM INC | BLAKELY CROP HAIL, INC. | $80,859 | $0 | $80,859 |
| | KNUDSON BROS PARTNERSHIP | BLAKELY CROP HAIL, INC. | $113,277 | $0 | $113,277 |
| | KNUDSON GUNVAL | BLAKELY CROP HAIL, INC. | $128,430 | $0 | $128,430 |



8.10.2004

## Attachment A: Calculated Indemnities For Non-Settled Plaintiffs Under Panel Finding 68

| Note | Name of Insured | Insurance Company | Scenario 3 Calculated Indemnity Under Panel Finding 68[1]: Calculated | Paid | Calculated Indemnity Balance Under Finding 68 |
|---|---|---|---|---|---|
| | KOEBERL THOMAS L | RURAL COMMUNITY INSURANCE SERVICES | $41,627 | $0 | $41,627 |
| | KOEHL GUY | IGF INSURANCE COMPANY | $24,643 | $0 | $24,643 |
| | KOENEN RONALD | NORTH CENTRAL CROP INSURANCE, INC. | $110,885 | $0 | $110,885 |
| | KOHLER SCOTT | NORTH CENTRAL CROP INSURANCE, INC. | $37,156 | $0 | $37,156 |
| | KRANZ JAMES | GREAT AMERICAN INSURANCE COMPANY | $3,439 | $0 | $3,439 |
| | KRF INC | AMERICAN GROWERS INSURANCE CO. | $45,590 | $0 | $45,590 |
| | KUBESH BRAD | AMERICAN GROWERS INSURANCE CO. | $86,592 | $0 | $86,592 |
| | KUBESH FARMS INC | AMERICAN GROWERS INSURANCE CO. | $74,203 | $0 | $74,203 |
| | LALIM IVER | IGF INSURANCE COMPANY | $114,782 | $0 | $114,782 |
| | LAMB BRIAN | RURAL COMMUNITY INSURANCE SERVICES | $76,902 | $0 | $76,902 |
| | LERUD ROGER | IGF INSURANCE COMPANY | $1,519 | $0 | $1,519 |
| | LIEN DONALD E. | GREAT AMERICAN INSURANCE COMPANY | $0 | $0 | $0 |
| | LINDQUIST JON E | AMERICAN GROWERS INSURANCE CO. | $0 | $0 | $0 |
| | LIPPERT PAUL | AMERICAN GROWERS INSURANCE CO. | $19,054 | $0 | $19,054 |
| | LONG CASEY | RAIN AND HAIL L.L.C.. | $47,355 | $0 | $47,355 |
| | LONG CHRIS | RAIN AND HAIL L.L.C.. | $47,355 | $0 | $47,355 |
| | LONG JAMES | RAIN AND HAIL L.L.C.. | $47,328 | $0 | $47,328 |
| | LUDOWESE DAVID | IGF INSURANCE COMPANY | $55,257 | $0 | $55,257 |
| | LUDOWESE NICHOLAS | IGF INSURANCE COMPANY | $57,713 | $0 | $57,713 |
| | LUND JASON J. | AMERICAN GROWERS INSURANCE CO. | $36,674 | $0 | $36,674 |
| | LUND JOHN T. | AMERICAN GROWERS INSURANCE CO. | $36,674 | $0 | $36,674 |
| | LUND PAUL | AMERICAN GROWERS INSURANCE CO. | $53,264 | $0 | $53,264 |
| | LUNDBERG FARMS INC | IGF INSURANCE COMPANY | $154,836 | $0 | $154,836 |
| | M OLSON FARMS INC | IGF INSURANCE COMPANY | $137,714 | $0 | $137,714 |
| | MACIK MARLO | IGF INSURANCE COMPANY | $138,866 | $0 | $138,866 |
| | MACIK TIM E. | AMERICAN GROWERS INSURANCE CO. | $28,454 | $0 | $28,454 |
| | MCNAMARA FARMS INC | RAIN AND HAIL L.L.C.. | $121,269 | $0 | $121,269 |
| | MCNAMARA LARRY | RAIN AND HAIL L.L.C.. | $185,023 | $0 | $185,023 |
| | MCNAMARA PATRICK J | RAIN AND HAIL L.L.C.. | $183,653 | $0 | $183,653 |
