**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2004, I caused the following documents:

- Joint Notice of Filing and Request for Status Conference Before the Honorable Chief Judge James M. Rosenbaum

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Thomas H Boyd**
  tboyd@winthrop.com; emulvaney@winthrop.com

- **Daniel James Brown**
  brown.daniel@dorsey. com; derijk.dawn@dorsey.com

- **Michael J Davenport**
  michael.davenport@rainhail.com

- **Aimee D Dayhoff**
  adayhoff@winthrop.com; mbrinkman-schill@winthrop.com

- **George G Eck**
  eck.george@dorsey.com sunderland.delphine@dorsey.com;
  schroeder.maridee@dorsey.com

- **Kristin L Farnen**
  kfarnen@stinsonmoheck.com

- **P John Owen**
  johno@ag-risk.org

- **Matthew J Salzman**
  msalzman@stinsonmoheck.com

- **Friedrich Anson Paul Siekert**
  fred.siekert@usdoj.gov; tina.knoll@usdoj.gov; usamnecf.civil@usdoj.gov

- **Matthew D Spohn**
  mspohn@winthrop.com; emulvaney@winthrop.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Bruce E. Baty**
Stinson Morrison Hecker
2600 Grand Ave
Kansas City, MO 64108-4606

**Jennifer J. Coleman**
Stinson Morrison Hecker
2600 Grand Ave
Kansas City, MO 64108-4606

**W. Kurt Henke**
Henke-Bufkin
P.O. Box 39,
Clarksdale, MS 38614

**Frank W. Pechacek**
Wilson & Pechacek
421 Broadway W Ste 200
Council Bluffs, IA 51503

**Robert J Vancrum**
Stinson Morrison Hecker
Corporate Woods
Building 9, Suite 450
9200 Indian Creek Pkwy.
Overland Park, KS 66210-2008

Dated: August 20, 2004

_____ *s/Theresa M. Bevilacqua*_________
Theresa M. Bevilacqua