**Rain and Hail L.L.C.**

**Corporate Office - Legal Department**
9200 Northpark Drive, Suite 300
Johnston, IA 50131-3006
Tel: (515) 559-1000
Fax: (515) 559-1511
Website: www.RainHail.com

August 26, 2004

**VIA ELECTRONIC FILING - ECF**

Clerk of Court
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Agre v. Rain and Hail L.L.C.
Case No.: 0:01-cv-1629

To Whom It May Concern:

I am writing to request that Frank W. Pechacek, Willson & Pechacek, 421 Broadway West, Suite 200, Council Bluffs, Iowa 51503 be removed as an attorney of record for the above captioned case at Mr. Pechacek's request as he has not been involved in the matter for over two years.

Please allow this letter to confirm that Mr. Pechacek will be removed and that he will no longer receive documentation pertaining to this case.

Thank you very much for your attention to this matter.

Yours truly,

Michael J. Davenport

Michael J. Davenport
Vice-President & General Counsel
Rain and Hail L.L.C.

MJD/skm

cc: Frank W. Pechacek