UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re 2000 Sugar Beet Crop Insurance Litigation* | Civil File Nos.: 01-CV-1629<br>01-CV-1630<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>02-CV-0985 |

**MOTION FOR SUMMARY JUDGMENT IN COUNTS II, III, AND IV OF PLAINTIFFS' COMPLAINTS**

PLEASE TAKE NOTICE that Defendants American Growers Insurance Company, et al.[1] (collectively "defendants") in these consolidated cases are entitled to summary judgment pursuant to Fed. R. Civ. P. 56 on plaintiffs' extra-contractual claims, which are asserted as Counts II, III, and IV of plaintiffs' Complaints, as a matter of law.

WHEREFORE, defendants pray that the Court enter an Order granting summary judgment pursuant to Fed. R. Civ. P. 56 on plaintiffs' extra-contractual claims, which are asserted as Counts II, III, and IV of plaintiffs' Complaints, in all respect.

---

[1] Defendants and the actions in which they are named as parties are: American Growers (in 01-CV-1633); The Alliance Ins. Co. and Farmers Alliance Mut. Ins. Co. (in 01-CV-1636); Farm Bureau Mut. Ins. Co. (in 01-CV-1635); Great American Ins. Co. (in 01-CV-1634); IGF Ins. Co. (in 01-CV-1630); NAU Country Ins. Co. (in 02-CV-0985); and Rain and Hail L.L.C. (in 01-CV-1629).

Dated: October 7, 2004

By: s/Thomas H. Boyd

Thomas H. Boyd, #0200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
tboyd@winthrop.com
mspohn@winthrop.com

P. John Owen (KS Bar #11835; MO Bar #22523)
National Crop Insurance Services, Inc.
7201 West 129th Street, Suite 200
Overland Park, KS 66213
(913) 685-2767
johno@ag-risk.org

STINSON MORRISON HECKER L.L.P.
Kristin L. Farnen (AZ Bar # 16177; MO Bar # 30620; KS Bar #17517)
2600 Grand Avenue
Kansas City, MO 64108-4606
(816) 691-2600
kfarnen@stinsonmoheck.com

Attorneys for Defendants

Michael J. Davenport
RAIN AND HAIL LLC
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006
(515) 559-1000
Michael.davenport@rainhail.com

Co-counsel for Defendant Rain and Hail, LLC

2149430v1