UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re 2000 Sugar Beet Crop Insurance Litigation* | Civil File Nos.: 01-CV-1629<br>01-CV-1630<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>02-CV-0985 |

**AFFIDAVIT OF THOMAS H. BOYD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNTS II, III, AND IV OF PLAINTIFFS' COMPLAINTS**

I, Thomas H. Boyd, having been duly sworn and upon oath, hereby state as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402, and in that capacity I am representing Defendants in the above-referenced consolidated matters. I submit this Affidavit in support of Defendants' Motion for Summary Judgment on Plaintiffs' Extra-Contractual Claims in Counts II, III, and IV of Plaintiffs' Complaints.

2. A true and correct exemplar of a Standard Reinsurance Agreement is attached hereto and marked Exhibit A.

3. A true and correct copy of Plaintiffs' Exhibit No. 43 in the evidentiary hearing before the Arbitration Panel is attached hereto and marked Exhibit B.

FURTHER YOUR AFFIANT SAITH NOT.

Dated: October 7, 2004

s/Thomas H. Boyd
Thomas H. Boyd

Subscribed and sworn to before me
this 7th day of October, 2004.

s/Elizabeth H. Mulvaney
Notary Public
My Commission Expires: January 1, 2005

2149485v1