UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ***In re 2000 Sugar Beet Crop Insurance Litigation*** | Civil File Nos.: 01-CV-1629<br>01-CV-1630<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>02-CV-0985 |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT ON COUNT I OF PLAINTIFFS' COMPLAINTS**

PLEASE TAKE NOTICE that on December 17, 2004 at 9:30 a.m. before the Honorable James M. Rosenbaum, Chief Judge of the United States District Court for the District of Minnesota, 15E U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Defendants American Growers Insurance Company, et al.[1] (collectively "defendants") will move this Court for summary judgment pursuant to Fed. R. Civ. P. 56 on Count I of plaintiffs' Complaints.

[1] Defendants and the actions in which they are named as parties are: American Growers (in 01-CV-1633); The Alliance Ins. Co. and Farmers Alliance Mut. Ins. Co. (in 01-CV-1636); Farm Bureau Mut. Ins. Co. (in 01-CV-1635); Great American Ins. Co. (in 01-CV-1634); IGF Ins. Co. (in 01-CV-1630); NAU Country Ins. Co. (in 02-CV-0985); and Rain and Hail L.L.C. (in 01-CV-1629).

Dated: October 7, 2004

By: s/Thomas H. Boyd
Thomas H. Boyd, #0200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
tboyd@winthrop.com
mspohn@winthrop.com

P. John Owen (KS Bar #11835; MO Bar #22523)
National Crop Insurance Services, Inc.
7201 West 129th Street, Suite 200
Overland Park, KS 66213
(913) 685-2767
johno@ag-risk.org

STINSON MORRISON HECKER L.L.P.
Kristin L. Farnen (AZ Bar # 16177; MO Bar # 30620; KS Bar #17517)
2600 Grand Avenue
Kansas City, MO 64108-4606
(816) 691-2600
kfarnen@stinsonmoheck.com

Attorneys for Defendants

Michael J. Davenport
RAIN AND HAIL LLC
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006
(515) 559-1000
Michael.davenport@rainhail.com

Co-counsel for Defendant Rain and Hail, LLC

2149463v1