UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ***In re 2000 Sugar Beet Crop Insurance Litigation*** | Civil File Nos.: 01-CV-1629<br>01-CV-1630<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>02-CV-0985 |

**AFFIDAVIT OF THOMAS H. BOYD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT I OF PLAINTIFFS' COMPLAINTS**

I, Thomas H. Boyd, having been duly sworn and upon oath, hereby state as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402, and in that capacity I am representing Defendants in the above-referenced consolidated matters. I submit this Affidavit in support of Defendants' Motion for Summary Judgment on Count I.

2. True and correct excerpts of the deposition of Terry Hochsprung taken under oath on June 17, 2003 in the arbitration proceedings are attached hereto and marked Exhibit A.

3. A true and correct copy of Plaintiffs' Exhibit No. 100 in the evidentiary proceeding before the Arbitration Panel is attached hereto and marked Exhibit B.

4. A true and correct copy of Defendants' November 10, 2003 post-hearing submissions to the Arbitration Panel are attached hereto and marked Exhibit C.

5. A true and correct copy of Defendants' April 29, 2004 submission to the Panel is attached hereto and marked Exhibit D.

6. True and correct excerpts from the transcript of the evidentiary hearing before the Arbitration Panel are attached hereto and marked Exhibit E.

7. A true and correct copy of Plaintiffs' Exhibit No. 42 in the evidentiary hearing before the Arbitration Panel is attached hereto and marked Exhibit F.

8. A true and correct copy of Defendants' Exhibit No. 1 in the evidentiary hearing before the Arbitration Panel is attached hereto and marked Exhibit G.

9. A true and correct copy of Plaintiffs' Exhibit No. 186 in the evidentiary hearing before the Arbitration Panel is attached hereto and marked Exhibit H.

10. A true and correct copy of Plaintiffs' Exhibit No. 187 in the evidentiary hearing before the Arbitration Panel is attached hereto and marked Exhibit I.

11. A true and correct copy of Plaintiffs' Exhibit No. 190 in the evidentiary hearing before the Arbitration Panel is attached hereto and marked Exhibit J.

12. A true and correct copy of Plaintiffs' Exhibit No. 209 in the evidentiary hearing before the Arbitration Panel is attached hereto and marked Exhibit K.

13. A true and correct copy of Defendants' Exhibit No. 658 in the evidentiary hearing before the Arbitration Panel is attached hereto and marked Exhibit L.

14. A summary Analysis of Notice Findings is attached hereto and marked Exhibit M.

FURTHER YOUR AFFIANT SAITH NOT.

Dated: October 7, 2004

s/Thomas H. Boyd
Thomas H. Boyd

Subscribed and sworn to before me
this 7th day of October, 2004.

s/Elizabeth H. Mulvaney
Notary Public
My Commission Expires: January 1, 2005
2149479v1