Exhibit B

Attn: Lisa, Mary

Please report all MPCI, RA, CRC, GRP, AVP, and CAT policies for the T&A and Terry Hochsprung agency as possible losses per phone conversation 9:30am Oct. 17th 200 with Lisa. See attached policy register from Mary Gugal.

Terry Hochsprung
Crop Insurance Specialist
24495 150th St.
Stewart, MN 55385
(320) 587-5873

T & A INSURANCE AGENCY
24495 150th St.
Stewart, MN 55385
A. Nephew-(612) 474-4897
T. Hochsprung-(320) 587-58..

Terry Hoch

10-17-00

434928

DX Exhibit 544
Date 6-17-03
RICHARD G. STIREWALT
REGISTERED PROF. REPORTER

PT 100