Exhibit C5

**Attachment 5**

**Plaintiff Name and Insurance Policy Numbers**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 69 | JOHNSON SHANNON L. | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | 0060800 | | |
| 70 | HOLIEN MICHAEL D. | GREAT AMERICAN INSURANCE COMPANY | 0870473 | | |
| 71 | JOHNSON JAY (GAIC) | GREAT AMERICAN INSURANCE COMPANY | 0822362 | | |
| 72 | KRANZ JAMES | GREAT AMERICAN INSURANCE COMPANY | 0819161 | | |
| 73 | LIEN DONALD E. | GREAT AMERICAN INSURANCE COMPANY | 0816756 | | |
| 74 | MONTGOMERY SAM | GREAT AMERICAN INSURANCE COMPANY | 0821160 | | |
| 75 | PAPE AARON | GREAT AMERICAN INSURANCE COMPANY | 0822406 | | |
| 76 | SCHWITTERS CHRIS | GREAT AMERICAN INSURANCE COMPANY | 0820693 | | |
| 77 | SCHWITTERS GREG | GREAT AMERICAN INSURANCE COMPANY | 0820695 | | |
| 78 | SCHWITTERS LANE | GREAT AMERICAN INSURANCE COMPANY | 0820694 | | |
| 79 | SCHWITTERS LOWELL | GREAT AMERICAN INSURANCE COMPANY | 0822476 | | |
| 80 | SCHWITTERS ROBERT | GREAT AMERICAN INSURANCE COMPANY | 0822461 | | |
| 81 | TERSTEEG ALAN | GREAT AMERICAN INSURANCE COMPANY | 0822358 | | |
| 82 | A PLUS FARMS | HARTFORD FIRE INSURANCE COMPANY | 0051464 | 0051471 | |
| 83 | AEIKENS GARY | HARTFORD FIRE INSURANCE COMPANY | 0117900 | | |
| 84 | AEIKENS GLENN | HARTFORD FIRE INSURANCE COMPANY | 0117899 | | |
| 85 | AEIKENS LYNN | HARTFORD FIRE INSURANCE COMPANY | 0052558 | | |
| 86 | AHLBRECHT TERRY C. | HARTFORD FIRE INSURANCE COMPANY | 0052119 | | |
| 87 | ANDRESEN MARLYN | HARTFORD FIRE INSURANCE COMPANY | 0051306 | | |
| 88 | BNV FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 0052146 | 0052193 | |
| 89 | BOIKE RODNEY | HARTFORD FIRE INSURANCE COMPANY | 0051279 | | |
| 90 | BOONSTRA STEVE | HARTFORD FIRE INSURANCE COMPANY | 0118278 | | |
| 91 | BOSCH LEE | HARTFORD FIRE INSURANCE COMPANY | 0118293 | | |
| 92 | BRATSCH DARIN | HARTFORD FIRE INSURANCE COMPANY | 0120282 | | |
| 93 | BRISTLE BROS | HARTFORD FIRE INSURANCE COMPANY | 0120788 | 0120789 | |
| 94 | BULTHUIS MIKE | HARTFORD FIRE INSURANCE COMPANY | 0100249 | | |
| 95 | BULTHUIS STEVE | HARTFORD FIRE INSURANCE COMPANY | 0051896 | | |
| 96 | BURNER CRAIG | HARTFORD FIRE INSURANCE COMPANY | 0118294 | | |
| 97 | CONDON FARMS | HARTFORD FIRE INSURANCE COMPANY | 0118705 | | |
| 98 | CONDON PAUL | HARTFORD FIRE INSURANCE COMPANY | 0118713 | | |
| 99 | CONDON ROBERT | HARTFORD FIRE INSURANCE COMPANY | 0118706 | | |
| 100 | DEGROOT BARRY | HARTFORD FIRE INSURANCE COMPANY | 0095265 | | |
| 101 | DEGROTE CHARLES | HARTFORD FIRE INSURANCE COMPANY | 0095386 | | |
| 102 | DIRKSEN DANIEL | HARTFORD FIRE INSURANCE COMPANY | 0107602 | | |
| 103 | DIRKSEN JEREMY | HARTFORD FIRE INSURANCE COMPANY | 0117786 | | |
| 104 | DIRKSEN ROBERT | HARTFORD FIRE INSURANCE COMPANY | 0117788 | | |
| 105 | DOONER FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 0052120 | 0102096 | |
| 106 | DUHOUX WILLIAM | HARTFORD FIRE INSURANCE COMPANY | 0051316 | 0104534 | |
| 107 | ELFERING DAVID | HARTFORD FIRE INSURANCE COMPANY | 0052139 | 0061142 | |
| 108 | ELFERING GEORGE J. | HARTFORD FIRE INSURANCE COMPANY | 0100921 | | |
| 109 | ELFERING GERALD | HARTFORD FIRE INSURANCE COMPANY | 0052112 | | |
| 110 | ELFERING GREGG | HARTFORD FIRE INSURANCE COMPANY | 0095231 | 0100920 | |
| 111 | ELFERING JAMES | HARTFORD FIRE INSURANCE COMPANY | 0052133 | | |
| 112 | ELFERING KELLY | HARTFORD FIRE INSURANCE COMPANY | 0106510 | | |
| 113 | ELFERING TROY H. | HARTFORD FIRE INSURANCE COMPANY | 0110333 | | |
| 114 | ELLIOT DANIEL | HARTFORD FIRE INSURANCE COMPANY | 0111076 | | |
| 115 | ERICKSON CORY | HARTFORD FIRE INSURANCE COMPANY | 0111138 | 0111139 | |
| 116 | ERICKSON FARMS OF OLIVIA INC | HARTFORD FIRE INSURANCE COMPANY | 0052173 | | |
| 117 | GARBERICH BRENT | HARTFORD FIRE INSURANCE COMPANY | 0053686 | | |
| 118 | GARBERICH GREGORY | HARTFORD FIRE INSURANCE COMPANY | 0119110 | | |
| 119 | GARTNER PAUL J. | HARTFORD FIRE INSURANCE COMPANY | 0052147 | | |
| 120 | GERDES MERLE | HARTFORD FIRE INSURANCE COMPANY | 0111524 | | |
| 121 | GIGSTAD GERRY M. | HARTFORD FIRE INSURANCE COMPANY | 0110929 | | |
| 122 | GOSSELING LOREN | HARTFORD FIRE INSURANCE COMPANY | 0117893 | | |
| 123 | GRAVES PHILIP | HARTFORD FIRE INSURANCE COMPANY | 0118714 | | |
| 124 | GUNTER CHAD | HARTFORD FIRE INSURANCE COMPANY | 0120285 | | |
| 125 | GUNTER TOM | HARTFORD FIRE INSURANCE COMPANY | 0118707 | 0118708 | |
| 126 | HAGEN THOMAS | HARTFORD FIRE INSURANCE COMPANY | 0052135 | | |
| 127 | HARGUTH DENNIS | HARTFORD FIRE INSURANCE COMPANY | 0118292 | | |
| 128 | HARGUTH WAYNE | HARTFORD FIRE INSURANCE COMPANY | 0117898 | | |
| 129 | HARMS ROSS | HARTFORD FIRE INSURANCE COMPANY | 0117892 | 0119023 | |
| 130 | HEBRINK CURT | HARTFORD FIRE INSURANCE COMPANY | 0110184 | 0120146 | |
| 131 | HEBRINK JAMES | HARTFORD FIRE INSURANCE COMPANY | 0110185 | 0118280 | |
| 132 | HINDERKS CHARLES | HARTFORD FIRE INSURANCE COMPANY | 0120781 | | |
| 133 | HUHNERKOCH ROBERT | HARTFORD FIRE INSURANCE COMPANY | 0051478 | 0051479 | |
| 134 | JAENISCH CHRIS | HARTFORD FIRE INSURANCE COMPANY | 0120784 | | |
| 135 | JAENISCH LYLE | HARTFORD FIRE INSURANCE COMPANY | 0117790 | 0117791 | |

**Attachment 5**
**Plaintiff Name and Insurance Policy Numbers**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 136 | JAENISCH MOLLIE | HARTFORD FIRE INSURANCE COMPANY | 0117792 | | |
| 137 | JAENISCH TONY | HARTFORD FIRE INSURANCE COMPANY | 0120782 | | |
| 138 | JANSSEN DARREL | HARTFORD FIRE INSURANCE COMPANY | 0100887 | | |
| 139 | JANSSEN RANDAL | HARTFORD FIRE INSURANCE COMPANY | 0104537 | 0120769 | |
| 140 | JUNGERS FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 0052118 | | |
