Exhibit C7

# ATTACHMENT 7

## Attachment 7
## PIK Acres by Plaintiff

| Name of Insured | Insurance Company | PIK Acres |
|---|---|---|
| ABBAS SCOTT | AMERICAN AGRISURANCE, INC. | 24.2 |
| AMMERMANN ROLAN W. | AMERICAN AGRISURANCE, INC. | 0.0 |
| ANDRESEN STEVEN R. | AMERICAN AGRISURANCE, INC. | 45.2 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 60.2 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 60.2 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 60.2 |
| BAKKER FARMS | AMERICAN AGRISURANCE, INC. | 87.7 |
| BAKKER JOEL | AMERICAN AGRISURANCE, INC. | 23.5 |
| BOHLSEN DARWIN | AMERICAN AGRISURANCE, INC. | 20.7 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | 43.8 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | 43.8 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | 62.3 |
| BRODERIUS JEFF | AMERICAN AGRISURANCE, INC. | 47.4 |
| C AND P FARMS INC | AMERICAN AGRISURANCE, INC. | 24.2 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | 71.1 |
| CHAN MARK | AMERICAN AGRISURANCE, INC. | 17.7 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | 40.4 |
| DOVENMUEHLE ALLAN | AMERICAN AGRISURANCE, INC. | 72.3 |
| DOVENMUEHLE GLEN | AMERICAN AGRISURANCE, INC. | 72.3 |
| DOVENMUEHLE NEIL | AMERICAN AGRISURANCE, INC. | 72.3 |
| DYKEMA TODD | AMERICAN AGRISURANCE, INC. | 85.1 |
| FREIBORG RANDY | AMERICAN AGRISURANCE, INC. | 59.8 |
| GUNTER LAVERNE | AMERICAN AGRISURANCE, INC. | 19.8 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 118.1 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | 20.1 |
| HERICKHOFF BERNIE | AMERICAN AGRISURANCE, INC. | 22.1 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | 72.4 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | 72.8 |
| JSF INC | AMERICAN AGRISURANCE, INC. | 17.7 |
| KAPPING KIM A. | AMERICAN AGRISURANCE, INC. | 27.5 |
| KIECKER GREGRY | AMERICAN AGRISURANCE, INC. | 27.6 |
| KRF INC | AMERICAN AGRISURANCE, INC. | 66.0 |
| KUBESH BRAD | AMERICAN AGRISURANCE, INC. | 19.0 |
| KUBESH FARMS INC | AMERICAN AGRISURANCE, INC. | 24.7 |
| LINDQUIST JON E | AMERICAN AGRISURANCE, INC. | 21.5 |
| LIPPERT PAUL | AMERICAN AGRISURANCE, INC. | 22.1 |
| LUND JASON J. | AMERICAN AGRISURANCE, INC. | 43.4 |
| LUND JOHN T. | AMERICAN AGRISURANCE, INC. | 43.4 |
| LUND PAUL | AMERICAN AGRISURANCE, INC. | 26.0 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | 24.4 |
| MERSBERGEN RICK | AMERICAN AGRISURANCE, INC. | 45.5 |
| RICK BRODERIUS INC | AMERICAN AGRISURANCE, INC. | 47.4 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | 40.4 |
| SJORGEN DENNIS | AMERICAN AGRISURANCE, INC. | 19.9 |
| SUTER RONALD | AMERICAN AGRISURANCE, INC. | 38.8 |
| W B FARMS INC | AMERICAN AGRISURANCE, INC. | 23.5 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | 21.4 |

