Exhibit C8

# ATTACHMENT 9

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| Plaintiff Name | Record Citation |
|---|---|
| 1. A Plus Farms | No evidence |
| 2. Abbas, Kenneth | No evidence |
| 3. Abbas, Scott A. | No evidence |
| 4. Aeikens, Gary | No evidence |
| 5. Aeikens, Glenn | No evidence |
| 6. Aeikens, Lynn W. | No evidence |
| 7. Agre, Jeffrey | No evidence |
| 8. Ahlbrecht, Jeffrey D. | No evidence |
| 9. Ahlbrecht, Terrance C. | No evidence |
| 10. Ahrenholz, James | No evidence |
| 11. Ahrenholz, Susan | S. Ahrenholz, Depo. Tr. 40:16 to 40:23 |
| 12. Ahrenholz, Todd J. | No evidence |
| 13. Ammermann, Rolan W. | No evidence |
| 14. Anderson Farms | No evidence |
| 15. Anderson, Darrell L. | No evidence |
| 16. Anderson, Don B. | No evidence |
| 17. Anderson, James R. | No evidence |
| 18. Anderson, John | No evidence |
| 19. Anderson, Michael L. | No evidence |
| 20. Andresen, Marlyn | No evidence |
| 21. Andresen, Steven R. | No evidence |
| 22. Arnold, Daniel V. | No evidence |
| 23. Arnold, Mark | No evidence |
| 24. Arnold, Thomas | No evidence |
| 25. Asbury Farms Inc. | No evidence |
| 26. Bakker Farms | No evidence |
| 27. Bakker, Joel W. | No evidence |
| 28. Bemmels Farm, Inc. | No evidence |
| 29. Benson, Daniel M. | No evidence |
| 30. Berger, Brad | No evidence |
| 31. Berndt, Gary C. | No evidence |
| 32. Black Bros. Farms | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| Plaintiff Name | Record Citation |
|---|---|
| 33. Blad, G. E. | No evidence |
| 34. Blad, Nathan G. | No evidence |
| 35. Blarco | No evidence |
| 36. Bluhm, Myron J. | No evidence |
| 37. BNV Farms, Inc. | No evidence |
| 38. Bohlsen, Darwin S. | No evidence |
| 39. Boike, Rodney | No evidence |
| 40. Boll, Donald | No evidence |
| 41. Boonstra, Steve | No evidence |
| 42. Bosch Farms Partnership | No evidence |
| 43. Bosch, Lee | No evidence |
| 44. Bratsch, Darin | No evidence |
| 45. Bratsch, Jeffrey D. | No evidence |
| 46. Bratsch, Russell | No evidence |
| 47. Breitkreutz Farms Inc. | No evidence |
| 48. Breitkreutz, Marvin | No evidence |
| 49. Bristle Bros. | No evidence |
| 50. Broderius Corp. | No evidence |
| 51. Broderius, Brian | No evidence |
| 52. Broderius, Jeffrey | No evidence |
| 53. Brouwer, David G. | No evidence |
| 54. Brouwer, Herman I. | No evidence |
| 55. Brouwer, Jeff | No evidence |
| 56. Bruns Farms Inc. | No evidence |
| 57. Buboltz, Jeffrey Lee | No evidence |
| 58. Buboltz, Ricky | R. Buboltz, Depo. Tr. 34:29 to 35:4 |
| 59. Bulthuis, Michael | No evidence |
| 60. Bulthuis, Steven | No evidence |
| 61. Burner, Craig | No evidence |
| 62. Buschette Farms, Inc. | No evidence |
| 63. Busiahn, Gerry | No evidence |
| 64. Busiahn, Roger | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| Plaintiff Name | Record Citation |
|---|---|
| 65. C & P Farms, Inc. | No evidence |
| 66. Chippewa River Farms Inc. | No evidence |
| 67. CJW Farms | No evidence |
| 68. Cole, Todd W. | T. Cole, Depo. Tr. 27:12 to 27:16 |
| 69. Condon Farms | No evidence |
| 70. Condon, Paul | No evidence |
| 71. Condon, Robert P. | No evidence |
| 72. County Line Farms Inc. | No evidence |
| 73. Cunningham Farms Inc. | No evidence |
| 74. Dahlager, Samuel | No evidence |
| 75. Dambroten, Dean | No evidence |
| 76. Dambroten, James | No evidence |
| 77. Dascher, Steven R. | No evidence |
