Exhibit C9

# ATTACHMENT 10

# Attachment 10
## Insurance Units With No Deliveries

| Name of Insured | Insurance Company | Policy | Unit |
|---|---|---|---|
| KIECKER GREGRY | AMERICAN AGRISURANCE, INC. | 0214282 | 00401 |
| AEIKENS GARY | HARTFORD FIRE INSURANCE COMPANY | 0117900 | 00202 |
| AEIKENS GLENN | HARTFORD FIRE INSURANCE COMPANY | 0117899 | 00201 |
| AEIKENS LYNN | HARTFORD FIRE INSURANCE COMPANY | 0052558 | 00102 |
| ELFERING GEORGE J. | HARTFORD FIRE INSURANCE COMPANY | 0100921 | 00103 |
| JANSSEN DARREL | HARTFORD FIRE INSURANCE COMPANY | 0100887 | 00102 |
| JANSSEN RANDAL | HARTFORD FIRE INSURANCE COMPANY | 0120769 | 00102 |
| LEDEBOER CHARLES W. | HARTFORD FIRE INSURANCE COMPANY | 0118792 | 00103 |
| MCNEIL STEVEN | HARTFORD FIRE INSURANCE COMPANY | 0051292 | 00107 |
| MELBERG CHARLES | HARTFORD FIRE INSURANCE COMPANY | 0052123 | 00101 |
| RUITER HARLAN | HARTFORD FIRE INSURANCE COMPANY | 0120284 | 00116 |
| RUSCHEN STEVE | HARTFORD FIRE INSURANCE COMPANY | 0104539 | 00106 |
| GORDON FARMS II | IGF INSURANCE COMPANY | 0303648 | 00101 |
| NYQUIST JAMES | NAU COUNTRY INSURANCE CO. | 0021625 | 00104 |
| KITTELSON GRAIN & BEETS | NORTH CENTRAL CROP INSURANCE, INC. | 0027694 | 00105 |
| KITTELSON KENNETH | NORTH CENTRAL CROP INSURANCE, INC. | 0027698 | 00105 |
| KITTELSON WADE | NORTH CENTRAL CROP INSURANCE, INC. | 0028526 | 00102 |
| RHEINGANS ROBERT G | RURAL COMMUNITY INSURANCE SERVICES | 0110635 | 00104 |
| ROEBKE TROY | RURAL COMMUNITY INSURANCE SERVICES | 0139805 | 00101 |

Note:

This analysis excludes plaintiffs insured by Firemans' Fund.

# ATTACHMENT 11

# ATTACHMENT 11.

## Plaintiffs Who Knew About Juicing and Knew About or Saw Hot Spots or Sink Holes

| Plaintiff Name | Knew about juicing | Knew about or saw hot spots or sink holes |
|---|---|---|
| 1. A Plus Farms | M.J. Anderson, Depo. Tr. 26:5 to 26:14 | M.J. Anderson, Depo. Tr. 86:22 to 87:1 |
| 2. Agre, Jeffrey | | J. Agre, Depo. Tr. 44:22 to 45:6 |
| 3. Bakker, Joel W. | J. Bakker, Depo. Tr. 8:10 to 8:20 | J. Bakker, Depo. Tr. 55:17 to 56:2 |
| 4. Bratsch, Russell | R. Bratsch, Depo. Tr. 8:16 to 9:3 | R. Bratsch, Depo. Tr. 9:4 to 9:18 |
| 5. Brouwer, Jeff | | J. Brouwer, Depo. Tr. 30:4 to 30:13; J. Brouwer, Depo. Tr. 32:13 to 32:16 |
| 6. Buboltz, Ricky | | R. Buboltz, Depo. Tr. 48:15 to 48:22 |
| 7. CJW Farms | | C. Watson, Depo. Tr. 130:5 to 130:11 |
| 8. Daugherty, David D. | | D. Daugherty, Depo. Tr. 57:10 to 57:13 |
| 9. Dolezal, Ross G. | R. Dolezal, Depo. Tr. 33:21 to 34:5 | R. Dolezal, Depo. Tr. 33:1 to 33:20 |
| 10. Don Hartung Farms, Inc. | | D. Hartung, Depo. Tr. 61:17 to 61:22 |
| 11. Elfering, Gregory | G. Elfering, Depo. Tr. 10:19 to 10:23 | |
| 12. Elfering, Troy H. | | T. Elfering, Depo. Tr. 45:9 to 45:12 |
| 13. Gordon Farms II Inc. | A. Gordon, TP 1320:5 to 1320:25 | A. Gordon, TP 1321:1 to 1321:7 |
| 14. Grussing, Mark T. | | M. Grussing, Depo. Tr. 32:20 to 33:10 |
| 15. Hagen, Thomas | | T. Hagen, Depo. Tr. 47:14 to 47:16; T. Hagen, Depo. Tr. 50:7 to 50:16 |
| 16. Hawk Creek Farms, Inc. | | R. Ashburn, Depo. Tr. 64:6 to 65:6 |
| 17. Hector Farms II | D. Stamer, Depo. Tr. 25:22 to 26:13; J. Stamer, TP 1274:4 to 1275:10 | D. Stamer, Depo. Tr. 26:14 to 27:10; J. Stamer, TP 1273:15 to 1273:25 |
| 18. Heller, Roger | R. Heller, TP 644:17 ot 644:21 | R. Heller, TP 618:4 to 619:8; R. Heller, TP 625:3 to 626:14 |
| 19. Holien, Michael D. | | M. Holien, Depo. Tr. 43:16 to 43:23 |
| 20. Jacobs, Thomas | | T. Jacobs, Depo. Tr. 30:5 to 30:9; T. Jacobs, Depo. Tr. 33:13 to 33:24 |
| 21. Johnson, Larry L. | | L. Johnson, Depo. Tr. 14:3 to 14:10 |
| 22. JSF Inc. | | H. Dahlager, Depo. Tr. 41:1 to 41:4 |

