Exhibit C13

**Attachment 14 Production Information**

| [redacted] | | | | | | | |
|---|---|---|---|---|---|---|---|
| GASS LARRY | RAIN AND HAIL L.L.C. | 0312680 | 00100 | 17.0% | 354.1 | 19.1 | 14.9% |
| GASS LON W | RAIN AND HAIL L.L.C. | 0312672 | 00204 | 16.8% | 1241.1 | 49.0 | 14.9% |
| GASS LON W | RAIN AND HAIL L.L.C. | 0312672 | 00102 | 17.5% | 1805.1 | 91.6 | 15.0% |
| GASS LON W | RAIN AND HAIL L.L.C. | 0312672 | 00103 | 18.6% | 728.7 | 37.0 | 15.0% |
| HANDT JASON | RAIN AND HAIL L.L.C. | 0315613 | 00101 | 16.4% | 1082.6 | 74.3 | 15.0% |
| HANSON BROTHERS | RAIN AND HAIL L.L.C. | 0312673 | 00106 | 17.5% | 1831.0 | 73.5 | 15.0% |
| HANSON BROTHERS | RAIN AND HAIL L.L.C. | 0312673 | 00102 | 18.0% | 2795.8 | 118.9 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00669 | 14.5% | 2695.4 | 152.7 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00219 | 15.3% | 1824.5 | 99.9 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00220 | 15.4% | 1988.4 | 112.6 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00711 | 15.6% | 2450.0 | 81.4 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00224 | 15.7% | 1411.8 | 76.5 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00614 | 15.9% | 3290.2 | 207.4 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00629 | 15.9% | 2318.3 | 121.2 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00405 | 16.3% | 3051.0 | 146.5 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00721 | 16.3% | 2957.9 | 146.0 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00304 | 16.4% | 1211.5 | 51.4 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00710 | 16.4% | 5426.7 | 216.2 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00500 | 16.4% | 2845.2 | 115.8 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00229 | 16.4% | 2144.9 | 126.0 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00305 | 16.4% | 4343.3 | 197.0 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00712 | 16.5% | 3508.7 | 146.4 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00311 | 16.6% | 720.1 | 35.4 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00643 | 16.7% | 1702.3 | 77.8 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00209 | 16.8% | 3018.7 | 143.1 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00302 | 16.9% | 3794.3 | 157.4 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00320 | 16.9% | 3433.7 | 161.4 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00202 | 16.9% | 9102.3 | 375.1 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00724 | 17.2% | 3068.0 | 148.8 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00303 | 17.2% | 1434.5 | 59.0 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00663 | 17.3% | 6073.5 | 259.0 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00213 | 17.3% | 3655.4 | 148.7 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00214 | 17.6% | 927.6 | 48.0 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00215 | 17.9% | 5238.1 | 288.5 | 15.0% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00662 | 17.9% | 4884.2 | 226.0 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00648 | 18.1% | 3784.7 | 160.1 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00409 | 18.2% | 4753.4 | 232.7 | 14.9% |
