Exhibit C14

**ATTACHMENT 17.**

**List of Plaintiffs Who Agreed to Stipulation 1**

73. Koeberl, Thomas
74. Koehl, Guy
75. Koehl, Karl
76. Kranz, James
77. Kranz, Kyle
78. KRF Inc.
79. Kronlokken, Eric
80. Lamb Farms
81. Lamb, Brian
82. Lien, Donald E.
83. Lindquist, Jon E.
84. Lund, John T.
85. Lund, Paul
86. M C & S
87. Macik, Tim E.
88. McNamara, Larry
89. McNamara, Patrick J.
90. McNeil, David M.
91. Meixel, Charles J.
92. Meixel, Charles W., Sr.
93. Melberg, Charles
94. Melberg, Mark
95. Meyer, Cecil
96. Meyer, Curt
97. Meyer, Gary A.
98. Montgomery, Sam
99. Neal, Dale
100. Neubauer Farms Inc.
101. Olson, Richard L.
102. Onnen, Jeff
103. Pabroma, Inc.
104. Panitzke, Alan
105. Panitzke, Steven
106. Pansch, William
107. Pape, Aaron
108. Pieper, Gerald
109. Plotz, Alan
110. Plotz, Leo
111. Poier, Keith
112. Prairie View Farms Inc.
113. Prekker, Robert
114. Priebe, Kent
115. Prokosch, Kirk
116. R & M Farms Inc.
117. Rheingans, George P.
118. Rheingans, Robert G.
119. Rodel, David J.
120. Roelofs, Lanne
121. Rouse, Casey
122. Rouse, Richard
123. Lalim, Iver C.
124. Rudeen, Rik C.
125. Rudeen, William J.
126. Ruud, Leroy D.
127. Ryberg Farms Inc.
128. Sandgren, Kurt
129. Schaller, Gary
130. Scheurer, Gerald
131. Schmoll, Mike V.
132. Schmoll, Richard
133. Schwindt, Rick
134. Schwitters, Chris
135. Schwitters, Greg
136. Schwitters, Lenny
137. Squibb Bros. Inc.
138. Steffel, Tom
139. Stevens, Marc
140. Suter, Ronald
141. Swanson, Tim
142. Swart, Larry
143. Swigart, Dean
144. Taatjes Farms, Inc.
145. Tersteeg, Alan M.
146. Tersteeg, Randy

**ATTACHMENT 17.**

**List of Plaintiffs Who Agreed to Stipulation 1**

147. Tisdell, Michael J.
148. Tisdell, William F.
149. Tomes, David
150. Toren, Christopher J.
151. Toren-Schmoll, Dawn
152. Triple K Farms LLP
153. Ulferts, Justin
154. Voelz (R&W) Brothers
155. Wacek, Dean K.
156. Warner, Arthur
157. WB Farms Inc.
158. Wehking, Richard L.
159. Wertish, Gary
160. Wieberdink, Hubert
161. Wubben, Gary L.
162. Wubben, Willis D.
163. Youngkrantz, Allen
164. Youngkrantz, Dean
165. Youngkrantz, Gary
166. Youngkrantz, Glenn
167. Zaske, David P.
168. Zaske, Wayland

# ATTACHMENT 18

## ATTACHMENT 18

### List of Plaintiffs Who Agreed to Stipulation 3

1. Aeikens, Gary
2. Aeikens, Glenn
3. Aeikens, Lynn W.
4. Andresen, Marlyn
5. Asbury Farms Inc.
6. Bohlsen, Darwin S.
7. Boonstra, Steve
8. Bratsch, Darin
9. Bulthuis, Michael
10. Condon Farms
11. Condon, Paul
12. Condon, Robert P.
13. County Line Farms Inc.
14. Degroot, Barry
15. Dirksen, Daniel
16. Elliot, Daniel
17. Erickson, Cory
18. Freiborg, Randal N.
19. Garberich, Brent L.
20. Garberich, Dennis W.
21. Gass, David
22. Jacobs, James
23. Kadelbach, Lloyd H.
24. Kittelson, Sheldon
25. Kittelson, Wade
26. Koenen, Ronald
27. Kosak, James R.
28. Kronlokken, Peter
29. Ledeboer, Charles W.
30. Lippert, Jeff Paul
31. Lippert, Paul
32. Macziewski, Rick
33. Melberg, Bradley
34. Morley, Thomas
35. Palmer, Daniel J.
36. Palmer, Thomas E.
37. Payne Partnership

# ATTACHMENT 19

# ATTACHMENT 19

## List of Plaintiffs Who Agreed to Stipulation 4

**Plaintiff Name**

1. Ahlbrecht, Terrance C.
2. BNV Farms, Inc.
3. Brouwer, Herman I.
4. Buboltz, Jeffrey Lee
5. Busiahn, Gerry
6. Busiahn, Roger
7. Dirksen, Robert
8. DuHoux, Thomas E.
9. G & J Schwiners Farm Inc.
10. Gerdes, Merle G.
11. Hendrickson, Eric Jon
12. Herickhoff Farms
13. Herickhoff, Bernie
14. Hinderks, Charles
15. Hoekstra, Wade
16. Kiecker, Marvin O.
17. Knoshal, Dale L.
18. Kopel, Mike
19. Kramer, Jeff
20. Lund, Jason
21. McNamara Farms Inc.
22. McNamara, Keith J.
23. Mertens, Greg M.
24. Mertens, Leo T.
25. Mertens, Todd R.
26. Neal, Deane
27. Neal, Duane
28. Preuss, Dennis A.
29. Schwitters, Jason
30. Thissen, Ralph
31. Thissen, Tim
32. Triple G Farms, Inc.

