Exhibit C15

| Plaintiff | | Amount Earned |
|---|---|---|
| 170. | Hoekstra, Wade | $8,837.51 |
| 171. | Holien, Michael | $21,984.25 |
| 172. | Huhnerkoch, Robert O. | $46,294.23 |
| 173. | Hultgren & Brothers | $15,156.55 |
| 174. | Hultgren, Douglas | $14,857.91 |
| 175. | Hultgren, Duane and Duane and Nancy Hultgren | $92,167.97 |
| 176. | Hultgren, Mavis | $51,853.95 |
| 177. | Hultgren, Nathaniel | $21,875.53 |
| 178. | Hultgren, Randy | $14,857.20 |
| 179. | Jacobs, Maxine, John, Judy, Andrew, James and Theresa | $89,901.19 |
| 180. | Jacobs, Richard and Ruth | $11,118.63 |
| 181. | Jacobs, Thomas, Jacobs, Richard and Ruth, Jacobs, Daniel and Jacobs, Michael | $112,068.86 |
| 182. | Jaenisch, Chris | $16,109.19 |
| 183. | Jaenisch, Lyle | $43,303.67 |
| 184. | Jaenisch, Mollie | $16,514.22 |
| 185. | Jaenisch, Tony | $16,108.48 |
| 186. | Jakobitz, Ross | $12,623.47 |
| 187. | Jansen, Brad | $42,176.86 |
| 188. | Jansen, Brad and Toren, Curtis | $2,138.18 |
| 189. | Jansen, Brad and Dahl, Ken | -$2,716.19 |
| 190. | Janssen, Darrel | $6,622.97 |
| 191. | Janssen, Randal | $77,211.98 |
| 192. | Johnson, Brian | $3,949.64 |
| 193. | Johnson, Deron | $38,208.05 |
| 194. | Johnson, Gerald | $18,969.13 |
| 195. | Johnson, Keith | $15,475.95 |
| 196. | Johnson, Larry | $98,885.37 |
| 197. | Johnson, Larry; Johnson, Deron and Johnson, Brian | -$437.30 |
| 198. | Johnson, Shannon | $53,291.87 |
| 199. | Johnson, Shannon and Formo Farms | $11,285.66 |
| 200. | JSF Inc. (Howard Dahlager) | $37,499.64 |
| 201. | Jordan, Darlene (A Plus Farms) | $21,259.78 |
| 202. | Jordan, Oswald (A Plus Farms) | $21,509.57 |
| 203. | Jungers Brothers | $22,762.96 |
| 204. | Kadelbach, Lloyd and Suzanne | $19,044.81 |
| 205. | Kanten Farms | $64,625.54 |
| 206. | Kapping, Kim | $17,908.66 |
| 207. | Karl, Daniel D. | $6,372.51 |
| 208. | Karl, David M. | $11,196.70 |
| 209. | Kerkhoff, Mervin | $52,425.15 |
| 210. | Kidrowski, Larry R. and Kidroswki, Larry and Faye | $23,970.29 |
| 211. | Kiecker, Greg | $25,823.85 |

| | Plaintiff | Amount Earned |
|---|---|---|
| 212. | Kiecker, Marvin O. and Kiecker, Marvin and Margaret | $38,013.51 |
| 213. | Kiecker, Robert | $7,423.77 |
| 214. | Kiecker, Scott R. | $39,929.56 |
| 215. | Kiecker, Stephen | $38,460.50 |
| 216. | Kiecker, Warren | $38,460.50 |
| 217. | Kittelson, Larry and Alicia | $62,767.98 |
| 218. | Kittelson, Kenneth | $55,817.36 |
| 219. | Kittelson, Sheldon | $23,546.17 |
| 220. | Kittelson, Wade | $6,201.77 |
| 221. | Kleven, George, James, Mark and Kleven Farms Inc. | $227,413.40 |
| 222. | Kleven, Mark | $14,958.10 |
| 223. | Klinghagen, Randy | $14,287.87 |
| 224. | Knapper, Ricky L. | $12,100.02 |
| 225. | Knudson, Gunval | $74,152.66 |
| 226. | Knudson, Keith and Kevin | $97,313.63 |
| 227. | Koeberl, Thomas and Lloyd | $33,716.84 |
| 228. | Koeberl, Thomas and Cheryl and Koeberl, Lloyd | $6,617.26 |
| 229. | Koehl, Guy | $42,387.82 |
| 230. | Koenen, Kenneth | $46,600.83 |
| 231. | Koenen, Ronald | $9,419.47 |
| 232. | Kohler, Scott | $27,651.66 |
| 233. | Kopel, Mike | $21,846.34 |
| 234. | Kramer Farms, Mark, Mike, Steve, Tim and Todd | $213,851.80 |
| 235. | Kramer, Francis | $13,374.27 |
| 236. | Kramer, Jeff | $39,415.24 |
| 237. | Kramer, Randy R. and Linda | $40,462.33 |
| 238. | Kramer, Richard | $24,925.92 |
| 239. | Kramer, Rick R. | $40,475.30 |
| 240. | Kramer, Rod R. | $40,462.63 |
| 241. | Kranz, James | $37,824.67 |
| 242. | Kranz, Kyle | $32,902.96 |
| 243. | Kronlokken, Eric and Kronlokken, Peter and Elise | $38,402.15 |
| 244. | Kubesh Farms Inc. | $29,155.58 |
| 245. | Kubesh, Brad A. | $53,179.67 |
| 246. | Lalim, Iver C. | $47,984.60 |
| 247. | Lamb, Brian | $20,380.59 |
| 248. | Lamb, Alex, Michael, Shar and Curtis | $46,267.65 |
| 249. | Ledeboer, Charles W. | $33,387.13 |
| 250. | Leruud, Roger and Marcene | $19,541.81 |
| 251. | Lien, Donald E. and Beverly | $15,612.87 |
| 252. | Lindquist, Jon E. | $17,072.50 |
| 253. | Lippert, Jeff Paul | $21,151.60 |
| 254. | Lippert, Paul | $23,268.96 |

| | Plaintiff | Amount Earned |
|---|---|---|
| 255. | Long, James D., Christopher and Casey | $142,823.99 |
| 256. | Ludowese, David T. | $28,892.30 |
| 257. | Ludowese, Nicholas J. | $30,752.71 |
| 258. | Lund, Jason | $32,805.72 |
| 259. | Lund, John T. and Nancy | $32,806.03 |
| 260. | Lund, Paul and Carol | $63,503.78 |
| 261. | Lundberg Farms Inc. | $109,417.24 |
| 262. | Lundberg Farms and Dahl, Ken | $3,181.56 |
| 263. | Luschen, William and Noble, Terry | $129,125.29 |
| 264. | M C & S | $31,323.89 |
| 265. | Macik, Marlo | $59,673.56 |
| 266. | Macik, Tim E. | $41,173.86 |
| 267. | Macziewski Bros. and Macziewski, Gary Lee | $69,883.86 |
| 268. | Macziewski, Ricky | $33,924.79 |
| 269. | McNamara Farms Inc. | $34,407.53 |
| 270. | McNamara, Larry | $45,698.75 |
| 271. | McNamara, Patrick J. | $45,684.25 |
| 272. | McNeil, David M. | $68,928.23 |
| 273. | McNeil, Steven | $34,366.23 |
| 274. | Meixel, Charles J. and Meixel-Picht Sugar Inc. | $104,120.93 |
| 275. | Meixel, Charles W., Sr. and Sherry | $26,236.90 |
| 276. | Melberg, Bradley | $18,956.14 |
| 277. | Melberg, Charles and Barbara | $119,918.74 |
| 278. | Melberg, Charles and Bradley | $4,950.32 |
| 279. | Melberg, David R. | $24,053.05 |
| 280. | Melberg, Mark | $20,217.74 |
| 281. | Melberg, Matt | $6,241.28 |
| 282. | Melberg, Michael S. | $7,201.40 |
| 283. | Melberg, Sheldon C. | $24,053.78 |
| 284. | Mersbergen, Rick | $45,902.77 |
| 285. | Meyer, Cecil and Meyer Bros. | $23,398.56 |
| 286. | Meyer, Curt | $8,908.82 |
| 287. | Meyer, Curt and Harms, Ross | $27,240.96 |
| 288. | Meyer, Curt, Kittelson, Ken and Kittelson, Larry and Alicia | -$2,646.73 |
| 289. | Meyer, Curt and Meyer Bros. | $9,887.28 |
| 290. | Meyer, Gary A. | $8,908.82 |
| 291. | Meyer, Gary, Meyer Bros., Kittelson, Ken and Kittelson, Larry and Alicia | -$362.12 |
| 292. | Montgomery, Sam and Warner, Arthur | $20,814.42 |
| 293. | Morley, Thomas | $18,019.31 |
| 294. | Neubauer Farms Inc. | $90,660.43 |
| 295. | Norfolk Farm Inc. | $45,366.05 |
| 296. | North Central Ag Services Inc. | $84,148.58 |

