Exhibit F

United States Department of Agriculture

USDA

Research, Education and Economics
Agricultural Research Service

January 26, 2001

Dr. J. N. Widner
Vice President - Agriculture
Southern Minnesota Beet Sugar Cooperative
P.O. Box 500
Renville MN 56284

Dear Dr. Widner,

In response to your request, I have reviewed the information you sent regarding precipitation, temperature, harvest, and processing characteristics for sugarbeets grown during 2000 and processed during 2000 and 2001 by the Southern Minnesota Beet Sugar Cooperative. As you asked, I am providing my interpretation of your data and their probable implications for the physiology of your crop at harvest and under subsequent storage conditions.

The growing and harvest year 2000 obviously was a very challenging and difficult year for your cooperative. Weather conditions for your growing area included almost every extreme one could imagine, none of which would be favorable for maximal sugar production or recovery. I will comment on the conditions that were most likely to affect the physiology of sugarbeets in your growing area, and on the probable consequences of those effects on subsequent storage and processing quality.

The most obvious factor affecting your beets is the severe and widespread freeze that occurred, apparently throughout your growing area, during the period of October 6-10, accompanied by daily high temperatures somewhat above freezing (mostly in the 40s). This cold period was followed immediately by a rapid warming period in which daytime highs rose from the 60s or 70s to an exceptionally warm day in the mid- to high-80s (October 19-20). There could hardly have been a worse scenario for unharvested sugarbeets, and I note that most of your crop was harvested after these very unusual weather conditions.

Cell damage and sucrose loss in sugarbeet occurs when root temperatures fall below about 28° F. Alternate freezing and thawing such as experienced during your October 6-10 period is the worst possible situation, leading to the breakdown of cell walls and disruption of increasing volumes of tissue. Respiration (the normal biochemical process of sucrose breakdown to provide energy for cell and tissue maintenance) is increased in an attempt to heal the wounded tissue. Thus, some sucrose breakdown occurs immediately as a result of respiration. Much more serious, however, is that the tissue damaged by freeze/thaw cycles is attacked by microorganisms that greatly increase the decomposition of sucrose, forming polysaccharide "gums" or "slimes" and invert

ars

Northern Plains Area • Sugarbeet Research Unit
Crops Research Lab • 1701 Center Avenue • Ft Collins CO 80526-2083
Phone: 970-498-4212 • FAX: 970-482-2909 • E-mail: smartin@lamar.colostate.edu

101117

01-CV-1629, et al.

PLAINTIFFS'
EXHIBIT
42

EXHIBIT DX16

sugar (glucose and fructose, resulting from the splitting of sucrose). Both the gums and the invert sugar cause significant problems in processing. Normal, healthy beets at harvest contain about 0.2-0.6 g invert sugar per 100 g sucrose, and little or no "gums" (dextrans and levans). In beets that have been frozen and thawed, the amount of invert sugar is correlated with an increase in gums. Microorganism activity that results in an increase of invert sugar to only about 1.0 g per 100 g sugar, together with the accompanying "gums," will render the beets extremely difficult to process; most factories would reject such beets if they could be detected. However, for reasons I will outline below, it is very difficult to know when such a point occurs.

Sometimes it is possible to see visual evidence of freeze damage that has occurred to beets in the field. The sequence of damage one would expect is that first the leaves wilt, then they are destroyed. The beet next would show a translucent or "water-soaked" appearance of the crown, or this could extend more deeply into the lower portion of the root, depending on the severity of the freeze. If the beet is split or fractured, the translucent portion next would show an exudation of sticky, viscous juice—this is the polysaccharide "gum" produced by the microorganisms that are decomposing sucrose released by damaged cells. Finally, the damaged tissue gradually would darken and display a black, odorous, "rotted" appearance. Unfortunately, however, freeze-damaged beets may show no visible sign of damage at harvest, yet already have set in motion the decomposition processes that become apparent only after a period of time. If such beets can be processed promptly (within a few days, preferably, or a week or two when held under good storage conditions) they process essentially normally. Gradually, however, as a result of the accumulation of invert and "gums," they become very difficult or almost impossible to process economically.

Ideally, invert and "gum" concentrations should be determined on deliveries of potentially frost- or freeze-damaged beets. The problem is that there is no sufficiently rapid method available to do so at the pace of actual factory deliveries. As a result, factories are forced to base their evaluation and acceptance of beets for storage on visual appearance, together with polarimetrically determined ("pol) sucrose concentration, and sometimes "purity" or other quality factors. The use of pol sucrose is the source of a significant error in the case of freeze-damaged beets. The primary problem is that dextrans, an important group of the "gums" formed by microorganisms in the damaged tissue, have very high positive specific rotation, and it is this rotation that is the basis for the polarimetric determination of sucrose. Different polymer chain lengths have different rotations, but they typically are twice to three times that of sucrose. In other words, 1 gram of dextran appears in a polarimetric determination as if it were 2 to 3 grams of sucrose. Thus, pol sucrose determinations in the presence of dextrans become totally erroneous. This is a very complex problem that I am oversimplifying in this discussion, but the point is that there is no simple correction that can be applied to "improve" the pol sucrose determination. The effect, however, is that beets being received at the factory may appear visually "normal" and have "normal" pol sucrose values but may be damaged, even though the damage has yet to be detected.

