Exhibit G3

10/02/1999 COUNTY ACTUARIAL TABLE PAGE 2

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Pope (121)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

GENERAL STATEMENTS

The Producer Premium Percentage Table for this county crop program is T2.13.

APPROVED: ACTUARIAL BRANCH 10/02/1999

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Redwood (127) PLAN: APH (90)

THE FOLLOWING INFORMATION IS SPECIFIC TO YOUR INSURANCE POLICY.

INSURABLE TYPES AND PRACTICES:

TYPE: (997)No Type Specified PRAC: (997)No Practice Specified

PROGRAM DATES:

| SALES CLOSING | INITIAL PLANTING | FINAL PLANTING | ACREAGE REPORTING | BILLING DATE |
|---|---|---|---|---|
| TYPE: (997)No Type Specified | | PRAC: (997)No Practice Specified | | |
| 03/15/2000 | 04/11/2000 | 05/31/2000 | 06/30/2000 | 10/01/2000 |

GENERAL STATEMENT:

The Producer Premium Percentage Table for this county crop program is T1.11.

Any acreage in this county with a high rate area designation on the FCI-33 CROP INSURANCE ACTUARIAL MAP/FCI-33 CROP INSURANCE ACTUARIAL SUPPLEMENT will have a rate derived from the actuarial table based on the applicable APH yield and adjusted by the factor in the "HIGH RISK MAP AREA ADJUSTMENT FACTOR" table.

Contact your crop insurance agent by the sales closing date to determine eligibility requirements.

We will consider the practice of planting of a "cover crop" improperly performed when destruction of the cover crop is later than May 20 for Fall cover crops and May 30 for Spring cover crops. Production lost as a result of this practice being improperly performed will be recorded as an "appraisal for uninsured cause" on the claim form.

PREMIUM DISCOUNT:
A 10 percent discount in premium will be made when a basic unit is not divided into optional units earning premium.

INSURANCE AVAILABILITY:
The Federal Crop Insurance Corporation (FCIC) makes crop insurance available for all producers, regardless of race, color, national origin, religion, sex, age or handicap.

(Continued on Next Page)

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 2

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Redwood (127)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

---

You may be eligible for a premium discount based on your insurance experience. Contact your insurance provider for specific information concerning this discount.

The price election available for this county crop program will be released as an Actuarial Table Addendum (Special Provisions) prior to the policy contract change date.

Percentage of sugar for use in adjusting harvested production as provided in the Sugar Beet Policy: 14.70 percent.

APPROVED: ACTUARIAL DIVISION 10/04/1999

10/01/1999 COUNTY ACTUARIAL TABLE PAGE 1

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Redwood (127)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

TYPE: (997) No Type Specified PRAC: (997) No Practice Specified

| APH YIELD (TON) | RATE CLASS | BASE PREMIUM RATE BY COVERAGE LEVEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
| 8.1 & Below | R01 | 0.121 | 0.129 | 0.146 | 0.164 | 0.201 | 0.254 | 0.323 | 0.406 |
| 8.2 - 10.4 | R02 | 0.097 | 0.106 | 0.119 | 0.136 | 0.164 | 0.207 | 0.263 | 0.331 |
| 10.5 - 12.7 | R03 | 0.071 | 0.076 | 0.085 | 0.098 | 0.117 | 0.149 | 0.189 | 0.238 |
| 12.8 - 15.0 | R04 | 0.054 | 0.058 | 0.066 | 0.075 | 0.091 | 0.116 | 0.147 | 0.186 |
| 15.1 - 17.5 | R05 | 0.045 | 0.049 | 0.054 | 0.062 | 0.074 | 0.094 | 0.119 | 0.150 |
| 17.6 - 19.8 | R06 | 0.040 | 0.043 | 0.048 | 0.054 | 0.066 | 0.084 | 0.107 | 0.134 |
| 19.9 - 22.1 | R07 | 0.037 | 0.040 | 0.043 | 0.050 | 0.061 | 0.075 | 0.095 | 0.120 |
| 22.2 - 24.5 | R08 | 0.033 | 0.037 | 0.041 | 0.045 | 0.055 | 0.070 | 0.089 | 0.112 |
| 24.6 & Above | R09 | 0.031 | 0.034 | 0.039 | 0.043 | 0.052 | 0.066 | 0.084 | 0.106 |

HIGH RISK MAP AREA ADJUSTMENT FACTORS

| RATE CLASS | AAA |
|---|---|
| R01 | 1.590 |
| R02 | 1.710 |
| R03 | 1.990 |
| R04 | 2.300 |
| R05 | 2.570 |
| R06 | 2.800 |
| R07 | 2.940 |
| R08 | 3.160 |
| R09 | 3.260 |

| OPTION/OPTION NAME | COMMON OPTION FACTOR TABLE |
|---|---|
| (BU) BASIC UNIT DISCOUNT | 0.900 |
| (BUHF) BUD/HFE | 0.710 |
| (BUHFPF) BUD/HFE/PF | 0.731 |
| (BUHFPT) BUD/HFE/PT | 0.760 |
| (BUPF) BUD/PF | 0.927 |
| (BUPT) BUD/PT | 0.963 |
| (HF) HAIL & FIRE EXCLUSION | 0.790 |
| (HFPF) HFE/PF | 0.814 |
| (HFPT) HFE/PT | 0.845 |
| (PF) PREVENTED PLANTING +5% | 1.030 |
| (PT) PREVENTED PLANTING +10% | 1.070 |

