Exhibit H

DY Exhibit 673
DATE 6-20-03
NICOLE A. HUBER
REGISTERED COURT REPORTER

November 15, 2000

Dear Shareholder:

The current payment schedule (per the annual plan prepared in August) projected an annual gross beet payment amount of $30.08/ton. This projection was based on a sugar content of 16.60% and 20.5 tons/acre. The 11/15/00-payment amount of $10.48 listed below was based on the August plan. Actual yield for the 2000 crop was 17.37% sugar and 21.28 tons/acre (including PIK acres). The higher sugar content increased the actual payment amount for average quality beets to $11.59/ton from the projected amount of $10.48/ton.

The following adjustments are required at the time of the first payment:

1. $.90 non-qualified (non-taxable) unit retain
2. PAC and Piler check-offs (if applicable)
3. Workers' compensation premium (if applicable)
4. Crop Insurance premium (if applicable)
5. Beet seed purchases
6. Stock loan payment (if applicable)

The payment formula is as follows:

Recoverable Sugar* % (338.5874 - (26.2960 /Recoverable Sugar%))
= Price Per Ton

* Recoverable Sugar = Sugar % - Loss to Molasses %

The 2000 crop payments are tentatively scheduled as follows:

| Date | Description | Gross Payment | Unit Retains | Net Payment |
|---|---|---|---|---|
| 11/15/00 | 40% | $10.48 | $ .90 | $9.58 |
| 11/30/00 | 25% | 6.55 | .40 | 6.15 |
| 12/06/00 | Hauling (11 mi. avg.) | 1.50 | .00 | 1.50 |
| 1/08/01 | Preliminary Prepile | 2.15 | .00 | 2.15 |
| 2/01/01 | 20% | 5.24 | .91 | 4.33 |
| 4/16/01 | 5% | 1.31 | .00 | 1.31 |
| 10/15/01 | Final Prepile | .24 | .00 | .24 |
| 10/15/01 | 10% | 2.61 | .20 | 2.41 |
| Shareholder Payment | | $30.08 | $2.41 | $27.67 |

If you have any questions on the above, please feel free to call Ron Bailey or me at the Cooperative office.

Sincerely,

SOUTHERN MINNESOTA SUGAR COOPERATIVE

J.Y. Plathe
Vice President - Administration & CFO

100136

83550 CTY RD 21, P.O. BOX 500, RENVILLE, MN 56284-0500 • 320-329-8305 • FAX 320-329-4172
SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE

01-CV-1629, et al.

PLAINTIFFS' EXHIBIT 186