Exhibit I

DX Exhibit 674
DATE 6-20-03
NICOLE A. HUBER
REGISTERED COURT REPORTER

November 30, 2000

Dear Shareholder:

The current beet payment (per the annual plan prepared in August) projected an annual gross beet payment amount of $30.08/ton. This projection was based on a sugar content of 16.60% and 20.5 tons/acres. The 11/15 payment of $10.48/ton and the 11/30 payment of $6.55/ton listed below were based on the August plan. Actual yield for the 2000 crop was 21.20 tons/acre and 17.38% sugar (including PIK acres). The higher actual yields compared to the August plan increased the actual payment amount for average quality beets to $11.59/ton for the November 15th payment and $7.25 for the enclosed November 30th payment. The total payment paid on the 2000 crop year to date is $18.84/ton.

The following adjustments are required at the time of the second payment:

1. $.40 non-qualified (non-taxable) unit retain
2. Beet seed purchases (if applicable)
3. Workers' compensation premium (if applicable)
4. Crop insurance premium (if applicable)
5. Stock loan payment (if applicable)

The payment formula is as follows:

Recoverable Sugar* % (338.5874 - (26.2960/Recoverable Sugar%))
= Price Per Ton

* Recoverable Sugar = Sugar % - Loss to Molasses %

The 2000 crop payments are tentatively scheduled as follows:

| Date | Description | Gross Payment | Unit Retains | Net Payment |
|---|---|---|---|---|
| 11/15/00 | 40% | $10.48 | $ .90 | $9.58 |
| 11/30/00 | 25% | 6.55 | .40 | 6.15 |
| 12/06/00 | Hauling (11 mi. avg.) | 1.50 | .00 | 1.50 |
| 1/08/01 | Preliminary Prepile 90% | 2.15 | .00 | 2.15 |
| 2/01/01 | 20% | 5.24 | .91 | 4.33 |
| 4/16/01 | 5% | 1.31 | .00 | 1.31 |
| 10/15/01 | Final Prepile 10% | .24 | .00 | .24 |
| 10/15/01 | 10% | 2.61 | .20 | 2.41 |
| Shareholder Payment | | $30.08 | $2.41 | $27.67 |

If you have any questions on the above, please feel free to call Ron Bailey or me at the Cooperative office.

Sincerely,

SOUTHERN MINNESOTA SUGAR COOPERATIVE

J. L. Plathe
Vice President-Administration & CFO

100135

83550 CTY RD 21, P.O. BOX 500, RENVILLE, MN 56284-0500 • 320-329-8305 • FAX 320-329-4172
SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE

01-CV-1629, et al.

SMBSC100135 / 1

PLAINTIFFS' EXHIBIT 187

SMBSC100135