Exhibit J

DX Exhibit 677
DATE 6-20-03
NICOLE A. HUBER
REGISTERED COURT REPORTER

January 1, 2001

Dear Shareholder:

The current beet payment (per the annual plan prepared in August) projected an annual gross beet payment amount of $30.08/ton. This projection was based on a sugar content of 16.60% and 20.5 tons/acre. The projected January 1, 2001 payment of $17.03/ton listed below was based on the August plan. Actual yield for the 2000 crop was 21.20 tons/acre and 17.38% sugar (including PIK acres). The higher actual yields compared to the August plan increased the actual payment amount for average quality beets to $18.84/ton.

The following adjustments are required at the time of the first payment:

1. $1.30 non-qualified (non-taxable) unit retain
2. PAC and Piler check-offs (if applicable)
3. Workers' compensation premium (if applicable)
4. Crop Insurance premium (if applicable)
5. Beet seed purchases
6. Stock loan payment (if applicable)

The payment formula is as follows:

Recoverable Sugar* % (338.5874 - (26.2960 /Recoverable Sugar%))
= Price Per Ton

* Recoverable Sugar = Sugar % - Loss to Molasses %

The 2000 crop payments are tentatively scheduled as follows:

| Date | Description | Gross Payment | Unit Retains | Net Payment |
|---|---|---|---|---|
| 12/06/00 | Hauling (11 mi. avg.) | 1.50 | .00 | 1.50 |
| 1/01/01 | 65% | 17.03 | 1.30 | 15.73 |
| 1/08/01 | Preliminary Prepile | 2.15 | .00 | 2.15 |
| 2/01/01 | 20% | 5.24 | .91 | 4.33 |
| 4/16/01 | 5% | 1.31 | .00 | 1.31 |
| 10/15/01 | Final Prepile | .24 | .00 | .24 |
| 10/15/01 | 10% | 2.61 | .20 | 2.41 |
| Shareholder Payment | | $30.08 | $2.41 | $27.67 |

If you have any questions on the above, please feel free to call Linda Foss or me at the Cooperative office.

Sincerely,

SOUTHERN MINNESOTA SUGAR COOPERATIVE

J.L. Plathe
Vice President - Administration & CFO

100133

83550 CTY RD 21, P.O. BOX 500, RENVILLE, MN 56284-0500 • 320-329-8305 • FAX 320-329-4172
SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE

01-CV-1629, et al.

PLAINTIFFS' EXHIBIT 190