Exhibit K

# MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS of the SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE

**Cooperative Office - Renville, MN**
**Monday, January 22, 2001**

**PRESENT:**
Neil Rudeen
Adrian Gordon
Mark Kleven
Harlan Ruiter
Duane Hultgren
Michael Petersen
Donn Cunningham
James Elfering
Steve Enestvedt
Bill Jungers
Larry Kittelson
Keith Knudson
Tim Macik
Rick Mersbergen
Thomas Payne
Dean Preuss
Robert Sachariason
Robert Schwitters
Gary TerWisscha

**ALSO PRESENT:**
Al Ritacco
Mark Suhr
Jimmy Widner
J.L. Plathe
Patricia Rauenhorst

Chairman Neil Rudeen called an Executive Session to order at 1 p.m. The Regular Board Meeting was called to order at 2:30 p.m.

The agenda was approved with four additions. Mark Kleven moved for approval. Larry Kittelson seconded; the motion carried.

Mark Kleven reviewed and moved for approval of the Minutes from the December 19, 2000 meeting as corrected. Robert Schwitters seconded; the motion carried.

Mark Kleven reviewed and moved for approval of the Minutes from the Special Board Meeting held January 8, 2001. Adrian Gordon seconded; the motion carried.

Jimmy Widner gave the Agricultural Report. A review of sugarbeet piles indicates approximately 255,000 tons of good quality beets remain at Renville, CCW and Murdock and about 196,000 tons of fair to poor quality beets remain at Bird Island, Redwood Falls, Hector, Maynard and Renville Piles 3, 4 and 7. Piles 5 and 6 at Renville will be blended with CCW and Murdock followed by the best quality remaining beets. Shareholders are assisting with the discard of beets.

Mark Suhr gave the Operations Report. Slice is up around 8500 ton/day with the new evaporators on line. Mark provided graphs on factory operations.

Jeff Plathe gave the Administration Report. Jeff distributed a recap of the re-estimated Shareholder payment. Al Ritacco proposed the formation of a committee consisting of the Board and Management to analyze options of disaster coverage for the 2000 crop. Robert Schwitters **MOVED** to accept the Shareholder payment of $19.68/ton as presented. Harlan Ruiter seconded; the motion carried. Jeff distributed an estimate of the 2001 crop payment. Discussion followed regarding planting intentions for the 2001 crop year. Harlan Ruiter **MOVED** to set the planting intentions for the 2001 crop year at 90% to 100% of stock acres. Adrian Gordon **MOVED** to amend the motion to set the planting intentions for the 2001

DX Exhibit 696
DATE 6-20-03
NICOLE A. HUBER
REGISTERED COURT REPORTER

01-CV-1629, et al.

CONFIDENTIAL
256510

PLAINTIFFS'
EXHIBIT
209

**January Board Meeting**
**January 22, 2001**

crop at 92% to 94% of stock acres. Robert Schwitters seconded; the amendment failed. The main motion to set the 2001 crop planting intentions at 90% to 100% of stock acres carried.

Al Ritacco gave the President's Report. **REDACTED**

ı. Al reported on a meeting with Co-Bank and a NCFC Council meeting. United Sugars reported that 7 M CWT of total sugar remains to be sold. Sugar price year-to-date is at $20.46/CWT. Midwest Agri reports pulp prices are about even and molasses sales are currently higher.

Duane Hultgren gave the Administrative Committee report and **MOVED** for the adoption of the following preambles and resolutions to approve the stock transfers recommended for approval by the Committee.

> **WHEREAS,** Each of the Shareholders listed below ("Seller") has notified the Cooperative of such Seller's desire to transfer the shares of the Cooperative's common stock listed after the Seller's name to the Buyer or Buyers listed after the Seller's name ("Buyer"):

| Seller | Buyer | Shares |
|---|---|---|
| Robert Dirksen | Diane Pieper | 67 |
| McNamara Farms Inc | Kvam Farms Inc | 169 |

> **WHEREAS,** Section 3 of Article VI of the Cooperative's Bylaws provides that all such transfers must be approved by the Cooperative's Board of Directors; and
>
> **WHEREAS,** Each Buyer has entered into a Shareholder Growing Agreement with the Cooperative covering the shares of the Cooperative's stock being purchased by such Buyer, as required by Section 3, Article VI of the Cooperative's Bylaws; and
>
> **WHEREAS,** all indebtedness of each Seller to the Cooperative has been paid in full.
>
> **NOW, THEREFORE, BE IT RESOLVED,** That the transfers of the shares of the Cooperative's common stock described above are hereby approved, and the appropriate officers of the Cooperative are hereby authorized and directed to take such actions as are necessary and appropriate to effectuate such transfers.

