Exhibit L

DX
Exhibit 658
Date: 6/18/03
David A. Campeau
Stirewalt & Associates

July 5, 2001

Re: Repayment of 2000 Crop Year Overpayment

Dear SMBSC Shareholder:

For the 2000 crop year, the Cooperative made an initial grower payment estimate of $30.08/ton in August 2000. The November, December and January payments to the member/growers were based on this estimate. In January, the Cooperative reduced the payment estimate to $19.68/ton, reflecting an expectation of 250,000 tons of discards. In February, the Cooperative increased the discards to 450,000 tons, which drove the payment to $13.13/ton.

The payment for beets delivered prior to October 7 has been calculated at $34/ton for average quality beets, an increase over the $30 level due to better than projected sugar content. The payment for beets delivered on October 7 and thereafter has been calculated at $3.03/ton, reflecting the discards, poor recoveries and other related crop freeze reductions. The hauling allowance was not impacted by the freeze event. The prepile payment and the PIK payment were calculated on the $34/ton basis reflecting the pre-freeze scenario. Please note that the average for the Cooperative is $13.13/ton, but based on when the beets were delivered, the payments could vary significantly. When the "Attachment A" was prepared for your use in submitting a crop insurance claim, it was prepared on this basis. There is, however, continuing downward pressure on the payment caused by degradation of juice in storage, which will likely cause the final beet payment to be less than $13.13/ton.

Based on these calculations, we have prepared a preliminary statement of account, which shows the payment earned on the basis described above compared to the payments made. The difference is the amount due to/(from) the Cooperative for the year 2000 crop. If the "Over-advance received" is a positive number, the amount is due to the Cooperative; if negative, the amount is due from the Cooperative. With payments made to member/growers amounting to $55.2 million and payments earned (based on the February estimate) amounting to $33.8 million, the overpayment made by the Cooperative to the grower/members is currently estimated at $21.4 million or $8.31/ton on average. Most statements will show an amount currently estimated due to the Cooperative from grower/members. These are preliminary numbers and will not be finalized until the audit is completed in mid-October 2001. The final statement of the account will be prepared after the audit and handled at the November 15 payment.

Because of reduced borrowing capacity resulting from decreases in product inventories and receivables, the Cooperative is currently experiencing significant

100128

cash flow difficulties which are affecting its ability to meet its ongoing financial obligations to critical suppliers. Your assistance is needed to address this cash flow problem so that operations will not be adversely affected. While we had previously expected to recover the year 2000 overpayments from either crop insurance settlements or from crop year 2001 payments, neither of those sources of working capital will be available soon enough to assist us with this current cash need. To incentivize member/growers to make cash advances to the Cooperative at this time, the Cooperative's Board of Directors has authorized a discount on your overpayment obligation, based on an interest rate of 15% for the time value of money from the payment date to November 15, 2001.

The urgency of this request should not be underestimated. Please refund all or a portion of the estimated overpayment by July 12, 2001 to assist your Cooperative in preparing for the processing of the 2001 crop. Your participation in this repayment program is of critical importance to the Cooperative.

Sincerely,

Southern Minnesota Sugar Beet Cooperative

| | |
|---|---|
| John Richmond<br>President and CEO | Neil Rudeen<br>Chairman of the Board |

Enclosure(s)

100129