Exhibit M

# Analysis of Notice Findings

| Stipulation or Finding | Name of Insured | Insurance Company |
|---|---|---|
| 172 | ABBAS KENNETH | IGF INSURANCE COMPANY |
| 3 | ABBAS SCOTT | AMERICAN GROWERS INSURANCE CO. |
| 173 | AGRE JEFFERY P | RAIN AND HAIL L.L.C.. |
| 2 | AHLBRECHT JEFF | IGF INSURANCE COMPANY |
| 1 | AHRENHOLZ JAMES | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA |
| | AHRENHOLZ TODD | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA |
| 1 | AMMERMANN ROLAN W. | AMERICAN GROWERS INSURANCE CO. |
| 1 | ANDERSON DARRELL L. | NORTH CENTRAL CROP INSURANCE, INC. |
| | ANDERSON MICHAEL L. | NORTH CENTRAL CROP INSURANCE, INC. |
| 1 | ANDRESEN STEVEN R. | AMERICAN GROWERS INSURANCE CO. |
| 1 | ARNOLD DANIEL | AMERICAN GROWERS INSURANCE CO. |
| 1 | ARNOLD MARK | AMERICAN GROWERS INSURANCE CO. |
| 1 | ARNOLD THOMAS | AMERICAN GROWERS INSURANCE CO. |
| 3 | ASBURY FARMS INC | RAIN AND HAIL L.L.C.. |
| 1 | BAKKER FARMS | AMERICAN GROWERS INSURANCE CO. |
| 175 | BAKKER JOEL | AMERICAN GROWERS INSURANCE CO. |
| 1 | BEMMELS FARM INC | NORTH CENTRAL CROP INSURANCE, INC. |
| 1 | BERGER BRAD | RAIN AND HAIL L.L.C.. |
| 1 | BLACK BROS FARMS | NORTH CENTRAL CROP INSURANCE, INC. |
| 2 | BLAD G | IGF INSURANCE COMPANY |
| 2 | BLAD NATHAN | IGF INSURANCE COMPANY |
| | BLARCO | IGF INSURANCE COMPANY |
| 3 | BOHLSEN DARWIN | AMERICAN GROWERS INSURANCE CO. |
| 1 | BOSCH FARMS PARTNERSHIP | IGF INSURANCE COMPANY |
| 1 | BRATSCH JEFFREY | AMERICAN GROWERS INSURANCE CO. |
| | BRATSCH RUSSELL | AMERICAN GROWERS INSURANCE CO. |
| 1 | BREITKREUTZ FARMS INC | NAU COUNTRY INSURANCE CO. |
| | BRIAN JOHNSON | AMERICAN GROWERS INSURANCE CO. |
| 2 | BRODERIOUS CORP | IGF INSURANCE COMPANY |
| 170 | BRODERIUS JEFF | AMERICAN GROWERS INSURANCE CO. |
| 176 | BROUWER DAVID | IGF INSURANCE COMPANY |
| 4, 152 | BROUWER HERMAN | IGF INSURANCE COMPANY |
| 177 | BROUWER JEFF | NORTH CENTRAL CROP INSURANCE, INC. |
| | BUBOLTZ RICKY | IGF INSURANCE COMPANY |
| 1 | BUSCHETTE FARMS INC | RAIN AND HAIL L.L.C.. |
| 4, 153 | BUSIAHN GERRY | RAIN AND HAIL L.L.C.. |
| 4, 154 | BUSIAHN ROGER | RAIN AND HAIL L.L.C.. |
| 1 | C AND P FARMS INC | AMERICAN GROWERS INSURANCE CO. |
| | C J W FARMS | AMERICAN GROWERS INSURANCE CO. |
| | CHAN MARK | AMERICAN GROWERS INSURANCE CO. |
| 178 | COLE TODD W. | NORTH CENTRAL CROP INSURANCE, INC. |
