**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
**MOTION DOCUMENTS AND PROPOSED ORDER**
01-CV-1629; 01-CV-1630; 01-CV-1632; 01-CV-1633;
01-CV-1634; 01-CV-1635; 01-CV-1636; 02-CV-0985

I hereby certify that on the 7th day of **October, 2004**, I caused the following documents:

1. Motion for Summary Judgment on Count I of Plaintiffs' Complaints;
2. Notice of Motion for Summary Judgment on Count I of Plaintiffs' Complaints;
3. Memorandum of Law in Support of Defendants' Motion for Summary Judgment on Count I on Plaintiffs' Complaints; and
4. Affidavit of Thomas H. Boyd

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| George G. Eck | Eck.george@dorsey.com | Counsel for Plaintiffs |
| Daniel J. Brown | Brown.Daniel@dorsey.com | Counsel for Plaintiffs |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

I further certify that I caused the proposed Order to be filed with the court via e-mail to the following Judge who is hearing the motion and the following counsel of record:

Chief Judge James M. Rosenbaum rosenbaum_chambers@mnd.uscourts.gov

| | | |
|---|---|---|
| George G. Eck | Eck.george@dorsey.com | Counsel for Plaintiffs |
| Daniel J. Brown | Brown.Daniel@dorsey.com | Counsel for Plaintiffs |

Dated: October 7, 2004

By: s/Thomas H. Boyd
Thomas H. Boyd, #0200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
tboyd@winthrop.com
mspohn@winthrop.com

2150144v1