UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Agre, et al.<br><br>Plaintiffs,<br>vs.<br><br>Rain & Hail LLC, et al.,<br><br>Defendants. | No.: 01-CV-1629 (JMR/FLN)<br><br>Docket No.: 96<br><br>**ORDER** |

Based upon Plaintiffs' and Defendants' Stipulation of Dismissal With Prejudice that has been signed by the parties' respective counsel,

IT IS HEREBY ORDERED:

1. Plaintiffs' Complaint in the above-captioned matter is dismissed with prejudice and each party is to bear his/her/its own costs, including attorneys' fees; and

2. This dismissal does not constitute a dismissal of, and it will have no effect upon, Defendants' remaining claims against any other party, including but not limited to their claims for indemnification against the Federal Crop Insurance Corporation asserted herein in their Third-Party Complaint, which claims Defendants have expressly retained and reserved.

Dated: January 3, 2005

s/James M. Rosenbaum
Judge of the District Court

2168495v1