UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | ) | No.: 01-CV-1629<br><br>**RURAL COMMUNITY INSURANCE SERVICES' MOTION TO INTERVENE**<br><br>**ORAL ARGUMENT REQUESTED** |

Intervenor Rural Community Insurance Services hereby moves the Court to grant its Motion to Intervene pursuant to Rule 24(b) of the Federal Rules of Civil Procedure to assert claims for indemnification and other relief against the Federal Crop Insurance Corporation in the above-captioned consolidated litigation.

Dated: April 26, 2005

By: s/Thomas H. Boyd

Thomas H. Boyd, #200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402-4629
612-604-6400/telephone
612-604-6800/facsimile
tboyd@winthrop.com
mspohn@winthrop.com

and

P. John Owen, Esq.
NATIONAL CROP INSURANCE
SERVICE, INC.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210-1567
913-685-5425/telephone
913-685-3080/facsimile
johno@ag-risk.org

Attorneys for Rural Community Insurance Services

2284795v1