UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | ) | No.: 01-CV-1629<br><br>**RURAL COMMUNITY INSURANCE SERVICES' NOTICE OF MOTION TO INTERVENE**<br><br>**ORAL ARGUMENT REQUESTED** |

TO: Federal Crop Insurance Corporation, U.S. Department Of Agriculture, Room 6092, 1400 Independence Avenue Sw, Washington, D.C. 20250-0801, and its attorneys, Paul R. Corts, Assistant Attorney General for Administration, Justice Management Division, Department Of Justice, Room 1111, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001, and U.S. Attorney Thomas B. Heffelfinger and Assistant U.S. Attorney, Fredrich A.P. Siekert, Esq., 300 South Fourth Street, Room 600, Minneapolis, Minnesota 55415.

PLEASE TAKE NOTICE that on May 23, 2005, at 10:00 a.m. before the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota, 9W United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Intervenor Rural Community Insurance Services, by and through its counsel, will move this Court to grant its Motion to Intervene pursuant to Rule 24(b) of the Federal Rules of Civil Procedure to assert claims for indemnification and other relief against the Federal Crop Insurance Corporation in the above-captioned consolidated litigation.

Dated: April 26, 2005

By: s/Thomas H. Boyd

Thomas H. Boyd, #200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402-4629
612-604-6400/telephone
612-604-6800/facsimile
tboyd@winthrop.com
mspohn@winthrop.com

and

P. John Owen, Esq.
NATIONAL CROP INSURANCE
SERVICE, INC.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210-1567
913-685-5425/telephone
913-685-3080/facsimile
johno@ag-risk.org

Attorneys for Rural Community Insurance Services

2284890v1