UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | No.: 01-CV-1629<br><br>**AFFIDAVIT OF THOMAS H. BOYD** |

I, Thomas H. Boyd, having been duly sworn and upon oath, hereby state as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402, and in that capacity I am representing Intervenor Rural Community Insurance Services ("RCIS") in the above-referenced consolidated matters. I submit this Affidavit in support of RCIS' Motion to Intervene in the above-captioned consolidated litigation.

2. Pursuant to Rule 24(c), RCIS' Complaint in Intervention setting forth the claims and prayer for relief sought by RCIS against the Federal Crop Insurance Corporation ("FCIC") as proposed intervenor in the above-captioned consolidated litigation is attached hereto and marked Exhibit A.

FURTHER YOUR AFFIANT SAITH NOT.

s/Thomas H. Boyd
Thomas H. Boyd

Subscribed and sworn to before me
this 26th day of April, 2005

s/Elizabeth H. Mulvaney
Elizabeth H. Mulvaney
Notary Public – Minnesota
My Commission Expires Jan. 31, 2010

2285699v1