**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
In re 2000 Sugar Beet Crop Insurance Litigation
01-CV-1629 (JMR/FLN)

I hereby certify that on the 26th day of April**, 2005**, I caused the following documents:

1. Rural Community Insurance Services' Motion to Intervene;
2. Rural Community Insurance Services' Notice of Motion to Intervene;
3. Rural Community Insurance Services' Memorandum of Law in Support of Motion to Intervene; and
4. Affidavit of Thomas H. Boyd.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

George G. Eck Eck.george@dorsey.com
Fredrich A.P. Siekert Fred.siekert@usdoj.gov

I further certify that I caused the proposed Order to be filed with the court via e-mail to the following Judge who is hearing the motion and the following counsel of record:

The Honorable Franklin L. Noel Noel_chambers@mnd.uscourts.gov
George Eck, Esq. Eck.george@dorsey.com
Fredrich A.P. Siekert Fred.siekert@usdoj.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: April 26, 2005

By: s/Thomas H. Boyd

Thomas H. Boyd, #0200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
tboyd@winthrop.com
mspohn@winthrop.com

Attorneys for rural Community Insurance Services

2292631v1