UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | ) | No.: 01-CV-1629<br><br>**STIPULATION FOR ORDER REINSTATING THIRD-PARTY CLAIMS AND AMENDING THIRD-PARTY COMPLAINTS** |

The parties, as identified below and through their respective attorneys of record, hereby stipulate to entry of an Order by the District Court in accordance with the terms hereof.

As used herein, third-party plaintiffs constitute the following defendants in the consolidated cases (identified by original case numbers) pending in this Court as In Re 2000 Sugar Beet Crop Insurance Litigation: Rain and Hail LLC, Agri General Insurance Company, and ACE Property & Casualty Insurance Company (defendants in 01-CV-1629); IGF Insurance Company in Liquidation (defendant in 01-CV-1630); Hartford Insurance Company of the Midwest (defendant in 01-CV-1632); American Growers Insurance Company in Liquidation (defendant in 01-CV-1633); Great American Insurance Company (defendant in 01-CV-1634); Farm Bureau Mutual Insurance Company (defendant in 01-CV-1635); Farmers Alliance Mutual Insurance Company and The Alliance Insurance Company (defendants in 01-CV-1636); and NAU Country Insurance Company, Mountain States Insurance Company, and Ag Force Insurance Services, Inc. (defendants in 02-CV-0985).

As used herein, third-party defendant refers to the Federal Crop Insurance Corporation ("FCIC").

All third-party claims subject to this stipulation assert statutory claims for indemnification against third-party defendant FCIC brought under 7 U.S.C. § 1508(j)(3). All such claims originally were dismissed by the District Court in a decision reported at 228 F. Supp.2d 999 (D. Minn. 2002), which subsequently was reversed and remanded under the case name National Crop Ins. Servs., Inc. v. Federal Crop Ins. Corp., 351 F.3d 346 (8th Cir. 2003). Following reversal and remand, the District Court entered its order on June 16, 2004, reinstating all third-party claims, but staying their prosecution pending resolution of the original plaintiffs' claims against third-party plaintiffs. Now that all such claims by the original plaintiffs have been resolved, third-party plaintiffs and third-party defendant stipulate and agree as follows:

1. The previously entered stay shall be lifted as of May 16, 2005, at which point the third-party claims shall be reinstated on the active docket of this Court;

2. Within five business days following reinstatement of the third-party claims, third-party plaintiffs shall file and serve their Consolidated and Amended Third-party Complaint substantially in the form attached as Exhibit A to this stipulation; and

3. Third-party defendant shall answer, move, or otherwise respond to the Consolidated and Amended Third-Party Complaint on or before August 5, 2005.

Dated: May 4, 2005

By: s/Thomas H. Boyd

Thomas H. Boyd, #200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402-4629
612-604-6400/telephone
612-604-6800/facsimile
tboyd@winthrop.com
mspohn@winthrop.com

and

P. John Owen, Esq.
NATIONAL CROP INSURANCE
SERVICE, INC.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210-1567
913-685-5425/telephone
913-685-3080/facsimile
johno@ag-risk.org

Attorneys for Third-Party Plaintiffs

Dated: May 3, 2005

By: s/Fredrich A.P. Siekert

Fredrich A. P. Siekert, #0142013
Assistant U.S. Attorney
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600
fred.siekert@usdoj.gov

Attorneys for Third-Party Defendant
Federal Crop Insurance Corporation, U.S.
Department of Agriculture

2275505v1