UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | No.: 01-CV-1629 (JMR/FLN)<br>Docket No. 104<br>**ORDER** |

Based upon Third-Party Plaintiffs' and Third-Party Defendant's Stipulation for Order Reinstating Third-Party Claims and Amending Third-Party Complaints that has been signed by the parties' respective counsel,

IT IS HEREBY ORDERED:

1. The previously entered stay shall be lifted as of May 16, 2005, at which point the third-party claims shall be reinstated on the active docket of this Court;

2. Within five business days following reinstatement of the third-party claims, third-party plaintiffs shall file and serve their Consolidated and Amended Third-party Complaint; and

3. Third-party defendant shall answer, move, or otherwise respond to the Consolidated and Amended Third-Party Complaint on or before August 5, 2005.

Dated: May 9, 2005

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge