UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | ) | No.: 01-CV-1629 |
| | ) | Docket No. 106 stipulation |
| | ) | **ORDER** |

Based upon the parties' Stipulation for Order Granting Rural Community Insurance Services ("RCIS") Leave to Intervene that has been signed by the parties' respective counsel,

IT IS HEREBY ORDERED:

1. RCIS shall be granted leave to intervene and file a Complaint in Intervention similar to the pleading attached as Exhibit A to the Affidavit of Thomas H. Boyd which was filed on or about April 26, 2005, in support of RCIS' Motion to Intervene;

2. The FCIC's stipulation to an order granting RCIS leave to intervene in this matter will not be deemed to constitute a waiver of any rights or affirmative defenses it would otherwise have had available to it if RCIS had commenced a separate, direct action against the FCIC rather than asserting its claims against the FCIC as intervener in the above-consolidated litigation; and

3. The FCIC shall have until August 5, 2005 in which to either answer, move, or otherwise respond to RCIS' Complaint in Intervention.

Dated: May 19, 2005

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge