UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | No.: 01-CV-1629<br><br>**STIPULATION FOR ORDER REINSTATING FIREMAN'S FUND INSURANCE COMPANY'S THIRD-PARTY CLAIMS AND AMENDING CONSOLIDATED THIRD-PARTY COMPLAINT** |

The parties, as identified below and through their respective attorneys of record, hereby stipulate to entry of an Order by the District Court in accordance with the terms hereof.

As used herein, third-party plaintiffs constitute the following defendants in the consolidated cases (identified by original case numbers) pending in this Court as In Re 2000 Sugar Beet Crop Insurance Litigation: Rain and Hail LLC, Agri General Insurance Company, and ACE Property & Casualty Insurance Company (defendants in 01-CV-1629); IGF Insurance Company in Liquidation (defendant in 01-CV-1630); Hartford Insurance Company of the Midwest (defendant in 01-CV-1632); American Growers Insurance Company in Liquidation (defendant in 01-CV-1633); Great American Insurance Company (defendant in 01-CV-1634); Farm Bureau Mutual Insurance Company (defendant in 01-CV-1635); Farmers Alliance Mutual Insurance Company and The Alliance Insurance Company (defendants in 01-CV-1636); Fireman's Fund Insurance Company (defendant in 01-CV-1637); NAU Country Insurance Company, Mountain States Insurance Company, and Ag Force Insurance Services, Inc. (defendants in 02-CV-0985); and intervenor Rural Community Insurance Services (originally the defendant in remanded 01-CV-1688) (collectively, "third-party plaintiffs").

As used herein, third-party defendant refers to the Federal Crop Insurance Corporation ("FCIC" or "third-party defendant").

All third-party claims subject to this stipulation assert statutory claims for indemnification against third-party defendant FCIC brought under 7 U.S.C. § 1508(j)(3). All such claims originally were dismissed by the District Court in a decision reported at 228 F. Supp.2d 999 (D. Minn. 2002), which subsequently was reversed and remanded under the case name National Crop Ins. Servs., Inc. v. Federal Crop Ins. Corp., 351 F.3d 346 (8th Cir. 2003). Following reversal and remand, the District Court entered its order on June 16, 2004, reinstating all third-party claims, but staying their prosecution pending resolution of the original plaintiffs' claims against third-party plaintiffs. Thereafter, all of third-party plaintiffs (with the exception of Fireman's Fund Insurance Company) and the third-party defendant stipulated to the Court's order dated May 9, 2005, to reinstate the third-party claims to the active docket of this Court and establish dates by which consolidated third-party pleadings could be filed and served. However, Fireman's Fund Insurance Company was not a party to the prior stipulation or the Consolidated and Amended Third-Party Complaint filed thereafter, but it desires to join in that stipulation and in the referenced pleading. Accordingly, the third-party plaintiffs and third-party defendant now hereby stipulate and agree as follows so as to expressly include Fireman's Fund Insurance Company in these reinstated consolidated proceedings:

1. The stay previously imposed in the proceedings that have been assigned Docket No. 01-CV-1637 shall be lifted immediately and the third-party claims asserted by Fireman's Fund Insurance Company shall be reinstated on the active docket of this Court;

2. Within five business days following reinstatement of Fireman's Fund Insurance Company's third-party claims, third-party plaintiffs shall file and serve their Consolidated and

Second Amended Third-party Complaint to expressly include Fireman's Fund Insurance Company as a third-party plaintiff thereto; and

3. Third-party defendant shall answer, move, or otherwise respond to the Consolidated and Second Amended Third-Party Complaint on or before August 19, 2005.

Dated: July 28, 2005

By: ______________________

Thomas H. Boyd, #200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402-4629
612-604-6400/telephone
612-604-6800/facsimile
tboyd@winthrop.com
mspohn@winthrop.com

and

P. John Owen, Esq.
NATIONAL CROP INSURANCE SERVICE, INC.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210-1567
913-685-5425/telephone
913-685-3080/facsimile
johno@ag-risk.org

Attorneys for Third-Party Plaintiffs

Dated: July 28, 2005

By: Friedrich A. P. Siekert

Friedrich A. P. Siekert, #0142013
Assistant U.S. Attorney
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600
fred.siekert@usdoj.gov

Attorneys for Third-Party Defendant
Federal Crop Insurance Corporation, U.S.
Department of Agriculture

2275505v2