**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
In re 2000 Sugar Beet Crop Insurance Litigation
01-CV-1629 (JMR/FLN)

I hereby certify that on the 28th day of July**, 2005**, I caused the following document(s):

1. Stipulation for Order Reinstating Fireman's Fund Insurance Company's Third-Party Claims and Amending Consolidated Third-Party Complaint

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| George G. Eck | Eck.george@dorsey.com | Counsel for Plaintiffs |
| Daniel J. Brown | Brown.Daniel@dorsey.com | Counsel for Plaintiffs |
| Fredrich A.P. Siekert | Fred.siekert@usdoj.gov | Counsel for Third-Party Defendant Federal Crop Ins Corp, U.S. Department of Agriculture |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge and the following counsel of record:

| | | |
|---|---|---|
| The Honorable Franklin L. Noel | Noel_chambers@mnd.uscourts.gov | |
| George G. Eck | Eck.george@dorsey.com | Counsel for Plaintiffs |
| Daniel J. Brown | Brown.Daniel@dorsey.com | Counsel for Plaintiffs |
| Fredrich A.P. Siekert | Fred.siekert@usdoj.gov | Counsel for Third-Party Defendant Federal Crop Ins Corp, U.S. Dept. of Agriculture |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: July 28, 2005

By: s/Thomas H. Boyd

Thomas H. Boyd, #0200517
Matthew D. Spohn, #0313567
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
tboyd@winthrop.com
mspohn@winthrop.com

2412718v1