UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re 2000 Sugar Beet Crop Insurance Litigation | No.: 01-CV-1629<br>Docket No.: 110<br>**ORDER REINSTATING FIREMAN'S FUND INSURANCE COMPANY'S THIRD-PARTY CLAIMS AND AMENDING CONSOLIDATED THIRD-PARTY COMPLAINT** |

Based upon Plaintiffs' and Defendant's Stipulation for Order Reinstating Fireman's Fund Insurance Company's Third-Party Claims and Amending Consolidated Third-Party Complaint that has been signed by the parties' respective counsel,

IT IS HEREBY ORDERED:

1. The stay previously imposed in the proceedings that have been assigned Docket No. 01-CV-1637 shall be lifted immediately and the third-party claims asserted by Fireman's Fund Insurance Company shall be reinstated on the active docket of this Court;

2. Within five business days following reinstatement of Fireman's Fund Insurance Company's third-party claims, third-party plaintiffs shall file and serve their Consolidated and Second Amended Third-party Complaint to expressly include Fireman's Fund Insurance Company as a third-party plaintiff thereto; and

3. Third-party defendant shall answer, move, or otherwise respond to the Consolidated and Second Amended Third-Party Complaint on or before August 19, 2005.

Dated: August 3, 2005

s/ *Franklin L. Noel*
Franklin L. Noel

United States Magistrate Judge