CERTIFICATE OF SERVICE

| | |
|---|---|
| In Re 2000 Sugar Beet Crop Insurance Litigation | No.: 01-CV-1629 |

I hereby certify that on August 17, 2005, I caused the following documents:

Answer to Consolidated and Second Amended Third-Party Complaint; Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Thomas H. Boyd | tboyd@winthrop.com |
| George G. Eck | eck.george@dorsey.com |
| Daniel J. Brown | brown.daniel@dorsey.com |
| P John Owen | johno@ag-risk.org |
| Matthew J. Salzman | msalzman@stinsonmoheck.com |
| Michael J. Davenport | michael.davenport@rainhail.co |

Dated: August 17, 2005

s/Tina M. Knoll
Tina M. Knoll