01-1629

SCANNED
NOV - 2 2005
U.S. DISTRICT COURT MPLS

T COURT
)TA
RK
E 202
REET
415

RECEIVED
BY MAIL
NOV - 1 2005
CLERK US DIST COURT
MINNEAPOLIS MN

US POSTAGE
$ 00.37
Mailed From 55415
10/25/2005
031A 0002303240

MORR600 641082022 1904 13 10/29/05
FORWARD TIME EXP RTN TO SEND
:STINSON MORRISON HEC
1201 WALNUT ST #2500
KANSAS CITY MO 64106-2149

RETURN TO SENDER

Jennifer J Coleman
Stinson Morrison Hecker
2600 Grand Ave
Kansas City, MO 64108-4606

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

In Re: 2000 Sugar Beet Crop
Insurance Litigation
V.

**NOTICE**

CASE 01-1629 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Chambers 9W<br>DATE AND TIME |

TYPE OF PROCEEDING

Rule 16 Pretrial Conference

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Minneapolis | November 1, 2005-9:30 a.m. | November 29, 2005 at 10:00 a.m. |

Franklin L. Noel
United States Magistrate Judge

October 25, 2005
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: TO ALL COUNSEL OF RECORD