WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

December 13, 2005

Thomas H. Boyd
(612) 604-6505
tboyd@winthrop.com

The Honorable Franklin L. Noel
United States Magistrate Judge
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: In re 2000 Sugar Beet Crop Insurance Litigation
Civil File No.: 01-1629, et al.

Dear Magistrate Judge Noel:

I am writing you in my capacity as co-counsel for the third-party plaintiffs who have asserted claims against the third-party defendant Federal Crop Insurance Corporation ("FCIC") in the above-captioned consolidated cases. Counsel for the parties have submitted their Rule 26(f) report and we are scheduled to appear before you for a Rule 16 conference on December 20, 2005. I have been authorized by the FCIC's counsel to advise you that the parties have agreed to engage in early mediation in this matter and that, in order to accommodate this early mediation, the parties have agreed to extend all of the proposed deadlines set forth in their Rule 26(f) Report by 60 days. The parties will file an Amended Rule 26(f) Report reflecting their agreed upon proposal. The parties are hopeful that this proposal will meet with the Court's approval. If you have any questions in advance of our December 20, 2005 conference, please do not hesitate to contact either me or the FCIC's counsel, Fred Siekert.

Sincerely,

WINTHROP & WEINSTINE, P.A.

Thomas H. Boyd
THB:ehm
2567278v1
c: P. John Owen, Esq.
Friedrich A.P. Siekert, Esq.

SCANNED
DEC 15 2005
U.S. DISTRICT COURT MPLS