UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re 2000 Sugar Beet Crop Insurance Litigation,

Civil No. 01-1629 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by May 1, 2006.

   b. All discovery shall be commenced in time to be completed by November 1, 2006.

   c. All pre-discovery disclosures required by Rule 26(a)(1) are due on or before January 1, 2006; February 1, 2006; and February 16, 2006.

   d. No more than 25 contention interrogatories, and 3 additional interrogatories, including all discrete subparts, shall be served by any party.

   e. A reasonable number of Requests for Admission shall be served by any party.

   f. A reasonable number of document requests shall be served by any party.

g. No more than 25 depositions shall be taken by any party, plus one Rule 30(b)(6).

h. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by March 1, 2007. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before November 15, 2006.

2) By Defendant(s) on or before December 16, 2006.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By Plaintiff(s) on or before December 16, 2006.

2) By Defendant(s) on or before February 1, 2007.

c. Each party may depose no more than 6 expert witnesses on or before March 1, 2007.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. <u>Dispositive Motions</u>:

a. All dispositive motions shall be filed and the hearing thereon completed by May 1, 2007.

b. Counsel are reminded that they must anticipate the

time required for scheduling this hearing by calling Calendar Clerk Heather Labat at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

4. Trial

a. This case shall be ready for trial on and after July 1, 2007, at which time it will be placed on the court's non-jury trial calendar.

DATED: December 16, 2005

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge