STINSON
MORRISON
HECKER LLP

Matthew J. Salzman
(816) 691-2495
msalzman@stinsonmoheck.com
www.stinsonmoheck.com

1201 Walnut, Suite 2900
Kansas City, MO 64106-2150

*Tel* (816) 842-8600
*Fax* (888) 249-7443

December 29, 2005

Clerk of the Court
United States District Court
Room 202, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *In Re 2000 Sugar Beet Crop Insurance Litigation*
Civil No. 01-1629 JMR/FLN

Dear Sir or Madam:

I am no longer involved in the above-referenced litigation, nor are the following members of my law firm: Bruce Baty, Robert Vancrum, and Jenny Coleman. Please remove our names from the list of counsel of record. Thank you.

If you have any questions, please contact me at your convenience.

Very truly yours,

**STINSON MORRISON HECKER LLP**

Matthew J. Salzman

MJS/pb

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

SCANNED
JAN 04 2006
U.S. DISTRICT COURT MPLS