STINSON MORRISON HECKER LLP

Matthew J. Salzman
(816) 691-2495
msalzman@stinsonmoheck.com
www.stinsonmoheck.com

1201 Walnut, Suite 2900
Kansas City, MO 64106-2150

*Tel* (816) 842-8600
*Fax* (888) 249-7443

RECEIVED BY MAIL
JAN -9 ... 
U.S. DIST. COURT MINNEAPOLIS, MN

January 5, 2006

Clerk of the Court
United States District Court
Room 202, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55414

Re: *In Re 2000 Sugar Beet Crop Insurance Litigation*
Civil No. 01-1629 JMR/FLN

Dear Sir or Madam:

Thank you very much for removing my name, and others from our firm, from the list of counsel of record in the above-captioned case.

In my previous request, I omitted one additional attorney whose name should be removed. That attorney is Steve Boyd. Mr. Boyd is no longer with our firm and has had nothing to do with the referenced case for a number of years.

Please contact me if you have any questions.

Very truly yours,

**STINSON MORRISON HECKER LLP**

Matthew J. Salzman

MJS/pb

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

SCANNED
JAN 09 2006
U.S. DISTRICT COURT MPLS