UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re 2000 Sugar Beet Crop Insurance Litigation | File Nos. 01-CV-1629<br>01-CV-1630<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>01-CV-1637<br>01-CV-1688<br>02-CV-0985 |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY ACTIONS**

Third-Party Plaintiffs and the Third-Party Defendant, by counsel, stipulate that the third party actions in the following cases, Civil No. 01-CV-1629, Civil No. 01-CV-1630, Civil No. 01-CV-1632, Civil No. 01-CV-1633, Civil No. 01-CV-1634, Civil No. 01-CV-1635, Civil No. 01-CV-1636, Civil No. 01-CV-1637, Civil No. 01-CV-1688, and Civil No. 02-CV-0985, shall be dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

The original of this stipulation shall be filed in Civil No.01-1629 and copies of this stipulation shall be filed in

the other individual court files.

Dated:

WINTHROP & WEINSTINE, P.A.

s/ Thomas H. Boyd

By:_Thomas H. Boyd (#200517)
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Telephone: (651) 290-8400

Attorneys for the
Third Party Plaintiffs

Dated: July 9, 2007

RACHEL K. PAULOSE
United States Attorney

s/ Friedrich A. P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for the
Third Party Defendants