UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re 2000 Sugar Beet Crop Insurance Litigation | File Nos. 01-CV-1629<br>01-CV-1630<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>01-CV-1637<br>01-CV-1688<br>02-CV-0985 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2007, I caused the following document:

**Stipulation of Dismissal with Prejudice of Third-Party Actions**

to be filed electronically through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Thomas H. Boyd, Esq.**

s/ N. Corbo
N. Corbo