UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re 2000 Sugar Beet Crop Insurance Litigation | File Nos. 01-CV-1629<br>01-CV-1630<br>01-CV-1631<br>01-CV-1632<br>01-CV-1633<br>01-CV-1634<br>01-CV-1635<br>01-CV-1636<br>01-CV-1637<br>01-CV-1688<br>02-CV-0985 |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY ACTIONS**

Pursuant to the Stipulation of Dismissal with Prejudice of Third Party Actions filed in this consolidated action, which stipulation is incorporated herein by reference, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the third party actions in the following cases, Civil No. 01-CV-1629, Civil No. 01-CV-1630, Civil No. 01-CV-1631, Civil No. 01-CV-1632, Civil No. 01-CV-1633, Civil No. 01-CV-1634, Civil No. 01-CV-1635, Civil No. 01-CV-1636, Civil No. 01-CV-1637, Civil No. 01-CV-1688, and Civil No. 02-CV-0985, shall be dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

The original of this Order shall be filed in Civil No.01-1629 and copies of this Order shall be filed in the other above-referenced individual court files.

Dated: July 30, 2007

s/James M. Rosenbaum
Hon. James M. Rosenbaum
Chief Judge
United States District Court