| | MEIXEL CHARLES | IGF INSURANCE COMPANY | $123,488 | $0 | $123,488 |
| | MEIXEL CHUCK | IGF INSURANCE COMPANY | $19,636 | $0 | $19,636 |
| | MELBERG DAVID | IGF INSURANCE COMPANY | $63,114 | $0 | $63,114 |
| | MELBERG MATTHEW | IGF INSURANCE COMPANY | $38,266 | $0 | $38,266 |
| | MELBERG MICHAEL | IGF INSURANCE COMPANY | $63,239 | $0 | $63,239 |
| | MELBERG SHELDON | IGF INSURANCE COMPANY | $63,114 | $0 | $63,114 |
| | MERSBERGEN RICK | AMERICAN GROWERS INSURANCE CO. | $73,957 | $0 | $73,957 |
| | MICHAEL ROBERT SCHJENKEN | IGF INSURANCE COMPANY | $22,182 | $0 | $22,182 |
| | MONTGOMERY SAM | GREAT AMERICAN INSURANCE COMPANY | $39,959 | $0 | $39,959 |
| | MORLEY THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | $0 | $0 | $0 |
| | NYQUIST JAMES | NAU COUNTRY INSURANCE CO. | $33,616 | $0 | $33,616 |
| | OLSON RICK L | RURAL COMMUNITY INSURANCE SERVICES | $110,617 | $0 | $110,617 |
| | O'NEILL FARMS OF OLIVIA INC | IGF INSURANCE COMPANY | $19,533 | $0 | $19,533 |
| | PABROMA INC | RAIN AND HAIL L.L.C.. | $100,940 | $0 | $100,940 |
| | PALKE THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | $165,063 | $0 | $165,063 |
| | PANITZKE ALAN | NORTH CENTRAL CROP INSURANCE, INC. | $15,118 | $0 | $15,118 |
| | PANITZKE STEVE | NORTH CENTRAL CROP INSURANCE, INC. | $2,284 | $0 | $2,284 |
| | PANSCH DENNIS | RAIN AND HAIL L.L.C.. | $33,806 | $0 | $33,806 |
| | PANSCH WILLIAM | RAIN AND HAIL L.L.C.. | $33,806 | $0 | $33,806 |
| | PAPE AARON | GREAT AMERICAN INSURANCE COMPANY | $41,207 | $0 | $41,207 |
| | PETERSEN FARMS INC | IGF INSURANCE COMPANY | $402,744 | $0 | $402,744 |
| | PETERSEN KYLE | IGF INSURANCE COMPANY | $74,612 | $0 | $74,612 |
| 2 | PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | $8,793 | $9,700 | ($907) |
| | PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | $75,716 | $21,576 | $54,140 |
| | PLUMLEY LYNN | RURAL COMMUNITY INSURANCE SERVICES | $30,444 | $0 | $30,444 |
| | POIER KEITH | IGF INSURANCE COMPANY | $61,101 | $0 | $61,101 |
| | PRAIRIE VIEW FARMS INC | RAIN AND HAIL L.L.C.. | $12,208 | $0 | $12,208 |
| | PREKKER ROBERT | IGF INSURANCE COMPANY | $17,557 | $0 | $17,557 |
| | PREUSS DENNIS A | RAIN AND HAIL L.L.C.. | $78,415 | $0 | $78,415 |
| | PREUSS DENNIS D | RAIN AND HAIL L.L.C.. | $203,590 | $0 | $203,590 |
| | PROKOSCH KIRK | RURAL COMMUNITY INSURANCE SERVICES | $15,796 | $9,188 | $6,608 |
| | R M FARMS | IGF INSURANCE COMPANY | $104,315 | $0 | $104,315 |
| | R DUNCAN FARMS INC | IGF INSURANCE COMPANY | $73,157 | $0 | $73,157 |
| | RA ZIMMER FARMS INC | IGF INSURANCE COMPANY | $298,749 | $0 | $298,749 |
| | RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | $81,523 | $16,368 | $65,155 |