| 141 | KADELBACH LLOYD | HARTFORD FIRE INSURANCE COMPANY | 0052179 | | |
| 142 | KIDROWSKI LARRY | HARTFORD FIRE INSURANCE COMPANY | 0053255 | | |
| 143 | KITTELSON SHELDON | HARTFORD FIRE INSURANCE COMPANY | 0052100 | | |
| 144 | KLINGHAGEN RANDY | HARTFORD FIRE INSURANCE COMPANY | 0110949 | | |
| 145 | KNAPPER RICKY | HARTFORD FIRE INSURANCE COMPANY | 0119542 | | |
| 146 | KOPEL MICHAEL C. | HARTFORD FIRE INSURANCE COMPANY | 0111436 | | |
| 147 | KRAMER FARMS | HARTFORD FIRE INSURANCE COMPANY | 0052140 | | |
| 148 | KRAMER JEFF | HARTFORD FIRE INSURANCE COMPANY | 0052182 | | |
| 149 | KRAMER RANDY | HARTFORD FIRE INSURANCE COMPANY | 0052113 | 0102830 | |
| 150 | KRAMER RICK R. | HARTFORD FIRE INSURANCE COMPANY | 0052117 | 0102831 | |
| 151 | KRAMER ROD R. | HARTFORD FIRE INSURANCE COMPANY | 0052116 | 0102829 | |
| 152 | KRANZ KYLE | HARTFORD FIRE INSURANCE COMPANY | 0119347 | | |
| 153 | KRONLOKKEN ERIC | HARTFORD FIRE INSURANCE COMPANY | 0111090 | | |
| 154 | KRONLOKKEN PETER | HARTFORD FIRE INSURANCE COMPANY | 0111089 | | |
| 155 | LAMB FARMS | HARTFORD FIRE INSURANCE COMPANY | 0110334 | 0110337 | |
| 156 | LEDEBOER CHARLES W. | HARTFORD FIRE INSURANCE COMPANY | 0118792 | | |
| 157 | LIPPERT JEFFERY P. | HARTFORD FIRE INSURANCE COMPANY | 0114921 | | |
| 158 | LUSCHEN WILLIAM | HARTFORD FIRE INSURANCE COMPANY | 0118711 | | |
| 159 | MACZIEWSKI BROS | HARTFORD FIRE INSURANCE COMPANY | 0119052 | 0119053 | |
| 160 | MACZIEWSKI RICK | HARTFORD FIRE INSURANCE COMPANY | 0119003 | 0119004 | |
| 161 | MCNEIL DAVID | HARTFORD FIRE INSURANCE COMPANY | 0118710 | | |
| 162 | MCNEIL STEVEN | HARTFORD FIRE INSURANCE COMPANY | 0051292 | 0100878 | |
| 163 | MELBERG BRADLEY | HARTFORD FIRE INSURANCE COMPANY | 0052183 | 0110395 | |
| 164 | MELBERG CHARLES | HARTFORD FIRE INSURANCE COMPANY | 0052123 | 0110391 | |
| 165 | MEYER CECIL | HARTFORD FIRE INSURANCE COMPANY | 0119019 | | |
| 166 | MEYER CURT | HARTFORD FIRE INSURANCE COMPANY | 0095339 | 0120281 | |
| 167 | MEYER GARY | HARTFORD FIRE INSURANCE COMPANY | 0117889 | 0117890 | |
| 168 | NEUBAUER FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 0052151 | | |
| 169 | NOBLE TERRY | HARTFORD FIRE INSURANCE COMPANY | 0118712 | | |
| 170 | ONNEN JEFF | HARTFORD FIRE INSURANCE COMPANY | 0100704 | | |
| 171 | PETERS BRYAN | HARTFORD FIRE INSURANCE COMPANY | 0100701 | | |
| 172 | PIEPER GERALD | HARTFORD FIRE INSURANCE COMPANY | 0051277 | | |
| 173 | PIEPER HARLAN | HARTFORD FIRE INSURANCE COMPANY | 0100871 | | |
| 174 | PIEPER PHILIP | HARTFORD FIRE INSURANCE COMPANY | 0100872 | | |
| 175 | PRIEBE KENT | HARTFORD FIRE INSURANCE COMPANY | 0119973 | | |
| 176 | PROKOSCH NEAL | HARTFORD FIRE INSURANCE COMPANY | 0051830 | | |
| 177 | ROELOFS LANNE | HARTFORD FIRE INSURANCE COMPANY | 0117402 | | |
| 178 | ROUSE CASEY | HARTFORD FIRE INSURANCE COMPANY | 0052127 | | |
| 179 | ROUSE RICHARD | HARTFORD FIRE INSURANCE COMPANY | 0052129 | | |
| 180 | RUDEEN CARL E. | HARTFORD FIRE INSURANCE COMPANY | 0061144 | 0110373 | |
| 181 | RUDEEN NEIL | HARTFORD FIRE INSURANCE COMPANY | 0061147 | 0110372 | |
| 182 | RUDEEN RIK C. | HARTFORD FIRE INSURANCE COMPANY | 0061146 | 0110370 | |
| 183 | RUDEEN WILLIAM J. | HARTFORD FIRE INSURANCE COMPANY | 0061145 | 0110371 | |
| 184 | RUITER HARLAN | HARTFORD FIRE INSURANCE COMPANY | 0120284 | | |
| 185 | RUITER SCOTT | HARTFORD FIRE INSURANCE COMPANY | 0118715 | | |
| 186 | RUSCHEN STEVE | HARTFORD FIRE INSURANCE COMPANY | 0104539 | 0119017 | |
| 187 | S J JACOBS & SONS | HARTFORD FIRE INSURANCE COMPANY | 0052485 | | |
| 188 | SCHMAEDEKA JAMES | HARTFORD FIRE INSURANCE COMPANY | 0118704 | | |
| 189 | SCHMOLL BRAD | HARTFORD FIRE INSURANCE COMPANY | 0051823 | 0101389 | |
| 190 | SCHWITTERS LENNY | HARTFORD FIRE INSURANCE COMPANY | 0097205 | | |
| 191 | SQUIBB BROS INC | HARTFORD FIRE INSURANCE COMPANY | 0052159 | | |
| 192 | STEFFEL GREGORY | HARTFORD FIRE INSURANCE COMPANY | 0105795 | | |
| 193 | STEFFEL TOM | HARTFORD FIRE INSURANCE COMPANY | 0110338 | 0110339 | |
| 194 | SWART LARRY | HARTFORD FIRE INSURANCE COMPANY | 0051912 | | |
| 195 | TERSTEEG BROTHERS | HARTFORD FIRE INSURANCE COMPANY | 0052187 | 0061636 | |
| 196 | TOMES DAVID | HARTFORD FIRE INSURANCE COMPANY | 0118300 | | |
| 197 | TRIPLE F FARMS LLP | HARTFORD FIRE INSURANCE COMPANY | 0110369 | 0117860 | |
| 198 | TRIPLE G FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 0052184 | 0117727 | |
| 199 | ULFERTS JUSTIN | HARTFORD FIRE INSURANCE COMPANY | 0110946 | | |
| 200 | VANDERVOORT FARMS IN | HARTFORD FIRE INSURANCE COMPANY | 0052145 | | |
| 201 | WACEK DEAN K. | HARTFORD FIRE INSURANCE COMPANY | 0053650 | | |
| 202 | WEIS FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 0052141 | | |

**Attachment 5**
**Plaintiff Name and Insurance Policy Numbers**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 203 | WIEBERDINK HUBERT | HARTFORD FIRE INSURANCE COMPANY | 0051915 | | |
| 204 | ABBAS KENNETH | IGF INSURANCE COMPANY | 0305405 | | |
| 205 | AHLBRECHT JEFF | IGF INSURANCE COMPANY | 0305404 | 0305421 | |
| 206 | BLAD G | IGF INSURANCE COMPANY | 0305407 | | |
| 207 | BLAD NATHAN | IGF INSURANCE COMPANY | 0305420 | | |
| 208 | BLARCO | IGF INSURANCE COMPANY | 0303436 | | |
| 209 | BOSCH FARMS PARTNERSHIP | IGF INSURANCE COMPANY | 0306051 | | |
| 210 | BRODERIOUS CORP | IGF INSURANCE COMPANY | 0305417 | 0305419 | |
| 211 | BROUWER DAVID | IGF INSURANCE COMPANY | 0010223 | 0308133 | |
| 212 | BROUWER HERMAN | IGF INSURANCE COMPANY | 0307691 | | |
| 213 | BUBOLTZ RICKY | IGF INSURANCE COMPANY | 0305411 | | |
| 214 | DASCHER STEVEN | IGF INSURANCE COMPANY | 0305739 | | |
| 215 | DEAN AHLBRECHT FARMS INC | IGF INSURANCE COMPANY | 0305403 | | |