## Attachment 7
## PIK Acres by Plaintiff

| Name of Insured(s) | Insurance Company | PIK Acres |
|---|---|---|
| WUBBEN WILLIS | AMERICAN AGRISURANCE, INC. | 21.4 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | 98.4 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | 98.4 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | 98.4 |
| YOUNGKRANTZ GLENN | AMERICAN AGRISURANCE, INC. | 98.4 |
| ZASKE DAVE | AMERICAN AGRISURANCE, INC. | 20.4 |
| ZASKE WAYLAND | AMERICAN AGRISURANCE, INC. | 21.8 |
| KLEVEN FARMS INC | BLAKELY CROP HAIL, INC. | 48.6 |
| KLEVEN HOG FARM INC | BLAKELY CROP HAIL, INC. | 24.6 |
| KNUDSON BROS PARTNERSHIP | BLAKELY CROP HAIL, INC. | 42.8 |
| KNUDSON GUNVAL | BLAKELY CROP HAIL, INC. | 22.2 |
| SACHARIASON EDWARD | BLAKELY CROP HAIL, INC. | 26.6 |
| SACHARIASON FARMS | BLAKELY CROP HAIL, INC. | 23.9 |
| SACHARIASON JASON | BLAKELY CROP HAIL, INC. | 46.6 |
| SACHARIASON SCOTT | BLAKELY CROP HAIL, INC. | 46.6 |
| SEDERSTROM STEVE | BLAKELY CROP HAIL, INC. | 41.3 |
| SPRINGER DAVID | BLAKELY CROP HAIL, INC. | 20.8 |
| TELFORD DAVID | BLAKELY CROP HAIL, INC. | 28.9 |
| AHRENHOLZ JAMES | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | 36.4 |
| AHRENHOLZ TODD | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | 0.0 |
| JOHNSON SHANNON L. | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | 22.4 |
| HOLIEN MICHAEL D. | GREAT AMERICAN INSURANCE COMPANY | 0.0 |
| JOHNSON JAY (GAIC) | GREAT AMERICAN INSURANCE COMPANY | 21.8 |
| KRANZ JAMES | GREAT AMERICAN INSURANCE COMPANY | 26.9 |
| LIEN DONALD E. | GREAT AMERICAN INSURANCE COMPANY | 27.8 |
| MONTGOMERY SAM | GREAT AMERICAN INSURANCE COMPANY | 19.4 |
| PAPE AARON | GREAT AMERICAN INSURANCE COMPANY | 66.2 |
| SCHWITTERS CHRIS | GREAT AMERICAN INSURANCE COMPANY | 0.0 |
| SCHWITTERS GREG | GREAT AMERICAN INSURANCE COMPANY | 0.0 |
| SCHWITTERS LANE | GREAT AMERICAN INSURANCE COMPANY | 41.2 |
| SCHWITTERS LOWELL | GREAT AMERICAN INSURANCE COMPANY | 0.0 |
| SCHWITTERS ROBERT | GREAT AMERICAN INSURANCE COMPANY | 21.9 |
| TERSTEEG ALAN | GREAT AMERICAN INSURANCE COMPANY | 40.7 |
| A PLUS FARMS | HARTFORD FIRE INSURANCE COMPANY | 66.9 |
| AEIKENS GARY | HARTFORD FIRE INSURANCE COMPANY | 40.1 |
| AEIKENS GLENN | HARTFORD FIRE INSURANCE COMPANY | 40.1 |
| AEIKENS LYNN | HARTFORD FIRE INSURANCE COMPANY | 21.1 |
| AHLBRECHT TERRY C. | HARTFORD FIRE INSURANCE COMPANY | 59.8 |
| ANDRESEN MARLYN | HARTFORD FIRE INSURANCE COMPANY | 20.6 |
| BNV FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 27.4 |
| BOIKE RODNEY | HARTFORD FIRE INSURANCE COMPANY | 23.6 |
| BOONSTRA STEVE | HARTFORD FIRE INSURANCE COMPANY | 63.2 |
| BOSCH LEE | HARTFORD FIRE INSURANCE COMPANY | 66.7 |
| BRATSCH DARIN | HARTFORD FIRE INSURANCE COMPANY | 17.5 |
| BRISTLE BROS | HARTFORD FIRE INSURANCE COMPANY | 45.4 |
| BULTHUIS MIKE | HARTFORD FIRE INSURANCE COMPANY | 37.1 |
| BULTHUIS STEVE | HARTFORD FIRE INSURANCE COMPANY | 18.6 |

**Attachment 7**
**PIK Acres by Plaintiff**

| Named Insured | Insurance Company | PIK Acres |
|---|---|---|
| BURNER CRAIG | HARTFORD FIRE INSURANCE COMPANY | 66.7 |
| CONDON FARMS | HARTFORD FIRE INSURANCE COMPANY | 38.5 |
| CONDON PAUL | HARTFORD FIRE INSURANCE COMPANY | 19.8 |
| CONDON ROBERT | HARTFORD FIRE INSURANCE COMPANY | 1.4 |
| DEGROOT BARRY | HARTFORD FIRE INSURANCE COMPANY | 17.1 |
| DEGROTE CHARLES | HARTFORD FIRE INSURANCE COMPANY | 26.4 |
| DIRKSEN DANIEL | HARTFORD FIRE INSURANCE COMPANY | 17.2 |
| DIRKSEN JEREMY | HARTFORD FIRE INSURANCE COMPANY | 19.1 |
| DIRKSEN ROBERT | HARTFORD FIRE INSURANCE COMPANY | 20.8 |
| DOONER FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 24.9 |
| DUHOUX WILLIAM | HARTFORD FIRE INSURANCE COMPANY | 25.5 |
| ELFERING DAVID | HARTFORD FIRE INSURANCE COMPANY | 23.7 |
| ELFERING GEORGE J. | HARTFORD FIRE INSURANCE COMPANY | 19.4 |
| ELFERING GERALD | HARTFORD FIRE INSURANCE COMPANY | 24.5 |
| ELFERING GREGG | HARTFORD FIRE INSURANCE COMPANY | 25.1 |
| ELFERING JAMES | HARTFORD FIRE INSURANCE COMPANY | 25.6 |
| ELFERING KELLY | HARTFORD FIRE INSURANCE COMPANY | 47.7 |
| ELFERING TROY H. | HARTFORD FIRE INSURANCE COMPANY | 47.7 |
| ELLIOT DANIEL | HARTFORD FIRE INSURANCE COMPANY | 23.5 |
| ERICKSON CORY | HARTFORD FIRE INSURANCE COMPANY | 17.2 |
| ERICKSON FARMS OF OLIVIA INC | HARTFORD FIRE INSURANCE COMPANY | 17.2 |
| GARBERICH BRENT | HARTFORD FIRE INSURANCE COMPANY | 49.2 |
| GARBERICH GREGORY | HARTFORD FIRE INSURANCE COMPANY | 49.2 |
| GARTNER PAUL J. | HARTFORD FIRE INSURANCE COMPANY | 22.0 |
| GERDES MERLE | HARTFORD FIRE INSURANCE COMPANY | 19.0 |
| GIGSTAD GERRY M. | HARTFORD FIRE INSURANCE COMPANY | 20.3 |
| GOSSELING LOREN | HARTFORD FIRE INSURANCE COMPANY | 0.0 |
| GRAVES PHILIP | HARTFORD FIRE INSURANCE COMPANY | 19.6 |
| GUNTER CHAD | HARTFORD FIRE INSURANCE COMPANY | 18.7 |
| GUNTER TOM | HARTFORD FIRE INSURANCE COMPANY | 38.0 |
| HAGEN THOMAS | HARTFORD FIRE INSURANCE COMPANY | 19.6 |
| HARGUTH DENNIS | HARTFORD FIRE INSURANCE COMPANY | 66.7 |
| HARGUTH WAYNE | HARTFORD FIRE INSURANCE COMPANY | 19.5 |
| HARMS ROSS | HARTFORD FIRE INSURANCE COMPANY | 46.2 |
| HEBRINK CURT | HARTFORD FIRE INSURANCE COMPANY | 40.2 |
| HEBRINK JAMES | HARTFORD FIRE INSURANCE COMPANY | 40.2 |
| HINDERKS CHARLES | HARTFORD FIRE INSURANCE COMPANY | 24.7 |
| HUHNERKOCH ROBERT | HARTFORD FIRE INSURANCE COMPANY | 39.0 |
| JAENISCH CHRIS | HARTFORD FIRE INSURANCE COMPANY | 19.8 |
| JAENISCH LYLE | HARTFORD FIRE INSURANCE COMPANY | 19.9 |
| JAENISCH MOLLIE | HARTFORD FIRE INSURANCE COMPANY | 0.0 |
| JAENISCH TONY | HARTFORD FIRE INSURANCE COMPANY | 19.8 |
| JANSSEN DARREL | HARTFORD FIRE INSURANCE COMPANY | 37.1 |
| JANSSEN RANDAL | HARTFORD FIRE INSURANCE COMPANY | 42.6 |
| JUNGERS FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 22.9 |
| KADELBACH LLOYD | HARTFORD FIRE INSURANCE COMPANY | 21.5 |
| KIDROWSKI LARRY | HARTFORD FIRE INSURANCE COMPANY | 22.0 |