| 78. Daugherty, David D. | D. Daugherty, Depo. Tr. 54:7 to 54:20 |
| 79. Dean Ahlbrecht Farms, Inc. | D. Ahlbrecht, Depo. Tr. 18:11 to 18:15 |
| 80. Degroot, Barry | No evidence |
| 81. Degrote, Charles F. | No evidence |
| 82. Dirksen, Daniel | No evidence |
| 83. Dirksen, Jeremy | No evidence |
| 84. Dirksen, Robert | No evidence |
| 85. Dolezal, Miloyd J. | M. Dolezal, Depo. Tr. 18:7 to 18:20 |
| 86. Dolezal, Ross G. | No evidence |
| 87. Don Hartung Farms, Inc. | No evidence |
| 88. Dooner Farms Inc. | No evidence |
| 89. Dovenmuehle, Allan | No evidence |
| 90. Dovenmuehle, Glen | No evidence |
| 91. Dovenmuehle, Neil | No evidence |
| 92. DuHoux, Thomas E. | No evidence |
| 93. DuHoux, William | No evidence |
| 94. Duncan, Brett | No evidence |
| 95. Dykema, Todd R. | No evidence |
| 96. E & K Farms Inc. | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| Plaintiff Name | Record Citation |
|---|---|
| 97. Elfering, David | No evidence |
| 98. Elfering, George | No evidence |
| 99. Elfering, Gerald | No evidence |
| 100. Elfering, Gregory | No evidence |
| 101. Elfering, James | J. Elfering, Depo. Tr. 59:12 to 59:16 |
| 102. Elfering, Kelly | No evidence |
| 103. Elfering, Troy H. | T. Elfering, Depo. Tr. 39:25 to 40:7 |
| 104. Elliot, Daniel | No evidence |
| 105. Erickson Farms of Olivia Inc. | No evidence |
| 106. Erickson, Cory | No evidence |
| 107. Erickson, Dennis | No evidence |
| 108. Erickson, Douglas | No evidence |
| 109. Erickson, Todd | No evidence |
| 110. Ernestvedt, Alan T. | No evidence |
| 111. Ernestvedt, Dean O. | No evidence |
| 112. Ernestvedt, Steven | No evidence |
| 113. Fagen, Gregory | No evidence |
| 114. Fagen, Larry | L. Fagen, Depo. Tr. 80:2 to 80:10 |
| 115. Fagen, Richard A. | No evidence |
| 116. Fahey, Edward J. | No evidence |
| 117. Fischer, Clifford G., Jr. | No evidence |
| 118. Fischer, Elizabeth | No evidence |
| 119. Frank, Bruce | No evidence |
| 120. Frank, Steven | No evidence |
| 121. Freberg, Bruce | No evidence |
| 122. Freese, Steven | No evidence |
| 123. Freiborg Farms | No evidence |
| 124. Freiborg, Dan | No evidence |
| 125. Freiborg, Randal N. | No evidence |
| 126. Freiborg, Randy | No evidence |
| 127. G & J Schwiners Farm Inc. [Schwitters] | No evidence |
| 128. Garberich, Brent L. | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| **Plaintiff Name** | **Record Citation** |
|---|---|
| 129. Garberich, Dennis W. | No evidence |
| 130. Garberich, Gregory | No evidence |
| 131. Gartner, Paul J. | No evidence |
| 132. Gass, David | No evidence |
| 133. Gass, Laurence N., Jr. | No evidence |
| 134. Gass, Longene W. | No evidence |
| 135. Gerdes, Merle G. | No evidence |
| 136. Gigstad, Gerry M. | No evidence |
| 137. Gordon Farms II Inc. | No evidence |
| 138. Gosseling, Loren W. | No evidence |
| 139. Graves, Philip | No evidence |
| 140. Groothuis, Troy M. | No evidence |
| 141. Grussing, Mark T. | M. Grussing, Depo. Tr. 26:1 to 26:4 |
| 142. Gunter, Chad | No evidence |
| 143. Gunter, LaVerne | No evidence |
| 144. Gunter, Thomas | No evidence |
| 145. Hagen Farms Inc. | No evidence |
| 146. Hagen, Donald W. | No evidence |
| 147. Hagen, Thomas | No evidence |
| 148. Handt, Jason W. | No evidence |
| 149. Hanson Bros. | No evidence |
| 150. Hanson, Richard | No evidence |
| 151. Hanson, Robert | No evidence |
| 152. Harguth, Dennis | No evidence |