## ATTACHMENT 11.

### Plaintiffs Who Knew About Juicing and Knew About or Saw Hot Spots or Sink Holes

| Plaintiff Name | Knew about juicing | Knew about or saw hot spots or sink holes |
|---|---|---|
| 23. Kiecker, Robert | | R. Kiecker, Depo. Tr. 39:25 to 40:8; R. Kiecker, Depo. Tr. 42:9 to 42:11 |
| 24. Kittelson Grain & Beets | | L. Kittelson, Depo. Tr. 82:8 to 82:16 |
| 25. Kleven Farms Inc. | G. Kleven, TP 571:5 to 571:23 | G. Kleven, TP 571: 5 to 571:23 |
| 26. Kohler, Scott | | S. Kohler, Depo. Tr. 49:11 to 49:19 |
| 27. Kramer Farms | S. Kramer, Depo. Tr. 44:6 to 44:16 | S. Kramer, Depo. Tr. 44:17 to 44:20 |
| 28. Kubesh, Brad A. | | B. Kubesh, Depo. Tr. 21:1 to 21:9 |
| 29. Mersbergen, Rick | | R. Mersbergen, Depo. Tr. 147:2 to 147: 9 |
| 30. Olson, Kenneth | | K. Olson, Depo. Tr. 36:1 to 36:4 |
| 31. Peters, Bryan | | B. Peters, Depo. Tr. 23:11 to 23:16; B. Peters, Depo. Tr. 24:6 to 24:11, 24:13 to 25:4 |
| 32. Petersen, Kyle | K. Petersen, TP 777:18 to 778:12 | K. Petersen, TP 778:3 to 778:12 |
| 33. Pieper, Harlan | | H. Pieper, Depo. Tr. 32:2 to 32:8 |
| 34. Pieper, Philip | P. Pieper, Depo. Tr. 7:3 to 7:8 | P. Pieper, Depo. Tr. 34:2 to 34:16 |
| 35. Rick Broderius Inc. | | R. Broderius, Depo. Tr. 25:22 to 26:11 |
| 36. Rodeberg Farms, Inc. | | S. Rodeberg, Depo. Tr. 46:13 to 46:18 |
| 37. Rouse, Jason | | J. Rouse, Depo. Tr. 30:8 to 30:17; J. Rouse, Depo. Tr. 32:17 to 32:20 |
| 38. Rudeen, Neil | N. Rudeen, TP 1244:10 to 1245:3; N. Rudeen, TP 1246:13 to 1246:16 | N. Rudeen, Depo. Tr. 11:12 to 11:23; N. Rudeen, Depo. Tr. 60:5 to 61:3; N. Rudeen, Depo. Tr. 63:18 to 64:5; N. Rudeen, TP 1220:22 to 1221:20; N. Rudeen, TP 1222:5 to 1222:14; N. Rudeen, TP 1225:14 to 1225:19; N. Rudeen, TP 1228:13 to 1229:4; N. Rudeen, TP 1237:10 to 1238:10 |
| 39. Ruiter, Scott | | S. Ruiter, Depo. Tr. 16:5 to 16:8 |

**ATTACHMENT 11.**

**Plaintiffs Who Knew About Juicing and Knew About or Saw Hot Spots or Sink Holes**

| Plaintiff Name | Knew about juicing | Knew about or saw hot spots or sink holes |
|---|---|---|
| 40. Sachariason Farms Inc. | | P. Sachariason, Depo. Tr. 10:21 to 11:11; P. Sachariason, Depo. Tr. 49:12 to 49:18; R. Sachariason, Depo. Tr. 26:10 to 26:16 |
| 41. Schwitters, Robert | R. Schwitters, Depo. Tr. 97:3 to 97:6 | R. Schwitters, Depo. Tr. 99:3 to 99:5; R.Schwitters, Depo. Tr. 100:12 to 101:2 |
| 42. Tersteeg, Scott | S. Tersteeg, Depo. Tr. 24:11 to 24:13 | |