| HECTOR FARMS II | RAIN AND HAIL L.L.C. | 0312675 | 00216 | 18.3% | 1843.5 | 75.0 | 15.0% |
| HELLER ROGER | RAIN AND HAIL L.L.C. | 0440337 | 00205 | 16.5% | 1594.7 | 65.6 | 14.9% |
| HELLER ROGER | RAIN AND HAIL L.L.C. | 0440337 | 00104 | 17.1% | 1548.9 | 58.0 | 15.0% |
| HELLER ROGER | RAIN AND HAIL L.L.C. | 0440337 | 00101 | 17.3% | 1815.8 | 78.0 | 15.0% |
| HELLER ROGER | RAIN AND HAIL L.L.C. | 0440337 | 00106 | 17.5% | 1410.7 | 66.0 | 15.0% |
| HELLER ROGER | RAIN AND HAIL L.L.C. | 0440337 | 00208 | 17.7% | 3308.9 | 135.0 | 14.9% |
| HELLER ROGER | RAIN AND HAIL L.L.C. | 0440337 | 00102 | 18.1% | 3457.7 | 150.0 | 15.0% |
| JOHNSON JAY (R&H) | RAIN AND HAIL L.L.C. | 0444273 | 00304 | 18.0% | 309.2 | 21.5 | 14.9% |
| LONG CASEY | RAIN AND HAIL L.L.C. | 0410801 | 00101 | 17.2% | 989.7 | 44.1 | 15.0% |
| LONG CASEY | RAIN AND HAIL L.L.C. | 0410801 | 00104 | 17.8% | 1748.7 | 78.1 | 15.0% |
| LONG CASEY | RAIN AND HAIL L.L.C. | 0410801 | 00103 | 18.2% | 2388.1 | 94.3 | 15.0% |
| LONG CASEY | RAIN AND HAIL L.L.C. | 0410801 | 00109 | 18.3% | 867.8 | 36.9 | 15.0% |
| LONG CASEY | RAIN AND HAIL L.L.C. | 0410801 | 00112 | 18.5% | 866.4 | 40.8 | 15.0% |
| LONG CASEY | RAIN AND HAIL L.L.C. | 0410801 | 00111 | 18.8% | 866.8 | 40.5 | 15.0% |
| LONG CHRIS | RAIN AND HAIL L.L.C. | 0317878 | 00101 | 17.2% | 989.7 | 44.1 | 15.0% |
| LONG CHRIS | RAIN AND HAIL L.L.C. | 0317878 | 00104 | 17.8% | 1748.7 | 78.1 | 15.0% |
| LONG CHRIS | RAIN AND HAIL L.L.C. | 0317878 | 00103 | 18.2% | 2388.1 | 94.3 | 15.0% |
| LONG CHRIS | RAIN AND HAIL L.L.C. | 0317878 | 00109 | 18.3% | 867.8 | 36.9 | 15.0% |
| LONG CHRIS | RAIN AND HAIL L.L.C. | 0317878 | 00112 | 18.5% | 866.4 | 40.8 | 15.0% |
| LONG CHRIS | RAIN AND HAIL L.L.C. | 0317878 | 00111 | 18.8% | 866.8 | 40.5 | 15.0% |
| LONG JAMES | RAIN AND HAIL L.L.C. | 0247228 | 00101 | 17.2% | 989.7 | 44.0 | 15.0% |
| LONG JAMES | RAIN AND HAIL L.L.C. | 0247228 | 00104 | 17.8% | 1748.7 | 77.8 | 15.0% |
| LONG JAMES | RAIN AND HAIL L.L.C. | 0247228 | 00103 | 18.2% | 2388.1 | 94.0 | 15.0% |
| LONG JAMES | RAIN AND HAIL L.L.C. | 0247228 | 00109 | 18.3% | 867.8 | 36.8 | 15.0% |
| LONG JAMES | RAIN AND HAIL L.L.C. | 0247228 | 00112 | 18.5% | 866.4 | 40.7 | 15.0% |
| LONG JAMES | RAIN AND HAIL L.L.C. | 0247228 | 00111 | 18.8% | 866.8 | 40.4 | 15.0% |
| MCNAMARA FARMS INC | RAIN AND HAIL L.L.C. | 0276512 | 00201 | 16.6% | 1202.2 | 58.2 | 14.9% |
| MCNAMARA FARMS INC | RAIN AND HAIL L.L.C. | 0276512 | 00203 | 16.9% | 3623.8 | 158.4 | 14.9% |
| MCNAMARA FARMS INC | RAIN AND HAIL L.L.C. | 0276512 | 00204 | 17.0% | 985.5 | 42.5 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00301 | 15.8% | 1813.3 | 74.9 | 14.9% |