# ATTACHMENT 20

# Attachment 20
## RCIS Insureds Paid Due to Freeze

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| BRODERIUS BRIAN L | RURAL COMMUNITY INSURANCE SERVICES | $12,400 |
| CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $25,436 |
| DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | $1,383 |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | $50,224 |
| FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | $8,112 |
| JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | $56,800 |
| KIECKER MARVIN | RURAL COMMUNITY INSURANCE SERVICES | $70,020 |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | $9,700 |
| PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | $21,576 |
| PROKOSCH KIRK | RURAL COMMUNITY INSURANCE SERVICES | $9,188 |
| RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | $16,368 |
| SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | $2,684 |
| WEHKING RICHARD | RURAL COMMUNITY INSURANCE SERVICES | $9,852 |
| | TOTAL | $293,743 |

# ATTACHMENT 21

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | INDEMNITY |
|---|---|---|
| ABBAS SCOTT | AMERICAN AGRISURANCE, INC. | $7,034 |
| AMMERMANN ROLAN W. | AMERICAN AGRISURANCE, INC. | $0 |
| ANDRESEN STEVEN R. | AMERICAN AGRISURANCE, INC. | $0 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | $0 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | $0 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | $0 |
| BAKKER FARMS | AMERICAN AGRISURANCE, INC. | $0 |
| BAKKER JOEL | AMERICAN AGRISURANCE, INC. | $0 |
| BOHLSEN DARWIN | AMERICAN AGRISURANCE, INC. | $0 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | $0 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | $0 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | $0 |
| BRODERIUS JEFF | AMERICAN AGRISURANCE, INC. | $0 |
| C AND P FARMS INC | AMERICAN AGRISURANCE, INC. | $0 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | $0 |
| CHAN MARK | AMERICAN AGRISURANCE, INC. | $0 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | $0 |
| DOVENMUEHLE ALLAN | AMERICAN AGRISURANCE, INC. | $0 |
| DOVENMUEHLE GLEN | AMERICAN AGRISURANCE, INC. | $0 |
| DOVENMUEHLE NEIL | AMERICAN AGRISURANCE, INC. | $0 |
| DYKEMA TODD | AMERICAN AGRISURANCE, INC. | $0 |
| FREIBORG RANDY | AMERICAN AGRISURANCE, INC. | $0 |
| GUNTER LAVERNE | AMERICAN AGRISURANCE, INC. | $0 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | $0 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | $0 |
| HERICKHOFF BERNIE | AMERICAN AGRISURANCE, INC. | $0 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | $0 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | $11,141 |
| JSF INC | AMERICAN AGRISURANCE, INC. | $0 |
| KAPPING KIM A. | AMERICAN AGRISURANCE, INC. | $0 |
| KIECKER GREGRY | AMERICAN AGRISURANCE, INC. | $0 |
| KRF INC | AMERICAN AGRISURANCE, INC. | $0 |
| KUBESH BRAD | AMERICAN AGRISURANCE, INC. | $0 |
| KUBESH FARMS INC | AMERICAN AGRISURANCE, INC. | $0 |
| LINDQUIST JON E | AMERICAN AGRISURANCE, INC. | $0 |
| LIPPERT PAUL | AMERICAN AGRISURANCE, INC. | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | [illegible] INDEMNITY |
|---|---|---|
| LUND JASON J. | AMERICAN AGRISURANCE, INC. | $0 |
| LUND JOHN T. | AMERICAN AGRISURANCE, INC. | $0 |
| LUND PAUL | AMERICAN AGRISURANCE, INC. | $0 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | $0 |
| MERSBERGEN RICK | AMERICAN AGRISURANCE, INC. | $0 |
| RICK BRODERIUS INC | AMERICAN AGRISURANCE, INC. | $0 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | $0 |
| SJORGEN DENNIS | AMERICAN AGRISURANCE, INC. | $0 |
| SUTER RONALD | AMERICAN AGRISURANCE, INC. | $0 |
| W B FARMS INC | AMERICAN AGRISURANCE, INC. | $0 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | $0 |
| WUBBEN WILLIS | AMERICAN AGRISURANCE, INC. | $0 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | $0 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | $0 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | $0 |
| YOUNGKRANTZ GLENN | AMERICAN AGRISURANCE, INC. | $0 |
| ZASKE DAVE | AMERICAN AGRISURANCE, INC. | $0 |
| ZASKE WAYLAND | AMERICAN AGRISURANCE, INC. | $0 |
| KLEVEN FARMS INC | BLAKELY CROP HAIL, INC. | $0 |
| KLEVEN HOG FARM INC | BLAKELY CROP HAIL, INC. | $0 |
| KNUDSON BROS PARTNERSHIP | BLAKELY CROP HAIL, INC. | $0 |
| KNUDSON GUNVAL | BLAKELY CROP HAIL, INC. | $0 |
| SACHARIASON EDWARD | BLAKELY CROP HAIL, INC. | $0 |
| SACHARIASON FARMS | BLAKELY CROP HAIL, INC. | $0 |
| SACHARIASON JASON | BLAKELY CROP HAIL, INC. | $0 |
| SACHARIASON SCOTT | BLAKELY CROP HAIL, INC. | $0 |
| SEDERSTROM STEVE | BLAKELY CROP HAIL, INC. | $0 |
| SPRINGER DAVID | BLAKELY CROP HAIL, INC. | $0 |
| TELFORD DAVID | BLAKELY CROP HAIL, INC. | $0 |
| AHRENHOLZ JAMES | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $0 |
| AHRENHOLZ TODD | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $0 |
| JOHNSON SHANNON L. | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $0 |
| HOLIEN MICHAEL D. | GREAT AMERICAN INSURANCE COMPANY | $75,835 |
| JOHNSON JAY (GAIC) | GREAT AMERICAN INSURANCE COMPANY | $21,738 |
| KRANZ JAMES | GREAT AMERICAN INSURANCE COMPANY | $0 |
| LIEN DONALD E. | GREAT AMERICAN INSURANCE COMPANY | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | INDEMNITY |
|---|---|---|
| MONTGOMERY SAM | GREAT AMERICAN INSURANCE COMPANY | $0 |
| PAPE AARON | GREAT AMERICAN INSURANCE COMPANY | $24,994 |
| SCHWITTERS CHRIS | GREAT AMERICAN INSURANCE COMPANY | $0 |
| SCHWITTERS GREG | GREAT AMERICAN INSURANCE COMPANY | $15,513 |
| SCHWITTERS LANE | GREAT AMERICAN INSURANCE COMPANY | $15,513 |
| SCHWITTERS LOWELL | GREAT AMERICAN INSURANCE COMPANY | $0 |
| SCHWITTERS ROBERT | GREAT AMERICAN INSURANCE COMPANY | $0 |
| TERSTEEG ALAN | GREAT AMERICAN INSURANCE COMPANY | $0 |