| Plaintiff | | Amount Earned |
|---|---|---|
| 297. | Nyquist, Fredrick and James | $28,375.57 |
| 298. | O'Neill Farms Of Olivia Inc. | $13,536.18 |
| 299. | M. Olson Farms Inc. | $67,193.83 |
| 300. | Olson, Richard L. | $22,908.98 |
| 301. | Onnen, Jeffrey | $19,004.66 |
| 302. | Palke, Thomas F. | $85,159.20 |
| 303. | Panitzke, Alan | $14,083.49 |
| 304. | Panitzke, Steven | $41,008.93 |
| 305. | Pansch, Dennis | $37,306.17 |
| 306. | Pansch, William | $37,304.95 |
| 307. | Peters, Bryan | $19,770.64 |
| 308. | Petersen Farms Inc. | $127,111.79 |
| 309. | Petersen, Kyle | $37,750.27 |
| 310. | Pieper, Gerald | $72,507.17 |
| 311. | Pieper, Harlan | $53,562.53 |
| 312. | Pieper, Philip | $48,631.79 |
| 313. | Plotz, Alan and Rosann | $51,177.13 |
| 314. | Plotz, Leo | $51,176.60 |
| 315. | Plumley, Lynn A. | $15,488.41 |
| 316. | Poier, Keith | $34,656.22 |
| 317. | Prairie View Farms Inc. | $22,131.34 |
| 318. | Prekker Trust, Robert and Teresa | $21,552.25 |
| 319. | Preuss, Dennis A. | $22,040.67 |
| 320. | Preuss, Dennis Dean | $75,458.47 |
| 321. | Priebe, Kent | $22,652.67 |
| 322. | Prokosch, Kirk | $4,621.70 |
| 323. | Prokosch, Neal and Vern | $33,166.93 |
| 324. | R & M Farms Inc. | $68,983.38 |
| 325. | Rathman's Inc. c/o Gerard Rathman | $33,573.02 |
| 326. | Rheingans, George P. | $43,394.42 |
| 327. | Rheingans, Robert G. | $30,594.73 |
| 328. | Rodeberg, Kris | $9,609.66 |
| 329. | Rodeberg Partnership | $119,204.81 |
| 330. | Rodel, David J. and Stacia and Koeberl, Lloyd | $16,979.76 |
| 331. | Roebke, Troy | $9,359.87 |
| 332. | Roelofs, Lanne | $14,469.49 |
| 333. | Roelofs, Scott | $74,821.44 |
| 334. | Rouse, Casey | $36,023.09 |
| 335. | Rouse, Jason | $14,156.34 |
| 336. | Rouse, Richard | $36,022.39 |
| 337. | Rudeen Bros. Inc. | $5,082.18 |
| 338. | Rudeen, Carl E. | $28,015.79 |
| 339. | Rudeen, Neil | $44,065.90 |

| Plaintiff | | Amount Earned |
|---|---|---|
| 340. | Rudeen, Rik C. | $56,240.39 |
| 341. | Rudeen, William J. | $27,420.66 |
| 342. | Ruiter, Harlan | $99,828.86 |
| 343. | Ruiter, Scott | $64,933.74 |
| 344. | Ruschen, Steven | $31,451.37 |
| 345. | Ruud, Leroy D. and Kathy, and Koeberl, Lloyd | $30,484.26 |
| 346. | Ryberg Farms Inc. and Warner, Arthur | $72,233.19 |
| 347. | Sachariason Farms Inc. | $83,207.91 |
| 348. | Sachariason, Edward O. | $73,126.78 |
| 349. | Sachariason, Jason | $17,251.92 |
| 350. | Sachariason, Scott | $17,251.42 |
| 351. | Sampson, Curtis A. | $28,632.05 |
| 352. | Sandgren, Kurt | $25,607.68 |
| 353. | Schaefer, Dan | $56,420.91 |
| 354. | Schaefer, Steve | $56,647.40 |
| 355. | Schaller, Gary | $17,782.76 |
| 356. | Schemel, D. Robert | $83,433.67 |
| 357. | Scheurer, Gerald and Connie | $15,074.43 |
| 358. | Schjenken, Michael A. | $30,454.12 |
| 359. | Schjenken, Michael and Robert | $7,528.60 |
| 360. | Schjenken, Robert W. | $5,420.52 |
| 361. | Schlegel, Brian and Chris | $57,196.07 |
| 362. | Schlegel, Haldon | $29,046.36 |
| 363. | Schleusner Farms | $171,767.43 |
| 364. | Schleusner, Kenneth | $11,392.79 |
| 365. | Schmaedeka, James | $39,159.75 |
| 366. | Schmoll, Bradley | $42,436.75 |
| 367. | Schmoll (Toren), Dawn | $23,332.08 |
| 368. | Schmoll, Mike V. | $21,568.26 |
| 369. | Schmoll, Vernon | $14,182.75 |
| 370. | Schroeder, Blake and James | $13,563.81 |
| 371. | Schuerman, David (Bakker Farms) | $69,980.32 |
| 372. | Schwerin, Dave | $50,503.88 |
| 373. | Schwindt, Rick | $35,016.33 |
| 374. | Schwitters, Chris | $805.74 |
| 375. | D&J Schwitters Farm Inc. | $91,488.40 |
| 376. | Schwitters, Delwin | $1,598.69 |
| 377. | Schwitters, Jerry | $55,368.39 |
| 378. | Schwitters, Lane | $61,918.08 |
| 379. | Schwitters, Lenny | $53,436.89 |
| 380. | Schwitters, Lowell | $2,031.33 |
| 381. | Schwitters, Robert | $30,939.91 |
| 382. | Schwitters, Wayne | $4,404.98 |