As little as 3-5% badly deteriorated beets mixed with completely healthy beets can be considered to make the entire batch unsuitable for processing. If beets in which freeze damage is present though undetectable (visually or by typical tests) are stored for only a few days or weeks, particularly if they cannot be rapidly cooled to about 5° F and held there, or rapidly hard-frozen

(below 0° F) and held there, deterioration due to microorganisms accelerates and the stored beets will have increasingly high levels or invert sugar and "gums." Your factory processing data fit this scenario perfectly. Processing data prior to the freeze event are quite good and stable (after the typical startup period). By early- to mid-November, cossette purities and other juice purities begin a significant decline. Accompanying this is a similar decline in slice rate, evident most clearly in the 7-day running averages. The decline in slice rate almost certainly results from processing complications introduced by the presence of high levels of invert and "gums," and the necessity for more processing treatment to deal with these recognized problem substances.

A second problem I see from the data provided to me is that there was a significant dry period during August and September. Although I do not know your average annual precipitation, I suspect that less than average precipitation was received during the entire growing season. Beets can tolerate a fair amount of dehydration, but prolonged lack of water combined with high temperatures leads to dehydration states that may have several consequences pertinent to the observations I have made above. First, prolonged dehydration leads to elevated respiration rates at harvest. This increase in respiration will continue into storage, and the additional heat produced as a result of excessive respiration will facilitate the action of microorganisms, which in turn will decrease the processing quality of the beets more rapidly than that expected for healthy, non-stressed beets. Thus, I believe it is possible that the dry conditions the beets experienced prior to the freeze period may have exacerbated their physiological response to cold. I know of no controlled experiments from which we can draw definite conclusions, but I am certain that this did not help the beets respond well to the pre-harvest freeze experienced in 2000.

In addition, artificially high pol sucrose values occur in dehydrated beets (because sucrose is expressed as percent of root fresh weight, and a loss of water in the root causes the same amount of sucrose to comprise a greater percentage of the diminished fresh weight). Therefore, in combination with the probable elevation of apparent sucrose values by accumulation of other dextrorotary sugars as a result of stress, I suspect that your data for "% Sucrose at harvest" probably overestimate the actual sucrose that was present in the beets received, perhaps by as much as 0.5 to 1.0 unit.

To summarize, from inspection of your data I find the following sequence of events is probable:

1. Sugarbeets in the SMBSC growing area were stressed by a mild to moderate drought, leading to an increase of respiration above that expected for unstressed beets. That increase in respiration would continue into storage.

2. An October 6-10 freeze/thaw sequence damaged sugarbeets. Probably damage was greater in some areas than others, but temperatures at the various locations provided for my review were sufficiently low to conclude that damage would have occurred virtually throughout the growing area.

3. Damage in the field from a relatively brief freeze-thaw cycle of a few days would have appeared initially in the crown and perhaps the upper storage root tissue. Good field topping would have eliminated some but not all of the damaged tissue. Micro-organism activity would have begun in freeze-damaged beets delivered to the factory, but was not visually obvious or detectable by the standard pol sucrose test applied to received beets.

4. Microorganism activity in stored beets, probably enhanced by increased respiration rates due to drought stress during the growing season, led rather rapidly to increased invert sugar and polysaccharide gum accumulation.

5. Decreased factory juice quality and slice rates beginning several weeks after the freeze/thaw event most probably were due to the inverts and gums produced during rapid deterioration of sugarbeets in the storage piles. This deterioration was a consequence of freeze/thaw damage to the sugarbeets prior to harvest.

I have no doubt that sugarbeets were damaged by the freeze/thaw cycles experienced in your growers' fields in early October. The low temperatures reached on several successive nights are far below those that lead to structural breakdown. The timing of the decrease in processing quality as demonstrated by the factory's juice quality and daily slice data perfectly fit such a scenario.

As you know, I have been employed for more than 25 years by the USDA, Agricultural Research Service as a plant physiologist and biochemist specializing in sugarbeet. I have seen few combinations of environmental conditions as difficult for sugarbeet growth, harvest, and storage as the SMBSC data portray for 2000. I hope that my interpretations will help you understand the physiological and biochemical changes that most likely occurred under those conditions. If it would be helpful, of course I will gladly discuss any of these points further upon request.

Sincerely yours,

Susan S. Martin

Susan S. Martin, Ph.D.
Research Plant Physiologist/Biochemist