(Continued on Next Page)

10/01/1999 COUNTY ACTUARIAL TABLE PAGE 2

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Redwood (127)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

SUPPLEMENT RATE DIFFERENTIAL TABLE BY COVERAGE LEVEL

| | CAT | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| RATE DIFF | 0.470 | 0.470 | 0.510 | 0.570 | 0.650 | 0.790 | 1.000 | 1.270 | 1.600 |

TRANSITIONAL YIELD TABLE

| TYPE | PRACTICE | FCI-33 MAP AREA | T-YIELD |
|---|---|---|---|
| 997 NTS | 997 NPS | | 16.3 |

GENERAL STATEMENTS

See the County Special Provisions document and the County FCI-33, CROP INSURANCE ACTUARIAL MAP, for determination of high risk or unrated areas.

The Producer Premium Percentage Table for this county crop program is T3.13.

APPROVED: ACTUARIAL BRANCH 10/01/1999

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 1

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Renville (129) PLAN: APH (90)

THE FOLLOWING INFORMATION IS SPECIFIC TO YOUR INSURANCE POLICY.

---

INSURABLE TYPES AND PRACTICES:

TYPE: (997)No Type Specified PRAC: (997)No Practice Specified

---

PROGRAM DATES:

| SALES CLOSING | INITIAL PLANTING | FINAL PLANTING | ACREAGE REPORTING | BILLING DATE |
|---|---|---|---|---|
| TYPE: (997)No Type Specified | | | PRAC: (997)No Practice Specified | |
| 03/15/2000 | 04/11/2000 | 05/31/2000 | 06/30/2000 | 10/01/2000 |

---

GENERAL STATEMENT:

The Producer Premium Percentage Table for this county crop program is T2.13.

Any acreage in this county with a high rate area designation on the FCI-33 CROP INSURANCE ACTUARIAL MAP/FCI-33 CROP INSURANCE ACTUARIAL SUPPLEMENT will have a rate derived from the actuarial table based on the applicable APH yield and adjusted by the factor in the "HIGH RISK MAP AREA ADJUSTMENT FACTOR" table.

Contact your crop insurance agent by the sales closing date to determine eligibility requirements.

We will consider the practice of planting of a "cover crop" improperly performed when destruction of the cover crop is later than May 20 for Fall cover crops and May 30 for Spring cover crops. Production lost as a result of this practice being improperly performed will be recorded as an "appraisal for uninsured cause" on the claim form.

PREMIUM DISCOUNT:
A 10 percent discount in premium will be made when a basic unit is not divided into optional units earning premium.

INSURANCE AVAILABILITY:
The Federal Crop Insurance Corporation (FCIC) makes crop insurance available for all producers, regardless of race, color, national origin, religion, sex, age or handicap.

(Continued on Next Page)

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Renville (129)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

---

You may be eligible for a premium discount based on your insurance experience. Contact your insurance provider for specific information concerning this discount.

The price election available for this county crop program will be released as an Actuarial Table Addendum (Special Provisions) prior to the policy contract change date.

Percentage of sugar for use in adjusting harvested production as provided in the Sugar Beet Policy: 14.50 percent.

APPROVED: ACTUARIAL DIVISION 10/04/1999

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Renville (129) PLAN: APH (90)

TYPE: (997) No Type Specified FRAC: (997) No Practice Specified

| APH YIELD (TON) | RATE CLASS | BASE PREMIUM RATE BY COVERAGE LEVEL .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| 10.3 & Below | R01 | 0.095 | 0.104 | 0.115 | 0.132 | 0.162 | 0.204 | 0.259 | 0.326 |
| 10.1 - 12.8 | R02 | 0.078 | 0.087 | 0.097 | 0.109 | 0.134 | 0.169 | 0.215 | 0.270 |
| 12.9 - 15.7 | R03 | 0.059 | 0.062 | 0.069 | 0.079 | 0.096 | 0.123 | 0.156 | 0.197 |
| 15.8 - 18.6 | R04 | 0.046 | 0.050 | 0.055 | 0.063 | 0.076 | 0.096 | 0.122 | 0.154 |
| 18.7 - 21.5 | R05 | 0.039 | 0.041 | 0.045 | 0.052 | 0.064 | 0.079 | 0.100 | 0.126 |
| 21.6 - 24.4 | R06 | 0.033 | 0.037 | 0.041 | 0.045 | 0.056 | 0.070 | 0.089 | 0.112 |
| 24.5 - 27.3 | R07 | 0.031 | 0.033 | 0.037 | 0.042 | 0.051 | 0.065 | 0.083 | 0.104 |
| 27.4 - 30.2 | R08 | 0.029 | 0.031 | 0.034 | 0.040 | 0.049 | 0.060 | 0.076 | 0.096 |
| 30.3 & Above | R09 | 0.028 | 0.029 | 0.033 | 0.039 | 0.045 | 0.058 | 0.074 | 0.093 |