Harlan Ruiter seconded; the motion carried. Duane Hultgren reported on discussions regarding deferral of the principal payment to Farm Credit Services for stock purchases for Shareholders with existing loans. Duane reported on his presentation for the Shareholder meetings regarding non-planted shares and the goal of protecting those Shareholders who plant their acreage.

CONFIDENTIAL
256511

**January Board Meeting**
**January 22, 2001**

Thomas Payne gave the Governance Committee Report. Tom reported that the upcoming agenda items for the Committee include: District Boundary Identification, Scholarship Program, Board Policy Manual Review and Update, Annual Agenda & Meetings, Board Compensation, Non-Shareholder Directors, Board Training and Goal Setting, Shareholder Education, and Pocket Handbook Update.

Adrian Gordon gave the Legislative Committee Report.

Robert Schwitters gave the Shareholder Resources Committee Report. Robert Schwitters **MOVED** to approve the early harvest premium for the 2001 crop based on the criteria for the 2000 crop: "Calculated by using the average of the actual recoverable sugar content difference of early harvested vs full harvested beets and further allowing for a 3-ton acre average yield increase over 45 days." Robert Sachariason seconded; the motion carried. Robert Schwitters reported on the shareholder freight allowance policy for the 2001 crop and **MOVED** that the Shareholder Freight Policy for 2001 uses the same criteria as the 2000 crop:

1. Apply results of new turn time study to freight allowance formula.
2. Change hourly rate to $55 based on March 1, 2000 interest, labor and fuel. This is subject to change to reflect actual fuel costs as previously calculated on fall fuel prices.
3. Compensation based on cooperative-wide payloads – end dump versus side dump.

Bill Jungers seconded; the motion carried.

Under Old Business, Adrian Gordon reported on discussions regarding ASGA representations. Mark Kleven **MOVED** to change the ASGA representation to 3 members. Duane Hultgren seconded; the motion carried. Mike Petersen **MOVED** that for the purposes of choosing a non-Board member representative to ASGA, we adopt the following procedure: The Board of Directors shall cast paper ballots for those nominated until one person receives a majority of the votes cast. Keith Knutson seconded; the motion carried. Rick Mersbergen and James Elfering were appointed as tellers. Three nominees included Sheldon Melberg, Larry Johnson and Steve Kramer. Sheldon Melberg was elected as the third ASGA representative.

Mark Kleven reported on a proposal regarding the $200 deposit. Mark **MOVED** to accept the following resolution:

> **WHEREAS** the Board of Directors recognizes that financial pressure on Shareholders is considerable in these times of low sugar prices.
>
> **THEREFORE**, Be it resolved that any shares subscribed for the 2001 growing season, the Subscriber may opt to use the following program instead of forfeiting the $200 deposit.
>
> - Leave the $200 deposit in the Cooperative
> - Cooperative would pay 8% interest
> - Extend funding/activation date for up to five (5) years



CONFIDENTIAL
256512

**January Board Meeting**
**January 22, 2001**

Dean Preuss seconded. Board members who were involved in the purchase of these shares were asked to leave the room or abstain from discussion. James Elfering, Steve Enestvedt, Thomas Payne, Michael Petersen and Robert Schwitters left the room; Duane Hultgren remained in the room, but did not participate in discussion or vote on the motion. The motion carried. Rick Mersbergen and Gary TerWisscha opposed the motion.

Under New Business, Adrian Gordon reported on the Corn Grower meeting regarding sugar going into ethanol. Adrian also reported on a get-acquainted meeting held with FSA last Friday.

Also under New Business, Al reported on the Agenda for the upcoming Shareholder meetings. Jeff Plathe reported on research conducted on insurance coverage for sugarbeets in the piles.

Neil Rudeen gave the following announcements:

| | |
|---|---|
| Jan 24 – 26 | District Shareholder Meetings |
| Jan 30 & Feb 6 | Employee Meetings |
| Feb 20 | SMBSC Board of Directors' Meeting; SMBSC Cooperative Office, 9 a.m. |
| March 14 – 16 | Quentin Burdick Training – Finance – Arrowwood, Alexandria, MN |

Thomas Payne made a motion to adjourn. Robert Schwitters seconded; the motion carried. The meeting adjourned at 7:35 p.m.

Respectfully submitted,

Patricia Rauenhorst

Patricia Rauenhorst, Recording Secretary



CONFIDENTIAL
256513