| 1 | DAHLAGER SAMUEL | AMERICAN GROWERS INSURANCE CO. |
| 1 | DAMBROTEN DEAN | RAIN AND HAIL L.L.C.. |
| 1 | DAMBROTEN JAMES | RAIN AND HAIL L.L.C.. |
| 2 | DASCHER STEVEN | IGF INSURANCE COMPANY |
| | DEAN AHLBRECHT FARMS INC | IGF INSURANCE COMPANY |
| | DOLEZAL MILOYD | IGF INSURANCE COMPANY |
| 185 | DON HARTUNG FARM INC | IGF INSURANCE COMPANY |
| | DOUGLAS RANDY HULTGREN PTSHP | IGF INSURANCE COMPANY |
| 1 | DOVENMUEHLE ALLAN | AMERICAN GROWERS INSURANCE CO. |

| | | |
|---|---|---|
| 1 | DOVENMUEHLE GLEN | AMERICAN GROWERS INSURANCE CO. |
| 1 | DOVENMUEHLE NEIL | AMERICAN GROWERS INSURANCE CO. |
| 180 | DUNCAN BRETT | IGF INSURANCE COMPANY |
| 1 | DYKEMA TODD | AMERICAN GROWERS INSURANCE CO. |
| 2 | E K FARMS INC | IGF INSURANCE COMPANY |
| 181/182 | ENESTVEDT ALAN | IGF INSURANCE COMPANY |
| 181 | ENESTVEDT DEAN | IGF INSURANCE COMPANY |
| 182 | ENESTVEDT STEVE | IGF INSURANCE COMPANY |
| 1 | ERICKSON DOUGLAS | NORTH CENTRAL CROP INSURANCE, INC. |
| 2 | ERICKSON TODD | IGF INSURANCE COMPANY |
| | FAGEN LARRY | NAU COUNTRY INSURANCE CO. |
| | FAGEN RICHARD A. | NAU COUNTRY INSURANCE CO. |
| 192 | FAHEY EDWARD J. | NORTH CENTRAL CROP INSURANCE, INC. |
| 2 | FISCHER CLIFFORD | IGF INSURANCE COMPANY |
| 2 | FRANK STEVE | IGF INSURANCE COMPANY |
| | FREESE STEVE | IGF INSURANCE COMPANY |
| 3 | FREIBORG RANDY | AMERICAN GROWERS INSURANCE CO. |
| 3 | GASS DAVID | RAIN AND HAIL L.L.C.. |
| 1 | GASS LARRY | RAIN AND HAIL L.L.C.. |
| 1 | GASS LON W | RAIN AND HAIL L.L.C.. |
| | GORDON FARMS II | IGF INSURANCE COMPANY |
| 1 | GROOTHUIS TROY | IGF INSURANCE COMPANY |
| | GRUSSING MARK | IGF INSURANCE COMPANY |
| 1 | GUNTER LAVERNE | AMERICAN GROWERS INSURANCE CO. |
| 1 | HAGEN DONALD | NAU COUNTRY INSURANCE CO. |
| 1 | HAGEN FARMS, INC. | AMERICAN GROWERS INSURANCE CO. |
| 1 | HANSON BROTHERS | RAIN AND HAIL L.L.C.. |
| 1 | HARMS CALVIN | AMERICAN GROWERS INSURANCE CO. |
| | HAWK CREEK FARMS,INC | NORTH CENTRAL CROP INSURANCE, INC. |
| 186 | HELLER ROGER | RAIN AND HAIL L.L.C.. |
| 4, 157 | HERICKHOFF BERNIE | AMERICAN GROWERS INSURANCE CO. |
| 4 | HERICKHOFF FARMS | IGF INSURANCE COMPANY |
| 1 | HILBRANDS STEVE | IGF INSURANCE COMPANY |
| 187 | HINRICHS DAVID | IGF INSURANCE COMPANY |
| 187 | HINRICHS JAMES | IGF INSURANCE COMPANY |
| 4, 159 | HOEKSTRA WADE | IGF INSURANCE COMPANY |