# Attachment A: Calculated Indemnities For Non-Settled Plaintiffs Under Panel Finding 68

| Note | Name of Insured | Insurance Company | Scenario 3 Calculated Indemnity Under Panel Finding 68[1] Calculated | Paid | Calculated Indemnity Balance Under Finding 68 |
|---|---|---|---|---|---|
| | RHEINGANS GEORGE P | RURAL COMMUNITY INSURANCE SERVICES | $22,770 | $0 | $22,770 |
| | RHEINGANS ROBERT G | RURAL COMMUNITY INSURANCE SERVICES | $0 | $0 | $0 |
| | RICK BRODERIUS INC | AMERICAN GROWERS INSURANCE CO. | $34,713 | $0 | $34,713 |
| | RODEBERG FARMS INC | RAIN AND HAIL L.L.C.. | $125,664 | $0 | $125,664 |
| | RODEL DAVID J | RURAL COMMUNITY INSURANCE SERVICES | $7,438 | $0 | $7,438 |
| | ROUSE JASON | RURAL COMMUNITY INSURANCE SERVICES | $2,835 | $0 | $2,835 |
| | RUUD LEROY D | RURAL COMMUNITY INSURANCE SERVICES | $10,804 | $0 | $10,804 |
| | RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | $149,008 | $0 | $149,008 |
| | SACHARIASON EDWARD | BLAKELY CROP HAIL, INC. | $69,299 | $0 | $69,299 |
| | SACHARIASON FARMS | BLAKELY CROP HAIL, INC. | $106,401 | $0 | $106,401 |
| | SACHARIASON JASON | BLAKELY CROP HAIL, INC. | $5,778 | $0 | $5,778 |
| | SACHARIASON SCOTT | BLAKELY CROP HAIL, INC. | $5,570 | $0 | $5,570 |
| | SAMPSON CURT A | RURAL COMMUNITY INSURANCE SERVICES | $8,884 | $0 | $8,884 |
| | SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | $43,396 | $2,684 | $40,712 |
| | SCHALLER GARY R. | NAU COUNTRY INSURANCE CO. | $2,108 | $0 | $2,108 |
| | SCHEURER GERALD | NORTH CENTRAL CROP INSURANCE, INC. | $4,233 | $0 | $4,233 |
| | SCHLEUSNER FARMS | IGF INSURANCE COMPANY | $205,050 | $0 | $205,050 |
| | SCHROEDER BLAKE | RAIN AND HAIL L.L.C.. | $32,386 | $0 | $32,386 |
| | SCHWERIN DAVE | RAIN AND HAIL L.L.C.. | $84,390 | $0 | $84,390 |
| | SCHWINDT RICK | AMERICAN GROWERS INSURANCE CO. | $26,395 | $0 | $26,395 |
| | SCHWITTERS CHRIS | GREAT AMERICAN INSURANCE COMPANY | $7,188 | $0 | $7,188 |
| | SCHWITTERS DELWIN | IGF INSURANCE COMPANY | $7,756 | $0 | $7,756 |
| | SCHWITTERS GREG | GREAT AMERICAN INSURANCE COMPANY | $158,676 | $15,584 | $143,092 |
| | SCHWITTERS JERRY | IGF INSURANCE COMPANY | $228,894 | $0 | $228,894 |
| | SCHWITTERS LANE | GREAT AMERICAN INSURANCE COMPANY | $139,125 | $15,584 | $123,541 |
| | SCHWITTERS LOWELL | GREAT AMERICAN INSURANCE COMPANY | $17,971 | $0 | $17,971 |
| | SCHWITTERS ROBERT | GREAT AMERICAN INSURANCE COMPANY | $192,066 | $0 | $192,066 |
| | SEDERSTROM STEVE | BLAKELY CROP HAIL, INC. | $40,317 | $0 | $40,317 |
| | SJORGEN DENNIS | AMERICAN GROWERS INSURANCE CO. | $0 | $0 | $0 |
| | SPRINGER DAVID | BLAKELY CROP HAIL, INC. | $8,085 | $0 | $8,085 |
| | STEVENS MARC | IGF INSURANCE COMPANY | $86,438 | $0 | $86,438 |
| | SUTER RONALD | AMERICAN GROWERS INSURANCE CO. | $1,660 | $0 | $1,660 |
| | SWIGART DEAN | NORTH CENTRAL CROP INSURANCE, INC. | $61,758 | $0 | $61,758 |
| | TAATJES FARMS INC | NORTH CENTRAL CROP INSURANCE, INC. | $162,774 | $0 | $162,774 |
| | TELFORD DAVID | BLAKELY CROP HAIL, INC. | $31,004 | $0 | $31,004 |
| | TERSTEEG ALAN | GREAT AMERICAN INSURANCE COMPANY | $34,761 | $0 | $34,761 |
| | TOREN CHRISTOPHE | RAIN AND HAIL L.L.C.. | $29,429 | $0 | $29,429 |
| | TOREN SCHMOLL DAWN | RAIN AND HAIL L.L.C.. | $0 | $0 | $0 |
| | TRIPLE K FARMS LLP | IGF INSURANCE COMPANY | $25,063 | $0 | $25,063 |
| | VICK DARRELL | IGF INSURANCE COMPANY | $58,458 | $0 | $58,458 |
| | VICK DOUGLAS | IGF INSURANCE COMPANY | $69,137 | $0 | $69,137 |
| | VOELZ (R&W) BROTHERS | NAU COUNTRY INSURANCE CO. | $79,820 | $0 | $79,820 |
| | W B FARMS INC | AMERICAN GROWERS INSURANCE CO. | $74,238 | $0 | $74,238 |
| | WARNER ARTHUR | NORTH CENTRAL CROP INSURANCE, INC. | $28,208 | $0 | $28,208 |
| | WEHKING RICHARD | RURAL COMMUNITY INSURANCE SERVICES | $57,437 | $9,852 | $47,585 |
| | WERTISH GARY | IGF INSURANCE COMPANY | $196,752 | $0 | $196,752 |
| | WHITEHORSE FARMS | AMERICAN GROWERS INSURANCE CO. | $162,269 | $0 | $162,269 |
| | WILLEY FARMS INC | RAIN AND HAIL L.L.C.. | $38,310 | $0 | $38,310 |
| | WUBBEN GARY | IGF INSURANCE COMPANY | $45,065 | $0 | $45,065 |
| | WUBBEN WILLIS | AMERICAN GROWERS INSURANCE CO. | $58,053 | $0 | $58,053 |
| | YOUNGKRANTZ ALLEN | AMERICAN GROWERS INSURANCE CO. | $39,712 | $0 | $39,712 |
| | YOUNGKRANTZ DEAN | AMERICAN GROWERS INSURANCE CO. | $39,712 | $0 | $39,712 |
| | YOUNGKRANTZ GARY | AMERICAN GROWERS INSURANCE CO. | $39,712 | $0 | $39,712 |
| | YOUNGKRANTZ GLENN | AMERICAN GROWERS INSURANCE CO. | $39,712 | $0 | $39,712 |
| | ZASKE DAVE | AMERICAN GROWERS INSURANCE CO. | $18,922 | $0 | $18,922 |
| | ZASKE WAYLAND | AMERICAN GROWERS INSURANCE CO. | $91,143 | $0 | $91,143 |
| | | TOTAL | $18,420,112 | $336,763 | $18,083,349 |