| 216 | DOLEZAL MILOYD | IGF INSURANCE COMPANY | 0305413 | 0305414 | |
| 217 | DON HARTUNG FARM INC | IGF INSURANCE COMPANY | 0010346 | | |
| 218 | DOUGLAS RANDY HULTGREN PTSHP | IGF INSURANCE COMPANY | 0305717 | | |
| 219 | DUNCAN BRETT | IGF INSURANCE COMPANY | 0312451 | | |
| 220 | E K FARMS INC | IGF INSURANCE COMPANY | 0305401 | 0312344 | |
| 221 | ENESTVEDT ALAN | IGF INSURANCE COMPANY | 0305422 | | |
| 222 | ENESTVEDT DEAN | IGF INSURANCE COMPANY | 0305415 | | |
| 223 | ENESTVEDT STEVE | IGF INSURANCE COMPANY | 0305416 | | |
| 224 | ERICKSON TODD | IGF INSURANCE COMPANY | 0306104 | | |
| 225 | FISCHER CLIFFORD | IGF INSURANCE COMPANY | 0010156 | | |
| 226 | FRANK STEVE | IGF INSURANCE COMPANY | 0305387 | | |
| 227 | FREESE STEVE | IGF INSURANCE COMPANY | 0306106 | | |
| 228 | GORDON FARMS II | IGF INSURANCE COMPANY | 0303439 | 0303648 | |
| 229 | GROOTHUIS TROY | IGF INSURANCE COMPANY | 0010144 | | |
| 230 | GRUSSING MARK | IGF INSURANCE COMPANY | 0142174 | | |
| 231 | HERICKHOFF FARMS | IGF INSURANCE COMPANY | 0027163 | 0027164 | |
| 232 | HILBRANDS STEVE | IGF INSURANCE COMPANY | 0308140 | | |
| 233 | HINRICHS DAVID | IGF INSURANCE COMPANY | 0010155 | | |
| 234 | HINRICHS JAMES | IGF INSURANCE COMPANY | 0307678 | | |
| 235 | HOEKSTRA WADE | IGF INSURANCE COMPANY | 0010402 | | |
| 236 | JACOBS DANIEL | IGF INSURANCE COMPANY | 0305435 | | |
| 237 | JACOBS MICHAEL | IGF INSURANCE COMPANY | 0305434 | | |
| 238 | JACOBS RICHARD | IGF INSURANCE COMPANY | 0305436 | | |
| 239 | JACOBS THOMAS | IGF INSURANCE COMPANY | 0305437 | | |
| 240 | JANSEN BRAD | IGF INSURANCE COMPANY | 0305438 | 0306110 | |
| 241 | KARL DAVID DANIEL | IGF INSURANCE COMPANY | 0305366 | 0306142 | |
| 242 | KJS FARMS | IGF INSURANCE COMPANY | 0010186 | | |
| 243 | KOEHL GUY | IGF INSURANCE COMPANY | 0010368 | | |
| 244 | LALIM IVER | IGF INSURANCE COMPANY | 0010547 | | |
| 245 | LERUD ROGER | IGF INSURANCE COMPANY | 0305700 | | |
| 246 | LUDOWESE DAVID | IGF INSURANCE COMPANY | 0305705 | 0312228 | |
| 247 | LUDOWESE NICHOLAS | IGF INSURANCE COMPANY | 0305706 | 0312230 | |
| 248 | LUNDBERG FARMS INC | IGF INSURANCE COMPANY | 0305711 | 0305837 | |
| 249 | M OLSON FARMS INC | IGF INSURANCE COMPANY | 0306102 | | |
| 250 | MACIK MARLO | IGF INSURANCE COMPANY | 0313579 | 0313580 | 0313581 |
| 251 | MEIXEL CHARLES | IGF INSURANCE COMPANY | 0028730 | 0028732 | |
| 252 | MEIXEL CHUCK | IGF INSURANCE COMPANY | 0028563 | | |
| 253 | MELBERG DAVID | IGF INSURANCE COMPANY | 0305719 | | |
| 254 | MELBERG MATTHEW | IGF INSURANCE COMPANY | 0010213 | 0305429 | |
| 255 | MELBERG MICHAEL | IGF INSURANCE COMPANY | 0305721 | 0305722 | |
| 256 | MELBERG SHELDON | IGF INSURANCE COMPANY | 0305430 | | |
| 257 | MICHAEL ROBERT SCHJENKEN | IGF INSURANCE COMPANY | 0305724 | | |
| 258 | O'NEILL FARMS OF OLIVIA INC | IGF INSURANCE COMPANY | 0304653 | | |
| 259 | PETERSEN FARMS INC | IGF INSURANCE COMPANY | 0305714 | 0305715 | |
| 260 | PETERSEN KYLE | IGF INSURANCE COMPANY | 0305713 | | |
| 261 | POIER KEITH | IGF INSURANCE COMPANY | 0300916 | 0300917 | |
| 262 | PREKKER ROBERT | IGF INSURANCE COMPANY | 0085214 | | |
| 263 | R M FARMS | IGF INSURANCE COMPANY | 0088680 | | |
| 264 | R DUNCAN FARMS INC | IGF INSURANCE COMPANY | 0307886 | | |
| 265 | RA ZIMMER FARMS INC | IGF INSURANCE COMPANY | 0305732 | 0305733 | |
| 266 | SCHLEUSNER FARMS | IGF INSURANCE COMPANY | 0312715 | 0312716 | 0312717 |
| 267 | SCHWITTERS DELWIN | IGF INSURANCE COMPANY | 0308144 | | |
| 268 | SCHWITTERS JERRY | IGF INSURANCE COMPANY | 0305737 | | |
| 269 | STEVENS MARC | IGF INSURANCE COMPANY | 0010304 | | |

**Attachment 5**
**Plaintiff Name and Insurance Policy Numbers**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 270 | TRIPLE K FARMS LLP | IGF INSURANCE COMPANY | 0011316 | | |
| 271 | VICK DARRELL | IGF INSURANCE COMPANY | 0305725 | 0305726 | 0305727 |
| 272 | VICK DOUGLAS | IGF INSURANCE COMPANY | 0305730 | | |
| 273 | WERTISH GARY | IGF INSURANCE COMPANY | 0010250 | | |
| 274 | WUBBEN GARY | IGF INSURANCE COMPANY | 0307703 | 0308888 | |
| 275 | BREITKREUTZ FARMS INC | NAU COUNTRY INSURANCE CO. | 0021645 | | |
| 276 | FAGEN LARRY | NAU COUNTRY INSURANCE CO. | 0020915 | 0020916 | |
| 277 | FAGEN RICHARD A. | NAU COUNTRY INSURANCE CO. | 0020919 | 0020923 | |
| 278 | HAGEN DONALD | NAU COUNTRY INSURANCE CO. | 0020736 | | |
| 279 | NYQUIST JAMES | NAU COUNTRY INSURANCE CO. | 0021625 | | |
| 280 | SCHALLER GARY R. | NAU COUNTRY INSURANCE CO. | 0021909 | | |
| 281 | VOELZ (R&W) BROTHERS | NAU COUNTRY INSURANCE CO. | 0021755 | | |
| 282 | ANDERSON DARRELL L. | NORTH CENTRAL CROP INSURANCE, INC. | 0028392 | | |
| 283 | ANDERSON MICHAEL L. | NORTH CENTRAL CROP INSURANCE, INC. | 0028393 | | |
| 284 | BEMMELS FARM INC | NORTH CENTRAL CROP INSURANCE, INC. | 0024077 | | |
| 285 | BLACK BROS FARMS | NORTH CENTRAL CROP INSURANCE, INC. | 0022512 | | |
| 286 | BROUWER JEFF | NORTH CENTRAL CROP INSURANCE, INC. | 0028445 | | |
| 287 | COLE TODD W. | NORTH CENTRAL CROP INSURANCE, INC. | 0028168 | | |
| 288 | ERICKSON DOUGLAS | NORTH CENTRAL CROP INSURANCE, INC. | 0028167 | | |
| 289 | HAWK CREEK FARMS,INC | NORTH CENTRAL CROP INSURANCE, INC. | 0028310 | | |
| 290 | HULTGREN DUANE | NORTH CENTRAL CROP INSURANCE, INC. | 0028248 | | |
| 291 | HULTGREN NATHANIEL | NORTH CENTRAL CROP INSURANCE, INC. | 0028247 | | |
| 292 | KITTELSON GRAIN & BEETS | NORTH CENTRAL CROP INSURANCE, INC. | 0027694 | | |
| 293 | KITTELSON KENNETH | NORTH CENTRAL CROP INSURANCE, INC. | 0027698 | | |
| 294 | KITTELSON WADE | NORTH CENTRAL CROP INSURANCE, INC. | 0028526 | | |
| 295 | KOENEN RONALD | NORTH CENTRAL CROP INSURANCE, INC. | 0028169 | | |
| 296 | KOHLER SCOTT | NORTH CENTRAL CROP INSURANCE, INC. | 0028263 | | |