# Attachment 7
## PIK Acres by Plaintiff

| Name of Insured | Insurance Company | PIK Acres |
|---|---|---|
| KITTELSON SHELDON | HARTFORD FIRE INSURANCE COMPANY | 24.5 |
| KLINGHAGEN RANDY | HARTFORD FIRE INSURANCE COMPANY | 18.0 |
| KNAPPER RICKY | HARTFORD FIRE INSURANCE COMPANY | 14.6 |
| KOPEL MICHAEL C. | HARTFORD FIRE INSURANCE COMPANY | 19.6 |
| KRAMER FARMS | HARTFORD FIRE INSURANCE COMPANY | 162.4 |
| KRAMER JEFF | HARTFORD FIRE INSURANCE COMPANY | 24.8 |
| KRAMER RANDY | HARTFORD FIRE INSURANCE COMPANY | 94.1 |
| KRAMER RICK R. | HARTFORD FIRE INSURANCE COMPANY | 94.1 |
| KRAMER ROD R. | HARTFORD FIRE INSURANCE COMPANY | 94.1 |
| KRANZ KYLE | HARTFORD FIRE INSURANCE COMPANY | 25.0 |
| KRONLOKKEN ERIC | HARTFORD FIRE INSURANCE COMPANY | 40.2 |
| KRONLOKKEN PETER | HARTFORD FIRE INSURANCE COMPANY | 40.2 |
| LAMB FARMS | HARTFORD FIRE INSURANCE COMPANY | 40.6 |
| LEDEBOER CHARLES W. | HARTFORD FIRE INSURANCE COMPANY | 20.8 |
| LIPPERT JEFFERY P. | HARTFORD FIRE INSURANCE COMPANY | 17.9 |
| LUSCHEN WILLIAM | HARTFORD FIRE INSURANCE COMPANY | 41.6 |
| MACZIEWSKI BROS | HARTFORD FIRE INSURANCE COMPANY | 62.0 |
| MACZIEWSKI RICK | HARTFORD FIRE INSURANCE COMPANY | 62.0 |
| MCNEIL DAVID | HARTFORD FIRE INSURANCE COMPANY | 21.8 |
| MCNEIL STEVEN | HARTFORD FIRE INSURANCE COMPANY | 19.2 |
| MELBERG BRADLEY | HARTFORD FIRE INSURANCE COMPANY | 0.0 |
| MELBERG CHARLES | HARTFORD FIRE INSURANCE COMPANY | 112.6 |
| MEYER CECIL | HARTFORD FIRE INSURANCE COMPANY | 20.1 |
| MEYER CURT | HARTFORD FIRE INSURANCE COMPANY | 63.5 |
| MEYER GARY | HARTFORD FIRE INSURANCE COMPANY | 43.4 |
| NEUBAUER FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 49.4 |
| NOBLE TERRY | HARTFORD FIRE INSURANCE COMPANY | 41.6 |
| ONNEN JEFF | HARTFORD FIRE INSURANCE COMPANY | 21.2 |
| PETERS BRYAN | HARTFORD FIRE INSURANCE COMPANY | 18.5 |
| PIEPER GERALD | HARTFORD FIRE INSURANCE COMPANY | 57.2 |
| PIEPER HARLAN | HARTFORD FIRE INSURANCE COMPANY | 22.1 |
| PIEPER PHILIP | HARTFORD FIRE INSURANCE COMPANY | 23.3 |
| PRIEBE KENT | HARTFORD FIRE INSURANCE COMPANY | 22.5 |
| PROKOSCH NEAL | HARTFORD FIRE INSURANCE COMPANY | 24.6 |
| ROELOFS LANNE | HARTFORD FIRE INSURANCE COMPANY | 37.1 |
| ROUSE CASEY | HARTFORD FIRE INSURANCE COMPANY | 45.6 |
| ROUSE RICHARD | HARTFORD FIRE INSURANCE COMPANY | 45.6 |
| RUDEEN CARL E. | HARTFORD FIRE INSURANCE COMPANY | 135.6 |
| RUDEEN NEIL | HARTFORD FIRE INSURANCE COMPANY | 86.1 |
| RUDEEN RIK C. | HARTFORD FIRE INSURANCE COMPANY | 67.4 |
| RUDEEN WILLIAM J. | HARTFORD FIRE INSURANCE COMPANY | 116.8 |
| RUITER HARLAN | HARTFORD FIRE INSURANCE COMPANY | 19.6 |
| RUITER SCOTT | HARTFORD FIRE INSURANCE COMPANY | 19.0 |
| RUSCHEN STEVE | HARTFORD FIRE INSURANCE COMPANY | 17.8 |
| S J JACOBS & SONS | HARTFORD FIRE INSURANCE COMPANY | 47.2 |
| SCHMAEDEKA JAMES | HARTFORD FIRE INSURANCE COMPANY | 25.0 |
| SCHMOLL BRAD | HARTFORD FIRE INSURANCE COMPANY | 44.8 |