| 153. Harguth, Wayne | No evidence |
| 154. Harms, Calvin J. | No evidence |
| 155. Harms, Ross | No evidence |
| 156. Hawk Creek Farms, Inc. | No evidence |
| 157. Hebrink, Curtis | No evidence |
| 158. Hebrink, James | No evidence |
| 159. Hector Farms II | No evidence |
| 160. Heller, Roger | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| **Plaintiff Name** | | **Record Citation** |
|---|---|---|
| 161. | Hendrickson, Eric Jon | No evidence |
| 162. | Herickhoff Farms | No evidence |
| 163. | Herickhoff, Bernie | No evidence |
| 164. | Hilbrands, Steve | No evidence |
| 165. | Hinderks, Charles | No evidence |
| 166. | Hinrichs, David | No evidence |
| 167. | Hinrichs, James | No evidence |
| 168. | Hoekstra, Wade | No evidence |
| 169. | Holien, Michael D. | No evidence |
| 170. | Huhnerkoch, Robert O. | |
| 171. | Hultgren, Douglas & Randy Partnership | Douglas Hultgren, Depo. Tr. 32:5 to 32:15 |
| 172. | Hultgren, Duane | Duane Hultgren, Depo. Tr. 129:5 to 129:15 |
| 173. | Hultgren, Nancy | No evidence |
| 174. | Hultgren, Nathaniel | No evidence |
| 175. | Jacobs, Daniel R. | No evidence |
| 176. | Jacobs, James | No evidence |
| 177. | Jacobs, Michael J. | No evidence |
| 178. | Jacobs, Richard F. | No evidence |
| 179. | Jacobs, Thomas | No evidence |
| 180. | Jaenisch, Chris | No evidence |
| 181. | Jaenisch, Lyle | L. Jaenisch, Depo. Tr. 22:21 to 23:3 |
| 182. | Jaenisch, Mollie | No evidence |
| 183. | Jaenisch, Tony | No evidence |
| 184. | Jansen, Brad F. | No evidence |
| 185. | Jansen, Naomi | No evidence |
| 186. | Janssen, Darrel | No evidence |
| 187. | Janssen, Randal | No evidence |
| 188. | Johnson, Brian | No evidence |
| 189. | Johnson, Deron | No evidence |
| 190. | Johnson, Gerald E. | No evidence |
| 191. | Johnson, Jay | No evidence |
| 192. | Johnson, Keith G. | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| | Plaintiff Name | Record Citation |
|---|---|---|
| 193. | Johnson, Larry L. | No evidence |
| 194. | Johnson, Shannon | No evidence |
| 195. | JSF Inc. | No evidence |
| 196. | Jungers Farms, Inc. | W. Jungers, Depo. Tr. 84:8 to 84:13 |
| 197. | Kadelbach, Lloyd H. | No evidence |
| 198. | Kapping, Kim | No evidence |
| 199. | Karl, Daniel D. | D.D. Karl, Depo. Tr. 34:20 to 34:24 |
| 200. | Karl, David M. | No evidence |
| 201. | Kidrowski, Larry R. | No evidence |
| 202. | Kiecker, Greg | No evidence |
| 203. | Kiecker, Marvin O. | No evidence |
| 204. | Kiecker, Robert | No evidence |
| 205. | Kiecker, Scott R. | No evidence |
| 206. | Kiecker, Stephen | No evidence |
| 207. | Kiecker, Warren | No evidence |
| 208. | Kittelson Grain & Beets | No evidence |
| 209. | Kittelson, Kenneth | K. Kittelson, Depo. Tr. 125:5 to 125:24 |
| 210. | Kittelson, Sheldon | No evidence |
| 211. | Kittelson, Wade | No evidence |
| 212. | KJS Farms, Inc. | No evidence |
| 213. | Kleven Farms Inc. | No evidence |
| 214. | Kleven Hog Farm, Inc. | No evidence |
| 215. | Klinghagen, Randy | No evidence |
| 216. | Knapper, Ricky L. | No evidence |
| 217. | Knoshal, Dale L. | No evidence |
| 218. | Knudson Bros. Partnership | No evidence |
| 219. | Knudson, Gunval | No evidence |
| 220. | Koeberl, Thomas | No evidence |
| 221. | Koehl, Guy | No evidence |
| 222. | Koehl, Karl | No evidence |
| 223. | Koenen, Ronald | No evidence |
| 224. | Kohler, Scott | No evidence |