**Attachment 14 Production Information**

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00318 | 16.2% | 3794.3 | 156.2 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00314 | 16.5% | 874.8 | 33.8 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00317 | 16.5% | 4007.8 | 154.7 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00307 | 16.8% | 1122.5 | 46.4 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00305 | 16.9% | 4726.6 | 193.7 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00309 | 17.0% | 742.7 | 37.2 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00319 | 17.1% | 1366.1 | 68.3 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00308 | 17.5% | 1204.2 | 54.2 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00311 | 17.5% | 3630.4 | 159.0 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00310 | 17.8% | 930.5 | 48.3 | 14.9% |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C. | 0259133 | 00316 | 17.8% | 1712.5 | 71.3 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00201 | 15.8% | 1813.3 | 75.1 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00217 | 16.2% | 3794.3 | 156.2 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00213 | 16.5% | 874.8 | 33.9 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00216 | 16.5% | 4007.8 | 154.7 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00206 | 16.8% | 1122.5 | 46.5 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00204 | 16.9% | 4726.6 | 194.3 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00208 | 17.0% | 742.7 | 37.2 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00203 | 17.1% | 1366.1 | 68.5 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00207 | 17.5% | 1204.2 | 54.4 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00210 | 17.5% | 3630.4 | 159.5 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00209 | 17.8% | 930.5 | 48.3 | 14.9% |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C. | 0254696 | 00215 | 17.8% | 1712.5 | 71.5 | 14.9% |
| PABROMA INC | RAIN AND HAIL L.L.C. | 0312723 | 00313 | 16.6% | 1547.7 | 77.1 | 14.9% |
| PABROMA INC | RAIN AND HAIL L.L.C. | 0312723 | 00312 | 16.7% | 2098.2 | 103.4 | 14.9% |
| PABROMA INC | RAIN AND HAIL L.L.C. | 0312723 | 00102 | 16.7% | 1605.4 | 103.3 | 15.0% |
| PABROMA INC | RAIN AND HAIL L.L.C. | 0312723 | 00302 | 16.8% | 1081.3 | 50.9 | 14.9% |
| PANSCH DENNIS | RAIN AND HAIL L.L.C. | 0027421 | 00104 | 15.8% | 3410.6 | 236.2 | 15.4% |
| PANSCH DENNIS | RAIN AND HAIL L.L.C. | 0027421 | 00101 | 16.9% | 1911.7 | 98.0 | 15.4% |
| PANSCH DENNIS | RAIN AND HAIL L.L.C. | 0027421 | 00109 | 17.6% | 776.5 | 45.0 | 15.4% |
| PANSCH DENNIS | RAIN AND HAIL L.L.C. | 0027421 | 00110 | 18.0% | 809.7 | 55.0 | 15.4% |
| PANSCH WILLIAM | RAIN AND HAIL L.L.C. | 0314368 | 00104 | 15.8% | 3410.6 | 236.2 | 15.4% |
| PANSCH WILLIAM | RAIN AND HAIL L.L.C. | 0314368 | 00101 | 16.9% | 1911.7 | 98.0 | 15.4% |
| PANSCH WILLIAM | RAIN AND HAIL L.L.C. | 0314368 | 00109 | 17.6% | 776.5 | 45.0 | 15.4% |
| PANSCH WILLIAM | RAIN AND HAIL L.L.C. | 0314368 | 00110 | 18.0% | 809.7 | 55.0 | 15.4% |
| PRAIRIE VIEW FARMS INC | RAIN AND HAIL L.L.C. | 0146664 | 00104 | 18.4% | 463.3 | 23.0 | 15.0% |
| PRAIRIE VIEW FARMS INC | RAIN AND HAIL L.L.C. | 0146664 | 00101 | 18.5% | 550.1 | 40.9 | 15.0% |
| PREUSS DENNIS A | RAIN AND HAIL L.L.C. | 0288593 | 00102 | 17.5% | 3051.4 | 136.9 | 15.0% |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C. | 0248425 | 00104 | 14.9% | 237.2 | 11.8 | 15.0% |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C. | 0248425 | 00108 | 17.0% | 486.5 | 21.3 | 15.0% |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C. | 0248425 | 00106 | 17.6% | 3007.6 | 132.0 | 15.0% |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C. | 0248425 | 00107 | 18.1% | 3538.1 | 150.4 | 15.0% |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C. | 0248425 | 00101 | 18.4% | 1647.2 | 77.3 | 15.0% |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C. | 0501465 | 00110 | 15.7% | 790.6 | 48.6 | 15.0% |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C. | 0501465 | 00114 | 17.4% | 5784.3 | 274.2 | 15.0% |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C. | 0501465 | 00106 | 17.8% | 789.2 | 50.6 | 15.0% |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C. | 0501465 | 00109 | 17.9% | 3162.9 | 149.5 | 15.0% |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C. | 0501465 | 00107 | 18.8% | 2175.0 | 104.9 | 15.0% |
| SCHMOLL MIKE V | RAIN AND HAIL L.L.C. | 0312674 | 00107 | 14.9% | 990.2 | 40.0 | 15.0% |
| SCHMOLL MIKE V | RAIN AND HAIL L.L.C. | 0312674 | 00203 | 16.1% | 1866.6 | 77.7 | 14.9% |
| SCHMOLL MIKE V | RAIN AND HAIL L.L.C. | 0312674 | 00201 | 16.3% | 3306.1 | 156.1 | 14.9% |
| SCHMOLL MIKE V | RAIN AND HAIL L.L.C. | 0312674 | 00104 | 16.5% | 1835.9 | 82.5 | 15.0% |
| SCHMOLL MIKE V | RAIN AND HAIL L.L.C. | 0312674 | 00103 | 16.9% | 970.2 | 33.0 | 15.0% |
| SCHMOLL RICHARD | RAIN AND HAIL L.L.C. | 0312956 | 00105 | 17.8% | 1454.8 | 72.0 | 15.0% |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C. | 0441237 | 00206 | 16.5% | 1594.7 | 66.0 | 14.9% |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C. | 0441237 | 00106 | 17.1% | 1548.9 | 58.0 | 15.0% |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C. | 0441237 | 00102 | 17.3% | 1815.8 | 78.0 | 15.0% |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C. | 0441237 | 00300 | 17.4% | 922.6 | 32.1 | 15.0% |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C. | 0441237 | 00108 | 17.5% | 1410.7 | 66.0 | 15.0% |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C. | 0441237 | 00209 | 17.7% | 3308.9 | 135.0 | 14.9% |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C. | 0441237 | 00103 | 18.1% | 3457.7 | 150.0 | 15.0% |
| SCHWERIN DAVE | RAIN AND HAIL L.L.C. | 0310727 | 00103 | 17.2% | 2684.0 | 108.1 | 15.0% |
| SCHWERIN DAVE | RAIN AND HAIL L.L.C. | 0310727 | 00106 | 17.6% | 847.1 | 37.7 | 15.0% |
| SCHWERIN DAVE | RAIN AND HAIL L.L.C. | 0310727 | 00102 | 18.5% | 866.1 | 37.0 | 15.0% |
| SWANSON TIM | RAIN AND HAIL L.L.C. | 0027757 | 00103 | 17.2% | 896.8 | 43.3 | 14.9% |
| SWANSON TIM | RAIN AND HAIL L.L.C. | 0027757 | 00102 | 17.6% | 1570.7 | 65.9 | 14.9% |
| SWANSON TIM | RAIN AND HAIL L.L.C. | 0027757 | 00101 | 17.8% | 2940.9 | 124.7 | 14.9% |