| A PLUS FARMS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| AEIKENS GARY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| AEIKENS GLENN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| AEIKENS LYNN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| AHLBRECHT TERRY C. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ANDRESEN MARLYN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BNV FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BOIKE RODNEY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BOONSTRA STEVE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BOSCH LEE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BRATSCH DARIN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BRISTLE BROS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BULTHUIS MIKE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BULTHUIS STEVE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| BURNER CRAIG | HARTFORD FIRE INSURANCE COMPANY | $0 |
| CONDON FARMS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| CONDON PAUL | HARTFORD FIRE INSURANCE COMPANY | $0 |
| CONDON ROBERT | HARTFORD FIRE INSURANCE COMPANY | $259 |
| DEGROOT BARRY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| DEGROTE CHARLES | HARTFORD FIRE INSURANCE COMPANY | $0 |
| DIRKSEN DANIEL | HARTFORD FIRE INSURANCE COMPANY | $0 |
| DIRKSEN JEREMY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| DIRKSEN ROBERT | HARTFORD FIRE INSURANCE COMPANY | $0 |
| DOONER FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $0 |
| DUHOUX WILLIAM | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ELFERING DAVID | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ELFERING GEORGE J. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ELFERING GERALD | HARTFORD FIRE INSURANCE COMPANY | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | INDEMNITY |
|---|---|---|
| ELFERING GREGG | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ELFERING JAMES | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ELFERING KELLY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ELFERING TROY H. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ELLIOT DANIEL | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ERICKSON CORY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ERICKSON FARMS OF OLIVIA INC | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GARBERICH BRENT | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GARBERICH GREGORY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GARTNER PAUL J. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GERDES MERLE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GIGSTAD GERRY M. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GOSSELING LOREN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GRAVES PHILIP | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GUNTER CHAD | HARTFORD FIRE INSURANCE COMPANY | $0 |
| GUNTER TOM | HARTFORD FIRE INSURANCE COMPANY | $0 |
| HAGEN THOMAS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| HARGUTH DENNIS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| HARGUTH WAYNE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| HARMS ROSS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| HEBRINK CURT | HARTFORD FIRE INSURANCE COMPANY | $0 |
| HEBRINK JAMES | HARTFORD FIRE INSURANCE COMPANY | $0 |
| HINDERKS CHARLES | HARTFORD FIRE INSURANCE COMPANY | $0 |
| HUHNERKOCH ROBERT | HARTFORD FIRE INSURANCE COMPANY | $0 |
| JAENISCH CHRIS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| JAENISCH LYLE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| JAENISCH MOLLIE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| JAENISCH TONY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| JANSSEN DARREL | HARTFORD FIRE INSURANCE COMPANY | $0 |
| JANSSEN RANDAL | HARTFORD FIRE INSURANCE COMPANY | $0 |
| JUNGERS FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KADELBACH LLOYD | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KIDROWSKI LARRY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KITTELSON SHELDON | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KLINGHAGEN RANDY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KNAPPER RICKY | HARTFORD FIRE INSURANCE COMPANY | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | INDEMNITY |
|---|---|---|
| KOPEL MICHAEL C. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KRAMER FARMS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KRAMER JEFF | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KRAMER RANDY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KRAMER RICK R. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KRAMER ROD R. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KRANZ KYLE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KRONLOKKEN ERIC | HARTFORD FIRE INSURANCE COMPANY | $0 |
| KRONLOKKEN PETER | HARTFORD FIRE INSURANCE COMPANY | $0 |
| LAMB FARMS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| LEDEBOER CHARLES W. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| LIPPERT JEFFERY P. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| LUSCHEN WILLIAM | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MACZIEWSKI BROS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MACZIEWSKI RICK | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MCNEIL DAVID | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MCNEIL STEVEN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MELBERG BRADLEY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MELBERG CHARLES | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MEYER CECIL | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MEYER CURT | HARTFORD FIRE INSURANCE COMPANY | $0 |
| MEYER GARY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| NEUBAUER FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $0 |
| NOBLE TERRY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ONNEN JEFF | HARTFORD FIRE INSURANCE COMPANY | $0 |
| PETERS BRYAN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| PIEPER GERALD | HARTFORD FIRE INSURANCE COMPANY | $0 |
| PIEPER HARLAN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| PIEPER PHILIP | HARTFORD FIRE INSURANCE COMPANY | $0 |
| PRIEBE KENT | HARTFORD FIRE INSURANCE COMPANY | $0 |
| PROKOSCH NEAL | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ROELOFS LANNE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ROUSE CASEY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ROUSE RICHARD | HARTFORD FIRE INSURANCE COMPANY | $0 |
| RUDEEN CARL E. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| RUDEEN NEIL | HARTFORD FIRE INSURANCE COMPANY | $0 |