| Plaintiff | | Amount Earned |
|---|---|---|
| 383. | Sederstrom, Steven | $26,413.86 |
| 384. | Sederstrom, Steven and Patricia | $24,138.45 |
| 385. | Sjogren, Dennis E. | $15,550.03 |
| 386. | Skalbeck, Scott and Ashburn, Randy (Hawk Creek Farms) | $56,139.41 |
| 387. | Solvie Farms | $38,793.20 |
| 388. | Solvie, Bruce | $38,793.67 |
| 389. | Springer, David | $15,508.47 |
| 390. | Squibb, Craig and Squibb Bros. Inc. c/o Rick Squibb | $30,512.40 |
| 391. | Steffel, Gregory J. | $50,986.74 |
| 392. | Steffel, Gregory J. and Gartner, Paul | -$2,037.11 |
| 393. | Steffel, Tom | $38,424.01 |
| 394. | Stevens, Marc; Stevens, Marc and Janet; and, Stevens, Ronald | $39,628.90 |
| 395. | Suter, Ronald | $40,201.71 |
| 396. | Swanson, Tim | $35,065.55 |
| 397. | Swart, Larry | $46,119.66 |
| 398. | Swigart Farms Inc. | $26,643.87 |
| 399. | Taatjes, Chad and Jason | $18,531.68 |
| 400. | Taatjes, John | $30,590.40 |
| 401. | Tanton, William D. (Bakker Farms) | $14,257.69 |
| 402. | Telford, Ray | $40,092.13 |
| 403. | Tersteeg, Alan M. | $47,371.50 |
| 404. | Tersteeg, Alan and Dahl, Grady | $4,828.09 |
| 405. | Tersteeg, Randy and Scott and Kramer, Francis and Richard, and Hemings, Stan | $50,369.12 |
| 406. | Tersteeg, Scott and Randy | $91,445.09 |
| 407. | Tisdell Farm | $75,833.89 |
| 408. | Tisdell, M. Shawn | $4,518.13 |
| 409. | Tisdell, Michael J. | $116,816.87 |
| 410. | Tisdell, William F. | $4,518.13 |
| 411. | Tomes, David | $15,432.95 |
| 412. | Toren, Christopher J. | $31,035.74 |
| 413. | Toren, Gary | $26,389.29 |
| 414. | Triple F Farms LLP | $59,392.82 |
| 415. | Triple K Farms LLP (Karl Koehl) | $42,386.66 |
| 416. | Ulferts, Justin | $10,558.50 |
| 417. | Vandervoort Farms Inc. and Vandervoort, Donavan | $27,578.64 |
| 418. | Vandervoort, Wm. | $12,277.42 |
| 419. | Vick, Darrell K. | $58,136.98 |
| 420. | Vick, Douglas | $37,413.29 |
| 421. | Voelz, Robert G. and William A. | $44,281.55 |
| 422. | Wacek, Dean K. | $69,797.66 |
| 423. | Warner, Arthur | $10,370.40 |

| Plaintiff | Amount Earned |
|---|---|
| 424. WB Farms Inc. | $60,863.56 |
| 425. Wehking, Richard L. | $11,922.45 |
| 426. Weis Farms Inc. | $40,526.39 |
| 427. Wertish, Gary | $100,637.42 |
| 428. Wieberdink, Hubert | $30,207.42 |
| 429. Wieberdink, Hubert and NCH II Family Limited Partnership | $9,813.64 |
| 430. Willey Farms Inc. | $26,625.43 |
| 431. Wubben, Gary L. | $23,363.88 |
| 432. Wubben, Willis D. | $15,665.35 |
| 433. Youngkrantz Bros. LP | $47,562.15 |
| 434. Zaske, David P. | $22,702.37 |
| 435. Zaske, Wayland | $24,427.23 |
| 436. R.A. Zimmer Farms Inc. | $57,560.20 |

# ATTACHMENT 23

# Attachment 23
## FSA Payments Received

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| ABBAS SCOTT | AMERICAN AGRISURANCE, INC. | $6,296 |
| AMMERMANN ROLAN W. | AMERICAN AGRISURANCE, INC. | $30,475 |
| ANDRESEN STEVEN R. | AMERICAN AGRISURANCE, INC. | $5,114 |
| ARNOLD DANIEL | AMERICAN AGRISURANCE, INC. | $53,895 |
| ARNOLD MARK | AMERICAN AGRISURANCE, INC. | $53,895 |
| ARNOLD THOMAS | AMERICAN AGRISURANCE, INC. | $53,912 |
| BAKKER FARMS | AMERICAN AGRISURANCE, INC. | $3,470 |
| BAKKER JOEL | AMERICAN AGRISURANCE, INC. | $17,818 |
| BOHLSEN DARWIN | AMERICAN AGRISURANCE, INC. | $22,464 |
| BRATSCH JEFFREY | AMERICAN AGRISURANCE, INC. | $31,906 |
| BRATSCH RUSSELL | AMERICAN AGRISURANCE, INC. | $31,906 |
| BRIAN JOHNSON | AMERICAN AGRISURANCE, INC. | $539 |
| BRODERIUS JEFF | AMERICAN AGRISURANCE, INC. | $20,196 |
| C AND P FARMS INC | AMERICAN AGRISURANCE, INC. | $28,015 |
| C J W FARMS | AMERICAN AGRISURANCE, INC. | $123,524 |
| CHAN MARK | AMERICAN AGRISURANCE, INC. | $11,876 |
| DAHLAGER SAMUEL | AMERICAN AGRISURANCE, INC. | $14,156 |
| DOVENMUEHLE ALLAN | AMERICAN AGRISURANCE, INC. | $11,743 |
| DOVENMUEHLE GLEN | AMERICAN AGRISURANCE, INC. | $15,959 |
| DOVENMUEHLE NEIL | AMERICAN AGRISURANCE, INC. | $2,409 |
| DYKEMA TODD | AMERICAN AGRISURANCE, INC. | $19,476 |
| FREIBORG RANDY | AMERICAN AGRISURANCE, INC. | $68,110 |
| GUNTER LAVERNE | AMERICAN AGRISURANCE, INC. | $14,063 |
| HAGEN FARMS, INC. | AMERICAN AGRISURANCE, INC. | $72,433 |
| HARMS CALVIN | AMERICAN AGRISURANCE, INC. | $32,790 |
| HERICKHOFF BERNIE | AMERICAN AGRISURANCE, INC. | $61,103 |
| JOHNSON DERON M. | AMERICAN AGRISURANCE, INC. | $29,176 |
| JOHNSON FARMS | AMERICAN AGRISURANCE, INC. | $77,891 |
| JSF INC | AMERICAN AGRISURANCE, INC. | $24,401 |
| KAPPING KIM A. | AMERICAN AGRISURANCE, INC. | $30,570 |
| KIECKER GREGRY | AMERICAN AGRISURANCE, INC. | $14,008 |
| KRF INC | AMERICAN AGRISURANCE, INC. | $22,302 |
| KUBESH BRAD | AMERICAN AGRISURANCE, INC. | $35,622 |
| KUBESH FARMS INC | AMERICAN AGRISURANCE, INC. | $24,905 |
| LINDQUIST JON E | AMERICAN AGRISURANCE, INC. | $2,660 |
| LIPPERT PAUL | AMERICAN AGRISURANCE, INC. | $13,523 |
| LUND JASON J. | AMERICAN AGRISURANCE, INC. | $12,476 |
| LUND JOHN T. | AMERICAN AGRISURANCE, INC. | $12,476 |
| LUND PAUL | AMERICAN AGRISURANCE, INC. | $17,328 |
| MACIK TIM E. | AMERICAN AGRISURANCE, INC. | $12,732 |
| MERSBERGEN RICK | AMERICAN AGRISURANCE, INC. | $21,803 |
| RICK BRODERIUS INC | AMERICAN AGRISURANCE, INC. | $31,721 |
| SCHWINDT RICK | AMERICAN AGRISURANCE, INC. | $14,156 |