HIGH RISK MAP AREA ADJUSTMENT FACTORS

| RATE CLASS | AAA |
|---|---|
| R01 | 1.810 |
| R02 | 1.980 |
| R03 | 2.360 |
| R04 | 2.700 |
| R05 | 3.060 |
| R06 | 3.380 |
| R07 | 3.550 |
| R08 | 3.680 |
| R09 | 3.750 |

| OPTION/OPTION NAME | COMMON OPTION FACTOR TABLE |
|---|---|
| (BU) BASIC UNIT DISCOUNT | 0.900 |
| (BUHF) BUD/HFE | 0.780 |
| (BUHFPF) BUD/HFE/PF | 0.796 |
| (BUHFPT) BUD/HFE/PT | 0.819 |
| (BUPF) BUD/PF | 0.918 |
| (BUPT) BUD/PT | 0.945 |
| (HF) HAIL & FIRE EXCLUSION | 0.870 |
| (HFPF) HFE/PF | 0.887 |
| (HFPT) HFE/PT | 0.914 |
| (PF) PREVENTED PLANTING +5% | 1.020 |
| (PT) PREVENTED PLANTING +10% | 1.050 |

(Continued on Next Page)

10/01/1999 COUNTY ACTUARIAL TABLE PAGE 2

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Renville (129)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

SUPPLEMENT RATE DIFFERENTIAL TABLE BY COVERAGE LEVEL

| | CAT | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| RATE DIFF | 0.470 | 0.470 | 0.510 | 0.570 | 0.650 | 0.790 | 1.000 | 1.270 | 1.600 |

TRANSITIONAL YIELD TABLE

| TYPE | PRACTICE | FCI-13 MAP AREA | T-YIELD |
|---|---|---|---|
| 997 NTS | 997 NPS | | 20.1 |

GENERAL STATEMENTS

See the County Special Provisions document and the County FCI-33, CROP INSURANCE ACTUARIAL MAP, for determination of high risk or unrated areas.

The Producer Premium Percentage Table for this county crop program is T2.13.

APPROVED: ACTUARIAL BRANCH 10/01/1999

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 1

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Sibley (143) PLAN: APH (90)

THE FOLLOWING INFORMATION IS SPECIFIC TO YOUR INSURANCE POLICY.

---

INSURABLE TYPES AND PRACTICES:

TYPE: (997)No Type Specified PRAC: (997)No Practice Specified

---

PROGRAM DATES:

| SALES CLOSING | INITIAL PLANTING | FINAL PLANTING | ACREAGE REPORTING | BILLING DATE |
|---|---|---|---|---|
| TYPE: (997)No Type Specified | | PRAC: (997)No Practice Specified | | |
| 03/15/2000 | 04/11/2000 | 05/31/2000 | 06/30/2000 | 10/01/2000 |

---

GENERAL STATEMENT:

The Producer Premium Percentage Table for this county crop program is T2.13.

Any acreage in this county with a high rate area designation on the FCI-33 CROP INSURANCE ACTUARIAL MAP/FCI-33 CROP INSURANCE ACTUARIAL SUPPLEMENT will have a rate derived from the actuarial table based on the applicable APH yield and adjusted by the factor in the "HIGH RISK MAP AREA ADJUSTMENT FACTOR" table.

Contact your crop insurance agent by the sales closing date to determine eligibility requirements.

We will consider the practice of planting of a "cover crop" improperly performed when destruction of the cover crop is later than May 20 for Fall cover crops and May 30 for Spring cover crops. Production lost as a result of this practice being improperly performed will be recorded as an "appraisal for uninsured cause" on the claim form.

PREMIUM DISCOUNT:
A 10 percent discount in premium will be made when a basic unit is not divided into optional units earning premium.

INSURANCE AVAILABILITY:
The Federal Crop Insurance Corporation (FCIC) makes crop insurance available for all producers, regardless of race, color, national origin, religion, sex, age or handicap.

(Continued on Next Page)

10/04/1999 COUNTY ACTUARIAL TABLE 

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Sibley (143)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

---

You may be eligible for a premium discount based on your insurance experience. Contact your insurance provider for specific information concerning this discount.

The price election available for this county crop program will be released as an Actuarial Table Addendum (Special Provisions) prior to the policy contract change date.

Percentage of sugar for use in adjusting harvested production as provided in the Sugar Beet Policy: 14.90 percent.

APPROVED: ACTUARIAL DIVISION 10/04/1999

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Sibley (143)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