| | HOLIEN MICHAEL D. | GREAT AMERICAN INSURANCE COMPANY |
| 170 | HULTGREN DUANE | NORTH CENTRAL CROP INSURANCE, INC. |
| | HULTGREN NATHANIEL | NORTH CENTRAL CROP INSURANCE, INC. |
| 2 | JACOBS DANIEL | IGF INSURANCE COMPANY |
| 2 | JACOBS MICHAEL | IGF INSURANCE COMPANY |
| 170 | JACOBS RICHARD | IGF INSURANCE COMPANY |
| | JACOBS THOMAS | IGF INSURANCE COMPANY |
| 2 | JANSEN BRAD | IGF INSURANCE COMPANY |
| 190 | JOHNSON DERON M. | AMERICAN GROWERS INSURANCE CO. |
| | JOHNSON FARMS | AMERICAN GROWERS INSURANCE CO. |
| 1 | JOHNSON JAY (GAIC) | GREAT AMERICAN INSURANCE COMPANY |
| | JOHNSON SHANNON L. | FARM BUREAU MUTUAL INSURANCE CO. OF IOWA |
| | JSF INC | AMERICAN GROWERS INSURANCE CO. |
| 1 | KAPPING KIM A. | AMERICAN GROWERS INSURANCE CO. |
| | KARL DAVID DANIEL | IGF INSURANCE COMPANY |
| | KIECKER GREGRY | AMERICAN GROWERS INSURANCE CO. |
| 192 | KIECKER ROBERT | NORTH CENTRAL CROP INSURANCE, INC. |

| | | |
|---|---|---|
| 192 | KIECKER SCOTT | NORTH CENTRAL CROP INSURANCE, INC. |
| 192 | KIECKER STEPHEN | NORTH CENTRAL CROP INSURANCE, INC. |
| 192 | KIECKER WARREN | NORTH CENTRAL CROP INSURANCE, INC. |
| | KITTELSON GRAIN & BEETS | NORTH CENTRAL CROP INSURANCE, INC. |
| | KITTELSON KENNETH | NORTH CENTRAL CROP INSURANCE, INC. |
| 3 | KITTELSON WADE | NORTH CENTRAL CROP INSURANCE, INC. |
| 2 | KJS FARMS | IGF INSURANCE COMPANY |
| 193 | KLEVEN FARMS INC | BLAKELY CROP HAIL, INC. |
| 193 | KLEVEN HOG FARM INC | BLAKELY CROP HAIL, INC. |
| | KNUDSON BROS PARTNERSHIP | BLAKELY CROP HAIL, INC. |
| | KNUDSON GUNVAL | BLAKELY CROP HAIL, INC. |
| 1 | KOEHL GUY | IGF INSURANCE COMPANY |
| 3 | KOENEN RONALD | NORTH CENTRAL CROP INSURANCE, INC. |
| 196 | KOHLER SCOTT | NORTH CENTRAL CROP INSURANCE, INC. |
| 1 | KRANZ JAMES | GREAT AMERICAN INSURANCE COMPANY |
| 1 | KRF INC | AMERICAN GROWERS INSURANCE CO. |
| 198 | KUBESH BRAD | AMERICAN GROWERS INSURANCE CO. |
| 199 | KUBESH FARMS INC | AMERICAN GROWERS INSURANCE CO. |
| 1 | LALIM IVER | IGF INSURANCE COMPANY |
| 2 | LERUD ROGER | IGF INSURANCE COMPANY |
| 1 | LIEN DONALD E. | GREAT AMERICAN INSURANCE COMPANY |
| 1 | LINDQUIST JON E | AMERICAN GROWERS INSURANCE CO. |
| 3 | LIPPERT PAUL | AMERICAN GROWERS INSURANCE CO. |
| 200 | LONG CASEY | RAIN AND HAIL L.L.C.. |
| 200 | LONG CHRIS | RAIN AND HAIL L.L.C.. |