Notes:

1. The above schedule displays Scenario 3 Calculated Indemnities adjusted for Panel Finding 68, allocating 77,000 tons over 1,870,817 total post-freeze tons. Therefore, all tons delivered on or before October 6, 2000 plus the additional 77,000 tons met minimum acceptable standards in the above indemnity calculation. All other tons did not meet minimum acceptable standards for the purpose of this indemnity calculation.

# Attachment A: Calculated Indemnities For Non-Settled Plaintiffs Under Panel Finding 68

| | | | Scenario 3 Calculated Indemnity Under Panel Finding 68[1] | | |
|---|---|---|---|---|---|
| Note | Name of Insured | Insurance Company | Calculated | Paid | Calculated Indemnity Balance Under Finding 68 |

2. The Calculated Indemnity Balance Under Finding 68 for Alan Plotz is presented as a negative number, reflecting the fact that RCIS paid more in its August 2001 payment than the indemnity calculated to be owed Mr. Plotz in these proceedings. The negative number indicates that no indemnity is due Mr. Plotz by RCIS and does not indicate that Mr. Plotz owes $907 to RCIS. Whether Mr. Plotz is to repay the $907 is a matter between Mr. Plotz and RCIS, and is outside and separate from the matters and issues being decided by the Panel.

3. Troy Roebke, who is not listed above, has zero indemnity under any scenario because all of his acres were entered into the 2000 PIK program and therefore had no harvested or delivered tons.

4. All Plaintiffs who have settled were excluded from this schedule, including those insured by Fireman's Fund, Hartford, and certain Rain & Hail insureds as indicated by the Plaintiffs' May 7, 2003 Submission.