| 297 | MORLEY THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | 0028468 | | |
| 298 | PALKE THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | 0028243 | | |
| 299 | PANITZKE ALAN | NORTH CENTRAL CROP INSURANCE, INC. | 0028249 | | |
| 300 | PANITZKE STEVE | NORTH CENTRAL CROP INSURANCE, INC. | 0028266 | | |
| 301 | SCHEURER GERALD | NORTH CENTRAL CROP INSURANCE, INC. | 0024005 | | |
| 302 | SWIGART DEAN | NORTH CENTRAL CROP INSURANCE, INC. | 0028244 | | |
| 303 | TAATJES FARMS INC | NORTH CENTRAL CROP INSURANCE, INC. | 0028252 | | |
| 304 | WARNER ARTHUR | NORTH CENTRAL CROP INSURANCE, INC. | 0023076 | | |
| 305 | AGRE JEFFERY P | RAIN AND HAIL L.L.C.. | 0309294 | | |
| 306 | ANDERSON DONALD B | RAIN AND HAIL L.L.C.. | 0254692 | | |
| 307 | ASBURY FARMS INC | RAIN AND HAIL L.L.C.. | 0313795 | | |
| 308 | BERGER BRAD | RAIN AND HAIL L.L.C.. | 0314841 | | |
| 309 | BUSCHETTE FARMS INC | RAIN AND HAIL L.L.C.. | 0312716 | | |
| 310 | BUSIAHN GERRY | RAIN AND HAIL L.L.C.. | 0410939 | | |
| 311 | BUSIAHN ROGER | RAIN AND HAIL L.L.C.. | 0247227 | | |
| 312 | DAMBROTEN DEAN | RAIN AND HAIL L.L.C.. | 0252413 | | |
| 313 | DAMBROTEN JAMES | RAIN AND HAIL L.L.C.. | 0222656 | | |
| 314 | GASS DAVID | RAIN AND HAIL L.L.C.. | 0312679 | | |
| 315 | GASS LARRY | RAIN AND HAIL L.L.C.. | 0312680 | | |
| 316 | GASS LON W | RAIN AND HAIL L.L.C.. | 0312672 | | |
| 317 | HANDT JASON | RAIN AND HAIL L.L.C.. | 0315613 | | |
| 318 | HANSON BROTHERS | RAIN AND HAIL L.L.C.. | 0312673 | | |
| 319 | HECTOR FARMS II | RAIN AND HAIL L.L.C.. | 0312675 | | |
| 320 | HELLER ROGER | RAIN AND HAIL L.L.C.. | 0440337 | | |
| 321 | JOHNSON JAY (R&H) | RAIN AND HAIL L.L.C.. | 0444273 | | |
| 322 | LONG CASEY | RAIN AND HAIL L.L.C.. | 0410801 | | |
| 323 | LONG CHRIS | RAIN AND HAIL L.L.C.. | 0317878 | | |
| 324 | LONG JAMES | RAIN AND HAIL L.L.C.. | 0247228 | | |
| 325 | MCNAMARA FARMS INC | RAIN AND HAIL L.L.C.. | 0276512 | | |
| 326 | MCNAMARA LARRY | RAIN AND HAIL L.L.C.. | 0259133 | | |
| 327 | MCNAMARA PATRICK J | RAIN AND HAIL L.L.C.. | 0254696 | | |
| 328 | PABROMA INC | RAIN AND HAIL L.L.C.. | 0312723 | | |
| 329 | PANSCH DENNIS | RAIN AND HAIL L.L.C.. | 0027421 | | |
| 330 | PANSCH WILLIAM | RAIN AND HAIL L.L.C.. | 0314368 | | |
| 331 | PRAIRIE VIEW FARMS INC | RAIN AND HAIL L.L.C.. | 0146664 | | |
| 332 | PREUSS DENNIS A | RAIN AND HAIL L.L.C.. | 0288593 | | |
| 333 | PREUSS DENNIS D | RAIN AND HAIL L.L.C.. | 0248425 | | |
| 334 | RODEBERG FARMS INC | RAIN AND HAIL L.L.C.. | 0501465 | | |
| 335 | SCHMOLL MIKE V | RAIN AND HAIL L.L.C.. | 0312674 | | |
| 336 | SCHMOLL RICHARD | RAIN AND HAIL L.L.C.. | 0312956 | | |

# Attachment 5
## Plaintiff Name and Insurance Policy Numbers

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | [redacted] | | | | |
| 337 | SCHROEDER BLAKE | RAIN AND HAIL L.L.C.. | 0441237 | | |
| 338 | SCHWERIN DAVE | RAIN AND HAIL L.L.C.. | 0310727 | | |
| 339 | SWANSON TIM | RAIN AND HAIL L.L.C.. | 0027757 | | |
| 340 | TOREN CHRISTOPHE | RAIN AND HAIL L.L.C.. | 0312757 | | |
| 341 | TOREN SCHMOLL DAWN | RAIN AND HAIL L.L.C.. | 0441767 | | |
| 342 | WILLEY FARMS INC | RAIN AND HAIL L.L.C.. | 0313777 | | |
| 343 | BRODERIUS BRIAN L | RURAL COMMUNITY INSURANCE SERVICES | 0031684 | 0031685 | |
| 344 | BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0146853 | | |
| 345 | CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0119823 | 0119824 | |
| 346 | COUNTY LINE FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0119778 | | |
| 347 | CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0024600 | 0185264 | |
| 348 | DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | 0531672 | | |
| 349 | DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | 0010953 | | |
| 350 | FAGEN GREG | RURAL COMMUNITY INSURANCE SERVICES | 0032967 | | |
| 351 | FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | 0147829 | | |
| 352 | HENDRICKSON ERIC J | RURAL COMMUNITY INSURANCE SERVICES | 0531779 | | |
| 353 | JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | 0145416 | | |
| 354 | JOHNSON KEITH | RURAL COMMUNITY INSURANCE SERVICES | 0148503 | | |
| 355 | KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0081405 | 0081406 | |
| 356 | KOEBERL THOMAS L | RURAL COMMUNITY INSURANCE SERVICES | 0123196 | 0532771 | |
| 357 | LAMB BRIAN | RURAL COMMUNITY INSURANCE SERVICES | 0211575 | 0211583 | |
| 358 | OLSON RICK L | RURAL COMMUNITY INSURANCE SERVICES | 0119773 | 0182397 | |
| 359 | PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | 0025918 | | |
| 360 | PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | 0006369 | | |
| 361 | PLUMLEY LYNN | RURAL COMMUNITY INSURANCE SERVICES | 0121774 | | |
| 362 | PROKOSCH KIRK | RURAL COMMUNITY INSURANCE SERVICES | 0070094 | | |
| 363 | RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | 0007145 | 0007146 | |
| 364 | RHEINGANS GEORGE P | RURAL COMMUNITY INSURANCE SERVICES | 0110632 | | |
| 365 | RHEINGANS ROBERT G | RURAL COMMUNITY INSURANCE SERVICES | 0110635 | | |
| 366 | RODEL DAVID J | RURAL COMMUNITY INSURANCE SERVICES | 0146156 | | |
| 367 | ROEBKE TROY | RURAL COMMUNITY INSURANCE SERVICES | 0139805 | | |
| 368 | ROUSE JASON | RURAL COMMUNITY INSURANCE SERVICES | 0205012 | | |
| 369 | RUUD LEROY D | RURAL COMMUNITY INSURANCE SERVICES | 0136296 | | |
| 370 | RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | 0530952 | 0530954 | 0530956 |
| 371 | SAMPSON CURT A | RURAL COMMUNITY INSURANCE SERVICES | 0187747 | | |
| 372 | SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | 0085748 | | |
| 373 | WEHKING RICHARD | RURAL COMMUNITY INSURANCE SERVICES | 0146555 | | |
| 374 | | | | | |