## Attachment 7
## PIK Acres by Plaintiff

| Named Insured | Insurance Company | [illegible] |
|---|---|---|
| SCHWITTERS LENNY | HARTFORD FIRE INSURANCE COMPANY | 0.0 |
| SQUIBB BROS INC | HARTFORD FIRE INSURANCE COMPANY | 58.8 |
| STEFFEL GREGORY | HARTFORD FIRE INSURANCE COMPANY | 20.6 |
| STEFFEL TOM | HARTFORD FIRE INSURANCE COMPANY | 17.3 |
| SWART LARRY | HARTFORD FIRE INSURANCE COMPANY | 18.6 |
| TERSTEEG BROTHERS | HARTFORD FIRE INSURANCE COMPANY | 82.8 |
| TOMES DAVID | HARTFORD FIRE INSURANCE COMPANY | 22.3 |
| TRIPLE F FARMS LLP | HARTFORD FIRE INSURANCE COMPANY | 17.8 |
| TRIPLE G FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 23.9 |
| ULFERTS JUSTIN | HARTFORD FIRE INSURANCE COMPANY | 15.0 |
| VANDERVOORT FARMS IN | HARTFORD FIRE INSURANCE COMPANY | 23.0 |
| WACEK DEAN K. | HARTFORD FIRE INSURANCE COMPANY | 47.8 |
| WEIS FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 24.0 |
| WIEBERDINK HUBERT | HARTFORD FIRE INSURANCE COMPANY | 19.2 |
| ABBAS KENNETH | IGF INSURANCE COMPANY | 26.0 |
| AHLBRECHT JEFF | IGF INSURANCE COMPANY | 0.0 |
| BLAD G | IGF INSURANCE COMPANY | 46.4 |
| BLAD NATHAN | IGF INSURANCE COMPANY | 46.4 |
| BLARCO | IGF INSURANCE COMPANY | 0.0 |
| BOSCH FARMS PARTNERSHIP | IGF INSURANCE COMPANY | 85.6 |
| BRODERIOUS CORP | IGF INSURANCE COMPANY | 28.6 |
| BROUWER DAVID | IGF INSURANCE COMPANY | 18.2 |
| BROUWER HERMAN | IGF INSURANCE COMPANY | 0.0 |
| BUBOLTZ RICKY | IGF INSURANCE COMPANY | 23.3 |
| DASCHER STEVEN | IGF INSURANCE COMPANY | 22.4 |
| DEAN AHLBRECHT FARMS INC | IGF INSURANCE COMPANY | 23.0 |
| DOLEZAL MILOYD | IGF INSURANCE COMPANY | 22.6 |
| DON HARTUNG FARM INC | IGF INSURANCE COMPANY | 0.0 |
| DOUGLAS RANDY HULTGREN PTSHP | IGF INSURANCE COMPANY | 39.2 |
| DUNCAN BRETT | IGF INSURANCE COMPANY | 39.2 |
| E K FARMS INC | IGF INSURANCE COMPANY | 21.3 |
| ENESTVEDT ALAN | IGF INSURANCE COMPANY | 21.0 |
| ENESTVEDT DEAN | IGF INSURANCE COMPANY | 18.0 |
| ENESTVEDT STEVE | IGF INSURANCE COMPANY | 18.0 |
| ERICKSON TODD | IGF INSURANCE COMPANY | 0.0 |
| FISCHER CLIFFORD | IGF INSURANCE COMPANY | 0.0 |
| FRANK STEVE | IGF INSURANCE COMPANY | 25.6 |
| FREESE STEVE | IGF INSURANCE COMPANY | 20.8 |
| GORDON FARMS II | IGF INSURANCE COMPANY | 94.7 |
| GROOTHUIS TROY | IGF INSURANCE COMPANY | 42.6 |
| GRUSSING MARK | IGF INSURANCE COMPANY | 18.7 |
| HERICKHOFF FARMS | IGF INSURANCE COMPANY | 53.7 |
| HILBRANDS STEVE | IGF INSURANCE COMPANY | 20.5 |
| HINRICHS DAVID | IGF INSURANCE COMPANY | 39.4 |
| HINRICHS JAMES | IGF INSURANCE COMPANY | 39.4 |
| HOEKSTRA WADE | IGF INSURANCE COMPANY | 0.0 |
| JACOBS DANIEL | IGF INSURANCE COMPANY | 82.4 |