## ATTACHMENT 9

### Failure of Proof Regarding Beet Inspection

| Plaintiff Name | Record Citation |
|---|---|
| 225. Kopel, Mike | No evidence |
| 226. Kosak, James R. | No evidence |
| 227. Kramer Farms | No evidence |
| 228. Kramer, Jeff | No evidence |
| 229. Kramer, Randy R. | No evidence |
| 230. Kramer, Rick R. | No evidence |
| 231. Kramer, Rod R. | No evidence |
| 232. Kranz, James | No evidence |
| 233. Kranz, Kyle | No evidence |
| 234. KRF Inc. | No evidence |
| 235. Kronlokken, Eric | No evidence |
| 236. Kronlokken, Peter | No evidence |
| 237. Kubesh Farms Inc. | No evidence |
| 238. Kubesh, Brad A. | No evidence |
| 239. Lalim, Iver C. | No evidence |
| 240. Lamb Farms | No evidence |
| 241. Lamb, Brian | No evidence |
| 242. Ledeboer, Charles W. | No evidence |
| 243. Lerud, Roger | No evidence |
| 244. Lien, Donald E. | No evidence |
| 245. Lindquist, Jon E. | No evidence |
| 246. Lippert, Jeff Paul | No evidence |
| 247. Lippert, Paul | No evidence |
| 248. Long, Casey | No evidence |
| 249. Long, Christopher | No evidence |
| 250. Long, James D. | No evidence |
| 251. Ludowese, David T. | No evidence |
| 252. Ludowese, Nicholas J. | No evidence |
| 253. Lund, Jason | No evidence |
| 254. Lund, John T. | No evidence |
| 255. Lund, Paul | No evidence |
| 256. Lundberg Farms Inc. | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| **Plaintiff Name** | **Record Citation** |
|---|---|
| 257. Luschen, William | No evidence |
| 258. M C & S | No evidence |
| 259. M. Olson Farms Inc. | No evidence |
| 260. Macik, Marlo | No evidence |
| 261. Macik, Tim E. | No evidence |
| 262. Macziewski Bros. | No evidence |
| 263. Macziewski, Rick | No evidence |
| 264. McNamara Farms Inc. | No evidence |
| 265. McNamara, Keith J. | No evidence |
| 266. McNamara, Larry | No evidence |
| 267. McNamara, Patrick J. | No evidence |
| 268. McNeil, David M. | No evidence |
| 269. McNeil, Steven | No evidence |
| 270. Meixel, Charles J. | No evidence |
| 271. Meixel, Charles W., Sr. | No evidence |
| 272. Melberg, Bradley | No evidence |
| 273. Melberg, Charles | No evidence |
| 274. Melberg, David R. | No evidence |
| 275. Melberg, Mark | No evidence |
| 276. Melberg, Matt | No evidence |
| 277. Melberg, Michael S. | No evidence |
| 278. Melberg, Sheldon C. | No evidence |
| 279. Mersbergen, Rick | No evidence |
| 280. Mertens, Greg M. | No evidence |
| 281. Mertens, Leo T. | No evidence |
| 282. Mertens, Todd R. | No evidence |
| 283. Meyer, Cecil | No evidence |
| 284. Meyer, Curt | No evidence |
| 285. Meyer, Gary A. | No evidence |
| 286. Montgomery, Diane | No evidence |
| 287. Montgomery, Sam | No evidence |
| 288. Morley, Thomas | No evidence |