**Attachment 14 Production Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOREN CHRISTOPHE | RAIN AND HAIL L.L.C. | 0312757 | 00301 | 14.1% | 102.3 | 16.2 | 15.0% |
| TOREN CHRISTOPHE | RAIN AND HAIL L.L.C. | 0312757 | 00100 | 16.7% | 1605.4 | 103.3 | 15.0% |
| TOREN CHRISTOPHE | RAIN AND HAIL L.L.C. | 0312757 | 00302 | 16.9% | 2587.5 | 73.7 | 15.0% |
| TOREN SCHMOLL DAWN | RAIN AND HAIL L.L.C. | 0441767 | 00200 | 17.0% | 74.8 | 2.0 | 15.0% |
| WILLEY FARMS INC | RAIN AND HAIL L.L.C. | 0313777 | 00104 | 16.7% | 2585.6 | 138.0 | 14.9% |
| BRODERIUS BRIAN L | RURAL COMMUNITY INSURANCE SERVICES | 0031685 | 00103 | 16.0% | 2418.9 | 84.0 | 14.9% |
| BRODERIUS BRIAN L | RURAL COMMUNITY INSURANCE SERVICES | 0031684 | 00101 | 16.5% | 852.3 | 41.0 | 14.9% |
| BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0146853 | 00117 | 16.8% | 3893.9 | 191.5 | 14.9% |
| BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0146853 | 00114 | 16.8% | 2287.5 | 112.5 | 14.9% |
| BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0146853 | 00115 | 17.4% | 593.6 | 30.0 | 14.9% |
| BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0146853 | 00122 | 18.2% | 1988.1 | 104.9 | 14.9% |
| CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0119823 | 00101 | 17.2% | 3655.5 | 229.0 | 15.0% |
| CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0119824 | 00102 | 17.4% | 670.5 | 37.1 | 15.0% |
| CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0119823 | 00105 | 17.6% | 1226.8 | 72.0 | 15.0% |
| CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0119824 | 00300 | 18.0% | 1752.8 | 90.7 | 15.0% |
| CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0119823 | 00104 | 18.2% | 1680.2 | 75.0 | 15.0% |
| COUNTY LINE FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0119778 | 00103 | 17.3% | 2478.0 | 113.7 | 15.0% |
| CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0185264 | 00101 | 16.4% | 1511.9 | 100.9 | 14.9% |
| CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0185264 | 00103 | 17.0% | 1336.2 | 61.1 | 14.9% |
| CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0185264 | 00105 | 17.2% | 1790.2 | 93.0 | 14.9% |
| CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0024600 | 00120 | 18.4% | 2470.3 | 104.0 | 14.9% |
| DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | 0531672 | 00103 | 17.3% | 1328.4 | 71.8 | 14.9% |
| DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | 0531672 | 00107 | 17.7% | 1915.0 | 116.5 | 14.9% |
| DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | 0531672 | 00105 | 18.3% | 110.9 | 4.8 | 14.9% |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | 0010953 | 00106 | 16.9% | 2816.8 | 152.9 | 14.7% |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | 0010953 | 00110 | 17.0% | 2236.1 | 131.3 | 14.7% |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | 0010953 | 00113 | 17.9% | 383.3 | 22.0 | 14.7% |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | 0010953 | 00118 | 18.2% | 2394.8 | 118.1 | 14.7% |
| FAGEN GREG | RURAL COMMUNITY INSURANCE SERVICES | 0032967 | 00104 | 19.0% | 2606.6 | 157.0 | 15.0% |
| FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | 0147829 | 00104 | 14.2% | 7.3 | 0.5 | 14.9% |
| FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | 0147829 | 00103 | 14.8% | 552.1 | 50.5 | 14.9% |
| FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | 0147829 | 00101 | 17.1% | 705.7 | 51.0 | 14.9% |
| HENDRICKSON ERIC J | RURAL COMMUNITY INSURANCE SERVICES | 0531779 | 00101 | 18.2% | 1681.3 | 77.0 | 14.9% |