# Attachment 21
## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | INDEMNITY |
|---|---|---|
| RUDEEN RIK C. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| RUDEEN WILLIAM J. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| RUITER HARLAN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| RUITER SCOTT | HARTFORD FIRE INSURANCE COMPANY | $0 |
| RUSCHEN STEVE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| S J JACOBS & SONS | HARTFORD FIRE INSURANCE COMPANY | $0 |
| SCHMAEDEKA JAMES | HARTFORD FIRE INSURANCE COMPANY | $0 |
| SCHMOLL BRAD | HARTFORD FIRE INSURANCE COMPANY | $0 |
| SCHWITTERS LENNY | HARTFORD FIRE INSURANCE COMPANY | $16,300 |
| SQUIBB BROS INC | HARTFORD FIRE INSURANCE COMPANY | $0 |
| STEFFEL GREGORY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| STEFFEL TOM | HARTFORD FIRE INSURANCE COMPANY | $0 |
| SWART LARRY | HARTFORD FIRE INSURANCE COMPANY | $0 |
| TERSTEEG BROTHERS | HARTFORD FIRE INSURANCE COMPANY | $6,398 |
| TISDELL FARM | HARTFORD FIRE INSURANCE COMPANY | $0 |
| TISDELL MICHAEL S. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| TISDELL MIKE | HARTFORD FIRE INSURANCE COMPANY | $0 |
| TISDELL WILLIAM | HARTFORD FIRE INSURANCE COMPANY | $0 |
| TOMES DAVID | HARTFORD FIRE INSURANCE COMPANY | $0 |
| TRIPLE F FARMS LLP | HARTFORD FIRE INSURANCE COMPANY | $0 |
| TRIPLE G FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $2,737 |
| ULFERTS JUSTIN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| VANDERVOORT FARMS IN | HARTFORD FIRE INSURANCE COMPANY | $0 |
| WACEK DEAN K. | HARTFORD FIRE INSURANCE COMPANY | $0 |
| WEIS FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $0 |
| WIEBERDINK HUBERT | HARTFORD FIRE INSURANCE COMPANY | $0 |
| ABBAS KENNETH | IGF INSURANCE COMPANY | $0 |
| AHLBRECHT JEFF | IGF INSURANCE COMPANY | $0 |
| BLAD G | IGF INSURANCE COMPANY | $0 |
| BLAD NATHAN | IGF INSURANCE COMPANY | $0 |
| BLARCO | IGF INSURANCE COMPANY | $0 |
| BOSCH FARMS PARTNERSHIP | IGF INSURANCE COMPANY | $0 |
| BRODERIOUS CORP | IGF INSURANCE COMPANY | $0 |
| BROUWER DAVID | IGF INSURANCE COMPANY | $0 |
| BROUWER HERMAN | IGF INSURANCE COMPANY | $0 |
| BUBOLTZ RICKY | IGF INSURANCE COMPANY | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| DASCHER STEVEN | IGF INSURANCE COMPANY | $0 |
| DEAN AHLBRECHT FARMS INC | IGF INSURANCE COMPANY | $0 |
| DOLEZAL MILOYD | IGF INSURANCE COMPANY | $0 |
| DON HARTUNG FARM INC | IGF INSURANCE COMPANY | $0 |
| DOUGLAS RANDY HULTGREN PTSHP | IGF INSURANCE COMPANY | $0 |
| DUNCAN BRETT | IGF INSURANCE COMPANY | $0 |
| E K FARMS INC | IGF INSURANCE COMPANY | $0 |
| ENESTVEDT ALAN | IGF INSURANCE COMPANY | $0 |
| ENESTVEDT DEAN | IGF INSURANCE COMPANY | $0 |
| ENESTVEDT STEVE | IGF INSURANCE COMPANY | $0 |
| ERICKSON TODD | IGF INSURANCE COMPANY | $0 |
| FISCHER CLIFFORD | IGF INSURANCE COMPANY | $0 |
| FRANK STEVE | IGF INSURANCE COMPANY | $0 |
| FREESE STEVE | IGF INSURANCE COMPANY | $4,647 |
| GORDON FARMS II | IGF INSURANCE COMPANY | $0 |
| GROOTHUIS TROY | IGF INSURANCE COMPANY | $0 |
| GRUSSING MARK | IGF INSURANCE COMPANY | $0 |
| HERICKHOFF FARMS | IGF INSURANCE COMPANY | $15,017 |
| HILBRANDS STEVE | IGF INSURANCE COMPANY | $0 |
| HINRICHS DAVID | IGF INSURANCE COMPANY | $0 |
| HINRICHS JAMES | IGF INSURANCE COMPANY | $0 |