# Attachment 23
# FSA Payments Received

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| SJORGEN DENNIS | AMERICAN AGRISURANCE, INC. | $2,982 |
| SUTER RONALD | AMERICAN AGRISURANCE, INC. | $6,685 |
| W B FARMS INC | AMERICAN AGRISURANCE, INC. | $30,126 |
| WHITEHORSE FARMS | AMERICAN AGRISURANCE, INC. | $69,742 |
| WUBBEN WILLIS | AMERICAN AGRISURANCE, INC. | $29,372 |
| YOUNGKRANTZ ALLEN | AMERICAN AGRISURANCE, INC. | $13,525 |
| YOUNGKRANTZ DEAN | AMERICAN AGRISURANCE, INC. | $13,525 |
| YOUNGKRANTZ GARY | AMERICAN AGRISURANCE, INC. | $13,525 |
| YOUNGKRANTZ GLENN | AMERICAN AGRISURANCE, INC. | $13,525 |
| ZASKE DAVE | AMERICAN AGRISURANCE, INC. | $9,720 |
| ZASKE WAYLAND | AMERICAN AGRISURANCE, INC. | $27,671 |
| KLEVEN FARMS INC | BLAKELY CROP HAIL, INC. | $15,621 |
| KLEVEN HOG FARM INC | BLAKELY CROP HAIL, INC. | $46,514 |
| KNUDSON BROS PARTNERSHIP | BLAKELY CROP HAIL, INC. | $35,270 |
| KNUDSON GUNVAL | BLAKELY CROP HAIL, INC. | $39,141 |
| SACHARIASON EDWARD | BLAKELY CROP HAIL, INC. | $30,130 |
| SACHARIASON FARMS | BLAKELY CROP HAIL, INC. | $48,158 |
| SACHARIASON JASON | BLAKELY CROP HAIL, INC. | $5,847 |
| SACHARIASON SCOTT | BLAKELY CROP HAIL, INC. | $5,847 |
| SEDERSTROM STEVE | BLAKELY CROP HAIL, INC. | $34,550 |
| SPRINGER DAVID | BLAKELY CROP HAIL, INC. | $2,051 |
| TELFORD DAVID | BLAKELY CROP HAIL, INC. | $0 |
| AHRENHOLZ JAMES | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $37,475 |
| AHRENHOLZ TODD | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $7,997 |
| JOHNSON SHANNON L. | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA | $14,769 |
| HOLIEN MICHAEL D. | GREAT AMERICAN INSURANCE COMPANY | $8,683 |
| JOHNSON JAY | GREAT AMERICAN INSURANCE COMPANY | $1,322 |
| KRANZ JAMES | GREAT AMERICAN INSURANCE COMPANY | $4,402 |
| LIEN DONALD E. | GREAT AMERICAN INSURANCE COMPANY | $1,629 |
| MONTGOMERY SAM | GREAT AMERICAN INSURANCE COMPANY | $7,017 |
| PAPE AARON | GREAT AMERICAN INSURANCE COMPANY | $1,322 |
| SCHWITTERS CHRIS | GREAT AMERICAN INSURANCE COMPANY | $2,750 |
| SCHWITTERS GREG | GREAT AMERICAN INSURANCE COMPANY | $35,889 |
| SCHWITTERS LANE | GREAT AMERICAN INSURANCE COMPANY | $35,889 |
| SCHWITTERS LOWELL | GREAT AMERICAN INSURANCE COMPANY | $6,874 |
| SCHWITTERS ROBERT | GREAT AMERICAN INSURANCE COMPANY | $63,492 |
| TERSTEEG ALAN | GREAT AMERICAN INSURANCE COMPANY | $16,158 |
| A PLUS FARMS | HARTFORD FIRE INSURANCE COMPANY | $45,578 |
| AEIKENS GARY | HARTFORD FIRE INSURANCE COMPANY | $19,443 |
| AEIKENS GLENN | HARTFORD FIRE INSURANCE COMPANY | $19,443 |
| AEIKENS LYNN | HARTFORD FIRE INSURANCE COMPANY | $4,305 |
| AHLBRECHT TERRY C. | HARTFORD FIRE INSURANCE COMPANY | $41,801 |
| ANDRESEN MARLYN | HARTFORD FIRE INSURANCE COMPANY | $7,170 |

# Attachment 23
## FSA Payments Received

| NAME OF INSURED | [illegible] | [illegible] |
|---|---|---|
| BNV FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $18,043 |
| BOIKE RODNEY | HARTFORD FIRE INSURANCE COMPANY | $13,994 |
| BOONSTRA STEVE | HARTFORD FIRE INSURANCE COMPANY | $5,356 |
| BOSCH LEE | HARTFORD FIRE INSURANCE COMPANY | $40,131 |
| BRATSCH DARIN | HARTFORD FIRE INSURANCE COMPANY | $4,598 |
| BRISTLE BROS | HARTFORD FIRE INSURANCE COMPANY | $34,582 |
| BULTHUIS MIKE | HARTFORD FIRE INSURANCE COMPANY | $15,392 |
| BULTHUIS STEVE | HARTFORD FIRE INSURANCE COMPANY | $25,156 |
| BURNER CRAIG | HARTFORD FIRE INSURANCE COMPANY | $40,131 |
| CONDON FARMS | HARTFORD FIRE INSURANCE COMPANY | $8,970 |
| CONDON PAUL | HARTFORD FIRE INSURANCE COMPANY | $2,711 |
| CONDON ROBERT | HARTFORD FIRE INSURANCE COMPANY | $11,359 |
| DEGROOT BARRY | HARTFORD FIRE INSURANCE COMPANY | $14,310 |
| DEGROTE CHARLES | HARTFORD FIRE INSURANCE COMPANY | $8,756 |
| DIRKSEN DANIEL | HARTFORD FIRE INSURANCE COMPANY | $13,367 |
| DIRKSEN JEREMY | HARTFORD FIRE INSURANCE COMPANY | $15,658 |
| DIRKSEN ROBERT | HARTFORD FIRE INSURANCE COMPANY | $21,982 |
| DOONER FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $70,089 |
| DUHOUX WILLIAM | HARTFORD FIRE INSURANCE COMPANY | $15,490 |
| ELFERING DAVID | HARTFORD FIRE INSURANCE COMPANY | $49,112 |
| ELFERING GEORGE J. | HARTFORD FIRE INSURANCE COMPANY | $17,677 |
| ELFERING GERALD | HARTFORD FIRE INSURANCE COMPANY | $50,314 |
| ELFERING GREGG | HARTFORD FIRE INSURANCE COMPANY | $44,985 |
| ELFERING JAMES | HARTFORD FIRE INSURANCE COMPANY | $54,900 |
| ELFERING KELLY | HARTFORD FIRE INSURANCE COMPANY | $7,000 |
| ELFERING TROY H. | HARTFORD FIRE INSURANCE COMPANY | $4,675 |
| ELLIOT DANIEL | HARTFORD FIRE INSURANCE COMPANY | $18,928 |
| ERICKSON CORY | HARTFORD FIRE INSURANCE COMPANY | $58,062 |
| ERICKSON FARMS OF OLIVIA INC | HARTFORD FIRE INSURANCE COMPANY | $13,661 |
| GARBERICH BRENT | HARTFORD FIRE INSURANCE COMPANY | $10,317 |
| GARBERICH GREGORY | HARTFORD FIRE INSURANCE COMPANY | $7,169 |
| GARTNER PAUL J. | HARTFORD FIRE INSURANCE COMPANY | $25,599 |
| GERDES MERLE | HARTFORD FIRE INSURANCE COMPANY | $4,052 |
| GIGSTAD GERRY M. | HARTFORD FIRE INSURANCE COMPANY | $6,960 |
| GOSSELING LOREN | HARTFORD FIRE INSURANCE COMPANY | $16,264 |
| GRAVES PHILIP | HARTFORD FIRE INSURANCE COMPANY | $15,507 |
| GUNTER CHAD | HARTFORD FIRE INSURANCE COMPANY | $37,044 |
| GUNTER TOM | HARTFORD FIRE INSURANCE COMPANY | $43,281 |
| HAGEN THOMAS | HARTFORD FIRE INSURANCE COMPANY | $21,645 |
| HARGUTH DENNIS | HARTFORD FIRE INSURANCE COMPANY | $40,143 |
| HARGUTH WAYNE | HARTFORD FIRE INSURANCE COMPANY | $22,510 |
| HARMS ROSS | HARTFORD FIRE INSURANCE COMPANY | $18,413 |
| HEBRINK CURT | HARTFORD FIRE INSURANCE COMPANY | $31,595 |