TYPE: (997) No Type Specified PRAC: (997) No Practice Specified

| APH YIELD (TON) | RATE CLASS | BASE PREMIUM RATE BY COVERAGE LEVEL .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| 9.1 & Below | R01 | 0.085 | 0.091 | 0.103 | 0.118 | 0.144 | 0.180 | 0.229 | 0.288 |
| 9.2 - 11.7 | R02 | 0.070 | 0.077 | 0.086 | 0.097 | 0.118 | 0.150 | 0.191 | 0.240 |
| 11.8 - 14.3 | R03 | 0.052 | 0.055 | 0.062 | 0.071 | 0.087 | 0.110 | 0.140 | 0.176 |
| 14.4 - 16.9 | R04 | 0.040 | 0.045 | 0.049 | 0.056 | 0.068 | 0.085 | 0.106 | 0.136 |
| 17.0 - 19.6 | R05 | 0.034 | 0.036 | 0.041 | 0.046 | 0.056 | 0.070 | 0.089 | 0.112 |
| 19.7 - 22.2 | R06 | 0.030 | 0.033 | 0.036 | 0.041 | 0.049 | 0.063 | 0.080 | 0.101 |
| 22.3 - 24.8 | R07 | 0.027 | 0.030 | 0.033 | 0.037 | 0.045 | 0.057 | 0.072 | 0.091 |
| 24.9 - 27.5 | R08 | 0.026 | 0.027 | 0.031 | 0.035 | 0.043 | 0.054 | 0.069 | 0.086 |
| 27.6 & Above | R09 | 0.025 | 0.026 | 0.030 | 0.034 | 0.041 | 0.052 | 0.066 | 0.083 |

HIGH RISK MAP AREA ADJUSTMENT FACTORS

| RATE CLASS | AAA |
|---|---|
| R01 | 2.050 |
| R02 | 2.270 |
| R03 | 2.740 |
| R04 | 3.200 |
| R05 | 3.680 |
| R06 | 4.010 |
| R07 | 4.340 |
| R08 | 4.530 |
| R09 | 4.630 |

COMMON OPTION FACTOR TABLE

| OPTION/OPTION NAME | |
|---|---|
| (BU) BASIC UNIT DISCOUNT | 0.900 |
| (BUHF) BUD/HFE | 0.800 |
| (BUHFPF) BUD/HFE/PF | 0.824 |
| (BUHFPT) BUD/HFE/PT | 0.848 |
| (BUPF) BUD/PF | 0.927 |
| (BUPT) BUD/PT | 0.954 |
| (HF) HAIL & FIRE EXCLUSION | 0.890 |
| (HFPF) HFE/PF | 0.917 |
| (HFPT) HFE/PT | 0.943 |
| (PF) PREVENTED PLANTING +5% | 1.030 |
| (PT) PREVENTED PLANTING +10% | 1.060 |

(Continued on Next Page)

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Sibley (143) PLAN: APH (90)

SUPPLEMENT RATE DIFFERENTIAL TABLE BY COVERAGE LEVEL

| | CAT | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| RATE DIFF | 0.470 | 0.470 | 0.510 | 0.570 | 0.650 | 0.790 | 1.000 | 1.270 | 1.600 |

TRANSITIONAL YIELD TABLE

| TYPE | PRACTICE | FCI-33 MAP AREA | T-YIELD |
|---|---|---|---|
| 997 NTS | 997 NPS | | 18.3 |

GENERAL STATEMENTS

See the County Special Provisions document and the County FCI-33, CROP INSURANCE ACTUARIAL MAP, for determination of high risk or unrated areas.

The Producer Premium Percentage Table for this county crop program is T2.13.

APPROVED: ACTUARIAL BRANCH 10/01/1999

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 1

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Stearns (145) PLAN: APH (90)

THE FOLLOWING INFORMATION IS SPECIFIC TO YOUR INSURANCE POLICY.

---

INSURABLE TYPES AND PRACTICES:

TYPE: (997)No Type Specified PRAC: (997)No Practice Specified

---

PROGRAM DATES:

| SALES CLOSING | INITIAL PLANTING | FINAL PLANTING | ACREAGE REPORTING | BILLING DATE |
|---|---|---|---|---|
| TYPE: (997)No Type Specified | | | PRAC: (997)No Practice Specified | |
| 03/15/2000 | 04/11/2000 | 05/31/2000 | 06/30/2000 | 10/01/2000 |

---

GENERAL STATEMENT:

The Producer Premium Percentage Table for this county crop program is T2.13.

We will consider the practice of planting of a "cover crop" improperly performed when destruction of the cover crop is later than May 20 for Fall cover crops and May 30 for Spring cover crops. Production lost as a result of this practice being improperly performed will be recorded as an "appraisal for uninsured cause" on the claim form.

PREMIUM DISCOUNT:
A 10 percent discount in premium will be made when a basic unit is not divided into optional units earning premium.

INSURANCE AVAILABILITY:
The Federal Crop Insurance Corporation (FCIC) makes crop insurance available for all producers, regardless of race, color, national origin, religion, sex, age or handicap.

You may be eligible for a premium discount based on your insurance experience. Contact your insurance provider for specific information concerning this discount.

The price election available for this county crop program will be released as an Actuarial Table Addendum (Special Provisions) prior to the policy contract change date.

Percentage of sugar for use in adjusting harvested production as provided in the Sugar Beet Policy: 15.00 percent.