| 200 | LONG JAMES | RAIN AND HAIL L.L.C.. |
| 2 | LUDOWESE DAVID | IGF INSURANCE COMPANY |
| 2 | LUDOWESE NICHOLAS | IGF INSURANCE COMPANY |
| 4 | LUND JASON J. | AMERICAN GROWERS INSURANCE CO. |
| 1 | LUND JOHN T. | AMERICAN GROWERS INSURANCE CO. |
| 1 | LUND PAUL | AMERICAN GROWERS INSURANCE CO. |
| 2 | LUNDBERG FARMS INC | IGF INSURANCE COMPANY |
| 2 | M OLSON FARMS INC | IGF INSURANCE COMPANY |
| 2 | MACIK MARLO | IGF INSURANCE COMPANY |
| 1 | MACIK TIM E. | AMERICAN GROWERS INSURANCE CO. |
| 4, 163 | MCNAMARA FARMS INC | RAIN AND HAIL L.L.C.. |
| 1 | MCNAMARA LARRY | RAIN AND HAIL L.L.C.. |
| 1 | MCNAMARA PATRICK J | RAIN AND HAIL L.L.C.. |
| 1 | MEIXEL CHARLES | IGF INSURANCE COMPANY |
| 1 | MEIXEL CHUCK | IGF INSURANCE COMPANY |
| 2 | MELBERG DAVID | IGF INSURANCE COMPANY |
| 2 | MELBERG MATTHEW | IGF INSURANCE COMPANY |
| 2 | MELBERG MICHAEL | IGF INSURANCE COMPANY |
| | MELBERG SHELDON | IGF INSURANCE COMPANY |
| | MERSBERGEN RICK | AMERICAN GROWERS INSURANCE CO. |
| 2 | MICHAEL ROBERT SCHJENKEN | IGF INSURANCE COMPANY |
| 1 | MONTGOMERY SAM | GREAT AMERICAN INSURANCE COMPANY |
| 3 | MORLEY THOMAS | NORTH CENTRAL CROP INSURANCE, INC. |
| | NYQUIST JAMES | NAU COUNTRY INSURANCE CO. |
| 2 | O'NEILL FARMS OF OLIVIA INC | IGF INSURANCE COMPANY |
| 1 | PABROMA INC | RAIN AND HAIL L.L.C.. |
| | PALKE THOMAS | NORTH CENTRAL CROP INSURANCE, INC. |
| 1 | PANITZKE ALAN | NORTH CENTRAL CROP INSURANCE, INC. |

| | | |
|---|---|---|
| 1 | PANITZKE STEVE | NORTH CENTRAL CROP INSURANCE, INC. |
| | PANSCH DENNIS | RAIN AND HAIL L.L.C.. |
| 1 | PANSCH WILLIAM | RAIN AND HAIL L.L.C.. |
| 1 | PAPE AARON | GREAT AMERICAN INSURANCE COMPANY |
| | PETERSEN FARMS INC | IGF INSURANCE COMPANY |
| 203 | PETERSEN KYLE | IGF INSURANCE COMPANY |
| 1 | POIER KEITH | IGF INSURANCE COMPANY |
| 1 | PRAIRIE VIEW FARMS INC | RAIN AND HAIL L.L.C.. |
| 1 | PREKKER ROBERT | IGF INSURANCE COMPANY |
| 4 | PREUSS DENNIS A | RAIN AND HAIL L.L.C.. |
| | PREUSS DENNIS D | RAIN AND HAIL L.L.C.. |
| 1 | R M FARMS | IGF INSURANCE COMPANY |
| 180 | R DUNCAN FARMS INC | IGF INSURANCE COMPANY |
| | RA ZIMMER FARMS INC | IGF INSURANCE COMPANY |
| | RICK BRODERIUS INC | AMERICAN GROWERS INSURANCE CO. |
| | RODEBERG FARMS INC | RAIN AND HAIL L.L.C.. |
| 4, 166 | SACHARIASON EDWARD | BLAKELY CROP HAIL, INC. |
| | SACHARIASON FARMS | BLAKELY CROP HAIL, INC. |