| 375 | Note: | | | | |
| 376 | This analysis excludes plaintiffs insured by Fireman's Fund. | | | | |

# ATTACHMENT 6

**Attachment 6**
**Select Insurance Information**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ABBAS SCOTT | AMERICAN AGRISURANCE, INC. | 0552179 | 00104 | 0.70 | 13.2 | $40.00 | 14.9% | 99.0 |
| ABBAS SCOTT | AMERICAN AGRISURANCE, INC. | 0552179 | 00117 | 0.70 | 13.2 | $40.00 | 14.9% | 47.5 |
| AMMERMANN ROLAN W. | AMERICAN AGRISURANCE, INC. | 0413350 | 00301 | 0.50 | 12.3 | $40.00 | 15.0% | 38.4 |
| AMMERMANN ROLAN W. | AMERICAN AGRISURANCE, INC. | 0413350 | 00302 | 0.50 | 12.6 | $40.00 | 15.0% | 46.0 |
| AMMERMANN ROLAN W. | AMERICAN AGRISURANCE, INC. | 0413350 | 00303 | 0.50 | 9.7 | $40.00 | 15.0% | 90.5 |
| AMMERMANN ROLAN W. | AMERICAN AGRISURANCE, INC. | 0444205 | 00300 | 0.50 | 11.3 | $40.00 | 15.0% | 61.5 |
| ANDRESEN STEVEN R. | AMERICAN AGRISURANCE, INC. | 0413353 | 00101 | 0.70 | 13.5 | $40.00 | 15.0% | 200.0 |
| ANDRESEN STEVEN R. | AMERICAN AGRISURANCE, INC. | 0413355 | 00100 | 0.70 | 13.0 | $40.00 | 14.9% | 185.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00904 | 0.65 | 12.0 | $40.00 | 15.0% | 157.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00905 | 0.65 | 12.0 | $40.00 | 15.0% | 79.9 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00906 | 0.65 | 13.8 | $40.00 | 15.0% | 70.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00907 | 0.65 | 13.8 | $40.00 | 15.0% | 128.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00908 | 0.65 | 11.3 | $40.00 | 15.0% | 104.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00909 | 0.65 | 13.3 | $40.00 | 15.0% | 175.9 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00910 | 0.65 | 13.8 | $40.00 | 15.0% | 90.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00911 | 0.65 | 13.7 | $40.00 | 15.0% | 144.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00912 | 0.65 | 13.8 | $40.00 | 15.0% | 37.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00913 | 0.65 | 13.8 | $40.00 | 15.0% | 116.0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00914 | 0.65 | 12.2 | $40.00 | 15.0% | 76.8 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0357924 | 00100 | 0.65 | 13.8 | $40.00 | 15.0% | 156.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 00201 | 0.65 | 13.7 | $40.00 | 15.0% | 144.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01603 | 0.65 | 11.8 | $40.00 | 15.0% | 76.8 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01605 | 0.65 | 13.8 | $40.00 | 15.0% | 90.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01606 | 0.65 | 14.1 | $40.00 | 15.0% | 116.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01607 | 0.65 | 14.1 | $40.00 | 15.0% | 157.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01608 | 0.65 | 14.1 | $40.00 | 15.0% | 79.9 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01609 | 0.65 | 14.1 | $40.00 | 15.0% | 37.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01610 | 0.65 | 14.1 | $40.00 | 15.0% | 175.9 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01611 | 0.65 | 14.1 | $40.00 | 15.0% | 128.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01612 | 0.65 | 14.1 | $40.00 | 15.0% | 104.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01613 | 0.65 | 14.1 | $40.00 | 15.0% | 70.0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0357925 | 00100 | 0.65 | 13.8 | $40.00 | 15.0% | 156.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00904 | 0.65 | 13.1 | $40.00 | 15.0% | 175.9 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00905 | 0.65 | 15.2 | $40.00 | 15.0% | 79.9 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00906 | 0.65 | 14.1 | $40.00 | 15.0% | 70.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00907 | 0.65 | 15.2 | $40.00 | 15.0% | 144.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00908 | 0.65 | 15.2 | $40.00 | 15.0% | 116.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00909 | 0.65 | 15.2 | $40.00 | 15.0% | 157.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00910 | 0.65 | 15.2 | $40.00 | 15.0% | 37.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00911 | 0.65 | 15.2 | $40.00 | 15.0% | 90.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00912 | 0.65 | 15.2 | $40.00 | 15.0% | 128.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00913 | 0.65 | 15.2 | $40.00 | 15.0% | 104.0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00914 | 0.65 | 15.2 | $40.00 | 15.0% | 76.8 |
| BAKKER FARMS | AMERICAN AGRISURANCE, INC. | 0446829 | 00100 | 0.65 | 12.8 | $40.00 | 15.0% | 156.0 |
| BAKKER FARMS | AMERICAN AGRISURANCE, INC. | 0549649 | 00300 | 0.70 | 13.8 | $40.00 | 15.0% | 77.9 |
| BAKKER FARMS | AMERICAN AGRISURANCE, INC. | 0549469 | 00301 | 0.70 | 14.4 | $40.00 | 14.9% | 27.0 |
| BAKKER FARMS | AMERICAN AGRISURANCE, INC. | 0549469 | 00302 | 0.70 | 14.6 | $40.00 | 14.9% | 151.1 |
| BAKKER FARMS | AMERICAN AGRISURANCE, INC. | 0549469 | 00400 | 0.70 | 14.1 | $40.00 | 14.9% | 121.0 |
| BAKKER JOEL | AMERICAN AGRISURANCE, INC. | 0547246 | 00301 | 0.75 | 14.7 | $40.00 | 14.9% | 68.0 |
| BAKKER JOEL | AMERICAN AGRISURANCE, INC. | 0547246 | 00305 | 0.75 | 15.2 | $40.00 | 14.9% | 7.0 |
| BAKKER JOEL | AMERICAN AGRISURANCE, INC. | 0547247 | 0302 | 0.75 | 16.5 | $40.00 | 14.9% | 90.0 |
| BOHLSEN DARWIN | AMERICAN AGRISURANCE, INC. | 0444216 | 00103 | 0.65 | 15.1 | $40.00 | 15.0% | 72.6 |
| BOHLSEN DARWIN | AMERICAN AGRISURANCE, INC. | 0444217 | 00100 | 0.65 | 13.3 | $40.00 | 14.9% | 107.4 |