## Attachment 7
## PIK Acres by Plaintiff

| Name of Insured | Insurance Company | [illegible] |
|---|---|---|
| JACOBS MICHAEL | IGF INSURANCE COMPANY | 82.4 |
| JACOBS RICHARD | IGF INSURANCE COMPANY | 18.1 |
| JACOBS THOMAS | IGF INSURANCE COMPANY | 82.2 |
| JANSEN BRAD | IGF INSURANCE COMPANY | 0.0 |
| KARL DAVID DANIEL | IGF INSURANCE COMPANY | 0.0 |
| KJS FARMS | IGF INSURANCE COMPANY | 19.4 |
| KOEHL GUY | IGF INSURANCE COMPANY | 44.2 |
| LALIM IVER | IGF INSURANCE COMPANY | 27.6 |
| LERUD ROGER | IGF INSURANCE COMPANY | 23.5 |
| LUDOWESE DAVID | IGF INSURANCE COMPANY | 50.0 |
| LUDOWESE NICHOLAS | IGF INSURANCE COMPANY | 50.0 |
| LUNDBERG FARMS INC | IGF INSURANCE COMPANY | 19.6 |
| M OLSON FARMS INC | IGF INSURANCE COMPANY | 19.9 |
| MACIK MARLO | IGF INSURANCE COMPANY | 0.0 |
| MEIXEL CHARLES | IGF INSURANCE COMPANY | 21.2 |
| MEIXEL CHUCK | IGF INSURANCE COMPANY | 17.9 |
| MELBERG DAVID | IGF INSURANCE COMPANY | 49.6 |
| MELBERG MATTHEW | IGF INSURANCE COMPANY | 19.4 |
| MELBERG MICHAEL | IGF INSURANCE COMPANY | 19.4 |
| MELBERG SHELDON | IGF INSURANCE COMPANY | 49.6 |
| MICHAEL ROBERT SCHJENKEN | IGF INSURANCE COMPANY | 17.9 |
| O'NEILL FARMS OF OLIVIA INC | IGF INSURANCE COMPANY | 23.7 |
| PETERSEN FARMS INC | IGF INSURANCE COMPANY | 0.0 |
| PETERSEN KYLE | IGF INSURANCE COMPANY | 0.0 |
| POIER KEITH | IGF INSURANCE COMPANY | 41.7 |
| PREKKER ROBERT | IGF INSURANCE COMPANY | 22.9 |
| R M FARMS | IGF INSURANCE COMPANY | 42.6 |
| R DUNCAN FARMS INC | IGF INSURANCE COMPANY | 0.0 |
| RA ZIMMER FARMS INC | IGF INSURANCE COMPANY | 20.8 |
| SCHLEUSNER FARMS | IGF INSURANCE COMPANY | 42.8 |
| SCHWITTERS DELWIN | IGF INSURANCE COMPANY | 0.0 |
| SCHWITTERS JERRY | IGF INSURANCE COMPANY | 23.2 |
| STEVENS MARC | IGF INSURANCE COMPANY | 19.5 |
| TRIPLE K FARMS LLP | IGF INSURANCE COMPANY | 44.2 |
| VICK DARRELL | IGF INSURANCE COMPANY | 25.6 |
| VICK DOUGLAS | IGF INSURANCE COMPANY | 19.9 |
| WERTISH GARY | IGF INSURANCE COMPANY | 47.0 |
| WUBBEN GARY | IGF INSURANCE COMPANY | 0.0 |
| BREITKREUTZ FARMS INC | NAU COUNTRY INSURANCE CO. | 20.3 |
| FAGEN LARRY | NAU COUNTRY INSURANCE CO. | 23.9 |
| FAGEN RICHARD A. | NAU COUNTRY INSURANCE CO. | 23.6 |
| HAGEN DONALD | NAU COUNTRY INSURANCE CO. | 18.0 |
| NYQUIST JAMES | NAU COUNTRY INSURANCE CO. | 33.0 |
| SCHALLER GARY R. | NAU COUNTRY INSURANCE CO. | 30.4 |
| VOELZ (R&W) BROTHERS | NAU COUNTRY INSURANCE CO. | 57.4 |
| ANDERSON DARRELL L. | NORTH CENTRAL CROP INSURANCE, INC. | 40.2 |
| ANDERSON MICHAEL L. | NORTH CENTRAL CROP INSURANCE, INC. | 40.2 |