## ATTACHMENT 9

### Failure of Proof Regarding Beet Inspection

| Plaintiff Name | Record Citation |
|---|---|
| 289. Neal, Dale | No evidence |
| 290. Neal, Deane | No evidence |
| 291. Neal, Duane | No evidence |
| 292. Neubauer Farms Inc. | No evidence |
| 293. Noble, Terry | No evidence |
| 294. Norfolk Farm Inc. | No evidence |
| 295. Nyquist, James A. | No evidence |
| 296. O'Neill Farms of Olivia Inc. | No evidence |
| 297. Olson, Kenneth | No evidence |
| 298. Olson, Mark | No evidence |
| 299. Olson, Richard L. | No evidence |
| 300. Onnen, Jeff | No evidence |
| 301. Pabroma, Inc. | No evidence |
| 302. Palke, Thomas F. | No evidence |
| 303. Palmer, Daniel J. | No evidence |
| 304. Palmer, Thomas E. | No evidence |
| 305. Panitzke, Alan | No evidence |
| 306. Panitzke, Steven | No evidence |
| 307. Pansch, Dennis | No evidence |
| 308. Pansch, William | No evidence |
| 309. Pape, Aaron | No evidence |
| 310. Payne Partnership | No evidence |
| 311. Payne, Chad | No evidence |
| 312. Payne, Jan | No evidence |
| 313. Payne, Thomas | No evidence |
| 314. Peters, Bryan | No evidence |
| 315. Petersen Farms Inc. | H. Petersen, Depo. Tr. 38:25 to 39:21 |
| 316. Petersen, Kyle | No evidence |
| 317. Petersen, Michael D. | No evidence |
| 318. Petersen, Rick D. | No evidence |
| 319. Pieper, Gerald | No evidence |
| 320. Pieper, Harlan | H. Pieper, Depo. Tr. 26:15 to 27:7 |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| Plaintiff Name | Record Citation |
|---|---|
| 321. Pieper, Philip | No evidence |
| 322. Pieper, Thomas | No evidence |
| 323. Pierce, Howard | No evidence |
| 324. Pierce, Ronald | No evidence |
| 325. Plass, David | No evidence |
| 326. Plotz, Alan | No evidence |
| 327. Plotz, Leo | No evidence |
| 328. Plumley, Lynn A. | No evidence |
| 329. Poier, Keith | No evidence |
| 330. Post, Merle D. | No evidence |
| 331. Post, Randy L. | No evidence |
| 332. Prairie View Farms Inc. | No evidence |
| 333. Prekker, Robert | No evidence |
| 334. Preuss, Dennis A. | No evidence |
| 335. Preuss, Dennis D. | No evidence |
| 336. Priebe, Kent | No evidence |
| 337. Prodoehl, Kolyn | No evidence |
| 338. Prokosch Farms Inc. | No evidence |
| 339. Prokosch, Kirk | No evidence |
| 340. Prokosch, Neal | No evidence |
| 341. R & M Farms Inc. | No evidence |
| 342. R. A. Zimmer Farm Inc. | No evidence |
| 343. R. Duncan Farms, Inc. | No evidence |
| 344. Rathman's Inc. | No evidence |
| 345. Rheingans, George P. | No evidence |
| 346. Rheingans, Robert G. | No evidence |
| 347. Rick Broderius Inc. | No evidence |
| 348. Rodeberg Farms, Inc. | No evidence |
| 349. Rodel, David J. | No evidence |
| 350. Roebke, Troy | No evidence |
| 351. Roelofs, Lanne | No evidence |
| 352. Roelofs, Scott | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| **Plaintiff Name** | **Record Citation** |
|---|---|
| 353. Rose, Ricky | No evidence |
| 354. Rouse, Casey | No evidence |
| 355. Rouse, Jason | No evidence |
| 356. Rouse, Richard | No evidence |
| 357. Rudeen, Carl E. | No evidence |
| 358. Rudeen, Neil | No evidence |
| 359. Rudeen, Rik C. | No evidence |
| 360. Rudeen, William J. | No evidence |
| 361. Ruiter, Harlan | No evidence |
| 362. Ruiter, Scott | No evidence |
| 363. Ruschen, Steven | No evidence |
| 364. Ruud, Leroy D. | No evidence |
| 365. Ryberg Farms Inc. | No evidence |
| 366. S. J. Jacobs & Sons | No evidence |
| 367. Sachariason Farms Inc. | No evidence |
| 368. Sachariason, Edward O. | No evidence |
| 369. Sachariason, Jason | No evidence |
| 370. Sachariason, Scott | No evidence |
| 371. Sampson, Curtis A. | No evidence |
| 372. Sandgren, Kurt | No evidence |
| 373. Schaller, Gary | No evidence |
| 374. Schemel Farms, Inc. | No evidence |