| HENDRICKSON ERIC J | RURAL COMMUNITY INSURANCE SERVICES | 0531779 | 00102 | 19.0% | 1181.8 | 53.4 | 14.9% |
| JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | 0145416 | 00113 | 16.8% | 1582.7 | 77.2 | 14.9% |
| JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | 0145416 | 00107 | 17.6% | 2857.9 | 139.2 | 14.9% |
| JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | 0145416 | 00119 | 18.0% | 1014.0 | 43.6 | 14.9% |
| JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | 0145416 | 00106 | 18.5% | 333.1 | 13.0 | 14.9% |
| JOHNSON KEITH | RURAL COMMUNITY INSURANCE SERVICES | 0148503 | 00106 | 18.8% | 894.1 | 36.8 | 14.9% |
| KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0081405 | 00107 | 16.7% | 485.6 | 25.7 | 15.0% |
| KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0081406 | 00101 | 17.1% | 3524.1 | 229.9 | 15.0% |
| KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0081405 | 00104 | 17.4% | 1615.6 | 117.6 | 15.0% |
| KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | 0081405 | 00101 | 17.9% | 1163.0 | 66.0 | 15.0% |
| KIECKER MARVIN | RURAL COMMUNITY INSURANCE SERVICES | 0510335 | 00103 | 16.4% | 3495.9 | 181.3 | 14.9% |
| KIECKER MARVIN | RURAL COMMUNITY INSURANCE SERVICES | 0510335 | 00108 | 16.8% | 2044.6 | 118.8 | 14.9% |
| KOEBERL THOMAS L | RURAL COMMUNITY INSURANCE SERVICES | 0532771 | 00100 | 16.7% | 831.9 | 36.2 | 14.9% |
| KOEBERL THOMAS L | RURAL COMMUNITY INSURANCE SERVICES | 0123196 | 00103 | 17.2% | 2736.6 | 120.3 | 14.9% |
| LAMB BRIAN | RURAL COMMUNITY INSURANCE SERVICES | 0211575 | 00101 | 18.0% | 3600.8 | 157.0 | 15.0% |
| LAMB BRIAN | RURAL COMMUNITY INSURANCE SERVICES | 0211583 | 00102 | 18.6% | 121.8 | 4.6 | 14.9% |
| LAMB BRIAN | RURAL COMMUNITY INSURANCE SERVICES | 0211583 | 00101 | 19.0% | 1396.0 | 60.0 | 14.9% |
| OLSON RICK L | RURAL COMMUNITY INSURANCE SERVICES | 0119773 | 00104 | 17.4% | 2658.7 | 120.0 | 15.0% |
| OLSON RICK L | RURAL COMMUNITY INSURANCE SERVICES | 0119773 | 00301 | 18.0% | 1752.8 | 88.8 | 15.0% |
| OLSON RICK L | RURAL COMMUNITY INSURANCE SERVICES | 0182397 | 00100 | 18.0% | 2549.1 | 120.9 | 15.0% |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | 0025918 | 00102 | 14.5% | 202.0 | 17.0 | 14.7% |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | 0025918 | 00105 | 15.9% | 2167.7 | 32.8 | 14.7% |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | 0025918 | 00101 | 17.5% | 2552.3 | 118.1 | 14.7% |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | 0025918 | 00106 | 17.5% | 5674.9 | 71.9 | 14.7% |
| PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | 0006369 | 00108 | 15.9% | 2167.7 | 49.1 | 14.7% |
| PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | 0006369 | 00110 | 17.5% | 2148.0 | 99.4 | 14.7% |
| PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | 0006369 | 00105 | 17.5% | 5674.9 | 186.8 | 14.7% |
| PLUMLEY LYNN | RURAL COMMUNITY INSURANCE SERVICES | 0121774 | 00106 | 18.7% | 3826.2 | 74.1 | 14.9% |
| PROKOSCH KIRK | RURAL COMMUNITY INSURANCE SERVICES | 0070094 | 00100 | 17.9% | 654.0 | 50.0 | 14.7% |
| RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | 0007145 | 00101 | 16.6% | 1510.1 | 51.5 | 14.9% |
| RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | 0007145 | 00103 | 16.9% | 688.8 | 20.0 | 14.9% |
| RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | 0007146 | 00100 | 17.5% | 1406.1 | 61.0 | 15.0% |
| RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | 0007145 | 00105 | 17.8% | 1719.9 | 75.0 | 14.9% |
| RHEINGANS GEORGE P | RURAL COMMUNITY INSURANCE SERVICES | 0110632 | 00101 | 16.9% | 2598.4 | 133.7 | 15.0% |