| HOEKSTRA WADE | IGF INSURANCE COMPANY | $0 |
| JACOBS DANIEL | IGF INSURANCE COMPANY | $0 |
| JACOBS MICHAEL | IGF INSURANCE COMPANY | $0 |
| JACOBS RICHARD | IGF INSURANCE COMPANY | $0 |
| JACOBS THOMAS | IGF INSURANCE COMPANY | $0 |
| JANSEN BRAD | IGF INSURANCE COMPANY | $0 |
| KARL DAVID DANIEL | IGF INSURANCE COMPANY | $0 |
| KJS FARMS | IGF INSURANCE COMPANY | $0 |
| KOEHL GUY | IGF INSURANCE COMPANY | $0 |
| LALIM IVER | IGF INSURANCE COMPANY | $0 |
| LERUD ROGER | IGF INSURANCE COMPANY | $0 |
| LUDOWESE DAVID | IGF INSURANCE COMPANY | $0 |
| LUDOWESE NICHOLAS | IGF INSURANCE COMPANY | $0 |
| LUNDBERG FARMS INC | IGF INSURANCE COMPANY | $0 |
| M OLSON FARMS INC | IGF INSURANCE COMPANY | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| MACIK MARLO | IGF INSURANCE COMPANY | $0 |
| MEIXEL CHARLES | IGF INSURANCE COMPANY | $0 |
| MEIXEL CHUCK | IGF INSURANCE COMPANY | $0 |
| MELBERG DAVID | IGF INSURANCE COMPANY | $0 |
| MELBERG MATTHEW | IGF INSURANCE COMPANY | $0 |
| MELBERG MICHAEL | IGF INSURANCE COMPANY | $0 |
| MELBERG SHELDON | IGF INSURANCE COMPANY | $0 |
| MICHAEL ROBERT SCHJENKEN | IGF INSURANCE COMPANY | $0 |
| O'NEILL FARMS OF OLIVIA INC | IGF INSURANCE COMPANY | $0 |
| PETERSEN FARMS INC | IGF INSURANCE COMPANY | $0 |
| PETERSEN KYLE | IGF INSURANCE COMPANY | $0 |
| POIER KEITH | IGF INSURANCE COMPANY | $0 |
| PREKKER ROBERT | IGF INSURANCE COMPANY | $0 |
| R M FARMS | IGF INSURANCE COMPANY | $0 |
| R DUNCAN FARMS INC | IGF INSURANCE COMPANY | $0 |
| RA ZIMMER FARMS INC | IGF INSURANCE COMPANY | $0 |
| SCHLEUSNER FARMS | IGF INSURANCE COMPANY | $16,307 |
| SCHWITTERS DELWIN | IGF INSURANCE COMPANY | $0 |
| SCHWITTERS JERRY | IGF INSURANCE COMPANY | $0 |
| STEVENS MARC | IGF INSURANCE COMPANY | $0 |
| TRIPLE K FARMS LLP | IGF INSURANCE COMPANY | $0 |
| VICK DARRELL | IGF INSURANCE COMPANY | $0 |
| VICK DOUGLAS | IGF INSURANCE COMPANY | $0 |
| WERTISH GARY | IGF INSURANCE COMPANY | $12,297 |
| WUBBEN GARY | IGF INSURANCE COMPANY | $0 |
| BREITKREUTZ FARMS INC | NAU COUNTRY INSURANCE CO. | $0 |
| FAGEN LARRY | NAU COUNTRY INSURANCE CO. | $0 |
| FAGEN RICHARD A. | NAU COUNTRY INSURANCE CO. | $0 |
| HAGEN DONALD | NAU COUNTRY INSURANCE CO. | $0 |
| NYQUIST JAMES | NAU COUNTRY INSURANCE CO. | $9,793 |
| SCHALLER GARY R. | NAU COUNTRY INSURANCE CO. | $0 |
| VOELZ (R&W) BROTHERS | NAU COUNTRY INSURANCE CO. | $0 |
| ANDERSON DARRELL L. | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| ANDERSON MICHAEL L. | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| BEMMELS FARM INC | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| BLACK BROS FARMS | NORTH CENTRAL CROP INSURANCE, INC. | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | INDEMNITY |
|---|---|---|
| BROUWER JEFF | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| COLE TODD W. | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| ERICKSON DOUGLAS | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| HAWK CREEK FARMS,INC | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| HULTGREN DUANE | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| HULTGREN NATHANIEL | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| KITTELSON GRAIN & BEETS | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| KITTELSON KENNETH | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| KITTELSON WADE | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| KOENEN RONALD | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| KOHLER SCOTT | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| MORLEY THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| PALKE THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| PANITZKE ALAN | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| PANITZKE STEVE | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| SCHEURER GERALD | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| SWIGART DEAN | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| TAATJES FARMS INC | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| WARNER ARTHUR | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| AGRE JEFFERY P | RAIN AND HAIL L.L.C.. | $0 |
| ANDERSON DONALD B | RAIN AND HAIL L.L.C.. | $0 |
| ASBURY FARMS INC | RAIN AND HAIL L.L.C.. | $0 |
| BERGER BRAD | RAIN AND HAIL L.L.C.. | $0 |
| BUSCHETTE FARMS INC | RAIN AND HAIL L.L.C.. | $0 |
| BUSIAHN GERRY | RAIN AND HAIL L.L.C.. | $0 |
| BUSIAHN ROGER | RAIN AND HAIL L.L.C.. | $0 |
| DAMBROTEN DEAN | RAIN AND HAIL L.L.C.. | $0 |
| DAMBROTEN JAMES | RAIN AND HAIL L.L.C.. | $0 |
| GASS DAVID | RAIN AND HAIL L.L.C.. | $0 |
| GASS LARRY | RAIN AND HAIL L.L.C.. | $0 |
| GASS LON W | RAIN AND HAIL L.L.C.. | $0 |
| HANDT JASON | RAIN AND HAIL L.L.C.. | $0 |
| HANSON BROTHERS | RAIN AND HAIL L.L.C.. | $0 |
| HECTOR FARMS II | RAIN AND HAIL L.L.C.. | $170 |
| HELLER ROGER | RAIN AND HAIL L.L.C.. | $0 |
| JOHNSON JAY (R&H) | RAIN AND HAIL L.L.C.. | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | INDEMNITIES |
|---|---|---|
| LONG CASEY | RAIN AND HAIL L.L.C.. | $0 |
| LONG CHRIS | RAIN AND HAIL L.L.C.. | $0 |
| LONG JAMES | RAIN AND HAIL L.L.C.. | $0 |
| MCNAMARA FARMS INC | RAIN AND HAIL L.L.C.. | $0 |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C.. | $0 |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C.. | $0 |
| PABROMA INC | RAIN AND HAIL L.L.C.. | $0 |
| PANSCH DENNIS | RAIN AND HAIL L.L.C.. | $0 |
| PANSCH WILLIAM | RAIN AND HAIL L.L.C.. | $0 |
| PRAIRIE VIEW FARMS INC | RAIN AND HAIL L.L.C.. | $0 |
| PREUSS DENNIS A | RAIN AND HAIL L.L.C.. | $0 |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C.. | $0 |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C.. | $0 |
| SCHMOLL MIKE V | RAIN AND HAIL L.L.C.. | $0 |
| SCHMOLL RICHARD | RAIN AND HAIL L.L.C.. | $0 |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C.. | $0 |
| SCHWERIN DAVE | RAIN AND HAIL L.L.C.. | $0 |
| SWANSON TIM | RAIN AND HAIL L.L.C.. | $0 |
| TOREN CHRISTOPHE | RAIN AND HAIL L.L.C.. | $44 |
| TOREN SCHMOLL DAWN | RAIN AND HAIL L.L.C.. | $0 |
| WILLEY FARMS INC | RAIN AND HAIL L.L.C.. | $0 |
| BRODERIUS BRIAN L | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| COUNTY LINE FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| FAGEN GREG | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | $4,073 |
| HENDRICKSON ERIC J | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| JOHNSON KEITH | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| KIECKER MARVIN | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| KOEBERL THOMAS L | RURAL COMMUNITY INSURANCE SERVICES | $0 |