# Attachment 23
## FSA Payments Received

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| HEBRINK JAMES | HARTFORD FIRE INSURANCE COMPANY | $31,595 |
| HINDERKS CHARLES | HARTFORD FIRE INSURANCE COMPANY | $74,690 |
| HUHNERKOCH ROBERT | HARTFORD FIRE INSURANCE COMPANY | $42,389 |
| JAENISCH CHRIS | HARTFORD FIRE INSURANCE COMPANY | $6,071 |
| JAENISCH LYLE | HARTFORD FIRE INSURANCE COMPANY | $30,004 |
| JAENISCH MOLLIE | HARTFORD FIRE INSURANCE COMPANY | $22,102 |
| JAENISCH TONY | HARTFORD FIRE INSURANCE COMPANY | $6,071 |
| JANSSEN DARREL | HARTFORD FIRE INSURANCE COMPANY | $1,602 |
| JANSSEN RANDAL | HARTFORD FIRE INSURANCE COMPANY | $28,946 |
| JUNGERS FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $23,156 |
| KADELBACH LLOYD | HARTFORD FIRE INSURANCE COMPANY | $12,195 |
| KIDROWSKI LARRY | HARTFORD FIRE INSURANCE COMPANY | $22,356 |
| KITTELSON SHELDON | HARTFORD FIRE INSURANCE COMPANY | $21,488 |
| KLINGHAGEN RANDY | HARTFORD FIRE INSURANCE COMPANY | $2,448 |
| KNAPPER RICKY | HARTFORD FIRE INSURANCE COMPANY | $3,056 |
| KOPEL MICHAEL C. | HARTFORD FIRE INSURANCE COMPANY | $12,728 |
| KRAMER FARMS | HARTFORD FIRE INSURANCE COMPANY | $114,890 |
| KRAMER JEFF | HARTFORD FIRE INSURANCE COMPANY | $15,263 |
| KRAMER RANDY | HARTFORD FIRE INSURANCE COMPANY | $47,814 |
| KRAMER RICK R. | HARTFORD FIRE INSURANCE COMPANY | $47,800 |
| KRAMER ROD R. | HARTFORD FIRE INSURANCE COMPANY | $47,800 |
| KRANZ KYLE | HARTFORD FIRE INSURANCE COMPANY | $12,642 |
| KRONLOKKEN ERIC | HARTFORD FIRE INSURANCE COMPANY | $9,824 |
| KRONLOKKEN PETER | HARTFORD FIRE INSURANCE COMPANY | $9,824 |
| LAMB FARMS | HARTFORD FIRE INSURANCE COMPANY | $82,298 |
| LEDEBOER CHARLES W. | HARTFORD FIRE INSURANCE COMPANY | $14,029 |
| LIPPERT JEFFERY P. | HARTFORD FIRE INSURANCE COMPANY | $18,509 |
| LUSCHEN WILLIAM | HARTFORD FIRE INSURANCE COMPANY | $48,833 |
| MACZIEWSKI BROS | HARTFORD FIRE INSURANCE COMPANY | $25,438 |
| MACZIEWSKI RICK | HARTFORD FIRE INSURANCE COMPANY | $14,349 |
| MCNEIL DAVID | HARTFORD FIRE INSURANCE COMPANY | $36,814 |
| MCNEIL STEVEN | HARTFORD FIRE INSURANCE COMPANY | $19,866 |
| MELBERG BRADLEY | HARTFORD FIRE INSURANCE COMPANY | $45,843 |
| MELBERG CHARLES | HARTFORD FIRE INSURANCE COMPANY | $73,383 |
| MEYER CECIL | HARTFORD FIRE INSURANCE COMPANY | $19,828 |
| MEYER CURT | HARTFORD FIRE INSURANCE COMPANY | $23,515 |
| MEYER GARY | HARTFORD FIRE INSURANCE COMPANY | $13,021 |
| NEUBAUER FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $62,262 |
| NOBLE TERRY | HARTFORD FIRE INSURANCE COMPANY | $48,833 |
| ONNEN JEFF | HARTFORD FIRE INSURANCE COMPANY | $17,259 |
| PETERS BRYAN | HARTFORD FIRE INSURANCE COMPANY | $12,783 |
| PIEPER GERALD | HARTFORD FIRE INSURANCE COMPANY | $19,254 |
| PIEPER HARLAN | HARTFORD FIRE INSURANCE COMPANY | $21,326 |