APPROVED: ACTUARIAL DIVISION 10/04/1999

10/02/1999 COUNTY ACTUARIAL TABLE PAGE 1

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Stearns (145) PLAN: APH (90)

TYPE: (997) No Type Specified PRAC: (997) No Practice Specified

| APH YIELD (TON) | RATE CLASS | BASE PREMIUM RATE BY COVERAGE LEVEL .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| 9.9 & Below | R01 | 0.085 | 0.091 | 0.103 | 0.118 | 0.144 | 0.180 | 0.229 | 0.288 |
| 10.0 - 12.7 | R02 | 0.085 | 0.091 | 0.102 | 0.117 | 0.142 | 0.179 | 0.227 | 0.286 |
| 12.8 - 15.5 | R03 | 0.052 | 0.055 | 0.062 | 0.071 | 0.087 | 0.110 | 0.140 | 0.176 |
| 15.6 - 18.4 | R04 | 0.040 | 0.045 | 0.049 | 0.056 | 0.068 | 0.085 | 0.108 | 0.136 |
| 18.5 - 21.3 | R05 | 0.034 | 0.036 | 0.041 | 0.046 | 0.056 | 0.070 | 0.089 | 0.112 |
| 21.4 - 24.2 | R06 | 0.030 | 0.033 | 0.036 | 0.041 | 0.049 | 0.063 | 0.080 | 0.101 |
| 24.3 - 27.0 | R07 | 0.027 | 0.030 | 0.033 | 0.037 | 0.045 | 0.057 | 0.072 | 0.091 |
| 27.1 - 29.9 | R08 | 0.026 | 0.027 | 0.031 | 0.035 | 0.043 | 0.054 | 0.069 | 0.086 |
| 30.0 & Above | R09 | 0.025 | 0.026 | 0.030 | 0.034 | 0.041 | 0.052 | 0.066 | 0.083 |

| OPTION/OPTION NAME | COMMON OPTION FACTOR TABLE |
|---|---|
| (BU) BASIC UNIT DISCOUNT | 0.900 |
| (BUHF) BUD/HFE | 0.820 |
| (BUHFPF) BUD/HFE/PF | 0.845 |
| (BUHFPT) BUD/HFE/PT | 0.869 |
| (BUPF) BUD/PF | 0.927 |
| (BUPT) BUD/PT | 0.954 |
| (HF) HAIL & FIRE EXCLUSION | 0.910 |
| (HFPF) HFE/PF | 0.937 |
| (HFPT) HFE/PT | 0.965 |
| (PF) PREVENTED PLANTING +5% | 1.030 |
| (PT) PREVENTED PLANTING +10% | 1.060 |

| | SUPPLEMENT RATE DIFFERENTIAL TABLE BY COVERAGE LEVEL CAT | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| RATE DIFF | 0.470 | 0.470 | 0.510 | 0.570 | 0.650 | 0.790 | 1.000 | 1.270 | 1.600 |

TRANSITIONAL YIELD TABLE

| TYPE | PRACTICE | FCI-33 MAP AREA | T-YIELD |
|---|---|---|---|
| 997 NTS | 997 NPS | | 19.9 |

(Continued on Next Page)

10/02/1999 COUNTY ACTUARIAL TABLE PAGE 2

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Stearns (145)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

---

GENERAL STATEMENTS

The Producer Premium Percentage Table for this county crop program is T2.11.

APPROVED: ACTUARIAL BRANCH 10/02/1999

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 1

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Stevens (149)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

THE FOLLOWING INFORMATION IS SPECIFIC TO YOUR INSURANCE POLICY.

---

INSURABLE TYPES AND PRACTICES:

TYPE: (997)No Type Specified PRAC: (997)No Practice Specified

---

PROGRAM DATES:

| SALES CLOSING | INITIAL PLANTING | FINAL PLANTING | ACREAGE REPORTING | BILLING DATE |
|---|---|---|---|---|
| TYPE: (997)No Type Specified | | PRAC: (997)No Practice Specified | | |
| 03/15/2000 | 04/11/2000 | 05/31/2000 | 06/30/2000 | 10/01/2000 |

---

GENERAL STATEMENT:

The Producer Premium Percentage Table for this county crop program is T2.13.

We will consider the practice of planting of a "cover crop" improperly performed when destruction of the cover crop is later than May 20 for Fall cover crops and May 30 for Spring cover crops. Production lost as a result of this practice being improperly performed will be recorded as an "appraisal for uninsured cause" on the claim form.

PREMIUM DISCOUNT:
A 10 percent discount in premium will be made when a basic unit is not divided into optional units earning premium.

INSURANCE AVAILABILITY:
The Federal Crop Insurance Corporation (FCIC) makes crop insurance available for all producers, regardless of race, color, national origin, religion, sex, age or handicap.

You may be eligible for a premium discount based on your insurance experience. Contact your insurance provider for specific information concerning this discount.

The price election available for this county crop program will be released as an Actuarial Table Addendum (Special Provisions) prior to the policy contract change date.

Percentage of sugar for use in adjusting harvested production as provided in the Sugar Beet Policy: 15.40 percent.