| 4, 167 | SACHARIASON JASON | BLAKELY CROP HAIL, INC. |
| 4,168 | SACHARIASON SCOTT | BLAKELY CROP HAIL, INC. |
| 1 | SCHALLER GARY R. | NAU COUNTRY INSURANCE CO. |
| 1 | SCHEURER GERALD | NORTH CENTRAL CROP INSURANCE, INC. |
| 2 | SCHLEUSNER FARMS | IGF INSURANCE COMPANY |
| 186 | SCHROEDER BLAKE | RAIN AND HAIL L.L.C.. |
| 209 | SCHWERIN DAVE | RAIN AND HAIL L.L.C.. |
| 1 | SCHWINDT RICK | AMERICAN GROWERS INSURANCE CO. |
| 1 | SCHWITTERS CHRIS | GREAT AMERICAN INSURANCE COMPANY |
| 170 | SCHWITTERS DELWIN | IGF INSURANCE COMPANY |
| 1 | SCHWITTERS GREG | GREAT AMERICAN INSURANCE COMPANY |
| | SCHWITTERS JERRY | IGF INSURANCE COMPANY |
| 3 | SCHWITTERS LANE | GREAT AMERICAN INSURANCE COMPANY |
| | SCHWITTERS LOWELL | GREAT AMERICAN INSURANCE COMPANY |
| | SCHWITTERS ROBERT | GREAT AMERICAN INSURANCE COMPANY |
| 3 | SEDERSTROM STEVE | BLAKELY CROP HAIL, INC. |
| | SJORGEN DENNIS | AMERICAN GROWERS INSURANCE CO. |
| | SPRINGER DAVID | BLAKELY CROP HAIL, INC. |
| 1 | STEVENS MARC | IGF INSURANCE COMPANY |
| 1 | SUTER RONALD | AMERICAN GROWERS INSURANCE CO. |
| 1 | SWIGART DEAN | NORTH CENTRAL CROP INSURANCE, INC. |
| 1 | TAATJES FARMS INC | NORTH CENTRAL CROP INSURANCE, INC. |
| 3 | TELFORD DAVID | BLAKELY CROP HAIL, INC. |
| 1 | TERSTEEG ALAN | GREAT AMERICAN INSURANCE COMPANY |
| 1 | TOREN CHRISTOPHE | RAIN AND HAIL L.L.C.. |
| 1 | TOREN SCHMOLL DAWN | RAIN AND HAIL L.L.C.. |
| 1 | TRIPLE K FARMS LLP | IGF INSURANCE COMPANY |
| 2 | VICK DARRELL | IGF INSURANCE COMPANY |
| | VICK DOUGLAS | IGF INSURANCE COMPANY |
| 1 | VOELZ (R&W) BROTHERS | NAU COUNTRY INSURANCE CO. |
| 1 | W B FARMS INC | AMERICAN GROWERS INSURANCE CO. |
| 1 | WARNER ARTHUR | NORTH CENTRAL CROP INSURANCE, INC. |
| 1 | WERTISH GARY | IGF INSURANCE COMPANY |
| | WHITEHORSE FARMS | AMERICAN GROWERS INSURANCE CO. |
| | WILLEY FARMS INC | RAIN AND HAIL L.L.C.. |

| | | |
|---|---|---|
| 1 | WUBBEN GARY | IGF INSURANCE COMPANY |
| | WUBBEN WILLIS | AMERICAN GROWERS INSURANCE CO. |
| 1 | YOUNGKRANTZ ALLEN | AMERICAN GROWERS INSURANCE CO. |
| | YOUNGKRANTZ DEAN | AMERICAN GROWERS INSURANCE CO. |
| 1 | YOUNGKRANTZ GARY | AMERICAN GROWERS INSURANCE CO. |
| | YOUNGKRANTZ GLENN | AMERICAN GROWERS INSURANCE CO. |
| | ZASKE DAVE | AMERICAN GROWERS INSURANCE CO. |
| | ZASKE WAYLAND | AMERICAN GROWERS INSURANCE CO. |