**Attachment 6**
**Select Insurance Information**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | 0547228 | 00303 | 0.75 | 14.0 | $40.00 | 14.9% | 75.8 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | 0547228 | 00304 | 0.75 | 14.0 | $40.00 | 14.9% | 104.0 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | 0547228 | 00307 | 0.75 | 14.0 | $40.00 | 14.9% | 77.8 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | 0547228 | 00309 | 0.75 | 14.0 | $40.00 | 14.9% | 147.0 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | 0547228 | 00314 | 0.75 | 14.0 | $40.00 | 14.9% | 152.0 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | 0547228 | 00315 | 0.75 | 14.0 | $40.00 | 14.9% | 111.4 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | 0547227 | 00303 | 0.75 | 14.0 | $40.00 | 14.9% | 75.8 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | 0547227 | 00304 | 0.75 | 14.0 | $40.00 | 14.9% | 104.0 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | 0547227 | 00307 | 0.75 | 14.0 | $40.00 | 14.9% | 77.8 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | 0547227 | 00309 | 0.75 | 14.0 | $40.00 | 14.9% | 147.0 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | 0547227 | 00314 | 0.75 | 14.0 | $40.00 | 14.9% | 152.0 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | 0547227 | 00315 | 0.75 | 14.0 | $40.00 | 14.9% | 111.4 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | 00423593 | 0101 | 0.65 | 14.2 | $40.00 | 14.9% | 149.7 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | 00423593 | 0106 | 0.65 | 14.2 | $40.00 | 14.9% | 144.9 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | 00423593 | 0108 | 0.65 | 14.2 | $40.00 | 14.9% | 143.1 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | 0042359 | 0103 | 0.65 | 11.8 | $40.00 | 14.9% | 170.8 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | 0042359 | 0104 | 0.65 | 11.8 | $40.00 | 14.9% | 155.0 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | 0042359 | 0111 | 0.65 | 11.8 | $40.00 | 14.9% | 79.6 |
| BRODERIUS JEFF | AMERICAN AGRISURANCE, INC. | 0042359 | 0331 | 0.65 | 11.8 | $40.00 | 14.9% | 114.1 |
| BRODERIUS JEFF | AMERICAN AGRISURANCE, INC. | 0211013 | 00400 | 0.50 | 10.8 | $40.00 | 15.0% | 153.4 |
| BRODERIUS JEFF | AMERICAN AGRISURANCE, INC. | 0211014 | 00300 | 0.50 | 9.8 | $40.00 | 14.9% | 113.2 |
| BRODERIUS JEFF | AMERICAN AGRISURANCE, INC. | 0213427 | 00407 | 0.50 | 9.5 | $40.00 | 14.9% | 79.6 |
| BRODERIUS JEFF | AMERICAN AGRISURANCE, INC. | 0213427 | 00412 | 0.50 | 10.5 | $40.00 | 14.9% | 36.6 |
| C AND P FARMS INC | AMERICAN AGRISURANCE, INC. | 0213427 | 00413 | 0.50 | 10.5 | $40.00 | 14.9% | 75.5 |
| C AND P FARMS INC | AMERICAN AGRISURANCE, INC. | 0076477 | 00307 | 0.65 | 11.8 | $40.00 | 14.9% | 165.5 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 0076477 | 00401 | 0.65 | 11.8 | $40.00 | 14.9% | 149.0 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 0551533 | 00101 | 0.75 | 15.1 | $40.00 | 15.0% | 67.5 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 0551533 | 00103 | 0.75 | 14.9 | $40.00 | 15.0% | 145.0 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 0551533 | 00104 | 0.75 | 14.9 | $40.00 | 15.0% | 125.9 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 0551533 | 00105 | 0.75 | 14.9 | $40.00 | 15.0% | 141.0 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 0551537 | 00111 | 0.70 | 12.8 | $40.00 | 14.9% | 342.8 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 0551537 | 00114 | 0.70 | 12.8 | $40.00 | 14.9% | 62.8 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 0551537 | 00123 | 0.70 | 12.8 | $40.00 | 14.9% | 78.8 |
| CHAN MARK | AMERICAN AGRISURANCE, INC. | 0551537 | 00127 | 0.70 | 12.8 | $40.00 | 14.9% | 70.0 |
| CHAN MARK | AMERICAN AGRISURANCE, INC. | 0547383 | 00302 | 0.75 | 15.1 | $40.00 | 14.9% | 68.2 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | 0547383 | 00303 | 0.75 | 15.1 | $40.00 | 14.9% | 37.0 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | 0449034 | 00302 | 0.65 | 13.1 | $40.00 | 14.9% | 38.0 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | 0449034 | 00304 | 0.65 | 13.1 | $40.00 | 14.9% | 72.0 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | 0449034 | 00306 | 0.65 | 13.1 | $40.00 | 14.9% | 50.0 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | 0449034 | 00308 | 0.65 | 13.1 | $40.00 | 14.9% | 29.0 |
| DOVENMUEHLE ALLAN | AMERICAN AGRISURANCE, INC. | 0449034 | 00309 | 0.65 | 13.1 | $40.00 | 14.9% | 66.0 |
| DOVENMUEHLE ALLAN | AMERICAN AGRISURANCE, INC. | 0444209 | 00300 | 0.75 | 14.9 | $40.00 | 15.0% | 161.7 |
| DOVENMUEHLE GLEN | AMERICAN AGRISURANCE, INC. | 0446822 | 00305 | 0.75 | 14.9 | $40.00 | 14.9% | 145.6 |
| DOVENMUEHLE GLEN | AMERICAN AGRISURANCE, INC. | 0019651 | 00305 | 0.75 | 13.1 | $40.00 | 14.9% | 145.6 |
| DOVENMUEHLE NEIL | AMERICAN AGRISURANCE, INC. | 0444210 | 00300 | 0.75 | 14.9 | $40.00 | 15.0% | 161.7 |
| DOVENMUEHLE NEIL | AMERICAN AGRISURANCE, INC. | 0213263 | 00305 | 0.75 | 14.9 | $40.00 | 14.9% | 145.6 |
| DYKEMA TODD | AMERICAN AGRISURANCE, INC. | 0444211 | 00300 | 0.75 | 14.9 | $40.00 | 15.0% | 161.7 |
| DYKEMA TODD | AMERICAN AGRISURANCE, INC. | 0552145 | 00100 | 0.75 | 16.0 | $40.00 | 15.0% | 150.0 |
| DYKEMA TODD | AMERICAN AGRISURANCE, INC. | 0552145 | 00202 | 0.75 | 16.3 | $40.00 | 15.0% | 63.0 |
| FREIBORG RANDY | AMERICAN AGRISURANCE, INC. | 0552147 | 00200 | 0.75 | 15.1 | $40.00 | 14.9% | 120.0 |
| FREIBORG RANDY | AMERICAN AGRISURANCE, INC. | 0551050 | 00301 | 0.70 | 15.3 | $40.00 | 14.9% | 62.0 |
| FREIBORG RANDY | AMERICAN AGRISURANCE, INC. | 0551050 | 00303 | 0.70 | 15.3 | $40.00 | 14.9% | 80.0 |
| | | 0551055 | 00300 | 0.65 | 13.7 | $40.00 | 14.9% | 150.0 |