# Attachment 7
## PIK Acres by Plaintiff

| [illegible] | Insurance Company | PIK Acres |
|---|---|---|
| BEMMELS FARM INC | NORTH CENTRAL CROP INSURANCE, INC. | 22.0 |
| BLACK BROS FARMS | NORTH CENTRAL CROP INSURANCE, INC. | 56.6 |
| BROUWER JEFF | NORTH CENTRAL CROP INSURANCE, INC. | 0.0 |
| COLE TODD W. | NORTH CENTRAL CROP INSURANCE, INC. | 20.4 |
| ERICKSON DOUGLAS | NORTH CENTRAL CROP INSURANCE, INC. | 0.0 |
| HAWK CREEK FARMS,INC | NORTH CENTRAL CROP INSURANCE, INC. | 22.2 |
| HULTGREN DUANE | NORTH CENTRAL CROP INSURANCE, INC. | 38.4 |
| HULTGREN NATHANIEL | NORTH CENTRAL CROP INSURANCE, INC. | 22.1 |
| KITTELSON GRAIN & BEETS | NORTH CENTRAL CROP INSURANCE, INC. | 62.1 |
| KITTELSON KENNETH | NORTH CENTRAL CROP INSURANCE, INC. | 62.1 |
| KITTELSON WADE | NORTH CENTRAL CROP INSURANCE, INC. | 62.1 |
| KOENEN RONALD | NORTH CENTRAL CROP INSURANCE, INC. | 23.0 |
| KOHLER SCOTT | NORTH CENTRAL CROP INSURANCE, INC. | 20.9 |
| MORLEY THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | 16.2 |
| PALKE THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | 20.6 |
| PANITZKE ALAN | NORTH CENTRAL CROP INSURANCE, INC. | 18.5 |
| PANITZKE STEVE | NORTH CENTRAL CROP INSURANCE, INC. | 22.1 |
| SCHEURER GERALD | NORTH CENTRAL CROP INSURANCE, INC. | 22.1 |
| SWIGART DEAN | NORTH CENTRAL CROP INSURANCE, INC. | 19.5 |
| TAATJES FARMS INC | NORTH CENTRAL CROP INSURANCE, INC. | 0.0 |
| WARNER ARTHUR | NORTH CENTRAL CROP INSURANCE, INC. | 24.1 |
| AGRE JEFFERY P | RAIN AND HAIL L.L.C.. | 19.7 |
| ANDERSON DONALD B | RAIN AND HAIL L.L.C.. | 24.3 |
| ASBURY FARMS INC | RAIN AND HAIL L.L.C.. | 47.9 |
| BERGER BRAD | RAIN AND HAIL L.L.C.. | 17.4 |
| BUSCHETTE FARMS INC | RAIN AND HAIL L.L.C.. | 33.3 |
| BUSIAHN GERRY | RAIN AND HAIL L.L.C.. | 16.9 |
| BUSIAHN ROGER | RAIN AND HAIL L.L.C.. | 18.1 |
| DAMBROTEN DEAN | RAIN AND HAIL L.L.C.. | 49.2 |
| DAMBROTEN JAMES | RAIN AND HAIL L.L.C.. | 49.2 |
| GASS DAVID | RAIN AND HAIL L.L.C.. | 41.0 |
| GASS LARRY | RAIN AND HAIL L.L.C.. | 20.0 |
| GASS LON W | RAIN AND HAIL L.L.C.. | 22.4 |
| HANDT JASON | RAIN AND HAIL L.L.C.. | 0.0 |
| HANSON BROTHERS | RAIN AND HAIL L.L.C.. | 37.6 |
| HECTOR FARMS II | RAIN AND HAIL L.L.C.. | 117.0 |
| HELLER ROGER | RAIN AND HAIL L.L.C.. | 20.4 |
| JOHNSON JAY (R&H) | RAIN AND HAIL L.L.C.. | 7.5 |
| LONG CASEY | RAIN AND HAIL L.L.C.. | 55.9 |
| LONG CHRIS | RAIN AND HAIL L.L.C.. | 55.9 |
| LONG JAMES | RAIN AND HAIL L.L.C.. | 55.7 |
| MCNAMARA FARMS INC | RAIN AND HAIL L.L.C.. | 18.9 |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C.. | 64.7 |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C.. | 64.9 |
| PABROMA INC | RAIN AND HAIL L.L.C.. | 22.4 |
| PANSCH DENNIS | RAIN AND HAIL L.L.C.. | 71.8 |
| PANSCH WILLIAM | RAIN AND HAIL L.L.C.. | 71.8 |