| 375. Schemel, Robert | R. Schemel, TP 1296:4 to 1296:9 **(cut one field but not others 1296:1 to 1296:3)** |
| 376. Schemel, Timothy | No evidence |
| 377. Scheurer, Gerald | No evidence |
| 378. Schjenken, Michael A. | No evidence |
| 379. Schjenken, Robert W. | No evidence |
| 380. Schleusner Farms | No evidence |
| 381. Schleusner, Kenneth | No evidence |
| 382. Schmaedeka, James | No evidence |
| 383. Schmoll, Bradley | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| Plaintiff Name | Record Citation |
|---|---|
| 384. Schmoll, Mike V. | No evidence |
| 385. Schmoll, Richard | No evidence |
| 386. Schroeder, Blake | No evidence |
| 387. Schwerin, Dave | D. Schwerin, Depo. Tr. 34:11 to 34:17 |
| 388. Schwindt, Rick | No evidence |
| 389. Schwitters, Chris | No evidence |
| 390. Schwitters, Delwin | No evidence |
| 391. Schwitters, Greg | No evidence |
| 392. Schwitters, Jason | No evidence |
| 393. Schwitters, Jerry | No evidence |
| 394. Schwitters, Lane | No evidence |
| 395. Schwitters, Lenny | No evidence |
| 396. Schwitters, Lowell | No evidence |
| 397. Schwitters, Robert | No evidence |
| 398. Sederstrom, Steven | No evidence |
| 399. Sjogren, DeAnna | No evidence |
| 400. Sjogren, Dennis | No evidence |
| 401. Sonstegard, Gary | No evidence |
| 402. Spieker, Bruce | No evidence |
| 403. Springer, David | No evidence |
| 404. Squibb Bros. Inc. | No evidence |
| 405. Stamer, Michael | No evidence |
| 406. Steffel, Gregory J. | No evidence |
| 407. Steffel, Tom | No evidence |
| 408. Stevens, Marc | No evidence |
| 409. Suter, Ronald | No evidence |
| 410. Swanson, Tim | No evidence |
| 411. Swart, Larry | No evidence |
| 412. Swigart, Dean | No evidence |
| 413. Taatjes Farms, Inc. | No evidence |
| 414. Telford, David | No evidence |
| 415. Tersteeg Bros. | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| Plaintiff Name | | Record Citation |
|---|---|---|
| 416. | Tersteeg, Alan M. | No evidence |
| 417. | Tersteeg, Randy | No evidence |
| 418. | Tersteeg, Scott | S. Tersteeg, Depo. Tr. 13:20 to 14:18 |
| 419. | TerWisscha, Gary | No evidence |
| 420. | Thissen, Ralph | No evidence |
| 421. | Thissen, Tim | No evidence |
| 422. | Tisdell Farm | No evidence |
| 423. | Tisdell, M. Shawn | No evidence |
| 424. | Tisdell, Michael J. | No evidence |
| 425. | Tisdell, William F. | No evidence |
| 426. | Tomes, David | No evidence |
| 427. | Toren, Christopher J. | No evidence |
| 428. | Toren-Schmoll, Dawn | No evidence |
| 429. | Triko Farms Inc. | No evidence |
| 430. | Triple F Farms LLP | No evidence |
| 431. | Triple G Farms, Inc. | No evidence |
| 432. | Triple K Farms LLP | No evidence |
| 433. | Ulferts, Justin | No evidence |
| 434. | Vandervoot Farms Inc. | No evidence |
| 435. | Vick, Darrell K. | No evidence |
| 436. | Vick, Douglas | No evidence |
| 437. | Voelz (R&W) Brothers | No evidence |
| 438. | Wacek, Dean K. | No evidence |
| 439. | Warner, Arthur | No evidence |
| 440. | WB Farms Inc. | No evidence |
| 441. | Wehking, Richard L. | No evidence |
| 442. | Weis Farms Inc. | No evidence |
| 443. | Wertish, David Lee | No evidence |
| 444. | Wertish, Gary | No evidence |
| 445. | White Horse Farms | No evidence |
| 446. | Wieberdink, Hubert | No evidence |
| 447. | Willey Farms Inc. | No evidence |

**ATTACHMENT 9**

**Failure of Proof Regarding Beet Inspection**

| Plaintiff Name | | Record Citation |
|---|---|---|
| 448. | Wubben, Gary L. | No evidence |
| 449. | Wubben, Willis D. | No evidence |
| 450. | Youngkrantz, Allen | No evidence |
| 451. | Youngkrantz, Dean | No evidence |
| 452. | Youngkrantz, Gary | No evidence |
| 453. | Youngkrantz, Glenn | No evidence |
| 454. | Zaske, David P. | No evidence |
| 455. | Zaske, Wayland | No evidence |