**Attachment 14 Production Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RHEINGANS GEORGE P | RURAL COMMUNITY INSURANCE SERVICES | 0110632 | 00104 | 17.8% | 102.4 | 5.7 | 15.0% |
| RHEINGANS ROBERT G | RURAL COMMUNITY INSURANCE SERVICES | 0110635 | 00102 | 17.6% | 879.4 | 53.1 | 15.0% |
| RHEINGANS ROBERT G | RURAL COMMUNITY INSURANCE SERVICES | 0110635 | 00104 | 0.0% | 0.0 | 0.6 | 15.0% |
| RODEL DAVID J | RURAL COMMUNITY INSURANCE SERVICES | 0146156 | 00100 | 16.7% | 821.2 | 43.2 | 14.9% |
| ROEBKE TROY | RURAL COMMUNITY INSURANCE SERVICES | 0139805 | 00101 | 0.0% | 0.0 | 0.0 | 14.9% |
| ROUSE JASON | RURAL COMMUNITY INSURANCE SERVICES | 0205012 | 00102 | 17.7% | 446.4 | 18.8 | 14.9% |
| RUUD LEROY D | RURAL COMMUNITY INSURANCE SERVICES | 0136296 | 00101 | 17.4% | 802.1 | 33.5 | 15.0% |
| RUUD LEROY D | RURAL COMMUNITY INSURANCE SERVICES | 0136296 | 00103 | 18.0% | 732.6 | 28.3 | 15.0% |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | 0530952 | 00101 | 16.3% | 3008.8 | 125.6 | 14.9% |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | 0530952 | 00112 | 16.4% | 2330.2 | 124.4 | 14.9% |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | 0530952 | 00110 | 16.7% | 2056.3 | 94.5 | 14.9% |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | 0530956 | 00110 | 16.8% | 1252.2 | 39.0 | 14.9% |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | 0530954 | 00107 | 18.2% | 2869.1 | 135.3 | 14.9% |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | 0530956 | 00111 | 18.2% | 74.1 | 2.8 | 14.9% |
| SAMPSON CURT A | RURAL COMMUNITY INSURANCE SERVICES | 0187747 | 00102 | 17.1% | 1336.6 | 54.5 | 14.9% |
| SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | 0085748 | 00101 | 15.2% | 428.8 | 22.1 | 14.9% |
| SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | 0085748 | 00109 | 16.5% | 583.3 | 28.0 | 14.9% |
| SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | 0085748 | 00106 | 16.8% | 2084.9 | 81.2 | 14.9% |
| SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | 0085748 | 00102 | 17.9% | 1054.3 | 38.6 | 14.9% |
| WEHKING RICHARD | RURAL COMMUNITY INSURANCE SERVICES | 0146555 | 00106 | 16.9% | 1572.8 | 73.0 | 14.9% |
| WEHKING RICHARD | RURAL COMMUNITY INSURANCE SERVICES | 0146555 | 00102 | 17.0% | 1912.0 | 77.9 | 14.9% |