# Attachment 21

## Scenario 1 Indemnities By Insured *(As of November 10, 2003)*

| NAME OF INSURED | INSURANCE COMPANY | INDEMNITY |
|---|---|---|
| LAMB BRIAN | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| OLSON RICK L | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | $762 |
| PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| PLUMLEY LYNN | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| PROKOSCH KIRK | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| RHEINGANS GEORGE P | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| RHEINGANS ROBERT G | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| RODEL DAVID J | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| ROUSE JASON | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| RUUD LEROY D | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| SAMPSON CURT A | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| WEHKING RICHARD | RURAL COMMUNITY INSURANCE SERVICES | $0 |
| | TOTAL | $260,572 |

Notes:
1. Indemnities were calculated using the assumptions and methodology for Scenario 1 as described in Shauna C. Woody-Coussens' Expert Report dated July 25, 2003. These calculations are based on information contained in the indemnity payment database as of November 10, 2003.
2. This analysis excludes plaintiffs insured by Fireman's Fund.

# ATTACHMENT 22

**ATTACHMENT 22**

**Payments Earned By Plaintiffs**

| Plaintiff | Amount Earned |
|---|---|
| 1. Abbas, Kenneth | $28,080.95 |
| 2. Abbas, Scott A. | $54,233.68 |
| 3. Aeikens, Gary | $35,254.48 |
| 4. Aeikens, Glenn | $35,254.08 |
| 5. Aeikens, Lynn W. | $15,001.72 |
| 6. Agre, Jeffrey | $23,808.70 |
| 7. Ahlbrecht, Dean | $19,892.90 |
| 8. Ahlbrecht, Jeffrey D. | $34,951.39 |
| 9. Ahlbrecht, Terrance C. | $44,149.01 |
| 10. Ahrenholz, James and Susan | $69,978.67 |
| 11. Ahrenholz, Todd J. | $11,290.95 |
| 12. Ammermann, Rolan W. | $33,060.60 |
| 13. Anderson, Darrell L. | $76,122.29 |
| 14. Anderson, Don B. | $21,648.18 |
| 15. Anderson, Michael J. | $44,014.13 |
| 16. Anderson, Michael L. | $30,075.01 |
| 17. Anderson, Steven G. | $31,789.47 |
| 18. Andresen, Irma | $2,337.99 |
| 19. Andresen, Marlyn | $13,533.56 |
| 20. Andresen, Steven R. | $11,105.34 |
| 21. Arnold, Daniel V., and Lynette | $92,596.66 |
| 22. Arnold, Mark and Shelly | $92,566.20 |
| 23. Arnold, Thomas and Katheryn | $92,566.20 |
| 24. Asbury Farms | $26,512.80 |
| 25. Bakker, Joel and Cheryl | $33,931.15 |
| 26. Bakker, Tom L. | $13,486.22 |
| 27. Bemmels, Joel and Kenneth | $72,432.83 |
| 28. Berger, Brad | $31,909.62 |
| 29. Black Brothers | $18,612.31 |
| 30. Black, Ed-Vern G., c/o Marcel Black | $41,293.37 |
| 31. Blad, G. E. | $17,509.74 |
| 32. Blad, Nathan G. | $17,404.69 |
| 33. Bluhm, Walter and Mavis | $7,564.80 |
| 34. Bohlsen, Darwin S. and Barbara | $3,850.52 |
| 35. Bohlsen, Darwin, Barbara and Jason Zimmer | $33,481.96 |
| 36. Boike, Clarence | $7,615.15 |
| 37. Boike, Rodney | $17,475.18 |
| 38. Boonstra Brothers | $30,650.35 |
| 39. Bosch Farm and Bosch Farms Partnership | $137,533.92 |
| 40. Bosch, Lee | $16,553.27 |
| 41. Bosch, Lee and Kim | $33,209.56 |

| Plaintiff | Amount Earned |
| --- | --- |
| 42. Bratsch, Darin | $20,866.55 |
| 43. Bratsch, Jeffrey D. and Vicky | $57,430.94 |
| 44. Bratsch, Russell and Kristin | $57,429.87 |
| 45. Breitkreutz Farms | $11,337.16 |
| 46. Bristle Brothers, John and David | $89,736.95 |
| 47. Broderius Corp. | $168,262.90 |
| 48. Broderius, Brian | $23,051.02 |
| 49. Broderius, Jeffrey | $29,438.12 |
| 50. Broderius, Rick, Inc. | $46,316.20 |
| 51. Brouwer, David G. | $111,833.04 |
| 52. Brouwer, Herman I. | $51,057.16 |
| 53. Brouwer, Jason | $7,135.11 |
| 54. Brouwer, Jeff | $10,030.37 |
| 55. Bruns Farms and MLB Investments L.P. | $79,230.51 |
| 56. Buboltz, Ricky | $18,486.41 |
| 57. Bulthuis, Michael | $51,717.33 |
| 58. Bulthuis, Steven C. | $28,568.92 |
| 59. Burner, Craig | $16,743.49 |
| 60. Burner, Craig and Stephanie | $33,209.56 |
| 61. Buschette, Francis L. | $57,960.14 |
| 62. Busiahn, Gerry | $18,093.91 |
| 63. Busiahn, Roger | $30,630.95 |
| 64. Chippewa River Farms Inc. | $111,972.37 |
| 65. CJW Farms | $183,742.41 |
| 66. Cole, Todd and Vonna | $30,548.69 |
| 67. Cole, Todd and Vonna and Schwitters, Lane and Greg | $6,173.32 |
| 68. Condon Farms | $37,418.32 |
| 69. Condon, Paul | $3,217.92 |
| 70. Condon, Robert | $5,128.35 |
| 71. Condon, Robert and Klassen, Kenneth | $19,770.26 |
| 72. County Line Farms Inc. | $16,163.95 |
| 73. Cunningham Farms Inc. | $20,195.84 |
| 74. Cunningham Farms and Jakobitz, Ross | -$2,377.49 |
| 75. Dahl, Grady L. | $32,824.61 |
| 76. Dahlager, Sam | $35,014.90 |
| 77. Dambroten, Dean and James | $55,283.21 |
| 78. Dascher, Steven R. | $46,352.54 |
| 79. Daugherty, David D. and Andrea | $37,895.91 |
| 80. Degroot, Barry | $55,843.60 |
| 81. Degrote, Charles and Cindy | $23,489.71 |
| 82. Dirksen, Dan | $20,880.03 |
| 83. Dirksen, Jeremy | $33,752.26 |
| 84. Dirksen, Robert | $45,290.21 |