# Attachment 23
## FSA Payments Received

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| PIEPER PHILIP | HARTFORD FIRE INSURANCE COMPANY | $20,948 |
| PRIEBE KENT | HARTFORD FIRE INSURANCE COMPANY | $6,214 |
| PROKOSCH NEAL | HARTFORD FIRE INSURANCE COMPANY | $14,269 |
| ROELOFS LANNE | HARTFORD FIRE INSURANCE COMPANY | $25,378 |
| ROUSE CASEY | HARTFORD FIRE INSURANCE COMPANY | $16,396 |
| ROUSE RICHARD | HARTFORD FIRE INSURANCE COMPANY | $16,396 |
| RUDEEN CARL E. | HARTFORD FIRE INSURANCE COMPANY | $14,936 |
| RUDEEN NEIL | HARTFORD FIRE INSURANCE COMPANY | $23,520 |
| RUDEEN RIK C. | HARTFORD FIRE INSURANCE COMPANY | $30,044 |
| RUDEEN WILLIAM J. | HARTFORD FIRE INSURANCE COMPANY | $17,340 |
| RUITER HARLAN | HARTFORD FIRE INSURANCE COMPANY | $40,604 |
| RUITER SCOTT | HARTFORD FIRE INSURANCE COMPANY | $50,340 |
| RUSCHEN STEVE | HARTFORD FIRE INSURANCE COMPANY | $16,478 |
| S J JACOBS & SONS | HARTFORD FIRE INSURANCE COMPANY | $59,785 |
| SCHMAEDEKA JAMES | HARTFORD FIRE INSURANCE COMPANY | $0 |
| SCHMOLL BRAD | HARTFORD FIRE INSURANCE COMPANY | $28,089 |
| SCHWITTERS LENNY | HARTFORD FIRE INSURANCE COMPANY | $2,750 |
| SQUIBB BROS INC | HARTFORD FIRE INSURANCE COMPANY | $45,993 |
| STEFFEL GREGORY | HARTFORD FIRE INSURANCE COMPANY | $60,566 |
| STEFFEL TOM | HARTFORD FIRE INSURANCE COMPANY | $28,900 |
| SWART LARRY | HARTFORD FIRE INSURANCE COMPANY | $24,229 |
| TERSTEEG BROTHERS | HARTFORD FIRE INSURANCE COMPANY | $82,702 |
| TISDELL FARM | HARTFORD FIRE INSURANCE COMPANY | $0 |
| TISDELL MICHAEL S. | HARTFORD FIRE INSURANCE COMPANY | $21,357 |
| TISDELL MIKE | HARTFORD FIRE INSURANCE COMPANY | $65,385 |
| TISDELL WILLIAM | HARTFORD FIRE INSURANCE COMPANY | $20,846 |
| TOMES DAVID | HARTFORD FIRE INSURANCE COMPANY | $12,507 |
| TRIPLE F FARMS LLP | HARTFORD FIRE INSURANCE COMPANY | $54,922 |
| TRIPLE G FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $20,251 |
| ULFERTS JUSTIN | HARTFORD FIRE INSURANCE COMPANY | $1,630 |
| VANDERVOORT FARMS IN | HARTFORD FIRE INSURANCE COMPANY | $53,237 |
| WACEK DEAN K. | HARTFORD FIRE INSURANCE COMPANY | $74,797 |
| WEIS FARMS INC | HARTFORD FIRE INSURANCE COMPANY | $31,009 |
| WIEBERDINK HUBERT | HARTFORD FIRE INSURANCE COMPANY | $20,148 |
| ABBAS KENNETH | IGF INSURANCE COMPANY | $17,513 |
| AHLBRECHT JEFF | IGF INSURANCE COMPANY | $20,189 |
| BLAD G | IGF INSURANCE COMPANY | $20,747 |
| BLAD NATHAN | IGF INSURANCE COMPANY | $20,747 |
| BLARCO | IGF INSURANCE COMPANY | $33,016 |
| BOSCH FARMS PARTNERSHIP | IGF INSURANCE COMPANY | $46,486 |
| BRODERIOUS CORP | IGF INSURANCE COMPANY | $80,000 |
| BROUWER DAVID | IGF INSURANCE COMPANY | $68,422 |
| BROUWER HERMAN | IGF INSURANCE COMPANY | $60,243 |

# Attachment 23
## FSA Payments Received

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| BUBOLTZ RICKY | IGF INSURANCE COMPANY | $16,155 |
| DASCHER STEVEN | IGF INSURANCE COMPANY | $26,411 |
| DEAN AHLBRECHT FARMS INC | IGF INSURANCE COMPANY | $44,785 |
| DOLEZAL MILOYD | IGF INSURANCE COMPANY | $54,011 |
| DON HARTUNG FARM INC | IGF INSURANCE COMPANY | $13,248 |
| DOUGLAS RANDY HULTGREN PTSHP | IGF INSURANCE COMPANY | $78,192 |
| DUNCAN BRETT | IGF INSURANCE COMPANY | $14,901 |
| E K FARMS INC | IGF INSURANCE COMPANY | $29,066 |
| ENESTVEDT ALAN | IGF INSURANCE COMPANY | $25,039 |
| ENESTVEDT DEAN | IGF INSURANCE COMPANY | $19,346 |
| ENESTVEDT STEVE | IGF INSURANCE COMPANY | $19,346 |
| ERICKSON TODD | IGF INSURANCE COMPANY | $29,035 |
| FISCHER CLIFFORD | IGF INSURANCE COMPANY | $3,031 |
| FRANK STEVE | IGF INSURANCE COMPANY | $35,439 |
| FREESE STEVE | IGF INSURANCE COMPANY | $76,962 |
| GORDON FARMS II | IGF INSURANCE COMPANY | $73,959 |
| GROOTHUIS TROY | IGF INSURANCE COMPANY | $12,576 |
| GRUSSING MARK | IGF INSURANCE COMPANY | $5,365 |
| HERICKHOFF FARMS | IGF INSURANCE COMPANY | $19,501 |
| HILBRANDS STEVE | IGF INSURANCE COMPANY | $0 |
| HINRICHS DAVID | IGF INSURANCE COMPANY | $3,731 |
| HINRICHS JAMES | IGF INSURANCE COMPANY | $21,143 |
| HOEKSTRA WADE | IGF INSURANCE COMPANY | $9,606 |
| JACOBS DANIEL | IGF INSURANCE COMPANY | $13,956 |
| JACOBS MICHAEL | IGF INSURANCE COMPANY | $13,956 |
| JACOBS RICHARD | IGF INSURANCE COMPANY | $2,106 |
| JACOBS THOMAS | IGF INSURANCE COMPANY | $13,960 |
| JANSEN BRAD | IGF INSURANCE COMPANY | $54,191 |
| KARL DAVID DANIEL | IGF INSURANCE COMPANY | $66,192 |
| KJS FARMS | IGF INSURANCE COMPANY | $1,364 |
| KOEHL GUY | IGF INSURANCE COMPANY | $19,121 |
| LALIM IVER | IGF INSURANCE COMPANY | $36,051 |
| LERUD ROGER | IGF INSURANCE COMPANY | $2,320 |
| LUDOWESE DAVID | IGF INSURANCE COMPANY | $24,330 |
| LUDOWESE NICHOLAS | IGF INSURANCE COMPANY | $25,938 |
| LUNDBERG FARMS INC | IGF INSURANCE COMPANY | $68,842 |
| M OLSON FARMS INC | IGF INSURANCE COMPANY | $53,770 |
| MACIK MARLO | IGF INSURANCE COMPANY | $80,000 |
| MEIXEL CHARLES | IGF INSURANCE COMPANY | $24,957 |
| MEIXEL CHUCK | IGF INSURANCE COMPANY | $9,593 |
| MELBERG DAVID | IGF INSURANCE COMPANY | $26,140 |
| MELBERG MATTHEW | IGF INSURANCE COMPANY | $11,961 |
| MELBERG MICHAEL | IGF INSURANCE COMPANY | $21,296 |