APPROVED: ACTUARIAL DIVISION 10/04/1999

10/01/1999 COUNTY ACTUARIAL TABLE PAGE 1

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Stevens (149)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

TYPE: (997) No Type Specified FRAC: (997) No Practice Specified

| APH YIELD (TON) | RATE CLASS | BASE PREMIUM RATE BY COVERAGE LEVEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
| 8.9 & Below | R01 | 0.104 | 0.114 | 0.128 | 0.144 | 0.177 | 0.222 | 0.282 | 0.355 |
| 9.0 - 11.4 | R02 | 0.087 | 0.095 | 0.105 | 0.120 | 0.145 | 0.183 | 0.232 | 0.293 |
| 11.5 - 14.0 | R03 | 0.062 | 0.068 | 0.076 | 0.087 | 0.105 | 0.131 | 0.166 | 0.210 |
| 14.1 - 16.5 | R04 | 0.049 | 0.052 | 0.058 | 0.067 | 0.081 | 0.102 | 0.130 | 0.163 |
| 16.6 - 19.2 | R05 | 0.040 | 0.044 | 0.048 | 0.055 | 0.066 | 0.084 | 0.107 | 0.134 |
| 19.3 - 21.7 | R06 | 0.036 | 0.039 | 0.044 | 0.049 | 0.059 | 0.075 | 0.095 | 0.120 |
| 21.8 - 24.3 | R07 | 0.032 | 0.036 | 0.039 | 0.045 | 0.054 | 0.068 | 0.086 | 0.109 |
| 24.4 - 26.9 | R08 | 0.030 | 0.032 | 0.036 | 0.041 | 0.049 | 0.063 | 0.080 | 0.101 |
| 27.0 & Above | R09 | 0.029 | 0.031 | 0.035 | 0.039 | 0.048 | 0.060 | 0.076 | 0.096 |

| OPTION/OPTION NAME | COMMON OPTION FACTOR TABLE |
|---|---|
| (BU) BASIC UNIT DISCOUNT | 0.900 |
| (BUHF) BUD/HFE | 0.780 |
| (BUHFPF) BUD/HFE/PF | 0.803 |
| (BUHFPT) BUD/HFE/PT | 0.842 |
| (BUPF) BUD/PF | 0.927 |
| (BUPT) BUD/PT | 0.972 |
| (HF) HAIL & FIRE EXCLUSION | 0.870 |
| (HFPF) HFE/PF | 0.896 |
| (HFPT) HFE/PT | 0.940 |
| (PF) PREVENTED PLANTING +5% | 1.030 |
| (PT) PREVENTED PLANTING +10% | 1.080 |

| | SUPPLEMENT RATE DIFFERENTIAL TABLE BY COVERAGE LEVEL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CAT | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
| RATE DIFF | 0.470 | 0.470 | 0.510 | 0.570 | 0.650 | 0.790 | 1.000 | 1.270 | 1.600 |

TRANSITIONAL YIELD TABLE

| TYPE | PRACTICE | FCI-33 MAP AREA | T-YIELD |
|---|---|---|---|
| 997 NTS | 997 NPS | | 17.9 |

(Continued on Next Page)

NCIS 002448

10/01/1999 COUNTY ACTUARIAL TABLE PAGE 2

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Stevens (149)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

---

GENERAL STATEMENTS

The Producer Premium Percentage Table for this county crop program is T2.13.

APPROVED: ACTUARIAL BRANCH 10/01/1999

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 1

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Swift (151) PLAN: APH (90)

THE FOLLOWING INFORMATION IS SPECIFIC TO YOUR INSURANCE POLICY.

---

INSURABLE TYPES AND PRACTICES:

TYPE: (997)No Type Specified PRAC: (997)No Practice Specified

---

PROGRAM DATES:

| SALES CLOSING | INITIAL PLANTING | FINAL PLANTING | ACREAGE REPORTING | BILLING DATE |
|---|---|---|---|---|
| TYPE: (997)No Type Specified | | | PRAC: (997)No Practice Specified | |
| 03/15/2000 | 04/11/2000 | 05/31/2000 | 06/30/2000 | 10/01/2000 |

GENERAL STATEMENT:

The Producer Premium Percentage Table for this county crop program is T3.11.

Any acreage in this county with a high rate area designation on the FCI-33 CROP INSURANCE ACTUARIAL MAP/FCI-33 CROP INSURANCE ACTUARIAL SUPPLEMENT will have a rate derived from the actuarial table based on the applicable APH yield and adjusted by the factor in the "HIGH RISK MAP AREA ADJUSTMENT FACTOR" table.

Contact your crop insurance agent by the sales closing date to determine eligibility requirements.

We will consider the practice of planting of a "cover crop" improperly performed when destruction of the cover crop is later than May 20 for Fall cover crops and May 30 for Spring cover crops. Production lost as a result of this practice being improperly performed will be recorded as an "appraisal for uninsured cause" on the claim form.

PREMIUM DISCOUNT:
A 10 percent discount in premium will be made when a basic unit is not divided into optional units earning premium.

INSURANCE AVAILABILITY:
The Federal Crop Insurance Corporation (FCIC) makes crop insurance available for all producers, regardless of race, color, national origin, religion, sex, age or handicap.

(Continued on Next Page)

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 2

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Swift (151) PLAN: APH (90)

---

You may be eligible for a premium discount based on your insurance experience. Contact your insurance provider for specific information concerning this discount.

The price election available for this county crop program will be released as an Actuarial Table Addendum (Special Provisions) prior to the policy contract change date.

Percentage of sugar for use in adjusting harvested production as provided in the Sugar Beet Policy: 15.00 percent.