**Attachment 6**
**Select Insurance Information**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GUNTER LAVERNE | AMERICAN AGRISURANCE, INC. | 0473626 | 00103 | 0.70 | 14.7 | $40.00 | 15.0% | 126.0 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0547291 | 00306 | 0.65 | 11.8 | $40.00 | 14.9% | 77.4 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0547291 | 00312 | 0.65 | 11.8 | $40.00 | 14.9% | 156.4 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0547291 | 00317 | 0.65 | 11.8 | $40.00 | 14.9% | 59.0 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0547291 | 00318 | 0.65 | 11.8 | $40.00 | 14.9% | 153.6 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0547291 | 00325 | 0.65 | 11.8 | $40.00 | 14.9% | 168.3 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0547291 | 00328 | 0.65 | 11.8 | $40.00 | 14.9% | 102.6 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0054759 | 0321 | 0.65 | 11.8 | $40.00 | 14.9% | 172.0 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0054759 | 0324 | 0.65 | 11.8 | $40.00 | 14.9% | 136.4 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0054759 | 0329 | 0.65 | 11.8 | $40.00 | 14.9% | 195.0 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0054759 | 0338 | 0.65 | 11.8 | $40.00 | 14.9% | 44.0 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | 0113956 | 00303 | 0.65 | 13.3 | $40.00 | 15.0% | 44.0 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | 0113956 | 00305 | 0.65 | 13.3 | $40.00 | 15.0% | 79.0 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | 0113956 | 00307 | 0.65 | 13.3 | $40.00 | 15.0% | 66.6 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | 0113956 | 00308 | 0.65 | 13.3 | $40.00 | 15.0% | 71.1 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | 0113956 | 00309 | 0.65 | 13.3 | $40.00 | 15.0% | 70.8 |
| HERICKHOFF BERNIE | AMERICAN AGRISURANCE, INC. | 0458345 | 00302 | 0.65 | 12.9 | $40.00 | 15.0% | 205.0 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | 0423591 | 00303 | 0.65 | 11.8 | $40.00 | 14.9% | 170.8 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | 0423591 | 00304 | 0.65 | 11.8 | $40.00 | 14.9% | 155.0 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | 0423591 | 00311 | 0.65 | 11.8 | $40.00 | 14.9% | 79.6 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | 0423591 | 00325 | 0.65 | 11.8 | $40.00 | 14.9% | 114.1 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | 0423592 | 00401 | 0.65 | 14.3 | $40.00 | 14.9% | 149.7 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | 0423592 | 00406 | 0.65 | 13.8 | $40.00 | 14.9% | 144.9 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | 0423592 | 00408 | 0.65 | 14.3 | $40.00 | 14.9% | 143.1 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | 0423589 | 00301 | 0.65 | 13.8 | $40.00 | 14.9% | 149.7 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | 0423589 | 00306 | 0.65 | 13.8 | $40.00 | 14.9% | 144.9 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | 0423589 | 00308 | 0.65 | 14.3 | $40.00 | 14.9% | 143.1 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | 0423590 | 00303 | 0.65 | 13.1 | $40.00 | 14.9% | 170.8 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | 0423590 | 00304 | 0.65 | 13.1 | $40.00 | 14.9% | 155.0 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | 0423590 | 00311 | 0.65 | 13.1 | $40.00 | 14.9% | 79.6 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | 0423590 | 00325 | 0.65 | 13.1 | $40.00 | 14.9% | 114.1 |
| JSF INC | AMERICAN AGRISURANCE, INC. | 0423571 | 00300 | 0.65 | 15.6 | $40.00 | 14.9% | 205.0 |
| KAPPING KIM A. | AMERICAN AGRISURANCE, INC. | 0173263 | 00306 | 0.70 | 13.4 | $40.00 | 14.9% | 74.5 |
| KAPPING KIM A. | AMERICAN AGRISURANCE, INC. | 0173263 | 00307 | 0.70 | 13.4 | $40.00 | 14.9% | 75.0 |
| KAPPING KIM A. | AMERICAN AGRISURANCE, INC. | 0173263 | 00310 | 0.70 | 13.4 | $40.00 | 14.9% | 120.0 |
| KIECKER GREGRY | AMERICAN AGRISURANCE, INC. | 0214282 | 00401 | 0.65 | 12.0 | $40.00 | 14.9% | 20.0 |
| KIECKER GREGRY | AMERICAN AGRISURANCE, INC. | 0214282 | 00403 | 0.65 | 13.5 | $40.00 | 14.9% | 120.0 |
| KRF INC | AMERICAN AGRISURANCE, INC. | 0423568 | 00104 | 0.65 | 13.6 | $40.00 | 15.0% | 108.6 |
| KRF INC | AMERICAN AGRISURANCE, INC. | 0423568 | 00105 | 0.65 | 13.6 | $40.00 | 15.0% | 147.0 |
| KRF INC | AMERICAN AGRISURANCE, INC. | 0423568 | 00106 | 0.65 | 13.6 | $40.00 | 15.0% | 101.7 |
| KRF INC | AMERICAN AGRISURANCE, INC. | 0423568 | 00107 | 0.65 | 13.6 | $40.00 | 15.0% | 117.7 |
| KUBESH BRAD | AMERICAN AGRISURANCE, INC. | 0423573 | 00302 | 0.75 | 17.3 | $40.00 | 14.9% | 118.0 |
| KUBESH BRAD | AMERICAN AGRISURANCE, INC. | 0423573 | 00310 | 0.75 | 19.7 | $40.00 | 14.9% | 112.0 |
| KUBESH FARMS INC | AMERICAN AGRISURANCE, INC. | 0357911 | 00402 | 0.65 | 15.5 | $40.00 | 14.9% | 78.0 |
| KUBESH FARMS INC | AMERICAN AGRISURANCE, INC. | 0357911 | 00405 | 0.65 | 12.7 | $40.00 | 14.9% | 75.9 |
| KUBESH FARMS INC | AMERICAN AGRISURANCE, INC. | 0357911 | 00407 | 0.65 | 15.7 | $40.00 | 14.9% | 82.1 |
| LINDQUIST JON E | AMERICAN AGRISURANCE, INC. | 0038549 | 00500 | 0.75 | 13.7 | $40.00 | 14.9% | 36.0 |
| LIPPERT PAUL | AMERICAN AGRISURANCE, INC. | 0556463 | 00300 | 0.65 | 12.9 | $40.00 | 15.0% | 100.0 |
| LUND JASON J. | AMERICAN AGRISURANCE, INC. | 0111996 | 00301 | 0.70 | 12.4 | $40.00 | 15.1% | 131.5 |
| LUND JASON J. | AMERICAN AGRISURANCE, INC. | 0111996 | 00307 | 0.70 | 13.8 | $40.00 | 15.1% | 70.0 |
| LUND JASON J. | AMERICAN AGRISURANCE, INC. | 0111996 | 00311 | 0.70 | 13.8 | $40.00 | 15.1% | 78.5 |
| LUND JOHN T. | AMERICAN AGRISURANCE, INC. | 0053288 | 00301 | 0.70 | 12.4 | $40.00 | 15.1% | 131.5 |
| LUND JOHN T. | AMERICAN AGRISURANCE, INC. | 0053288 | 00307 | 0.70 | 13.8 | $40.00 | 15.1% | 70.0 |