# Attachment 7
# PIK Acres by Plaintiff

| Name of Insured | Insurance Company | PIK |
|---|---|---|
| PRAIRIE VIEW FARMS INC | RAIN AND HAIL L.L.C.. | 21.1 |
| PREUSS DENNIS A | RAIN AND HAIL L.L.C.. | 17.1 |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C.. | 17.2 |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C.. | 42.2 |
| SCHMOLL MIKE V | RAIN AND HAIL L.L.C.. | 44.8 |
| SCHMOLL RICHARD | RAIN AND HAIL L.L.C.. | 0.0 |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C.. | 38.3 |
| SCHWERIN DAVE | RAIN AND HAIL L.L.C.. | 18.2 |
| SWANSON TIM | RAIN AND HAIL L.L.C.. | 16.1 |
| TOREN CHRISTOPHE | RAIN AND HAIL L.L.C.. | 26.5 |
| TOREN SCHMOLL DAWN | RAIN AND HAIL L.L.C.. | 23.0 |
| WILLEY FARMS INC | RAIN AND HAIL L.L.C.. | 18.0 |
| BRODERIUS BRIAN L | RURAL COMMUNITY INSURANCE SERVICES | 23.1 |
| BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 22.1 |
| CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 22.9 |
| COUNTY LINE FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 21.3 |
| CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 25.0 |
| DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | 21.2 |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | 22.8 |
| FAGEN GREG | RURAL COMMUNITY INSURANCE SERVICES | 25.0 |
| FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | 35.6 |
| HENDRICKSON ERIC J | RURAL COMMUNITY INSURANCE SERVICES | 18.6 |
| JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | 24.6 |
| JOHNSON KEITH | RURAL COMMUNITY INSURANCE SERVICES | 21.2 |
| KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 27.7 |
| KOEBERL THOMAS L | RURAL COMMUNITY INSURANCE SERVICES | 19.5 |
| LAMB BRIAN | RURAL COMMUNITY INSURANCE SERVICES | 21.4 |
| OLSON RICK L | RURAL COMMUNITY INSURANCE SERVICES | 20.1 |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | 21.7 |
| PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | 18.2 |
| PLUMLEY LYNN | RURAL COMMUNITY INSURANCE SERVICES | 21.9 |
| PROKOSCH KIRK | RURAL COMMUNITY INSURANCE SERVICES | 0.0 |
| RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | 17.5 |
| RHEINGANS GEORGE P | RURAL COMMUNITY INSURANCE SERVICES | 31.1 |
| RHEINGANS ROBERT G | RURAL COMMUNITY INSURANCE SERVICES | 33.3 |
| RODEL DAVID J | RURAL COMMUNITY INSURANCE SERVICES | 22.8 |
| ROEBKE TROY | RURAL COMMUNITY INSURANCE SERVICES | 25.0 |
| ROUSE JASON | RURAL COMMUNITY INSURANCE SERVICES | 21.2 |
| RUUD LEROY D | RURAL COMMUNITY INSURANCE SERVICES | 18.2 |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | 50.4 |
| SAMPSON CURT A | RURAL COMMUNITY INSURANCE SERVICES | 45.5 |
| SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | 28.2 |
| WEHKING RICHARD | RURAL COMMUNITY INSURANCE SERVICES | 22.1 |
| **TOTAL** | | **12,405.7** |

Notes:

1) PIK acres in this analysis are not adjusted for share.