Note:
1. Net tons and harvested acres in this analysis are not adjusted for share.
2. Plaintiffs insured by Fireman's Fund have been excluded from this analysis.

# ATTACHMENT 15

# Attachment 15

## Plaintiffs Whose Production Did Not Exceed Guaranty

| NAME OF INSURED | INSURANCE COMPANY |
|---|---|
| TOREN CHRISTOPHER | RAIN AND HAIL L.L.C.. |
| HECTOR FARMS II | RAIN AND HAIL L.L.C.. |
| CONDON ROBERT | HARTFORD FIRE INSURANCE COMPANY |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES |
| TRIPLE G FARMS INC | HARTFORD FIRE INSURANCE COMPANY |
| FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES |
| FREESE STEVE | IGF INSURANCE COMPANY |
| TERSTEEG BROTHERS | HARTFORD FIRE INSURANCE COMPANY |
| ABBAS SCOTT | AMERICAN AGRISURANCE, INC. |
| NYQUIST JAMES | NAU COUNTRY INSURANCE CO. |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. |
| WERTISH GARY | IGF INSURANCE COMPANY |
| HERICKHOFF FARMS | IGF INSURANCE COMPANY |
| SCHWITTERS GREG | GREAT AMERICAN INSURANCE COMPANY |
| SCHWITTERS LANE | GREAT AMERICAN INSURANCE COMPANY |
| SCHWITTERS LENNY | HARTFORD FIRE INSURANCE COMPANY |
| SCHLEUSNER FARMS | IGF INSURANCE COMPANY |
| JOHNSON JAY | GREAT AMERICAN INSURANCE COMPANY |
| PAPE AARON | GREAT AMERICAN INSURANCE COMPANY |
| HOLIEN MICHAEL D. | GREAT AMERICAN INSURANCE COMPANY |