| Plaintiff | Amount Earned |
|---|---|
| 85. Dolezal, Miloyd | $95,562.64 |
| 86. Dolezal, Ross G. | $60,610.70 |
| 87. Dooner Farms | $72,158.59 |
| 88. Dovenmuehle, Alan | $29,676.92 |
| 89. Dovenmuehle, Glen | $40,062.44 |
| 90. Dovenmuehle, Neil | $6,179.64 |
| 91. Du Houx, William | $22,718.12 |
| 92. Duncan, Brett | $23,159.90 |
| 93. Duncan, Roger | $56,977.88 |
| 94. Dykema, Todd R. | $25,540.43 |
| 95. E & K Farms Inc. | $56,135.26 |
| 96. Elfering, David | $70,551.87 |
| 97. Elfering, George | $27,784.83 |
| 98. Elfering, Gerald | $65,950.56 |
| 99. Elfering, Gregory and Betty Lou | $69,541.24 |
| 100. Elfering, James | $66,113.66 |
| 101. Elfering, Kelly | $26,985.04 |
| 102. Elfering, Troy | $23,432.21 |
| 103. Elliot, Daniel | $24,088.43 |
| 104. Enestvedt, Alan and Verla | $24,629.93 |
| 105. Enestvedt, Dean | $36,887.17 |
| 106. Enestvedt, Steven | $36,888.28 |
| 107. Erickson Farms of Olivia Inc. | $23,957.40 |
| 108. Erickson, Cory | $45,374.23 |
| 109. Erickson, Douglas | $65,329.39 |
| 110. Erickson, Gerald | $7,251.34 |
| 111. Erickson, Todd | $18,226.76 |
| 112. Fagen, Gregory | $32,426.94 |
| 113. Fagen, Larry | $49,678.60 |
| 114. Fagen, Richard | $45,699.55 |
| 115. Fahey, Edward | $38,460.50 |
| 116. Fischer, Clifford G. | $7,444.29 |
| 117. Fischer, Elizabeth | -$1,428.07 |
| 118. Fischer, Frank | $32,259.51 |
| 119. Formo Farms Inc. (Asbury) | $53,338.32 |
| 120. Frank, Steven | $18,454.14 |
| 121. Freberg, Bruce | $25,435.17 |
| 122. Freese, Steven | $69,985.61 |
| 123. Garberich, Brent | $39,211.35 |
| 124. Garberich, Gregory | $26,678.49 |
| 125. Gartner, Paul and Dawn | $36,594.43 |
| 126. Gass, David | $33,828.55 |
| 127. Gass, Laurence | $6,146.94 |

| Plaintiff | | Amount Earned |
|---|---|---|
| 128. | Gass, Lon | $5,781.58 |
| 129. | Gass, William and John (Triple G Farms) | $44,002.82 |
| 130. | Gerdes, Merle | $12,397.26 |
| 131. | Gigstad, Gerry | $10,623.29 |
| 132. | Gordon Farms Inc. | $3,057.77 |
| 133. | Gordon Farms II Inc. | $173,334.01 |
| 134. | Gosseling, Loren | $18,526.23 |
| 135. | Graves, Philip | $22,782.17 |
| 136. | Groothuis, Troy and Danelle | $17,246.45 |
| 137. | Grussing, Mark | $27,578.17 |
| 138. | Gunter, Chad | $64,732.30 |
| 139. | Gunter, LaVerne | $17,064.09 |
| 140. | Gunter, Thomas | $87,372.23 |
| 141. | Haen, Charles D. | $39,506.80 |
| 142. | Hagen Farms | $104,741.01 |
| 143. | Hagen Farms Inc. and Lindahl, Gary | $39,971.13 |
| 144. | Hagen Farms Inc. and Zimmer, Jason | $44,760.40 |
| 145. | Hagen, Donald and Nancy | $25,014.56 |
| 146. | Hagen, Thomas | $43,437.39 |
| 147. | Handt, James Sr. | $6,540.99 |
| 148. | Handt, Jason | $3,205.65 |
| 149. | Hanson Brothers Investments LP | $41,052.34 |
| 150. | Harguth, Dennis | $16,742.41 |
| 151. | Harguth, Dennis and Ruth | $42,787.55 |
| 152. | Harguth, Wayne and Joyce, Tenants in Common | $46,827.66 |
| 153. | Harms, Calvin | $69,591.65 |
| 154. | Harms, Ross | $19,613.15 |
| 155. | Hartung, Don | $7,910.95 |
| 156. | Hebrink, James and Curtis | $61,510.73 |
| 157. | Hector Farms | $695,030.67 |
| 158. | Hendrickson, Eric Jon | $24,146.46 |
| 159. | Herickhoff, Bernie and Linda | $47,265.80 |
| 160. | Herickhoff, Bradley and Albrecht, Terry | $7,322.77 |
| 161. | Herickhoff, Bradley and Larry and Steve Gass | $15,803.96 |
| 162. | Herickhoff, Bradley and Harold and Rita Walz | $245,943.07 |
| 163. | Herickhoff, Kurt and Ahlbrecht, Terry | $4,957.35 |
| 164. | Herickhoff, Kurt and Herickhoff, Bernie and Linda | $48,008.59 |
| 165. | Herickhoff, Kurt and Walz, Harold and Rita | $73,160.99 |
| 166. | Hilbrands, Steve | $20,797.43 |
| 167. | Hinderks, Charles | $120,112.86 |
| 168. | Hinrichs, David | $6,263.69 |
| 169. | Hinrichs, James | $38,001.69 |