# Attachment 23
# FSA Payments Received

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| MELBERG SHELDON | IGF INSURANCE COMPANY | $26,140 |
| MICHAEL ROBERT SCHJENKEN | IGF INSURANCE COMPANY | $9,718 |
| O'NEILL FARMS OF OLIVIA INC | IGF INSURANCE COMPANY | $8,670 |
| PETERSEN FARMS INC | IGF INSURANCE COMPANY | $80,000 |
| PETERSEN KYLE | IGF INSURANCE COMPANY | $25,234 |
| POIER KEITH | IGF INSURANCE COMPANY | $18,889 |
| PREKKER ROBERT | IGF INSURANCE COMPANY | $6,530 |
| R M FARMS | IGF INSURANCE COMPANY | $50,305 |
| R DUNCAN FARMS INC | IGF INSURANCE COMPANY | $36,660 |
| RA ZIMMER FARMS INC | IGF INSURANCE COMPANY | $74,790 |
| SCHLEUSNER FARMS | IGF INSURANCE COMPANY | $79,374 |
| SCHWITTERS DELWIN | IGF INSURANCE COMPANY | $6,005 |
| SCHWITTERS JERRY | IGF INSURANCE COMPANY | $66,231 |
| STEVENS MARC | IGF INSURANCE COMPANY | $31,916 |
| TRIPLE K FARMS LLP | IGF INSURANCE COMPANY | $19,121 |
| VICK DARRELL | IGF INSURANCE COMPANY | $40,711 |
| VICK DOUGLAS | IGF INSURANCE COMPANY | $39,007 |
| WERTISH GARY | IGF INSURANCE COMPANY | $58,017 |
| WUBBEN GARY | IGF INSURANCE COMPANY | $12,729 |
| BREITKREUTZ FARMS INC | NAU COUNTRY INSURANCE CO. | $6,116 |
| FAGEN LARRY | NAU COUNTRY INSURANCE CO. | $20,291 |
| FAGEN RICHARD A. | NAU COUNTRY INSURANCE CO. | $16,122 |
| HAGEN DONALD | NAU COUNTRY INSURANCE CO. | $9,197 |
| NYQUIST JAMES | NAU COUNTRY INSURANCE CO. | $0 |
| SCHALLER GARY R. | NAU COUNTRY INSURANCE CO. | $6,246 |
| VOELZ (R&W) BROTHERS | NAU COUNTRY INSURANCE CO. | $22,387 |
| ANDERSON DARRELL L. | NORTH CENTRAL CROP INSURANCE, INC. | $29,602 |
| ANDERSON MICHAEL L. | NORTH CENTRAL CROP INSURANCE, INC. | $11,684 |
| BEMMELS FARM INC | NORTH CENTRAL CROP INSURANCE, INC. | $20,240 |
| BLACK BROS FARMS | NORTH CENTRAL CROP INSURANCE, INC. | $10,180 |
| BROUWER JEFF | NORTH CENTRAL CROP INSURANCE, INC. | $26,517 |
| COLE TODD W. | NORTH CENTRAL CROP INSURANCE, INC. | $23,613 |
| ERICKSON DOUGLAS | NORTH CENTRAL CROP INSURANCE, INC. | $80,000 |
| HAWK CREEK FARMS,INC | NORTH CENTRAL CROP INSURANCE, INC. | $42,507 |
| HULTGREN DUANE | NORTH CENTRAL CROP INSURANCE, INC. | $47,160 |
| HULTGREN NATHANIEL | NORTH CENTRAL CROP INSURANCE, INC. | $3,085 |
| KITTELSON GRAIN & BEETS | NORTH CENTRAL CROP INSURANCE, INC. | $31,212 |
| KITTELSON KENNETH | NORTH CENTRAL CROP INSURANCE, INC. | $28,750 |
| KITTELSON WADE | NORTH CENTRAL CROP INSURANCE, INC. | $2,463 |
| KOENEN RONALD | NORTH CENTRAL CROP INSURANCE, INC. | $11,993 |
| KOHLER SCOTT | NORTH CENTRAL CROP INSURANCE, INC. | $19,661 |
| MORLEY THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | $6,402 |
| PALKE THOMAS | NORTH CENTRAL CROP INSURANCE, INC. | $70,136 |

# Attachment 23
# FSA Payments Received

| NAME OF INSURED | INSURANCE COMPANY | [illegible] |
|---|---|---|
| PANITZKE ALAN | NORTH CENTRAL CROP INSURANCE, INC. | $7,387 |
| PANITZKE STEVE | NORTH CENTRAL CROP INSURANCE, INC. | $7,014 |
| SCHEURER GERALD | NORTH CENTRAL CROP INSURANCE, INC. | $1,830 |
| SWIGART DEAN | NORTH CENTRAL CROP INSURANCE, INC. | $0 |
| TAATJES FARMS INC | NORTH CENTRAL CROP INSURANCE, INC. | $57,382 |
| WARNER ARTHUR | NORTH CENTRAL CROP INSURANCE, INC. | $16,717 |
| AGRE JEFFERY P | RAIN AND HAIL L.L.C.. | $15,732 |
| ANDERSON DONALD B | RAIN AND HAIL L.L.C.. | $50,747 |
| ASBURY FARMS INC | RAIN AND HAIL L.L.C.. | $28,472 |
| BERGER BRAD | RAIN AND HAIL L.L.C.. | $8,623 |
| BUSCHETTE FARMS INC | RAIN AND HAIL L.L.C.. | $22,103 |
| BUSIAHN GERRY | RAIN AND HAIL L.L.C.. | $7,204 |
| BUSIAHN ROGER | RAIN AND HAIL L.L.C.. | $12,407 |
| DAMBROTEN DEAN | RAIN AND HAIL L.L.C.. | $14,336 |
| DAMBROTEN JAMES | RAIN AND HAIL L.L.C.. | $14,336 |
| GASS DAVID | RAIN AND HAIL L.L.C.. | $6,571 |
| GASS LARRY | RAIN AND HAIL L.L.C.. | $31,936 |
| GASS LON W | RAIN AND HAIL L.L.C.. | $27,487 |
| HANDT JASON | RAIN AND HAIL L.L.C.. | $5,263 |
| HANSON BROTHERS | RAIN AND HAIL L.L.C.. | $29,850 |
| HECTOR FARMS II | RAIN AND HAIL L.L.C.. | $156,548 |
| HELLER ROGER | RAIN AND HAIL L.L.C.. | $69,898 |
| JOHNSON JAY | RAIN AND HAIL L.L.C.. | $0 |
| LONG CASEY | RAIN AND HAIL L.L.C.. | $12,371 |
| LONG CHRIS | RAIN AND HAIL L.L.C.. | $12,371 |
| LONG JAMES | RAIN AND HAIL L.L.C.. | $12,375 |
| MCNAMARA FARMS INC | RAIN AND HAIL L.L.C.. | $35,577 |
| MCNAMARA LARRY | RAIN AND HAIL L.L.C.. | $54,085 |
| MCNAMARA PATRICK J | RAIN AND HAIL L.L.C.. | $54,069 |
| PABROMA INC | RAIN AND HAIL L.L.C.. | $34,432 |
| PANSCH DENNIS | RAIN AND HAIL L.L.C.. | $20,466 |
| PANSCH WILLIAM | RAIN AND HAIL L.L.C.. | $20,466 |
| PRAIRIE VIEW FARMS INC | RAIN AND HAIL L.L.C.. | $5,314 |
| PREUSS DENNIS A | RAIN AND HAIL L.L.C.. | $19,572 |
| PREUSS DENNIS D | RAIN AND HAIL L.L.C.. | $51,362 |
| RODEBERG FARMS INC | RAIN AND HAIL L.L.C.. | $63,268 |
| SCHMOLL MIKE V | RAIN AND HAIL L.L.C.. | $14,276 |
| SCHMOLL RICHARD | RAIN AND HAIL L.L.C.. | $0 |
| SCHROEDER BLAKE | RAIN AND HAIL L.L.C.. | $14,461 |
| SCHWERIN DAVE | RAIN AND HAIL L.L.C.. | $25,515 |
| SWANSON TIM | RAIN AND HAIL L.L.C.. | $31,974 |
| TOREN CHRISTOPHE | RAIN AND HAIL L.L.C.. | $22,951 |
| TOREN SCHMOLL DAWN | RAIN AND HAIL L.L.C.. | $544 |