APPROVED: ACTUARIAL DIVISION 10/04/1999

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Swift (151)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

TYPE: (997) No Type Specified                PRAC: (997) No Practice Specified

| APH YIELD (TON) | RATE CLASS | BASE PREMIUM RATE BY COVERAGE LEVEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
| 8.4 & Below | R01 | 0.116 | 0.126 | 0.141 | 0.158 | 0.194 | 0.246 | 0.312 | 0.394 |
| 8.5 - 10.8 | R02 | 0.095 | 0.103 | 0.114 | 0.131 | 0.160 | 0.200 | 0.254 | 0.320 |
| 10.9 - 13.2 | R03 | 0.068 | 0.074 | 0.082 | 0.094 | 0.112 | 0.144 | 0.183 | 0.230 |
| 13.3 - 15.6 | R04 | 0.052 | 0.057 | 0.065 | 0.072 | 0.088 | 0.112 | 0.142 | 0.179 |
| 15.7 - 18.1 | R05 | 0.043 | 0.047 | 0.051 | 0.060 | 0.071 | 0.090 | 0.114 | 0.144 |
| 18.2 - 20.5 | R06 | 0.039 | 0.042 | 0.047 | 0.052 | 0.065 | 0.081 | 0.103 | 0.130 |
| 20.6 - 22.9 | R07 | 0.036 | 0.038 | 0.042 | 0.047 | 0.058 | 0.072 | 0.091 | 0.115 |
| 23.0 - 25.4 | R08 | 0.031 | 0.035 | 0.039 | 0.043 | 0.052 | 0.067 | 0.085 | 0.107 |
| 25.5 & Above | R09 | 0.030 | 0.032 | 0.037 | 0.042 | 0.050 | 0.065 | 0.083 | 0.104 |

HIGH RISK MAP AREA ADJUSTMENT FACTORS

| RATE CLASS | AAA |
|---|---|
| R01 | 1.690 |
| R02 | 1.830 |
| R03 | 2.160 |
| R04 | 2.510 |
| R05 | 2.810 |
| R06 | 3.090 |
| R07 | 3.310 |
| R08 | 3.530 |
| R09 | 3.590 |

| OPTION/OPTION NAME | COMMON OPTION FACTOR TABLE |
|---|---|
| (BU) BASIC UNIT DISCOUNT | 0.900 |
| (BUHF) BUD/HFE | 0.820 |
| (BUHFPF) BUD/HFE/PF | 0.845 |
| (BUHFPT) BUD/HFE/PT | 0.877 |
| (BUPF) BUD/PF | 0.927 |
| (BUPT) BUD/PT | 0.963 |
| (HF) HAIL & FIRE EXCLUSION | 0.910 |
| (HFPF) HFE/PF | 0.937 |
| (HFPT) HFE/PT | 0.974 |
| (PF) PREVENTED PLANTING +5% | 1.030 |
| (PT) PREVENTED PLANTING +10% | 1.070 |

(Continued on Next Page)

10/01/1999 COUNTY ACTUARIAL TABLE PAGE 2

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Swift (151)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

SUPPLEMENT RATE DIFFERENTIAL TABLE BY COVERAGE LEVEL

| | CAT | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| RATE DIFF | 0.470 | 0.470 | 0.510 | 0.570 | 0.650 | 0.790 | 1.000 | 1.270 | 1.600 |

TRANSITIONAL YIELD TABLE

| TYPE | PRACTICE | FCI-33 MAP AREA | T-YIELD |
|---|---|---|---|
| 997 NTS | 997 NPS | | 16.9 |

GENERAL STATEMENTS

See the County Special Provisions document and the County FCI-33, CROP INSURANCE ACTUARIAL MAP, for determination of high risk or unrated areas.

The Producer Premium Percentage Table for this county crop program is T1.13.

APPROVED: ACTUARIAL BRANCH 10/01/1999

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 1

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Yellow Medicine (173) PLAN: APH (90)

THE FOLLOWING INFORMATION IS SPECIFIC TO YOUR INSURANCE POLICY.

---

INSURABLE TYPES AND PRACTICES:

TYPE: (997)No Type Specified PRAC: (997)No Practice Specified

---

PROGRAM DATES:

| SALES CLOSING | INITIAL PLANTING | FINAL PLANTING | ACREAGE REPORTING | BILLING DATE |
|---|---|---|---|---|
| TYPE: (997)No Type Specified | | | PRAC: (997)No Practice Specified | |
| 03/15/2000 | 04/11/2000 | 05/31/2000 | 06/30/2000 | 10/01/2000 |

---

GENERAL STATEMENT:

The Producer Premium Percentage Table for this county crop program is T2.11.

Any acreage in this county with a high rate area designation on the FCI-33 CROP INSURANCE ACTUARIAL MAP/FCI-33 CROP INSURANCE ACTUARIAL SUPPLEMENT will have a rate derived from the actuarial table based on the applicable APH yield and adjusted by the factor in the "HIGH RISK MAP AREA ADJUSTMENT FACTOR" table.

Contact your crop insurance agent by the sales closing date to determine eligibility requirements.

We will consider the practice of planting of a "cover crop" improperly performed when destruction of the cover crop is later than May 20 for Fall cover crops and May 30 for Spring cover crops. Production lost as a result of this practice being improperly performed will be recorded as an "appraisal for uninsured cause" on the claim form.