**Attachment 6**
**Select Insurance Information**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LUND JOHN T. | AMERICAN AGRISURANCE, INC. | 0053288 | 00311 | 0.70 | 13.8 | $40.00 | 15.1% | 78.5 |
| LUND PAUL | AMERICAN AGRISURANCE, INC. | 0325492 | 00301 | 0.70 | 14.3 | $40.00 | 15.1% | 104.0 |
| LUND PAUL | AMERICAN AGRISURANCE, INC. | 0325492 | 00305 | 0.70 | 13.2 | $40.00 | 15.1% | 80.0 |
| LUND PAUL | AMERICAN AGRISURANCE, INC. | 0325492 | 00308 | 0.70 | 15.5 | $40.00 | 15.1% | 60.0 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | 0018681 | 00302 | 0.65 | 12.0 | $40.00 | 15.0% | 18.7 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | 0018681 | 00303 | 0.65 | 12.0 | $40.00 | 15.0% | 48.0 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | 0018681 | 00305 | 0.65 | 12.0 | $40.00 | 15.0% | 30.1 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | 0211012 | 00300 | 0.65 | 11.5 | $40.00 | 14.9% | 53.2 |
| MERSBERGEN RICK | AMERICAN AGRISURANCE, INC. | 0413356 | 00101 | 0.70 | 13.0 | $40.00 | 15.0% | 200.0 |
| MERSBERGEN RICK | AMERICAN AGRISURANCE, INC. | 0413358 | 00101 | 0.70 | 11.8 | $40.00 | 14.9% | 40.0 |
| MERSBERGEN RICK | AMERICAN AGRISURANCE, INC. | 0413358 | 00102 | 0.70 | 11.8 | $40.00 | 14.9% | 145.0 |
| RICK BRODERIUS INC | AMERICAN AGRISURANCE, INC. | 0022545 | 00407 | 0.50 | 8.9 | $40.00 | 14.9% | 79.6 |
| RICK BRODERIUS INC | AMERICAN AGRISURANCE, INC. | 0022545 | 00412 | 0.50 | 8.9 | $40.00 | 14.9% | 36.6 |
| RICK BRODERIUS INC | AMERICAN AGRISURANCE, INC. | 0022545 | 00413 | 0.50 | 8.9 | $40.00 | 14.9% | 75.5 |
| RICK BRODERIUS INC | AMERICAN AGRISURANCE, INC. | 0144904 | 00400 | 0.50 | 9.8 | $40.00 | 14.9% | 113.2 |
| RICK BRODERIUS INC | AMERICAN AGRISURANCE, INC. | 0146067 | 00400 | 0.50 | 10.8 | $40.00 | 15.0% | 153.4 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | 0449039 | 00301 | 0.65 | 13.7 | $40.00 | 14.9% | 38.0 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | 0449039 | 00304 | 0.65 | 13.1 | $40.00 | 14.9% | 72.0 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | 0449039 | 00306 | 0.65 | 13.1 | $40.00 | 14.9% | 50.0 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | 0449039 | 00308 | 0.65 | 13.1 | $40.00 | 14.9% | 29.0 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | 0449039 | 00309 | 0.65 | 13.1 | $40.00 | 14.9% | 66.0 |
| SJORGEN DENNIS | AMERICAN AGRISURANCE, INC. | 0073096 | 00400 | 0.65 | 12.3 | $40.00 | 14.9% | 36.0 |
| SUTER RONALD | AMERICAN AGRISURANCE, INC. | 0316233 | 00301 | 0.70 | 14.7 | $40.00 | 15.0% | 36.0 |
| SUTER RONALD | AMERICAN AGRISURANCE, INC. | 0316233 | 00302 | 0.70 | 14.7 | $40.00 | 15.0% | 74.0 |
| W B FARMS INC | AMERICAN AGRISURANCE, INC. | 0255458 | 00101 | 0.75 | 14.6 | $40.00 | 14.9% | 63.3 |
| W B FARMS INC | AMERICAN AGRISURANCE, INC. | 0255458 | 00104 | 0.75 | 14.6 | $40.00 | 14.9% | 70.6 |
| W B FARMS INC | AMERICAN AGRISURANCE, INC. | 0255458 | 00105 | 0.75 | 14.6 | $40.00 | 14.9% | 78.4 |
| W B FARMS INC | AMERICAN AGRISURANCE, INC. | 0255458 | 00106 | 0.75 | 14.6 | $40.00 | 14.9% | 54.5 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | 0547827 | 00305 | 0.70 | 12.7 | $40.00 | 14.9% | 259.6 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | 0547827 | 00309 | 0.70 | 12.7 | $40.00 | 14.9% | 175.0 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | 0547827 | 00310 | 0.70 | 12.7 | $40.00 | 14.9% | 45.0 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | 0547827 | 00401 | 0.70 | 12.7 | $40.00 | 14.9% | 75.4 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | 0547827 | 00402 | 0.70 | 12.7 | $40.00 | 14.9% | 35.0 |
| WUBBEN WILLIS | AMERICAN AGRISURANCE, INC. | 0547313 | 00401 | 0.65 | 12.7 | $40.00 | 15.0% | 150.0 |
| WUBBEN WILLIS | AMERICAN AGRISURANCE, INC. | 0547313 | 00406 | 0.65 | 12.7 | $40.00 | 15.0% | 55.0 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | 0210965 | 00301 | 0.65 | 12.5 | $40.00 | 15.0% | 69.9 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | 0210965 | 00302 | 0.65 | 12.5 | $40.00 | 15.0% | 71.8 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | 0210965 | 00303 | 0.65 | 12.5 | $40.00 | 15.0% | 138.0 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | 0210965 | 00304 | 0.65 | 13.4 | $40.00 | 15.0% | 95.0 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | 0210965 | 00306 | 0.65 | 13.4 | $40.00 | 15.0% | 79.5 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | 0210965 | 00307 | 0.65 | 12.5 | $40.00 | 15.0% | 50.6 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | 0210955 | 00301 | 0.65 | 12.5 | $40.00 | 15.0% | 69.9 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | 0210955 | 00302 | 0.65 | 12.5 | $40.00 | 15.0% | 71.8 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | 0210955 | 00303 | 0.65 | 12.5 | $40.00 | 15.0% | 138.0 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | 0210955 | 00304 | 0.65 | 13.4 | $40.00 | 15.0% | 95.0 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | 0210955 | 00306 | 0.65 | 13.4 | $40.00 | 15.0% | 79.5 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | 0210955 | 00307 | 0.65 | 12.5 | $40.00 | 15.0% | 50.6 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | 0210960 | 00301 | 0.65 | 12.5 | $40.00 | 15.0% | 69.9 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | 0210960 | 00302 | 0.65 | 12.5 | $40.00 | 15.0% | 71.8 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | 0210960 | 00303 | 0.65 | 12.5 | $40.00 | 15.0% | 138.0 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | 0210960 | 00304 | 0.65 | 13.4 | $40.00 | 15.0% | 95.0 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | 0210960 | 00306 | 0.65 | 13.4 | $40.00 | 15.0% | 79.5 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | 0210960 | 00307 | 0.65 | 12.5 | $40.00 | 15.0% | 50.6 |