# ATTACHMENT 8

**Attachment 8**
**Insurance Units with All Deliveries Prior to October 7, 2000**

| | | | |
|---|---|---|---|
| ABBAS SCOTT | AMERICAN AGRISURANCE, INC. | 0552179 | 00104 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | 0322849 | 00912 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | 0322232 | 01609 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | 0308323 | 00910 |
| BAKKER JOEL | AMERICAN AGRISURANCE, INC. | 0547246 | 00305 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | 0547228 | 00314 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | 0547227 | 00314 |
| C I W FARMS | AMERICAN AGRISURANCE, INC. | 0551537 | 00123 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | 0449034 | 00308 |
| FREIBORG RANDY | AMERICAN AGRISURANCE, INC. | 0551050 | 00303 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0054759 | 0338 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0547291 | 00317 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | 0547291 | 00328 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | 0113956 | 00303 |
| LUND JASON J. | AMERICAN AGRISURANCE, INC. | 0111996 | 00307 |
| LUND JOHN T. | AMERICAN AGRISURANCE, INC. | 0053288 | 00307 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | 0018681 | 00302 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | 0018681 | 00305 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | 0449039 | 00308 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | 0547827 | 00402 |
| KLEVEN HOG FARM INC | BLAKELY CROP HAIL, INC. | 0078128 | 00102 |
| KNUDSON BROS PARTNERSHIP | BLAKELY CROP HAIL, INC. | 0075933 | 00219 |
| JOHNSON SHANNON L. | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | 0060800 | 00104 |
| KRANZ JAMES | GREAT AMERICAN INSURANCE COMPANY | 0819161 | 00107 |
| A PLUS FARMS | HARTFORD FIRE INSURANCE COMPANY | 0051464 | 00103 |
| BRISTLE BROS | HARTFORD FIRE INSURANCE COMPANY | 0120789 | 00104 |
| ELFERING GREGG | HARTFORD FIRE INSURANCE COMPANY | 0100920 | 00105 |
| HINDERKS CHARLES | HARTFORD FIRE INSURANCE COMPANY | 0120781 | 00108 |
| HINDERKS CHARLES | HARTFORD FIRE INSURANCE COMPANY | 0120781 | 00113 |
| KITTELSON SHELDON | HARTFORD FIRE INSURANCE COMPANY | 0052100 | 00101 |
| KRAMER RANDY | HARTFORD FIRE INSURANCE COMPANY | 0102830 | 00106 |
| KRAMER RICK R. | HARTFORD FIRE INSURANCE COMPANY | 0102831 | 00106 |
| KRAMER ROD R. | HARTFORD FIRE INSURANCE COMPANY | 0102829 | 00106 |
| LUSCHEN WILLIAM | HARTFORD FIRE INSURANCE COMPANY | 0118711 | 00111 |
| NOBLE TERRY | HARTFORD FIRE INSURANCE COMPANY | 0118712 | 00111 |
| PIEPER HARLAN | HARTFORD FIRE INSURANCE COMPANY | 0100871 | 00102 |
| PIEPER PHILIP | HARTFORD FIRE INSURANCE COMPANY | 0100872 | 00102 |
| RUDEEN CARL E. | HARTFORD FIRE INSURANCE COMPANY | 0061144 | 00113 |
| RUDEEN NEIL | HARTFORD FIRE INSURANCE COMPANY | 0061147 | 00113 |
| RUDEEN RIK C. | HARTFORD FIRE INSURANCE COMPANY | 0061146 | 00113 |
| RUDEEN WILLIAM J. | HARTFORD FIRE INSURANCE COMPANY | 0061145 | 00113 |
| SCHMAEDEKA JAMES | HARTFORD FIRE INSURANCE COMPANY | 0118704 | 00101 |
| SCHWITTERS LENNY | HARTFORD FIRE INSURANCE COMPANY | 0097205 | 00106 |
| STEFFEL GREGORY | HARTFORD FIRE INSURANCE COMPANY | 0105795 | 00116 |
| TERSTEEG BROTHERS | HARTFORD FIRE INSURANCE COMPANY | 0061636 | 00112 |
| TERSTEEG BROTHERS | HARTFORD FIRE INSURANCE COMPANY | 0061636 | 00106 |
| TISDELL FARM | HARTFORD FIRE INSURANCE COMPANY | 0052178 | 00115 |
| TISDELL MICHAEL S. | HARTFORD FIRE INSURANCE COMPANY | 0052122 | 00115 |
| TISDELL MIKE | HARTFORD FIRE INSURANCE COMPANY | 0052121 | 00115 |
| TISDELL WILLIAM | HARTFORD FIRE INSURANCE COMPANY | 0052124 | 00115 |
| TRIPLE G FARMS INC | HARTFORD FIRE INSURANCE COMPANY | 0052184 | 00101 |
| AHLBRECHT JEFF | IGF INSURANCE COMPANY | 0305404 | 00102 |
| BRODERIOUS CORP | IGF INSURANCE COMPANY | 0305419 | 00103 |
| BROUWER DAVID | IGF INSURANCE COMPANY | 0010223 | 00102 |
| DOLEZAL MILOYD | IGF INSURANCE COMPANY | 0305413 | 00124 |
| HERICKHOFF FARMS | IGF INSURANCE COMPANY | 0027163 | 00102 |
| HERICKHOFF FARMS | IGF INSURANCE COMPANY | 0027163 | 00107 |
| HILBRANDS STEVE | IGF INSURANCE COMPANY | 0308140 | 00110 |
| JACOBS DANIEL | IGF INSURANCE COMPANY | 0305435 | 00202 |
| JACOBS MICHAEL | IGF INSURANCE COMPANY | 0305434 | 00202 |
| JACOBS THOMAS | IGF INSURANCE COMPANY | 0305437 | 00202 |
| PETERSEN FARMS INC | IGF INSURANCE COMPANY | 0305714 | 00202 |
| PETERSEN KYLE | IGF INSURANCE COMPANY | 0305713 | 00202 |
| STEVENS MARC | IGF INSURANCE COMPANY | 0010304 | 00103 |
| FAGEN RICHARD A. | NAU COUNTRY INSURANCE CO. | 0020921 | 00107 |
| VOELZ (R&W) BROTHERS | NAU COUNTRY INSURANCE CO. | 0021755 | 00101 |
| BEMMELS FARM INC | NORTH CENTRAL CROP INSURANCE, INC. | 0024077 | 00103 |
| SWIGART DEAN | NORTH CENTRAL CROP INSURANCE, INC. | 0028244 | 00102 |
| DAMBROTEN DEAN | RAIN AND HAIL L.L.C.. | 0252413 | 00208 |
| DAMBROTEN JAMES | RAIN AND HAIL L.L.C.. | 0222656 | 00208 |
| HECTOR FARMS II | RAIN AND HAIL L.L.C.. | 0312675 | 00669 |
| HECTOR FARMS II | RAIN AND HAIL L.L.C.. | 0312675 | 00209 |

**Attachment 8**

**Insurance Units with All Deliveries Prior to October 7, 2000**

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| HECTOR FARMS II | RAIN AND HAIL L.L.C.. | 0312675 | 00320 |
| LONG CASEY | RAIN AND HAIL L.L.C.. | 0410801 | 00111 |
| LONG CASEY | RAIN AND HAIL L.L.C.. | 0410801 | 00109 |
| LONG CHRIS | RAIN AND HAIL L.L.C.. | 0317878 | 00111 |
| LONG CHRIS | RAIN AND HAIL L.L.C.. | 0317878 | 00109 |
| LONG JAMES | RAIN AND HAIL L.L.C.. | 0247228 | 00111 |
| LONG JAMES | RAIN AND HAIL L.L.C.. | 0247228 | 00109 |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C.. | 0248425 | 00104 |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C.. | 0248425 | 00108 |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C.. | 0501465 | 00110 |
| TOREN CHRISTOPHE | RAIN AND HAIL L.L.C.. | 0312757 | 00301 |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | 0010953 | 00113 |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | 0025918 | 00102 |

Note:

This analysis excludes Fireman's Fund.