# ATTACHMENT 16

**ATTACHMENT 16**

**List of Plaintiffs Who Agreed to Stipulation 2**

**Plaintiff Name**

1. Ahlbrecht, Jeffrey D.
2. Blad, G. E.
3. Broderius Corp.
4. Dascher, Steven R.
5. E & K Farms Inc.
6. Erickson, Todd
7. Fischer, Clifford G., Jr.
8. Frank, Steven
9. Jacobs, Daniel R.
10. Jacobs, Michael J.
11. Jansen, Brad F.
12. KJS Farms, Inc.
13. Lerud, Roger
14. Ludowese, David T.
15. Ludowese, Nicholas J.
16. Lundberg Farms Inc.
17. M. Olson Farms Inc.
18. Macik, Marlo
19. Melberg, David R.
20. Melberg, Matt
21. Melberg, Michael S.
22. O'Neill Farms of Olivia Inc.
23. Olson, Mark
24. Schjenken, Michael A.
25. Schleusner Farms
26. Schleusner, Kenneth
27. Vick, Darrell K.

# ATTACHMENT 17

**ATTACHMENT 17.**

**List of Plaintiffs Who Agreed to Stipulation 1**

1. Ahrenholz, James
2. Ammermann, Rolan W.
3. Anderson, Darrell L.
4. Anderson, Don B.
5. Anderson, Michael L.
6. Andresen, Steven R.
7. Arnold, Daniel V.
8. Arnold, Mark
9. Arnold, Thomas
10. Bakker Farms
11. Bemmels Farm, Inc.
12. Benson, Daniel M.
13. Berger, Brad
14. Black Bros. Farms
15. Boll, Donald
16. Bosch Farms Partnership
17. Bosch, Lee
18. Bratsch, Jeffrey D.
19. Breitkreutz Farms Inc.
20. Breitkreutz, Marvin
21. Bristle Bros.
22. Broderius, Brian
23. Bruns Farms Inc.
24. Bulthuis, Steven
25. Burner, Craig
26. Buschette Farms, Inc.
27. C & P Farms, Inc.
28. Dahlager, Samuel
29. Dambroten, Dean
30. Dambroten, James
31. Degrote, Charles F.
32. Dirksen, Jeremy
33. Dooner Farms Inc.
34. Dovenmuehle, Allan
35. Dovenmuehle, Glen
36. Dovenmuehle, Neil
37. Dykema, Todd R.
38. Elfering, David
39. Elfering, George
40. Elfering, Gerald
41. Elfering, Kelly
42. Erickson Farms of Olivia Inc.
43. Erickson, Douglas
44. Fagen, Gregory
45. Frank, Bruce
46. Freberg, Bruce
47. Garberich, Gregory
48. Gartner, Paul J.
49. Gass, Laurence N., Jr.
50. Gass, Longene W.
51. Gigstad, Gerry M.
52. Gosseling, Loren W.
53. Groothuis, Troy M.
54. Gunter, LaVerne
55. Gunter, Thomas
56. Hagen Farms Inc.
57. Hagen, Donald W.
58. Handt, Jason W.
59. Hanson Bros.
60. Hanson, Robert
61. Harguth, Dennis
62. Harms, Calvin J.
63. Harms, Ross
64. Hebrink, Curtis
65. Hebrink, James
66. Hilbrands, Steve
67. Huhnerkoch, Robert O.
68. Johnson, Gerald E.
69. Johnson, Jay
70. Johnson, Keith G.
71. Kapping, Kim
72. Klinghagen, Randy