# Attachment 23
## FSA Payments Received

| NAME OF INSURED | INSURANCE COMPANY | |
|---|---|---|
| WILLEY FARMS INC | RAIN AND HAIL L.L.C.. | $13,806 |
| BRODERIUS BRIAN L | RURAL COMMUNITY INSURANCE SERVICES | $20,450 |
| BRUNS FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $46,953 |
| CHIPPEWA RIVER FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $37,832 |
| COUNTY LINE FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $16,746 |
| CUNNINGHAM FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $40,867 |
| DAUGHERTY DAVID | RURAL COMMUNITY INSURANCE SERVICES | $18,543 |
| DOLEZAL ROSS G | RURAL COMMUNITY INSURANCE SERVICES | $42,861 |
| FAGEN GREG | RURAL COMMUNITY INSURANCE SERVICES | $16,081 |
| FREBERG BRUCE | RURAL COMMUNITY INSURANCE SERVICES | $5,340 |
| HENDRICKSON ERIC J | RURAL COMMUNITY INSURANCE SERVICES | $16,164 |
| JOHNSON GERALD | RURAL COMMUNITY INSURANCE SERVICES | $38,768 |
| JOHNSON KEITH | RURAL COMMUNITY INSURANCE SERVICES | $6,505 |
| KANTEN FARMS INC | RURAL COMMUNITY INSURANCE SERVICES | $37,559 |
| KIECKER MARVIN | RURAL COMMUNITY INSURANCE SERVICES | $53,122 |
| KOEBERL THOMAS L | RURAL COMMUNITY INSURANCE SERVICES | $19,300 |
| LAMB BRIAN | RURAL COMMUNITY INSURANCE SERVICES | $34,573 |
| OLSON RICK L | RURAL COMMUNITY INSURANCE SERVICES | $39,118 |
| PLOTZ ALAN L | RURAL COMMUNITY INSURANCE SERVICES | $38,201 |
| PLOTZ LEO | RURAL COMMUNITY INSURANCE SERVICES | $38,201 |
| PLUMLEY LYNN | RURAL COMMUNITY INSURANCE SERVICES | $13,938 |
| PROKOSCH KIRK | RURAL COMMUNITY INSURANCE SERVICES | $3,671 |
| RATHMAN'S INC | RURAL COMMUNITY INSURANCE SERVICES | $37,656 |
| RHEINGANS GEORGE P | RURAL COMMUNITY INSURANCE SERVICES | $15,046 |
| RHEINGANS ROBERT G | RURAL COMMUNITY INSURANCE SERVICES | $3,507 |
| RODEL DAVID J | RURAL COMMUNITY INSURANCE SERVICES | $4,961 |
| ROUSE JASON | RURAL COMMUNITY INSURANCE SERVICES | $3,254 |
| RUUD LEROY D | RURAL COMMUNITY INSURANCE SERVICES | $7,388 |
| RYBERG FARMS INC. | RURAL COMMUNITY INSURANCE SERVICES | $32,707 |
| SAMPSON CURT A | RURAL COMMUNITY INSURANCE SERVICES | $9,731 |
| SANDGREN KURT AND S | RURAL COMMUNITY INSURANCE SERVICES | $26,967 |
| WEHKING RICHARD | RURAL COMMUNITY INSURANCE SERVICES | $23,816 |
| | TOTAL | $10,013,069 |

# EXHIBIT A

Logged 4/10/03 KT
138

National Crop Insurance Services®

7301 West 129th Street, Suite 200 • Overland Park, KS 66213 • (913) 685-2767 • Fax (913) 685-3080

TH

**SECTION 457.8 FAD REQUEST**

The following is a request for a final agency determination and is being submitted pursuant to Section 506(s) of the Federal Crop Insurance Act, as amended, 7 U.S.C. § 1506(s).

This request for final agency determination relates to the Common Crop Insurance Regulations set forth in Chapter IV of Title 7 of the Code of Federal Regulations, and, more particularly, Section 457.8 therein entitled "The application and policy." The specific provision of the Common Crop Insurance Policy (the "Policy") for which a determination is requested is contained in Section 14, entitled "Duties in The Event Of Damage Or Loss" and, in particular, the subsection subtitled "Your Duties-". The language therein to be interpreted is set forth in subsection (d)(2):

(d) Upon our request, you must:

* * *

(2) Submit to examination under oath.

The determination requested relates to the 2000 crop year.

The Requester is:

National Crop Insurance Services, Inc.

7301 West 129th, Suite 200

Overland Park, KS 66213

(913) 685-2767

Contact Person: David Hall

This request for a final agency determination will be used in a lawsuit and arbitration currently pending between certain sugar beet producers and reinsured companies.

**Interpretation**

This request seeks a determination that the Insured's duty listed in Section 14(d)(2) ("Your Duties") of the Policy, at 7 C.F.R. § 457.8, to submit to an examination under oath, if requested by the reinsured company, survives the initiation of an arbitration proceeding under the Policy.

**Bases for Determination**

The absolute right of a crop insurer to depose an insured derives from the terms of the Policy. The Code of Federal Regulations, in which the terms of the Policy are codified, requires an insured to submit to "examination under oath" (see 7 C.F.R. § 457.8, ¶ 14(d)(2)) and also mandates: "If you and we fail to agree on any factual determination, the disagreement will be resolved in accordance with the rules of the American Arbitration Association." (See 7 C.F.R. § 457.8, ¶ 20(a).) The fact that the federal government provided for both arbitration and examination rights in the Policy demonstrates a conscious decision on its part to provide a contractually bargained-for

process that protects the complete investigatory interests of the insurers and the Treasury's commitment to reinsure their risks.

Section 14 of the Policy mandates that, if requested by the insurer, all insureds submit to an examination under oath, a right recognized by the federal government that obtaining loss adjustment information is both necessary and important. The fundamental importance of this right was first acknowledge by the United States Supreme Court as early as 1884 when it determined that provisions such as these are necessary and designed to "enable the [insurance] company to possess itself of all knowledge, and all information as to other sources of knowledge, in regard to facts material to their rights ...." *Claflin v. Commonwealth Ins. Co. of Boston, Mass.*, 110 U.S. 81, 94-95, 3 S.Ct. 507, 514-15, 28 L.Ed.2d 76 (1884). Since then, courts have construed this examination right as a condition to recovery under a policy of insurance. "[T]he examination requirement is a condition to recovery under the policy." McCullough v. Travelers Cos., 424 N.W.2d 542, 544 (Minn. 1988). Refusal to submit to an examination under oath constitutes a material breach of the insured's duty of cooperation which is a condition precedent to recovering proceeds under the policy. Talley v. State Farm Fire & Cas. Co., 223 F.3d 323, 327 (6th Cir. 2000); Wood v. Allstate Ins. Co., 21 F.3d 741, 746 (7th Cir. 1994); Rosenthal v. Prudential Prop. & Cas. Co., 928 F.2d 493, 494 (2d Cir. 1991); Westbrook Ins. Co. v. Irizarry, 117 F. Supp. 2d 139, 141-42 (D. Conn. 2000). The insurer's right to obtain an examination under oath, and the insured's corresponding duty to cooperate by providing an examination under oath, does not cease to exist when a dispute is submitted to arbitration. See e.g., Farm Family Cas. Ins. Co. v. Trapani, 753 N.Y.S.2d 198, 200 (N.Y. App. Div., 3d Dept. 2003) (petitioner entitled to temporary stay of

arbitration until it has an opportunity to conduct examination under oath of insured); Phoenix Ins. Co. v. Amarene, 746 N.Y.S.2d 405, 505 (N.Y. App. Div., 2d Dept. 2002) (same). This is true in situations where the insurance is provided through a statutory scheme that contemplates arbitration under the American Arbitration Association's ("AAA") rules and procedures, where the insurer's right to obtain examinations under oath has been "deemed to transcend narrow categorization as discovery in arbitration which is subject to the sole discretion of an arbitrator." See New Jersey Auto. Full Ins. Underwriting Ass'n v. Jallah, 608 A.2d 339, 342 (N.J. Super. Ct. App. Div. 1992) (insurer entitled to examination under oath in conformity with statutory duties and contractual rights regardless of whether the matter is in arbitration).

Clearly, the provision in the Policy and in the regulations requiring an insured to submit to examination is a contractual obligation with which the insured must comply regardless of whether the matter has been submitted to arbitration.