PREMIUM DISCOUNT:
A 10 percent discount in premium will be made when a basic unit is not divided into optional units earning premium.

INSURANCE AVAILABILITY:
The Federal Crop Insurance Corporation (FCIC) makes crop insurance available for all producers, regardless of race, color, national origin, religion, sex, age or handicap.

(Continued on Next Page)

10/04/1999 COUNTY ACTUARIAL TABLE PAGE 2

SPECIAL PROVISIONS OF INSURANCE
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27) CROP: SUGAR BEETS (0039)
CO: Yellow Medicine (173) PLAN: APH (90)

---

You may be eligible for a premium discount based on your insurance experience. Contact your insurance provider for specific information concerning this discount.

The price election available for this county crop program will be released as an Actuarial Table Addendum (Special Provisions) prior to the policy contract change date.

Percentage of sugar for use in adjusting harvested production as provided in the Sugar Beet Policy: 15.00 percent.

APPROVED: ACTUARIAL DIVISION 10/04/1999

10/01/1999 COUNTY ACTUARIAL TABLE PAGE 1

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Yellow Medicine (173)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

TYPE: (997) No Type Specified PRAC: (997) No Practice Specified

| APH YIELD (TON) | RATE CLASS | BASE PREMIUM RATE BY COVERAGE LEVEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
| 9.0 & Below | R01 | 0.111 | 0.119 | 0.132 | 0.152 | 0.186 | 0.234 | 0.297 | 0.374 |
| 9.1 - 11.5 | R02 | 0.092 | 0.099 | 0.110 | 0.126 | 0.154 | 0.193 | 0.245 | 0.309 |
| 11.6 - 14.1 | R03 | 0.067 | 0.070 | 0.079 | 0.090 | 0.111 | 0.139 | 0.177 | 0.222 |
| 14.2 - 16.7 | R04 | 0.052 | 0.056 | 0.063 | 0.070 | 0.087 | 0.108 | 0.137 | 0.173 |
| 16.8 - 19.4 | R05 | 0.041 | 0.046 | 0.050 | 0.058 | 0.070 | 0.088 | 0.112 | 0.141 |
| 19.5 - 22.0 | R06 | 0.038 | 0.040 | 0.046 | 0.051 | 0.063 | 0.078 | 0.099 | 0.125 |
| 22.1 - 24.6 | R07 | 0.035 | 0.037 | 0.040 | 0.047 | 0.057 | 0.072 | 0.091 | 0.115 |
| 24.7 - 27.2 | R08 | 0.032 | 0.035 | 0.038 | 0.042 | 0.053 | 0.066 | 0.084 | 0.106 |
| 27.3 & Above | R09 | 0.030 | 0.033 | 0.037 | 0.041 | 0.050 | 0.064 | 0.081 | 0.102 |

HIGH RISK MAP AREA ADJUSTMENT FACTORS

| RATE CLASS | AAA |
|---|---|
| R01 | 1.770 |
| R02 | 1.930 |
| R03 | 2.300 |
| R04 | 2.680 |
| R05 | 3.020 |
| R06 | 3.300 |
| R07 | 3.500 |
| R08 | 3.800 |
| R09 | 3.860 |

| OPTION/OPTION NAME | COMMON OPTION FACTOR TABLE |
|---|---|
| (BU) BASIC UNIT DISCOUNT | 0.900 |
| (BUHF) BUD/HFE | 0.760 |
| (BUHFPF) BUD/HFE/PF | 0.783 |
| (BUHFPT) BUD/HFE/PT | 0.813 |
| (BUPF) BUD/PF | 0.927 |
| (BUPT) BUD/PT | 0.963 |
| (HF) HAIL & FIRE EXCLUSION | 0.840 |
| (HFPF) HFE/PF | 0.865 |
| (HFPT) HFE/PT | 0.899 |
| (PF) PREVENTED PLANTING +5% | 1.030 |
| (PT) PREVENTED PLANTING +10% | 1.070 |

(Continued on Next Page)

10/01/1999 COUNTY ACTUARIAL TABLE PAGE 1

FCI-35 COVERAGE AND RATES
2000 AND SUCCEEDING CROP YEARS

ST: MINNESOTA (27)
CO: Yellow Medicine (173)

CROP: SUGAR BEETS (0039)
PLAN: APH (90)

SUPPLEMENT RATE DIFFERENTIAL TABLE BY COVERAGE LEVEL

| | CAT | .50 | .55 | .60 | .65 | .70 | .75 | .80 | .85 |
|---|---|---|---|---|---|---|---|---|---|
| RATE DIFF | 0.470 | 0.470 | 0.510 | 0.570 | 0.650 | 0.790 | 1.000 | 1.270 | 1.600 |

TRANSITIONAL YIELD TABLE

| TYPE | PRACTICE | FCI-33 MAP AREA | T-YIELD |
|---|---|---|---|
| 997 NTS | 997 NPS | | 18.1 |

GENERAL STATEMENTS

See the County Special Provisions document and the County FCI-33, CROP INSURANCE ACTUARIAL MAP, for determination of high risk or unrated areas.

The Producer Premium Percentage Table for this county crop program is T2.13.

APPROVED: ACTUARIAL BRANCH 10/01/1999